NOSSAMAN LLP
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN LUIS OBISPO, <br><br> Defendant. | Case No:  2:24-cv-06854 SPG (ASx) <br><br> **DECLARATION OF DAVID SPIEGEL IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:          September 18, 2024 <br> Time:         1:30 PM <br> Dept:         5C <br><br> Date Action Filed: August 13, 2024 |

Case No. 2:24-cv-06854 SPG (ASx)

DECLARATION OF DAVID SPIEGEL

I, David Spiegel, declare as follows:

1.      I am currently a Supervising Engineer in the Utilities Division of the County of San Luis Obispo Department of Public Works. I was hired in June of 2016 and promoted to Supervising Engineer in December of 2020. In my current position I manage a small team of engineers that work on water distribution and treatment projects for various facilities within the County. These projects include but are not limited to dams, water treatment equipment and unit processes, distribution systems, upgrades and various maintenance projects. As part of my job responsibilities, I need to be familiar with Lopez Dam operations, both in a historical and current context. Unless otherwise stated on information and belief, I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would competently testify as set forth below.

2.      Prior to becoming a Supervising Engineer, I was employed as an Engineer III with the County performing the same duties as my current staff, as mentioned above.

3.      As an Engineer III I prepared water usage reports and developed downstream release schedules in accordance with the Interim Downstream Release Schedule and the Low Reservoir Response Plan. These reports were prepared for the municipalities that receive water from the Lopez Project and were presented at the Zone 3 Technical Advisory Committee and Advisory Committee meetings. To develop these reports I needed to understand the water rights and obligations. To do that I reviewed the applicable historical water right applications and permit – Applications 18375 and 30826, and Permit 12814 – which the County had in its records and were kept in the ordinary course.

4.      The San Luis Obispo County Flood Control and Water Conservation District ("District") obtained water rights for Lopez Lake in 1961 pursuant to Application 18375. The resulting permit, Permit 12814, limits the amount of water that can be beneficially used to fifty-thousand (50,000) acre-feet

- 1 -

per annum. In 1992, Permit 12814 was amended to specify that the use authorized was for "Domestic, Irrigation, Municipal, Industrial, Recreational and Incidental Power."

5. Construction of Lopez Dam began in 1967 and was completed in 1968. Lopez Dam is an earthfill structure. Its crest width is 150 feet at an elevation of 536 feet, and height is 166 feet from crest of the dam to the downstream toe. The storage capacity of Lopez Reservoir is 49,400 acre feet.

6. The historical records that were maintained in the ordinary course demonstrate that after completion of Lopez Dam (1969–1996), streamflow to Arroyo Grande Creek was generally maintained above 1 cubic foot per second at the outlet control building. At that time the outlet control building was located at the base of the dam and contained two 8-inch hollow cone valves to provide downstream releases. A seismic retrofit was completed in 2005 which included upgrades to the outlet control building. Two 10-inch jet valves were installed with modern flow meters.

7. Since 2007, Lopez Dam has been operated pursuant to the Interim Downstream Release Schedule ("IDRS"). The IDRS establishes minimum releases from Lopez Reservoir into Arroyo Grande Creek during the dry season and wet season. Based on historical rainfall data the wet season was determined to be January through March. Under the IDRS, a minimum release of 3 cubic feet per second is maintained during the dry season, and 6 cubic feet per second (approximately 4 million gallons per day) is maintained during the wet season. These are just minimums, however, and the actual release into Arroyo Grande Creek may increase beyond these minimums when it is determined based on visual monitoring of the Creek that flows are not reaching monitoring points identified within the IDRS. As outlined in the IDRS, an adaptive management approach was adopted. This was necessary due to the geological conditions that exist below the dam and along Arroyo Grande Creek.

8.     Water diverted from Lopez Reservoir serves several uses, including municipal, industrial, agricultural irrigation, groundwater recharge, and environmental purposes. The environmental purposes include preservation of wildlife in San Luis Obispo County.

9.     Safe yield of diversions from Lopez Reservoir is 8,730 acre-feet per year. Safe yield is defined as the maximum annual amount of water that can be delivered on a sustainable basis in any water year type. The safe yield is comprised of two components: (1) 4,530 acre-feet per year of municipal and industrial deliveries from Lopez Reservoir, and (2) 4,200 acre-feet per year released to Arroyo Grande Creek for agricultural irrigation, groundwater recharge, and instream environmental flow. Over the last 10 years the municipal and industrial deliveries have averaged 3,940 acre-feet per year and the downstream release into Arroyo Grande Creek has averaged 3200 acre-feet per year. There are several factors that influence municipal and industrial deliveries, including: (i) the water entitlement; (ii) available stored water; (iii) available surplus water; (iv) ground water availability; (v) State Water Subcontractor; and (vi) weather/drought conditions.

10.     The water diversions for municipal and industrial deliveries provide water supply for communities within the District, Zone 3, which include the communities of Oceano Community Services District, the Cities of Grover Beach, Pismo Beach, Arroyo Grande, and County Service Area 12 (the Avila Valley area). Municipal and industrial deliveries from Lopez Reservoir provide drinking water for approximately 48,000 residents. In some instances, the Lopez Reservoir water diversions provide 100% of the drinking water to residents within a given service area.

11.     The municipal and industrial water demands are met by taking water directly from Lopez Reservoir through a steel transmission main to the Lopez Terminal Reservoir located approximately 3 miles from Lopez Dam. The

- 3 -                                    Case No. 2:24-cv-06854-SPG (ASx)
DECLARATION OF DAVID SPIEGEL

62913041

water is treated at the Lopez Water Treatment Plant, then conveyed to water contractors via the Lopez Pipeline. The Lopez Pipeline is approximately 17.6 miles long and includes turnouts to each of the contracting agencies. The operation and maintenance of Lopez Dam, water treatment plant, and water conveyance system are financed by revenues from the contracting agencies.

12. Water is also released from Lopez Reservoir directly into Arroyo Grande Creek for downstream agricultural irrigation, groundwater recharge, and instream environmental flows. For these controlled releases, water leaves the reservoir via the intake structure and is released through the outlet works located at the left abutment of the dam. The intake structure is comprised of 7 gates spaced every 15 feet, at elevations between 415 and 505 feet. Water is then released to Arroyo Grande Creek through two 10-inch jet valves. A 42-inch outlet valve/structure adjacent to the jet valves is for emergency releases only. The 42-inch valve does not have a metering device to accurately calculate flow rates. The maximum discharge capacity to Arroyo Grande Creek via the outlet structure is estimated to be 100 cubic feet per second, although water is generally released at 10 cubic feet per second or less. The 42-inch pipeline that connects the inlet structure to the outlet structure is both cement mortar lined pipe and a short section of epoxy coated steel. Flows in excess of 100 cubic feet per second could damage the interior coating of the pipe.

13. The rate and volume of the direct water releases vary depending upon winter rainfall and downstream demands. Downstream of the outlet control building is a fish screen that was installed by the California Department of Fish and Wildlife in coordination with County Parks to prevent fish from reaching the creek. At the base of the spillway there is a flipbucket which dissipates energy of spillway flows. The flipbucket also traps fish during low flow spills, keeping them from entering Arroyo Grande Creek.

- 4 -                                  Case No. 2:24-cv-06854-SPG (ASx)

DECLARATION OF DAVID SPIEGEL

62913041

14.	In addition to controlled releases of water from Lopez Reservoir, during significant or prolonged rain events there may be overtopping of the dam or uncontrolled spills down the spillway. In the 60 years since the reservoir was built it has spilled approximately 19 times. Flows have ranged from 10 cubic feet per second to 1,500 cubic feet per second with some of the largest flows in the mid-1980's. Most of the recent spills have been around 600 cubic feet per second.

15.	The history of Arroyo Grande Creek has included a number of devastating flood events, including events documented in the 1800s, early 1900s, 1936, 1943, 1952, and 2001. The County can sustain large amounts of rainfall if the precipitation is spread out, as seen in the 2023/2024 storm season. But when rainstorms are longer in duration, as seen in 2022/2023, significant damage can occur.

16.	Before Lopez Dam was built, there was no buffer in the runoff coming out of the watershed. Although Lopez Dam was not designed to be a flood control dam, it does provide some level of flood protection. It is assumed that significant flood events that occurred elsewhere in the central and south coast in 1969, 1983, 1997, and 2023 were avoided due to Lopez Dam and flood storage in Lopez Reservoir. In 2022/23, during the prolonged storm events, the reservoir went from approximately 10% full to over 100%.

17.	In 1961, the Arroyo Grande Creek Flood Control Project was completed by I.L. Croft and Son, Inc. The main feature of this project was a levee system and trapezoidal channel that confined Arroyo Grande Creek from its confluence with Los Berros Creek downstream to the Pacific Ocean. This original flood control was designed to carry a discharge of 7,500 cubic feet per second. In 1999, the U.S. Army Corps of Engineers estimated that due to changes in levee geometry from settlement and erosion, the system had a reduced capacity of 1,700 cubic feet per second.

DECLARATION OF DAVID SPIEGEL

62913041

18. In 2001, the levee on the south side was breached during a high intensity rain event. Hundreds of acres of farmland and several residences were flooded. Had the north side also failed, there would have been flooding of several residential developments, the Oceano Airport, and the regional wastewater treatment plant that services the communities of Arroyo Grande, Oceano and Grover Beach.

19. In 2023, even after two years of improvements to the levees (i.e., raising levee, removing sediment, and installation of turf reinforcement mat) the levee breached on the South side near 22nd street, flooding the valley causing damage to one home, a horse ranch facility, agricultural lands, and stranded campers at the nearby campground. The North side managed to withstand the storm but narrowly. Significant erosion of the North levee was seen adjacent to a housing development and piping blowouts were encountered further West which, if it had failed, would have inundated farm fields, residential developments, and potentially the Oceano Airport and the regional wastewater treatment plant.

20. The State has done extensive modeling (https://climateresilience.ca.gov/overview/impacts.html) on what the projected climate will look like over the next several decades. Wetter wets and dryer dry's will be the new normal. The County used that data to project how Lopez Reservoir will react through 2050. The reservoir, if operated within the safe yield, should withstand those dryer times and provide flood benefit in the wetter times. If the reservoir is operated outside these limits, extended water shortages will be recognized as was the case from 2005 to 2023. For example, as part of the seismic

///

///

- 6 -   Case No. 2:24-cv-06854-SPG (ASx)

DECLARATION OF DAVID SPIEGEL

62913041

retrofit in the early 2000s, the reservoir had to be lowered and more water than the safe yield was released. It took almost 20 years for the reservoir to recover.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __26th__ day of August, 2024.

_____
David Spiegel

62913041