| | |
|---|---|
| Name | Paul Weiland (SBN 237058); Benjamin Rubin (SBN 249630) |
| Address | 18101 Von Karman Avenue, Suite 1800 |
| City, State, Zip | Irvine, CA 92612 |
| Phone | (949) 833-7800 |
| Fax | (949) 833-7878 |
| E-Mail | pweiland@nossaman.com; brubin@nossaman.com |

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Luis Obispo Coastkeeper; Los Padres Forestwatch; California Coastkeeper Alliance; The Ecological Rights Foundation, <br> PLAINTIFF(S), <br> v. <br> County of San Luis Obispo, <br> DEFENDANT(S). | CASE NUMBER: <br> 2:24-cv-06854-SPG-AS <br><br> **NOTICE OF APPEAL:** <br> **PRELIMINARY INJUNCTION APPEAL** |

NOTICE IS HEREBY GIVEN that _County of San Luis Obispo_ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Order Granting In Part Plaintiffs' Motion for Preliminary Injunction (ECF No. 54)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _November 27, 2024_. Entered on the docket in this action on _November 27, 2024_.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| December 26, 2024 | /s/ Paul S. Weiland |
| Date | Signature |
| | ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).