UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No: 2:24-cv-06854 SPG (ASx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND COUNTY OF SAN LUIS OBISPO'S RESPONSES TO PLAINTIFFS' SECOND REQUESTS FOR ADMISSION NOS. 6, 18, AND 21**<br><br>Date: June 12, 2025<br>Time: 10:00 AM<br>Dept: 540<br><br>Date Action Filed: August 13, 2024 |

On May 14, 2025, Defendant County of San Luis Obispo ("County") filed a Stipulated Motion to Amend the County's Responses to Plaintiffs' Second Requests for Admission Nos. 6, 18, and 21. The Court, having considered the Stipulated Motion and finding good cause thereon, hereby GRANTS the Stipulated Motion.

The County's Responses to Plaintiffs Second Requests for Admission are hereby amended as follows:

1. The County's Response to Requests for Admission No. 6 now states:

1 "The County hereby incorporates by reference General Objections 3–6 to this Request. The County further objects that this Request is vague and ambiguous in referring to "ponds" in the plural without providing an adequate description of the specific locations and/or other information such that each pond referenced in the Request is clearly identified.

Subject to the County's Preliminary Statement, General Objections, and the specific objections identified above, the County answers as follows: The County admits that it has authority and control over the maintenance of the frog ponds that are located at or near the base of Lopez Dam and that it does maintain these frog ponds."

2. The County's Response to Requests for Admission No. 18 now states:

"The County hereby incorporates by reference General Objections 3–6 to this Request.

Subject to the County's Preliminary Statement and General Objections identified above, the County answers as follows: The County admits it owns, operates and maintains the double arch culvert at Biddle Regional Park, subject to any limitations stemming from exercise of applicable federal and state laws or regulatory authorities."

3. The County's Response to Requests for Admission No. 21 now states:

"The County hereby incorporates by reference General Objections 3–6 to this Request. The County further objects to this Request as an impermissible compound request.

Subject to the County's Preliminary Statement and General Objections identified above, the County answers as follows: The County denies it operated and maintained the concrete weir structure that was in Tar Springs Creek and identified as fish impediment PAD_ID736895 (Passage ID 13262). After reasonable inquiry, the County lacks information sufficient to determine whether it

1  owned the structure PAD_ID736895 (Passage ID 13262), and therefore denies that
2  it did.  The County admits it removed the structure when the bridge was replaced."
3  **IT IS SO ORDERED.**
4
5  Dated: _____
6                                            Hon. Alka Sagar
                                          United States Magistrate Judge