Christopher Sproul (Cal. Bar No. 126398)
Brian Orion (Cal. Bar. No. 239460)
Marla Fox (Cal. Bar. No. 349813)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: borion@enviroadvocates.com
Email: mfox@enviroadvocates.com

**Attorneys for Plaintiffs**

**Additional Counsel Listed on Next Page**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Civil Case No: 2:24-cv-6854-SPG-AS<br><br>DISCOVERY MATTER<br><br>NOTICE OF ERRATA RE: EXHIBITS 6 AND 7 TO DECLARATION OF CHRISTOPHER SPROUL IN SUPPORT OF OPPOSED EX PARTE APPLICATION TO STAY OR IN THE ALTERNATIVE QUASH DEPOSITION SUBPOENAS FOR BENJAMIN PITTERLE, GORDON HENSLEY, AND CYNTHIA REPLOGLE<br><br>Magistrate Judge: Hon. Alka Sagar |

*Additional Counsel for Plaintiffs*

Jesse Colorado Swanhuyser (Cal. Bar No. 282186)
Sycamore Law Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (805) 689-1469
Email: jesse@sycamore.law

Drevet Hunt (Cal. Bar No. 240487)
Lauren Chase Marshall (Cal. Bar No. 324162)
CALIFORNIA COASTKEEPER ALLIANCE
1100 11th Street, 3rd Floor
Sacramento, California 95814
Tel: (415) 606-0864
Email: dhunt@cacoastkeeper.org
Email: lauren@cacoastkeeper.org

1  **PLEASE TAKE NOTICE** that the Exhibits 6 and 7 to the Declaration of
2  Christopher Sproul In Support of Opposed Ex Parte Application to Stay or in the
3  Alternative Quash Deposition Subpoenas for Benjamin Pitterle, Gordon Hensley, and
4  Cynthia Replogle were filed in error. Plaintiffs hereby file corrected versions of Exhibits
5  6 and 7 to the Sproul Declaration.

7  Date: May 16, 2025                              Respectfully submitted,

9                                                  /s/ Christopher Sproul
                                                   Christopher Sproul
10                                                 Environmental Advocates

Notice of Errata                    1                    CIVIL CASE NO: 2:24-cv-06854-SPG-AS