1  NOSSAMAN LLP
   PAUL S. WEILAND (SBN 237058)
2  pweiland@nossaman.com
   BENJAMIN Z. RUBIN (SBN 249630)
3  brubin@nossaman.com
   ELIZABETH KLEBANER (SBN 261735)
4  lklebaner@nossaman.com
   18101 Von Karman Avenue, Suite 1800
5  Irvine, CA 92612
6  Telephone:  949.833.7800
   Facsimile:   949.833.7878
7

8  KATHERINE L. FELTON (WA SBN 30382)
   *Admitted Pro Hac Vice*
9  kfelton@nossaman.com
   BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
10 *Admitted Pro Hac Vice*
   bferrasciomalley@nossaman.com
11 719 Second Avenue, Suite 1200
   Seattle, WA 98104
12 Telephone:  206.395.7630
   Facsimile:   206.257.0780
13

14 Attorneys for Defendant
15 COUNTY OF SAN LUIS OBISPO

16            UNITED STATES DISTRICT COURT

17      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
18

19 | SAN LUIS OBISPO COASTKEEPER, | Case No:  2:24-cv-06854 SPG (ASx) |
   | LOS PADRES FORESTWATCH, | |
20 | CALIFORNIA COASTKEEPER | **DISCOVERY MATTER** |
   | ALLIANCE, and THE ECOLOGICAL | |
21 | RIGHTS FOUNDATION, | **DECLARATION OF KATHERINE L. FELTON IN SUPPORT OF COUNTY OF SAN LUIS OBISPO'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO STAY OR IN THE ALTNERATIVE QUASH DEPOSITION SUBPOENAS FOR BENJAMIN PITTERLE, GORDON HENSLEY, AND CYNTHIA REPLOGLE** |
22 | Plaintiffs, | |
23 | vs. | |
24 | COUNTY OF SAN LUIS OBISPO, | |
25 | Defendant. | |
26 | | Magistrate Judge: Hon. Alka Sagar |
27

28

DECLARATION OF KATHERINE L. FELTON ISO COUNTY'S OPPOSITION TO PLAINTIFFS' EX PARTE
APPLICATION TO STAY OR QUASH DEPOSITION SUBPOENAS
63531596

I, Katherine L. Felton, declare as follows:

1.     I am a Partner at the law firm of Nossaman LLP ("Nossaman"), counsel of record for Defendant County of San Luis Obispo ("County").  I am duly licensed to practice law in the states of Washington and Alaska, and I am admitted *pro hac vice* before this Court in the instant litigation.  Unless otherwise stated on information and belief, I have personal knowledge of the facts set forth herein.  If called upon to do so, I could and would competently testify to the matters set forth in this declaration.

2.     I make this Declaration in support of the County's Opposition to Plaintiffs' Ex Parte Application to Stay or In the Alternative Quash Deposition Subpoenas for Benjamin Pitterle, Gordon Hensley, and Cynthia Replogle (the "Ex Parte Application").

3.     On the morning of Friday, May 16, 2025, while driving to the office, I became aware of an ECF notification that had been delivered to my email inbox at 12:21 a.m. The ECF notification pertained to Plaintiffs' filing of an Ex Parte Application which according to the ECF notification occurred at "0:20 AM PDT" on May 16, 2025.  As a result of this filing, I had to immediately drop everything, including other work on this litigation and work for other clients on other matters, to address Plaintiffs' literal midnight filing of the Ex Parte Application.  Responding to Plaintiffs' Ex Parte Application consumed all of my work time on Friday and a substantial portion of the weekend.  Paul Weiland and Brian Ferrasci-O'Malley were also required to stop work on other matters and devote a substantial portion of their workday on Friday to preparing the County's Opposition to Plaintiffs' Ex Parte Application.   Paul Weiland also devoted substantial time over the weekend to preparing the County's response, as did others, including a legal secretary who had to work on Sunday to assist in preparing and filing this Opposition.

DECLARATION OF KATHERINE L. FELTON ISO COUNTY'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO STAY OR QUASH DEPOSITION SUBPOENAS

63531596

4.     Attached as Exhibit 1 is a true and correct copy of excerpts from Plaintiff's Initial Disclosures to the County of San Luis Obispo served on October 18, 2024.

5.     Attached as Exhibit 2 is a true and correct copy of the April 21, 2025 email from the County's counsel to plaintiffs' counsel requesting that plaintiffs' counsel "identify dates between May 14 and May 30 that each of Plaintiffs' four standing witnesses are available for purposes of us taking their deposition."

6.     Attached as Exhibit 3 is a true and correct copy of the April 22, 2025 email from plaintiffs' counsel in which plaintiffs' counsel stated "Plaintiffs anticipate that the parties will schedule these [30(b)(6)] depositions, which have been pending for some time, prior to discussing the scheduling, format, and number of depositions of Plaintiffs' standing witnesses (noted in Mr. Ferrasci-O'Malley's email yesterday)."

7.     On April 24, 2025, the County tried again to set the standing witness depositions. Attached as Exhibit 4 is a true and correct copy of the April 24, 2024 email to plaintiffs' counsel requesting that they "[p]lease provide the dates between May 14 and May 30 for the standing witness depositions." Counsel pointed out to Plaintiffs that the County had provided the information that Plaintiffs' counsel sought regarding the County's 30(b)(6) depositions.

8.     Attached as Exhibit 5 is a true and correct copy of the May 2, 2025 letter from plaintiffs' counsel in which plaintiffs' counsel continued to refuse to provide dates for the standing witness depositions.

9.     The parties conducted a meet and confer on May 5, 2025. During that meeting, the County's counsel requested, and Plaintiffs' counsel agreed, to waive formal service of the standing witness deposition subpoenas, to accept service of deposition subpoenas on their behalf, and to waive the witnesses' deposition fees and mileage. Plaintiffs' counsel memorialized their commitment in an email to the

DECLARATION OF KATHERINE L. FELTON ISO COUNTY'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO STAY OR QUASH DEPOSITION SUBPOENAS

63531596

1  County's counsel the following day on May 6, 2025, a true and correct copy of which
2  is attached as Exhibit 6.

3      10.    The County promptly issued subpoenas for the standing witness
4  depositions the same day.  Attached as Exhibit 7 is a true and correct copy of the
5  May 6, 2025 email from the County's counsel to Plaintiffs' counsel transmitting the
6  deposition subpoenas for Sean Bothwell, Gordon Hensley, Cynthia Replogle, and
7  Benjamin Pitterle.

8      11.    Attached as Exhibit 8 is a true and correct copy of the May 8, 2025
9  email from Plaintiffs' counsel objecting to the subpoenas.

10      12.    Attached as Exhibit 9 is a true and correct copy of the May 9, 2025
11  email from the County's counsel to Plaintiffs' counsel providing dates for a further
12  meet and confer and refuting Plaintiffs' position that the County is required to make
13  a showing before deposing Plaintiffs' standing witnesses.

14      13.    Attached as Exhibit 10 is a true and correct copy of a May 12, 2025
15  email from Plaintiffs' counsel continuing to object to the deposition dates without
16  providing alternatives.

17      14.    Attached as Exhibit 11 is a true and correct copy of the County's May
18  12, 2025 response.

19      15.    The parties conducted a further meet and confer on May 13, 2025.
20  During that meet and confer Plaintiffs refused to withdraw any of their standing
21  witnesses, or to stipulate that they would not rely on any of the standing witnesses
22  going forward.

23      16.    Attached as Exhibit 12 is a true and correct copy of Plaintiffs' counsel's
24  May 15, 2025 email to the County's counsel threatening to proceed with an *ex parte*
25  application if the County would not agree to Plaintiffs' conditions.  The County
26  refused, and after midnight on May 16, 2025, Plaintiffs filed their application.

27      ///

28

DECLARATION OF KATHERINE L. FELTON ISO COUNTY'S OPPOSITION TO PLAINTIFFS' EX PARTE
APPLICATION TO STAY OR QUASH DEPOSITION SUBPOENAS
63531596

1    I declare under penalty of perjury under the laws of the United States that

2  the foregoing is true and correct.

3       Executed on this 18th day of May 2025, at Arcata, California.

4

5                                    Katherine L. Felton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KATHERINE L. FELTON ISO COUNTY'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION TO STAY OR QUASH DEPOSITION SUBPOENAS

63531596