# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No. 2:24-cv-06854-SPG-AS<br><br>**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINES**<br>**[ECF NO. 127]** |

Plaintiffs San Luis Obispo Coastkeeper, Los Padres Forestwatch, California Coastkeeper Alliance, and The Ecological Rights Foundation (collectively, "Plaintiffs") and Defendant County of San Luis Obispo ("County") have filed a Stipulation to Extend Discovery Deadlines (ECF No. 127 ("Stipulation")); specifically, the parties stipulate to schedule the deposition of Ben Pitterle, whom Plaintiffs disclosed as a fact witness in support of their showing on standing, after the fact discovery cutoff of June 13, 2025.

The Court, having considered the Stipulation and finding good cause thereof, hereby GRANTS the Stipulation and ORDERS the following:

1. The County shall be entitled to depose Mr. Pitterle on or before July 14, 2025, pursuant to the subpoena that the County served on or about May 6, 2025;

2. The parties shall coordinate in good faith to find a mutually convenient date for Mr. Pitterle's deposition within the time period set forth in the first paragraph;

3. Plaintiffs will not object to, move to quash, or otherwise oppose the deposition of Mr. Pitterle occurring after the close of fact discovery so long as it occurs within the time period set forth in the first paragraph;

4. Mr. Pitterle will not object to, move to quash, or otherwise oppose his deposition occurring after the close of fact discovery so long as it occurs within the time period set forth in the first paragraph;

5. Absent further agreement by the parties, in the event the deposition of Mr. Pitterle is not completed prior to July 14, 2025, Plaintiffs will not rely on testimony of Mr. Pitterle for purposes of establishing standing in this case unless the deposition cannot be completed as a result of the County's refusal to agree to a mutually available date for deposition that Mr. Pitterle makes himself available; and

6. So long as the deposition of Mr. Pitterle is completed prior to July 14, 2025, or, alternatively, in the event the County refuses to agree to a mutually available date for the deposition of Mr. Pitterle before July 14, 2025, the County shall not object to the introduction of Mr. Pitterle's testimony in this case on the grounds that he was not available for deposition prior to the fact discovery cutoff.

**IT IS SO ORDERED.**

DATED: June 13, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE