Christopher Sproul (Cal. Bar No. 126398)
Brian Orion (Cal. Bar. No. 239460)
Marla Fox (Cal. Bar. No. 349813)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: borion@enviroadvocates.com
Email: mfox@enviroadvocates.com

**Attorneys for Plaintiffs**

**Additional Counsel Listed on Next Page**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>the Plaintiffs,<br>v.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No: 2:24-cv-06854-SPG-AS<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT ORDER TO ENFORCE THE COUNTY OF SAN LUIS OBISPO'S COMPLIANCE WITH THE PRELIMINARY INJUNCTION<br><br>(Endangered Species Act, 16 U.S.C. §§ 1531, *et seq*; California Fish and Game Code §§ 5901, 5937; California Public Trust Doctrine; California Constitution, Article X; California Code of Civil Procedure § 1085)<br><br>Hearing time and date: 1:30 PM, July 30, 2025<br><br>Location: First Street Courthouse, 350 West 1st Street, Courtroom 5C |

*Additional Counsel for the NGOs*

Jesse Colorado Swanhuyser (Cal. Bar No. 282186)
Sycamore Law Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (805) 689-1469
Email: jesse@sycamore.law

Drevet Hunt (Cal. Bar No. 240487)
Lauren Chase Marshall (Cal. Bar No. 324162)
California Coastkeeper Alliance
1100 11th Street, 3rd Floor
Sacramento, California 95814
Tel: (415) 606-0864
Email: dhunt@cacoastkeeper.org
Email: lauren@cacoastkeeper.org

To Defendant County of San Luis Obispo (the "County") and its attorneys of record:

**NOTICE IS HEREBY GIVEN** that on July 30, 2025, at 1:30 p.m. or as soon thereafter as counsel may be heard by the above-entitled Court, located at 350 West First Street, Los Angeles, California 90012, in Courtroom 5C, the Honorable Sherilyn Peace Garnett, presiding, Plaintiffs San Luis Obispo Coastkeeper, Los Padres ForestWatch, California Coastkeeper Alliance, and Ecological Rights Foundation (collectively, the "NGOs") will, and hereby do, move for a civil contempt order to enforce the County of San Luis Obispo's compliance with the Court's Preliminary Injunction Order.

This motion is based on this notice of motion, the motion and memorandum of points and authorities filed herewith, the pleadings and papers on file herein, the Declaration of Christopher Sproul, and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 on June 13, 2025. The parties were unable to reach a resolution that eliminates the necessity for this motion.

Date: June 25, 2025                    Respectfully submitted,

                                       /s/ Christopher Sproul
                                       Christopher Sproul
                                       Environmental Advocates
                                       Attorney for the Plaintiffs