NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

NOSSAMAN LLP
KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: 206.395.7630
Facsimile: 206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No: 2:24-cv-06854 SPG (ASx)<br><br>**DEFENDANT COUNTY OF SAN LUIS OBISPO'S PRELIMINARY INJUNCTION COMPLIANCE STATEMENT RE FINAL STEELHEAD PASSAGE BARRIERS PLAN**<br><br>Date Action Filed: August 13, 2024<br>Date First Amended Complaint Filed: December 27, 2024 |

On November 27, 2024, the Court granted, in part, Plaintiffs' Motion for Preliminary Injunction. ECF No. 54. On December 9, 2024, the Court issued its Preliminary Injunction Order. ECF No. 58. The Preliminary Injunction Order obligates Defendant County of San Luis Obispo ("County") to undertake a variety of tasks, and in many cases establishes a specific deadline by which the tasks must be completed. As required by paragraph 14 in the Court's Preliminary Injunction Order, the County prepared and submitted a Proposed Steelhead Passage Barriers Plan to the Court, Plaintiffs, and personnel at the National Marine Fisheries Service ("NMFS") and U.S. Fish and Wildlife Service ("USFWS"). ECF Nos. 128, 128-1, 128-2. As required by the Preliminary Injunction Order, the County requested that NMFS and USFWS review and comment upon the Proposed Steelhead Passage Barriers Plan, and specifically requested that NMFS and USFWS provide recommendations concerning removal or modification of Steelhead passage barriers in Arroyo Grande Creek. ECF No. 128-2. The County requested comments from NMFS and USFWS by June 23, 2025, *id.*, in light of the requirement in the Court's Preliminary Injunction Order to submit a Final Steelhead Passage Barriers Plan by June 30, 2025 that incorporated any recommendations from NMFS or USFWS, or any recommended revisions by Plaintiffs that NMFS endorses. ECF No. 58, ¶ 15.

After 6 p.m. on June 23, 2025, Plaintiffs submitted comments to NMFS and USFWS on the Proposed Steelhead Passage Barriers Plan. To date, neither NMFS nor USFWS has responded to the County's request for comments or recommendations regarding the Proposed Steelhead Passage Barriers Plan. NMFS has also not endorsed any of Plaintiffs' recommended revisions to the Proposed Steelhead Passage Barriers Plan. The County notes that in response to the County's request for comments on the Proposed Lopez Dam Release Plan, both NMFS and USFWS advised that the agencies do not intend to review or provide comments on any of the plans discussed in the Court's Preliminary Injunction Order. ECF Nos. 72-1, 78-1.

1  After considering the comments from Plaintiffs, and further review of the
2  Court's Order Granting in Part Plaintiffs' Motion for Preliminary Injunction, ECF
3  No. 54, and the Court's Preliminary Injunction Order, ECF No. 58, the County has
4  made revisions to the Proposed Steelhead Passage Barriers Plan and adopted the
5  Final Steelhead Passage Barriers Plan incorporating those revisions. A copy of the
6  Final Steelhead Passage Barriers Plan is attached as Exhibit A to this Compliance
7  Statement.

Date:    June 30, 2025

NOSSAMAN LLP
PAUL S. WEILAND
BENJAMIN Z. RUBIN
ELIZABETH KLEBANER
KATHERINE L. FELTON
BRIAN FERRASCI-O'MALLEY

By: */s/ Benjamin Z. Rubin*
          Benjamin Z. Rubin

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO