Christopher Sproul (Cal. Bar No. 126398)
Marla Fox (Cal. Bar. No. 349813)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: mfox@enviroadvocates.com

Lucas Clayton Williams (Cal. Bar No. 264518)
Community Environmental Lawyers, PC
30 Otis Street, Apt 2301
San Francisco, California 94103
Tel: (707) 849-5198
Email: lucas@celpc.org

**Attorneys for Plaintiffs**

**Additional Counsel Listed on Next Page**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and ECOLOGICAL RIGHTS FOUNDATION, | Civil Case No: 2:24-cv-6854-SPG-AS |
|---|---|
| Plaintiffs, | DECLARATION OF TEVIN SCHMITT IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| COUNTY OF SAN LUIS OBISPO, | |
| Defendant. | |

*Additional Counsel for Plaintiffs*

Jesse Colorado Swanhuyser (Cal. Bar No. 282186)
Sycamore Law Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (805) 689-1469
Email: jesse@sycamore.law


Drevet Hunt (Cal. Bar No. 240487)
California Coastkeeper Alliance
1100 11th Street, 3rd Floor
Sacramento, California 95814
Tel: (415) 606-0864
Email: dhunt@cacoastkeeper.org

I, Tevin Schmitt, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct and/or are based on my expert opinions.

**I.     Introduction, Professional Background, Qualifications, and Site Visits**

1.     I make this declaration based upon my personal knowledge, unless otherwise stated, and I am competent to testify to the matters set forth herein.

2.     I provided detailed information about my knowledge, skill, background, qualifications, experience, training, and education relating to the subject matter of my testimony in declarations filed previously with the court. *See* Declaration of Christopher Sproul in Support of Plaintiffs' Second Motion for Preliminary Injunction ("Second Sproul Decl."), ¶ 4, Ex. 1 (Declaration of Tevin Schmitt In Support of Plaintiffs' Motion for Preliminary Injunction ("First Schmitt Decl."), ¶¶ 1-5); *id.* ¶ 5, Ex. 2 (Reply Declaration of Tevin Schmitt In Support of Plaintiffs' Motion for Preliminary Injunction ("First Reply Schmitt Decl."), ¶¶ 4-39).

3.     In addition to my background, qualifications, and experience described in my previous declarations, I have knowledge, skill, experience, training, and education related to California Red-legged frog ("CRLF"). I have conducted habitat assessments for CRLF and collected acoustic monitoring data for the CRLF in the Santa Clara River Watershed alongside Wishtoyo's research on Arroyo Toad Populations. I led a group of UCLA students in the Spring quarter of 2023 for an ecology practicum course. Our project focused on aquatic invasive species populations in the Santa Clara River Watershed and how they impact native aquatic species. I have also read the U.S. Fish and Wildlife Service's ("FWS's") 2002 Recovery Plan for CRLF. Second Sproul Decl., ¶ 22, Ex. 19 (U.S. Fish and Wildlife Service, Region 1, 2002 Recovery Plan for the California Red-legged Frog ("CRLF Recovery Plan")). I have read FWS's 2022 5-year status review of CRLF. *Id.*, ¶ 26, Ex. 23 (U.S. Fish and Wildlife Service, California Red-Legged Frog 5-Year Review: Summary and Evaluation ("2022 CRLF 5-Year Review")). And I have reviewed the relevant literature on their population dynamics, habitat, and

how altered hydrology and predators impact their populations. This review helped inform the opinions I set forth in this declaration.

4. I also have knowledge, skill, experience, training, and education related to tidewater goby ("TWG"). I conduct water quality and habitat monitoring in the Santa Clara River Estuary and Ormond Lagoon nearly monthly to assess habitat conditions for endangered species, like the TWG, that rely on these coastal lagoon habitats. I have been doing this field work since January 2019. I have also read relevant literature on TWG behavior, ecology, population dynamics, and habitat requirements. My review of this literature helped inform the opinions I set forth in this declaration.

5. In addition to preparing my First Schmitt Declaration and First Reply Declaration and reviewing the documents that have been filed in this matter and the references cited in this declaration, I visited Arroyo Grande Creek on August 1, 2024 and December 19, 2024. I have incorporated my observations from those site visits as relevant. Some of my observations from December 19, 2024 are based on comparisons to what I observed in the same or similar locations on my first site inspection on August 1, 2024.

6. Any opinion expressed in this declaration is based upon my knowledge, skill, experience, training, and education. Throughout this declaration, I cite to and rely on expert agency documents as well as the County's own documents and documents prepared by the County's experts or consultants as facts and data. This information helped to inform and educate my opinions as set forth herein.

7. This declaration is made regarding the Lopez Dam Flow Release Regime Impacts to South-Central California Coast Steelhead ("Steelhead"), CRLF, and Tidewater Goby ("TWG"), and contains the following sections:

**Section I: Introduction, Professional Background, Qualifications, and Site Visits** (¶¶ 1-7)

**Section II: Steelhead** (¶¶ 8-16): In this section, I provide a summary background on Steelhead, discuss their habitat needs for each stage of their complex life cycle,

SCHMITT DECL. ISO PLS. SEC. PI MOT.    2    CASE NO. 2:24-cv-06854-SPG-AS

and explain the presence of Steelhead in Arroyo Grande Creek ("AGC") and Arroyo Grande Lagoon ("AG Lagoon").

**Section III: California Red-Legged Frog** (¶¶ 17-33): In this section, I provide background on CRLF (*Rana draytonii*) life cycle, CRLF habitat needs, and the presence of CRLF in AGC and AG Lagoon.

**Section IV: Tidewater Goby** (¶¶ 34-46): In this section, I provide background on TWG (*Eucyclogobius newberryi*), its life cycle, TWG habitat needs, and the presence of TWG in AGC and AG Lagoon.

**Section V: The County's Lopez Project Is Harming Steelhead, CRLF and TWG** (¶¶ 47-97): In this section, I provide a review and summary of the County's Lopez Project, including Lopez Dam and downstream releases as well as the maintenance of structures downstream within the AGC channel and AG Lagoon. I also discuss the ways that the County's Lopez Project is harming Steelhead, CRLF and TWG.

**Section VI: Areas of Agreement Between My Testimony and the County and Its Experts** (¶¶ 98-110): In this section, I provide an overview of numerous issues on which I agree with the County and the previous testimony provided by the County's experts Dr. Charles Hanson, Jared Emery, and Dr. Mark Jennings.

**Section VII: The NGOs' Proposed Remedies to Address the Harms Caused by the County's Lopez Project Balance the Needs of Steelhead, CRLF, and TWG** (¶¶ 111-164): In this section, I describe the feasible interim relief measures needed to address the harms to Steelhead, CRLF and TWG from the County's Lopez Project in the near term and longer-term timeframe.

## II.    Summary of Steelhead and Life Cycle Habitat Needs.

8.    **Steelhead Listing Status and Designated Critical Habitat.** In my Opening Declaration, I provided a detailed background of Steelhead and the history of NMFS listing Steelhead as a threatened species under the Endangered Species Act ("ESA"). Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 7-13); 62 Fed. Reg. 43,937, 43,953

(Aug. 18, 1997); 71 Fed. Reg. 834, 857 (Jan. 5, 2006) (affirming listing of Steelhead as threatened and classifying it as a Distinct Population Segment ("DPS")). The DPS designation means the Steelhead population is genetically significant to the taxon and warrants preservation to protect the genetic variation and strength of the *O. mykiss* species. In 2005, NMFS designated AGC as critical habitat that remained "essential for conservation" of Steelhead. 70 Fed. Reg. 52,488, 52,508 (Sept. 2, 2005) (describing AGC as "an essential migratory habitat linking upstream spawning and rearing areas with the ocean"); Second Sproul Decl., ¶ 6, Ex. 3 (Feb. 2024 National Marine Fisheries Service, Role of Arroyo Grande Creek and Tributaries, San Luis Obispo County, California, In Meeting NMFS' South-Central California Coast Steelhead Viability/Recovery Criteria ("2024 NMFS Memorandum") at 11, 13); *id.* ¶ 7, Ex. 4 (National Marine Fisheries Service, Endangered Species Act Section 7(a)(2) Biological Opinion for the Arroyo Grande Creek Waterway Management Program (File No. SPL-2012-00317-JWM) ("2017 NMFS BiOp") at 34).

9.  **Threats to Steelhead Survival and Recovery.** Some of the main threats to Steelhead, and in particular the San Luis Obispo Terrace Biogeographic Population Group ("BPG") include modified flow regimes that impede or reduce volitional migration of adult and juvenile Steelhead, sedimentation of channel substrate, impediments to fish passage, and degradation of estuarine habitat. *See* Second Sproul Decl., ¶ 8, Ex. 5 (National Marine Fisheries Service, West Coast Region, 2023 5-Year Review: Summary & Evaluation of South-Central California Coast Steelhead ("2023 NMFS 5-Year Review") at 69); Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 11). The Steelhead population has declined dramatically throughout its range, primarily because dams and water diversions have destroyed or eliminated access to much of the fish's habitat and degraded what little habitat is left. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 10, 11). Non-native predator species can also be a significant threat to Steelhead. Dkt. 141-1 (San Luis Obispo County Flood Control and Water Conservation District's Draft October 2025 Lopez Water Project Habitat Conservation Plan ("2025

SCHMITT DECL. ISO PLS. SEC. PI MOT.    4    CASE NO. 2:24-cv-06854-SPG-AS

Draft HCP") at 61 of 250). These include bullfrogs, crayfish, and predatory fishes such as bass, catfish, mosquitofish, and sunfish. *See* Second Sproul Decl., ¶ 10, Ex. 7 (County of San Luis Obispo, February 2004 Final Draft, Arroyo Grande Creek Habitat Conservation Plan (HCP) and Environmental Assessment/Initial Study (EA/IS) For the Protection of Steelhead and California Red-Legged Frogs ("2004 Draft HCP"), at 3-80); Dkt. 118-2 at 4 (County of San Luis Obispo, Final Predator Removal Plan). I disagree with the County's contractor, Stillwater Sciences, that of the various non-native species detected through eDNA analysis in AGC in August of 2025, "only bullfrog, bullhead, and bass would be expected to predate on" Steelhead. *See* Second Sproul Decl., ¶ 11, Ex. 8 (Stillwater Sciences Oct. 30, 2025 Technical Memorandum, Implementation of Predator Removal Plan Section 3.1 and 3.2 ("2025 Stillwater Implementation of Predator Removal") at 9). Stillwater Sciences asserts that invasive fish such as sunfish and mosquitofish are not predatory but can be disruptive to Steelhead habitat and food web dynamics, thus indirectly impacting Steelhead. *Id.* I disagree; in my opinion non-native sunfish and mosquitofish are likely predators of *O. mykiss* eggs and early life stages. Mosquitofish are very aggressive, even toward larger fish, and are known to prey on eggs, larvae, and juveniles of various fishes, including largemouth bass and common carp as well as preying on adults of smaller species. Second Sproul Decl., ¶ 40, Ex. 37 (USGS website, NAS – Nonindigenous Aquatic Species, Western Mosquitofish Species Profile) at 5-7).

10.    **Steelhead Life Cycle and Habitat Needs.** I explained in my First Schmitt Declaration that Steelhead have a diverse life cycle with multiple stages: (a) river entry and upriver migration of adult Steelhead to spawning habitat; (b) adult Steelhead spawning and incubation of embryos; (c) adult Steelhead outmigration back to the ocean as "kelts" after spawning; (d) hatching, emerging from the gravel, and freshwater rearing of juvenile Steelhead; (e) outmigration downstream to the ocean and physiological changes that juveniles undergo to be able to transition from living in freshwater to living in saltwater (i.e., "smolting"); and (f) the ocean phase, involving growth and maturity to

permit Steelhead to return to rivers as adults to spawn. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 14-30); *id.*, Ex. 4 (2017 NMFS BiOp at 22); *id.*, ¶ 12, Ex. 9 (Declaration of Dr. Charles Hanson In Support of Opposition to Motion for Preliminary Injunction ("First Hanson Decl."), ¶¶ 16, 20, 24-26). I detailed how Steelhead need a wide variety of specific habitats to survive at each stage of their life cycle, and that without adequate habitat for each stage that particular Steelhead will not reproduce and generate offspring as is necessary for the survival of the species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 15). Unlike salmon, Steelhead can migrate into freshwaters and then back to the ocean to spawn multiple times. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 23. Steelhead are cued to migrate into freshwater streams such as AG Creek by winter pulse flows of freshwater that they detect in the ocean. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 16). Generally, the Steelhead migration, spawning, and rearing cycle depends on multiple factors including the presence of cold, oxygen-laden water, suitable cobble or gravel streambed substrate for egg incubation, and complex stream channels. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 14-36); *id.*, Ex. 9 (First Hanson Decl., ¶¶ 21-22). To successfully migrate, spawn, and rear, Steelhead need sufficient freshwater streamflow to cue and make migration physically possible; cold, oxygen laden water in freshwater streams, suitable cobble/gravel streambed substrate to lay their eggs and for egg incubation (in nests called "redds"), suitable stream channel "complexity," (*i.e.*, natural variation in channel shape and channel features to create pools and riffles, areas of higher velocity and lower velocity streamflow, and areas suitable for refuge and hiding from predators), and food abundance (when juveniles, this is primarily certain insects). Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 14-36. My description is consistent with NMFS's description of the Steelhead life cycle and habitat needs set forth in the Steelhead Recovery Plan. Second Sproul Decl., ¶ 13, Ex. 10 (National Marine Fisheries Service, Dec. 2013, South-Central California Steelhead Recovery Plan ("Steelhead Recovery Plan") at 2-2, 2-4, 2-11, 2-17 to 2-19). It is also consistent with the opinion of the County's expert, Dr. Hanson. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶ 16).

Based on my review of the science and timing of precipitation events in the region, in my opinion adult Steelhead migration occurs between November 1 through June 30, depending on sufficient hydrologic conditions for the particular year, Steelhead spawning typically occurs between December and June, and juvenile Steelhead and kelt out-migrate from November through July. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 16-19, 23-28); 62 Fed. Reg. at 43,938. Dr. Hanson identified similar timeframes for Steelhead migration, opining that upriver migration generally occurs from December to May, with most migration and spawning occurring in the wettest months from January to March, and that Steelhead smolts (young Steelhead physiologically transformed in preparation for ocean life) tend to migrate downstream in March through June. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 20, 24, 26). I agree with Dr. Hanson's opinion that adult Steelhead enter freshwater rivers and streams only after the first substantial rainfall once the berm at the stream mouth has been breached, and move up to suitable spawning areas. *Id.*, Ex. 9 (First Hanson Decl., ¶¶ 20, 24). However, I disagree with Dr. Hanson's opinion that adult Steelhead migration seldom begins before December and only extends into May (First Hanson Decl., ¶ 24) because this window of time is too narrow to accurately reflect Steelhead migration and spawning time periods.

11.     **Steelhead Water Quality Needs.** Steelhead have specific water quality needs. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 31-37). In my opinion, water temperature for Steelhead should not exceed 20-24 Celsius, with water temperatures over 20 Celsius not suitable for Steelhead spawning, egg incubation, or fry emergence and resulting in sub lethal impacts to juvenile and adult Steelhead. *Id.* at ¶ 33. Steelhead are not able to survive in water with low levels of dissolved oxygen concentrations. *See, e.g.,* Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 70). At dissolved oxygen levels of 6.5 mg/L, a large percentage of incubating Steelhead eggs will experience symptoms of oxygen stress. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 36). In my opinion, high levels of turbidity can be harmful to Steelhead by delaying or halting downstream migration of juveniles and subsequent entry into estuary, lagoon, or ocean, and can be lethal. *Id.* at ¶

37.

12.    **Steelhead Exist in AGC and AG Lagoon.** I agree with the other experts and the County that available information shows Steelhead are still returning to AGC and therefore there are fish in AGC watershed that experts would expect to migrate in AGC including to the upper watershed but for Lopez Dam making Steelhead passage impossible. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 38-43); Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 41); Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 4, 5, 39); *id.*, Ex. 4 (2017 NMFS BiOp at 33-35); 70 Fed. Reg. at 52,508 (NMFS, noting that despite Lopez Dam reducing the quality and quantity of habitat for Steelhead, "evidence indicates that steelhead still use Arroyo Grande Creek for spawning and rearing."); Dkt. 141-1 (2025 Draft HCP at 44-45 of 250); *id.*, ¶ 15, Ex. 12 (May 13-14, 2025, California State Parks, Aquatic Survey Report for Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons (Reference Permit ES101154-4) ("2025 May Aquatic Survey Report") at 1) (noting two juvenile Steelhead captured by electrofishing in AGC in May of 2025). More recent data confirms that Steelhead exist in AGC and AG Lagoon. *See* Second Sproul Decl., ¶ 14, Ex. 11 (January 2026 Rincon Consultants, Arroyo Grande Creek Channel Waterway Management Program, U.S. Fish and Wildlife Service Biological Opinion 8-8-15-F-4, Annual Report ("2026 Annual Report") at 21-22, A-2) (identifying locations of 11 observations of Steelhead in lower AGC in October of 2025); *id.*, Ex. 8 (2025 Stillwater Implementation of Predator Removal) at 2 (Figure 1, Stillwater Sciences' map showing August 2025 eDNA sampling sites in AGC), at 4 (noting *O. mykiss* was detected at all sites except Meadow Creek 2), at 6 (Table 1, listing *O. mykiss* detections in eDNA samples taken from all 8 reaches of AGC and one location in Meadow Creek Lagoon). AGC is a notable exception to many of the streams in San Luis Obispo County that are too degraded to support Steelhead populations. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 43); 70 Fed. Reg. at 52,507; Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 33-34).

13.    **AGC Steelhead is a Core 1 Population.** NMFS, Dr. Hanson, the County,

SCHMITT DECL. ISO PLS. SEC. PI MOT.    8    CASE NO. 2:24-cv-06854-SPG-AS

and the County's Habitat Conservation Plan ("HCP") consultant Sharon Kramer and I agree that AGC is a waterway with particular ecological significance for Steelhead because NMFS identified AGC Steelhead as a "Core 1" population, which means the survival and recovery of the AGC Steelhead population is essential for recovering the DPS of Steelhead as a whole. Second Sproul Decl., Ex. 4 (NMFS 2017 BiOp at 34) (NMFS has concluded that "reducing the likelihood of survival and recovery of a Core-1 Population, would have adverse consequences for the survival and recovery of the DPS as a whole."); *id.*, Ex. 1 (First Schmitt Decl., ¶ 40); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 42); *id.*, Ex. 9 (First Hanson Decl., ¶ 13); *id.*, Ex. 3 (2024 NMFS Memorandum at 1); Dkt. 141-1 (2025 Draft HCP at 36 of 250): Second Sproul Decl., Ex. 59 at 33 (Sharon Kramer May 20, 2025 Deposition Transcript). NMFS has emphasized that AGC's Core-1 population "must be recovered in order for the threatened South-Central California Coast Steelhead DPS to be eligible for removal from the Federal list of threatened and endangered species." *Id.*, Ex. 3 (2024 NMFS Memorandum at 1).

14. **Historically, Self-sustaining Steelhead Population in AGC.** I agree with Dr. Hanson that historically, a self-sustaining Steelhead population existed in AGC watershed prior to construction of Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 42); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 55); *id.*, Ex. 9 (First Hanson Decl., ¶¶ 4, 34). NMFS notes that the Steelhead population in AGC may have been the most extensive of the small populations of the San Luis Obispo County coast. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 78). The limited anecdotal evidence that exists regarding the historical abundance of Steelhead in AGC supports that adult Steelhead runs were in the multiple hundreds or thousands. NMFS has stated that adult Steelhead returning to AGC averaged at least 1,000 fish annually in the 1940s, decreasing to 100-200 fish annually in the mid-1900s. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 35). In November of 1960, California Department of Fish and Wildlife ("CDFW")[1]

---

[1] CDFW was previously titled California Department of Fish and Game ("CDFG").

estimated the size of the Steelhead runs entering AGC varied between 300 and 3,000 fish, and noted that 1,000 fish would be a conservative estimate. Second Sproul Decl., ¶ 16, Ex. 13 (Nov. 7, 1960 Letter from California Department of Fish and Game to the San Luis Obispo County Flood Control and Water Conservation District ("1960 Letter") at 1). In 1961, CDFW provided "rough estimates" based on community member observations as told through CDFW interviews that adult Steelhead runs in AGC averaged 500 to 5,000 annually up to 1941, and that the runs had decreased to an average annual run of 100 to 200 adult Steelhead from 1950 to 1960. Second Sproul Decl., ¶ 17, Ex. 14 (March 1, 1961 California Department of Fish and Game Intraoffice Correspondence ("1961 CDFG Correspondence") at 2-3). CDFW's 1961 estimates do not represent a survey or study of Steelhead in AGC but rather were based on interviews with local community members regarding anecdotal recollections. *Id.* (1961 CDFG Correspondence at 2). The County agrees that historical data on Steelhead abundance in AGC is largely anecdotal. Dkt. 141-1 (2025 Draft HCP at 42 of 250). The County has also stated that the Steelhead population size ranged from 500 to 5,000 fish prior to the installation of Lopez Dam and the downstream flood control channel, and those estimated had declined to 100 to 300 fish in the 1950's. Second Sproul Decl., ¶ 20, Ex. 17 (County of San Luis Obispo, April 18, 2024 Grant Application 1732300, Cecchetti Road Crossing Fish Passage Improvement Project ("2024 Grant Application") at 9 of 39). The County states that prior to construction of Lopez Dam, Lopez Canyon Creek was rated highly as a Steelhead production area with a high density of juvenile Steelhead, excellent spawning areas, adequate rearing habitat, and a lack of barriers or diversions. Dkt. 141-1 (2025 Draft HCP at 42 of 250). The County also states that Lopez Canyon Creek was stocked with juvenile *O. mykiss* beginning in the 1930s. *Id.* (2025 Draft HCP at 42 of 250). Yet I am unaware of any evidence that AGC or AG Lagoon was stocked with Steelhead. After Lopez Dam was constructed on AGC at the confluence with Lopez Canyon Creek, the Dam blocked Steelhead access to upstream spawning grounds in Lopez Canyon, Vasquez Creek, Wittenburg Creek, and upper AGC, and also blocked Steelhead access in the upper

SCHMITT DECL. ISO PLS. SEC. PI MOT.    10    CASE NO. 2:24-cv-06854-SPG-AS

watershed from migrating downstream to the Pacific Ocean. Second Sproul Decl., ¶ 19, Ex. 16 (Titus, R.G., et al., History and status of steelhead in California coastal drainages south of San Francisco Bay (draft manuscript) ("Titus") at 183). The 2009 Watershed Management Plan Update prepared for California Department of Fish and Game notes that a series of dry years and construction of Lopez Dam and deteriorating conditions downstream from the Dam were believed to have further reduced Steelhead runs in lower AGC. Second Sproul Decl., ¶ 18, Ex. 15 (Central Coast Salmon Enhancement for California Department of Fish and Game, March 2009 Arroyo Grande Creek Watershed Management Plan Update ("2009 Watershed Management Plan Update") at 37).

15. **Current Abundance of Steelhead in AGC.** In my opinion, current abundance of adult Steelhead in AGC is in the dozens to low hundreds. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 43); Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 56). This is consistent with NMFS's estimates. NMFS explained that accelerated declines of the AGC Steelhead population have resulted in the small number of current Steelhead runs "in the dozens" and possibly "low-hundreds in wetter years." Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 35, 78). Dr. Hanson agrees that abundance of Steelhead in AGC likely varies from the dozens to low 100s. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶ 5). NMFS stated in 2024 that "[w]hile both juvenile rearing and adult upstream migrating O. mykiss have been detected in the lower reach of Arroyo Grande Creek (below Lopez Dam), the numbers have generally been in the single or low double digits, and have declined significantly since" previous surveys in 1996. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 19). NMFS described the current AGC steelhead runs as "severely depleted." *Id.* at 71. Dr. Hanson opines that the estimated density and abundance of juvenile rearing Steelhead in AGC are low compared to many other Central California streams. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 4, 34). As set forth in my First Reply Declaration, I disagree with the County's assertions that Steelhead abundance in AGC was low prior to construction of Lopez Dam, that abundance was heavily influenced by factors other than Lopez Dam, and that present-day

Steelhead abundance is consistent with historical pre-dam abundance. *Compare* Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 67-84) *with id.*, ¶ 21, Ex. 18 (Defendant County of San Luis Obispo's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a Preliminary Injunction ("County Oppo. Brief") at 1, 8-9). Elsewhere, the County has asserted that while historically the Steelhead population numbered in the tens of thousands, "[p]resently, the population has declined to less than one percent of the 1850 levels." Sproul Decl., Ex. 17 (2024 Grant Application at 9 of 39). It is my opinion, consistent with NMFS's conclusions, that the County's Lopez Dam operations are a significant factor precluding the AGC Steelhead population from becoming a self-sustaining population and that, consistent with NMFS's assessment, the AGC population of Steelhead is not currently a self-sustaining population. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 81-84). In my opinion, Steelhead abundance in AGC is small, has experienced a notable decline since 1996, and faces many challenges to its continued survival and recovery due, at least in part, to the Lopez Project and the County's water diversions. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 2). My opinion is consistent with NMFS's statement in 2024 that, "[b]ased on annual monitoring of the lowermost reaches of Arroyo Grande Creek, current estimates are considerably lower than the estimates for the 1940s through 1960." *Id.*, Ex. 3 (NMFS 2024 Memorandum at 16). In my opinion, the AGC Steelhead population is not presently viable (i.e., likely to persist as a self-sustaining population, NMFS's definition of a viable species) and will not be viable until the factors causing harm have been addressed, including by providing effective fish passage at Lopez Dam and releasing ecologically meaningful flows from Lopez Dam into downstream AGC. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 2, 81-84). In my opinion, if Steelhead are extirpated from AGC they are not likely to repopulate AGC. Steelhead could potentially re-populate AGC, as some Steelhead adults disperse to non-natal watersheds. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 66) (noting "[n]ew research has also documented dispersal of anadromous *O. mykiss* from their natal watersheds to non-natal watersheds (Donohoe *et*

*al.* 2021) which have implications for steelhead recovery and management within the South-Central/Southern California Steelhead Recovery Planning Domain"). However, the poor habitat conditions that persist in AGC (described in detail throughout this declaration), and limited spawning habitat availability would reduce the probability of re-population success. *Id.*, Ex. 3 (2024 NMFS Memorandum at 71-72). Habitat conditions in AGC are worse than watersheds producing anadromous offspring that disperse to non-natal streams. Temperature, fine sedimentation, reduced migration opportunities from hydrologic disruption, and limited gravel spawning habitat in lower AGC would reduce the survivability of dispersing Steelhead adults that enter AGC. However, AGC has high intrinsic potential to provide expanded and improved Steelhead habitat with feasible restoration efforts. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 44, 144-145).

16.    **Estimates of Steelhead Abundance in AGC Subject to Uncertainty and Variation.** I agree with NMFS and Dr. Hanson that there is limited data on Steelhead abundance in AGC and thus there is uncertainty as to Steelhead abundance in AGC and a lack of data regarding trends in adult Steelhead abundance in AGC. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 57); *id.*, Ex. 3 (2024 NMFS Memorandum at 16, 20, 35, 72) (NMFS recognizing there has been limited systematic, long-term monitoring of Steelhead or related habitat conditions in AGC watershed); *id.*, Ex. 9 (First Hanson Decl., ¶¶ 5, 35, 37, 44, 45, 60). I also agree with NMFS and Dr. Hanson that the abundance of the Steelhead population in AGC varies substantially among years often based on precipitation. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 57); *id.*, Ex. 3 (2024 NMFS Memorandum at 16); *id.*, Ex. 9 (First Hanson Decl., ¶¶ 5, 42, 44, 45). In my opinion, this lack of definitive data underscores the need for a robust, well-designed Steelhead monitoring program in AGC to fill in this data gap.

**III.    California Red-legged Frog.**

17.    **ESA Listing of CRLF.** The U.S. Fish and Wildlife Service ("FWS") listed

the CRLF as threatened under the ESA in 1996. 61 Fed. Reg. 25813 (May 23, 1996).[2] At the time of listing in 1996, FWS determined the CRLF had been extirpated from 70 percent of its former range. *Id.* at 25,813.

18. **Designated Critical Habitat for CRLF.** FWS designated critical habitat for the CRLF several times, with well-supported analysis that I agree with and am relying on. *See* 71 Fed. Reg. 19,244 (April 13, 2006) (designating critical habitat and finalizing special 4(d) rule for existing routine ranching activities); 75 Fed. Reg. 12,816 (March 17, 2010) (designating revised critical habitat). Designated critical habitat for CRLF includes Lopez Canyon, one of the tributaries to Lopez Lake in the upper AGC watershed. 75 Fed. Reg. at 12,816; Dkt. 141-1 (2025 Draft HCP at 58-59 of 250) (Figure 2-6, map of designated CRLF critical habitat in AGC watershed). FWS based its 2010 CRLF critical habitat designation on areas of high-quality habitat it determined provide for persistence of CRLF populations and allow for dispersal within, and in most cases between, populations. 75 Fed. Reg. at 12,818. The critical habitat unit SLO-3 (Willo and Toro Creeks to San Luis Obispo) encompasses, *inter alia*, Big Falls Canyon sub watershed (a tributary that flows into Lopez Reservoir) including Big Falls Canyon, Little Falls Creek, and Potrero Creek. 75 Fed. Reg. at 12,851; *see also* FWS Environmental Conservation Online System ("ECOS"), California red-legged frog Critical Habitat Spatial Extents, *available at* https://ecos.fws.gov/ecp/species/2891 (last accessed Feb. 27, 2026). The SLO-3 unit was mapped from occurrences recorded at the time of listing and subsequent to the time of listing. 75 Fed. Reg. at 12,851. At the time of designation in 2010, FWS stated that unit SLO-3 was occupied and contains permanent and ephemeral aquatic habitat for breeding and non-breeding activities and upland habitat for foraging, dispersal, and shelter. 75 Fed. Reg. at 12,851. FWS noted that the physical and biological features essential to the conservation of CRLF in the SLO-3 unit may require special management due to predation by nonnative species, water diversion, overgrazing, and

---

[2] CRLF is also considered a Species of Special Concern ("SSC") by CDFW.

urbanization, which may alter aquatic or upland habitats and thereby result in the direct or indirect loss of egg masses or adults to due to habitat modification. *Id.*

19.    **CRLF Are Adapted to Natural Hydrologic Processes.** CRLF are well adapted to riparian habitats in the Mediterranean climate that are subject to temporal and spatial change. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 12); 75 Fed. Reg. at 12,816. Habitats used by the CRLF are in a continuous state of change as a result of the dynamic and flashy nature of the region's floodplain and natural hydrologic processes. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 12). CRLF have evolved in riparian habitats shaped by "variable natural water flow and sedimentation regimes that create, modify, and eliminate deep pools, backwater areas, ponds, marshes, and other aquatic habitats." 75 Fed. Reg. at 12,817. CRLF use a variety of habitats shaped by the region's dynamic hydrology including various riparian, aquatic, and upland habitats. *Id.* Riparian habitat includes the vegetation along the banks of streams and adjacent to ponds that is depending on water for survival. 75 Fed. Reg. at 12,817. Upland habitat consists of vegetation that is not dependent on nearby surface water. *Id.* "Almost the entire landscape, not just breeding ponds and streams, may become suitable habitat for the adults during periods of above average rainfall." 75 Fed. Reg. at 12,816. By contrast, suitable habitat "may be drastically reduced" due to prolonged drought. *Id.* I concur with FWS that CRLF successfully breed in streams and riparian systems even though high seasonal flows and cold temperatures in streams often make these sites risky environments for eggs and tadpoles. Second Sproul Decl., ¶ 23, Ex. 20 (U.S. Fish and Wildlife Service, May 9, 2012 Biological Opinion for the Rodriguez Waterline Stabilization Project (SPL-2011-00658-BAH), San Luis Obispo County, California ("2012 FWS Rodriguez Bridge BiOp") at 10-11). I concur with FWS that CRLF typically lay their eggs during or shortly after rainfall events in late winter and early spring. *Id.,* Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 10). Also, FWS describes CRLF as "prolific breeders," with egg masses containing about 2,000 to 5,000 moderately sized eggs. *Id.* CRLF experience high mortality rates at each life stage, with an estimated 1

percent of eggs reaching metamorphosis and 0.1 percent of eggs reaching adulthood. Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 16). Because of the variability in suitable CRLF habitat resulting from the dynamic and flashy nature of the region's floodplain and natural hydrologic processes, CRLF population sizes can vary widely from year to year. 75 Fed. Reg. at 12,816. I concur with FWS that because the habitat CRLF requires for reproduction, development, and survival is dependent on the dynamic nature of aquatic systems, "recovery will be achieved when breeding habitats are created and maintained naturally by fluctuating hydrological, geological, and ecological processes." Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 46).

20.    **CRLF Breeding Habitat.** Breeding CRLF adults are typically associated with still or slow-moving water habitats that are at least 0.7 meters in depth with shrubby riparian or emergent vegetation. *See* Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 12). CRLF generally do not lay eggs in the center of a stream; rather, female CRLF lay eggs in ponds or backwater pools of creeks and attach the eggs to emergent vegetation. Dkt. 141-1 (2025 Draft HCP at 60 of 250). Tadpoles and larvae are found in streams, deep pools, backwaters, marshes, ponds, and lagoons; typically, where low velocity flow refugia persists for the duration of their development. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 12). CRLF estivation habitat are areas that provide cover and moisture during the dry season (mid to late summer) within 300 feet of a riparian area. 61 Fed. Reg. at 25,814. Without the necessary aquatic habitat, California red-legged frog is unable to reproduce in the area. *Id.* (noting that estivation habitat and the ability to reach estivation habitat is essential for the survival of California red-legged frogs within a watershed). CRLF need a breeding pond or slow-flowing stream reach or deep pool within a stream with vegetation or other material to which egg masses may be attached, and these areas must hold water long enough for CRLF tadpoles to complete metamorphosis into juvenile CRLF that can survive outside of water. 75 Fed. Reg. at 12,817; Second Sproul Decl., ¶ 25, Ex. 22 (California State Parks, July 2025 Draft Habitat Conservation Plan for the Oceano Dunes District (hereafter, "Oceano Dunes

HCP"), at 3-60).

21.    **CRLF Breeding and Reproduction.** I concur with FWS and California State Parks that the CRLF breeding season is from November to April, and the non-breeding season is from April to September. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 2, 15); *id.*, Ex. 22 (Oceano Dunes HCP at 3-61). I note that the County's expert witness, Dr. Jennings, opines that most CRLF egg laying in San Luis Obispo County occurs in March and April. Dkt. 141-1 (2025 Draft HCP at 60 of 250) (citing M. Jennings, personal communication, September 9 and 10, 2025). I further note that elsewhere in its 2025 HCP, the County identifies the CRLF breeding season as February 1 to April 1. *Id.* (2025 Draft HCP at 177 of 250). In my opinion, the actual time period for mating can vary depending on seasonal climatic patterns. 75 Fed. Reg. at 12,816. As noted above, CRLF typically lay their eggs during or shortly after rainfalls events in late winter and early spring. Males call to females from the margins of ponds and slow streams. *Id.* Female CRLF lay a jellylike mass of 2,000 to 5,000 eggs in the water attached to emergent vegetation. 75 Fed. Reg. at 12,816. CRLF eggs hatch in 6 to 14 days. Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 10); Dkt. 141-1 (2025 Draft HCP at 60 of 250). CRLF tadpoles take 3 to 5 months to metamorphose into juvenile CRLF. 75 Fed. Reg. at 12,816. Metamorphosis typically occurs from July to September. *Id.* Most adult CRLF remain near or within aquatic breeding habitat, but adult CRLF that do disperse typically disperse during the wet season after rain events in November through April. Second Sproul Decl., Ex. 22 (Oceano Dunes HCP at 3-61). CRLF will disperse from breeding habitat to forage and seek suitable upland habitat and riparian habitat if aquatic habitat is not available. 75 Fed. Reg. 12,817. Some tagged CRLF individuals have been observed traveling up to 3 km between habitats, without regard to topography, vegetation, or available aquatic habitat. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 13).

22.    As noted above, CRLF can, however, successfully breed in streams even though high flows and cold temperatures in streams during the spring can make these

sites risky environments for eggs and tadpoles. *See* Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 12). CRLF have adapted to the dynamic and flashy nature of the region's natural hydrologic processes, such that CRLF can produce large numbers of dispersing young in years with adequate rainfall and abundant aquatic habitat, increasing the number of CRLF occupied sites, while in periods of extended drought the CRLF may temporarily disappear from an area. 75 Fed. Reg. at 12,816. I concur with FWS's conclusion that it is therefore "essential to provide for sites that can be recolonized by dispersing individuals." *Id.* at 12,816 - 12,817. Adult CRLF may disperse at any time of the year, depending on habitat availability and environmental conditions, and have been found to travel distances up to 2 miles. 75 Fed. Reg. at 12,817. A study conducted from 1997 to 2003 found that adult CRLF movement greater than 98 feet occurred mostly during winter rain events, with some movement occurring when ponded habitat was almost dry. *Id.* at 12,818. CRLF larvae are most vulnerable to high flows because they are not adapted for swimming in fast currents and cannot move onto stream banks during high flows like post-metamorphic frogs can do. *See* Dkt. 141-1 (2025 Draft HCP at 61 of 250). The period from February through April is the most vulnerable seasonal period for early life stages of CRLF. *Id.* Newly metamorphosed juvenile CRLF, by contrast, can disperse, initially in short distances from July through September and then farther distances during warm rain events. 75 Fed. Reg. at 12,818. Adult, juvenile, and more developed larval CRLF have more ability to seek refuge in environmental changes such as increased flow. Dkt. 141-1 (2025 Draft HCP at 177 of 250). I concur with FWS that because juvenile CRLF disperse in more directions and for longer distances than adult CRLF, juvenile CRLF dispersal is essential for recolonizing temporarily extirpated habitat and preventing genetic isolation. 75 Fed. Reg. at 12,818. Plus, juvenile CRLF appear to have less strict requirements for aquatic habitat than adult CRLF and tend to segregate away from CRLF adults in water bodies that are shallower or faster moving than those typically used for breeding. *Id.* (citing Hayes and Jennings 1988).

23.    **Metapopulation Dynamics of CRLF.** I agree with FWS that based on its

life history and ecology, CRLF likely has what is known as a "metapopulation structure." 75 Fed. Reg. at 12,817; Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 14). A metapopulation is a set of potentially interrelated breeding sites within an area. 75 Fed. Reg. at 12,817. Migration from one breeding site (also referred to as a local occurrence or population) to other areas containing suitable habitat is possible but not routine. *Id.* Many of the areas of suitable CRLF habitats may be small and support small numbers of frogs and therefore local extinction of these small populations may be common. *Id.* The persistence of a metapopulation depends on subsequent recolonization through CRLF dispersal. *Id.* For this reason, preservation of the CRLF population structure depends on maintaining corridors for dispersal between breeding and non-breeding habitat, as well as between populations. *Id.*

24.    **Additional Key Habitat Needs for CRLF.** I agree with and am relying upon FWS's identification of the primary constituent elements ("PCE's") that are essential to CRLF conservation: (1) aquatic breeding habitat, which is defined as standing bodies of fresh water including natural and manmade ponds, slow moving streams or pools within streams, and other ephemeral or permanent water bodies that typically become inundated during winter rains and hold water for a minimum of 20 weeks in all but the driest of years; (2) aquatic non-breeding habitat, defined as fresh water pond and stream habitats that may not hold water long enough for CRLF to complete its aquatic life cycle but that do provide for shelter, foraging, predator avoidance, and aquatic dispersal of juvenile and adult CRLF; (3) upland habitat, defined as upland areas adjacent to or surrounding breeding and non-breeding aquatic and riparian habitat up to 1 mile, that provide shelter, forage, and predator avoidance for CRLF; and (4) dispersal habitat, which is accessible upland or riparian habitat within and between occupied or previously occupied sites that are within 1 mile of each other and that support movement between such sites. 75 Fed. Reg. at 12835-36.

25.    CRLF are sensitive to high salinity, which often occurs in coastal lagoon habitats. *See* Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 15). Complete

mortality of CRLF eggs has been found to occur when CRLF eggs are exposed to salinity levels greater than 4.5 parts per thousand. *Id.* CRLF larvae die when they are exposed to salinity levels greater than 7.0 parts per thousand. *Id.*; *see also id.*, Ex. 21 (Christopher, S.V., (2010) California Red-legged Frog and Tidewater Goby Habitat Assessment for Arroyo Grande Creek, San Luis Obispo County, California, prepared for County of San Luis Obispo ("2010 Christopher Habitat Assessment") at 7). A 1999 study found that the proportion of study plots without CRLF tadpoles was greatest among plots with salinity levels greater than 6.6 parts per thousand. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 15). In terms of temperature, a 1983 study found that early embryos of northern red-legged frogs were tolerant of temperatures between 9 and 21 degrees Celsius. *Id.* Observations of CRLF in 1998 indicated that CRLF were absent when temperatures exceeded 22 degrees Celsius, particularly when this was the temperature throughout the pool and there were no cool, deep portions. *Id.* CRLF mostly eat invertebrates, while CRLF larvae likely feed on algae. Dkt. 141-1 (2025 Draft HCP at 60 of 250). In my opinion, heterogenous habitat including pools, riffles, and backwaters provides for more diverse invertebrate prey for CRLF. I agree with the County's consultant that stream riffle habitat is essential for benthic macroinvertebrate production. Second Sproul Decl., ¶ 27, Ex. 24 (Stillwater Sciences, April 2022 Arroyo Grande Creek Habitat Surveys, prepared for County of San Luis Obispo ("April 2022 Habitat Surveys") at 5). Fine sedimentation of freshwater streams can suppress macroinvertebrate populations.

26.    **Threats to CRLF.** I concur with FWS that "[i]n general, we expect predation to be the most significant cause of mortality to juvenile and adult frogs." Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 16). In addition to predation, threats to CRLF survival include the elimination or degradation of habitat from land development and land use activities and habitat invasion by non-native aquatic species. *See* Second Sproul Decl., Ex. 10 (Steelhead Recovery Plan at iv). CRLF has been extirpated or nearly extirpated from 70 percent of its former range. Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 11). When it listed CRLF as threatened

under the ESA, FWS identified the primary factors negatively affecting CRLF throughout its range as habitat loss and alteration. 61 Fed. Reg. at 25824. I agree that the evidence clearly supports this FWS conclusion. Large reservoir construction projects have significantly altered or eliminated CRLF habitat. *Id.* at 25,824-25,825. Water diversions also degrade or eliminate CRLF habitat. *Id.* at 25825. California State Parks identified the principal causes of CRLF decline and continued threats as including loss and degradation of habitat due to, *inter alia*, agriculture, impoundments, water diversions, degraded water quality, use of pesticides, and introduced predators. *See* Second Sproul Decl., Ex. 22 (Oceano Dunes HCP at 3-60). Failure to protect and maintain upland habitat surrounding CRLF breeding and non-breeding habitat may cause the water quality of the CRLF habitat to deteriorate to an extent as to no longer support CRLF. 75 Fed. Reg. at 12,817.

27.    **Non-native Bullfrogs as Predatory Threat to CRLF.** Bullfrogs are a major threat to CRLF, and are the primary invasive species concern for CRLF. Dkt. 141-1 (2025 Draft HCP at 61 of 250). In freshwater streams and ponds, predation of CRLF eggs is likely the most significant mortality factor particularly if voracious invasive predators like bullfrogs or crayfish are in the area. Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 16); Dkt. 141-1 (2025 Draft HCP at 178 of 250). Predation of CRLF by invasive bullfrogs is known to extirpate populations and hinder colonization of otherwise suitable habitat by CRLF. *Id.*, Ex. 23 (2022 CRLF 5-Year Review at 25). Bullfrogs are "a voracious predator" of CRLF. *Id.* at 27. Bullfrogs are associated with water storage projects and lakes. *Id.* at 20 (noting that "water impoundments can facilitate the presence of invasive predators such as bullfrogs and crayfish"); Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 6) (noting "creation of large reservoirs that may not be properly managed for native species" as a threat to CRLF recognized by FWS). Bullfrogs are a top predator of CRLF and are attributed with the decline of species. *Id.*, Ex. 23 (2022 CRLF 5-Year Review at 25) (FWS noting that "the presence of these predators should nevertheless be viewed as a significant threat to populations"). In addition, because bullfrog are larger, more generalized predators, have longer breeding

seasons, produce 4 times as many eggs as CRLF per breeding season, and are unpalatable to predatory fish as tadpoles, bullfrogs are significant competitors to CRLF and often outcompete CRLF in the same habitat where both occur. *Id.* at 26.

28.    **Non-native Fish as Predatory Threat to CRLF.** In addition to bullfrogs, non-native fish and other non-native aquatic species such as bass, sunfish, crayfish, catfish, and mosquitofish prey on CRLF and CRLF larvae. Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 25). As FWS and California State Parks have recognized, an important factor influencing the suitability of aquatic breeding sites is the general lack of introduced aquatic predators such as bullfrogs, mosquitofish, bass, sunfish, and crayfish. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 25); Second Sproul Decl., Ex. 22 (Oceano Dunes HCP at 3-60). The combined effects of invasive frogs and invasive fish often lead to the extirpation of CRLF. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 25); Second Sproul Decl., Ex. 22 (Oceano Dunes HCP at 3-60).

29.    **CRLF Exist in AGC and AG Lagoon.** CRLF have been observed in AGC downstream from Lopez Dam. *See* Second Sproul Decl., Ex. 7 (2004 Draft HCP at 2-1); Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 9); Dkt. 141-1 (2025 Draft HCP at 61 of 250). Surveys conducted in AGC in 1996 documented one CRLF at the gravel pit near Lopez Dam and one CRLF at Cecchetti Road (about 4.8 miles downstream from Lopez Dam). *Id.* at 61. The 1996 survey did not find any tadpoles in AG Lagoon or in the pools near Lopez Dam based on several days of trapping. *Id.* In January of 1998, a survey observed one CRLF near Rodriguez Bridge on the access road to Lopez Dam. *Id.* at 61. In February of 1999, no CRLF were observed in the gravel pit pool or near Lopez Dam based on two nights of surveys. *Id.* According to the County, it appears that the last observations of CRLF in AGC upstream from the confluence with Tar Spring Creek were eight adults and one juvenile CRLF observed just below Lopez Dam in 2001 and 2002. Dkt. 141-1 (2025 Draft HCP at 61 of 250). One adult CRLF was observed in Tar Spring Creek (a tributary to AGC, which flows into AGC) in June of 2020. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 6). More recently, sampling for eDNA and qPCR

assays conducted by the County's consultant, Stillwater Sciences, in August of 2025 detected CRLF from all AGC sample locations except the sampling location in reach 7 of AGC, and at one location in Meadow Creek Lagoon. Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 2) (showing map of sampling sites in AGC), at 4, 7 (Table 2, Amphibian detections by sample location). However, the only recent documented observations of CRLF below Lopez Dam have been in the lowermost sections of AGC, near and in AG Lagoon and within Tar Spring Creek. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 6); Dkt. 141-1 (2025 Draft HCP at 62 of 250). Between August and October of 2025, the County's consultant Rincon recorded 66 observations of CRLF (mix of juveniles, adults, and tadpoles) in the lower reaches of AGC below the confluence with Los Berros Creek. Second Sproul Decl., Ex. 11 (2026 Annual Report at 23, A-2) (Table 14, and map of observations, capture, and relocation). All life stages of CRLF have been consistently documented in lower AGC and AG Lagoon in surveys from 2008 through 2025. Dkt. 141-1 (2025 Draft HCP at 62 of 250); Second Sproul Decl., ¶ 29, Ex. 26 (Cleveland Biological, Oct. 14, 2025 California Red-Legged Frog Survey Report, prepared for Oceano Dunes District ("2025 Cleveland CRLF Surveys") at 3) (table showing summary of observations of all CRLF life stages 2017-2025). According to the County's data, there have been three recordings of CRLF observations above Lopez Dam and Lopez Lake: (1) in 1998, one CRLF was observed in a pool downstream of a bridge crossing 0.7 miles west southwest of Lopez Dam; (2) in 2001, one CRLF was observed in a pond adjacent to the northwest side of Lopez Lake; and (3) in 2008, three adult CRLF were observed in a pond 0.88 miles east southeast of Lopez Lake and one adult CRLF was observed in Lopez Lake. Dkt. 141-1 (2025 Draft HCP at 62 of 250).

30.     **CRLF Breeding and Egg Masses in AGC and AG Lagoon.** Surveys in AGC in March and May of 2010 resulted in no observations of CRLF, their egg masses, or tadpoles. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at i). Between 2017 and 2025, California State Parks' consultant, Cleveland Biological, noted

only one observation of CRLF egg masses on March 19, 2019. Second Sproul Decl., Ex. 26 (2025 Cleveland CRLF Surveys at 13 of 58). Despite conducting surveys for CRLF throughout AGC and AG Lagoon during the breeding period, California State Parks' consultant did not observe any CRLF egg masses in 2017 or 2020 through 2025. *Id.*

31.    **CRLF Habitat in AGC and AG Lagoon.** In assessing the status of CRLF habitat in AGC and AG Lagoon, I have relied upon the following information, all of which is the sort of credible field survey work and analysis relied upon in my field: In 2012, FWS noted that the area around Rodriguez Bridge crossing of AGC (within reach 8, directly below Lopez Dam) contained CRLF habitat "that is only intermittently and marginally suitable for breeding." Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 17). FWS noted that the "project area is only marginally suitable for California red-legged frog breeding, therefore potential for egg masses to occur within the project area is low[.]" *Id.* at 20, 21. FWS also noted that "the abundance of predators such as bullfrogs is high, therefore the number of California red-legged frogs that could potentially be present is low[.]" *Id.* at 20. In 2010, the County's consultant, Christopher, observed that "[t]he extent of the riparian and upland habitat adjacent to the stream channel has been minimized due to conversion of the surrounding land to developed areas and agriculture, which extends to the edges of the upper banks in most areas." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 3). Habitat surveys conducted in 2020 to 2021 by the County's consultant, Stillwater Sciences, found potential CRLF breeding habitat was most abundant in Reach 8, directly below Lopez Dam, and in Reach 4, where beaver dams had backed up large stretches of water to create slow water inundated with vegetation. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 35). However, Stillwater Sciences also noted that the presence of bull frogs and nonnative fish likely limits CRLF abundance in Reach 8 due to predation from these species. *Id.* at 48, 49.

32.    **Bullfrogs and Other Non-native Predators of CRLF Exist in AGC and AG Lagoon.** In assessing the status of CRLF predator presence in AGC and AG Lagoon,

I have relied upon the following information, which appears to be credible field survey work and analysis deemed relevant and reliable in my field: the surveys in 2020 and 2021 conducted by the County's consultant, Stillwater Sciences, noted the presence of bullfrogs and nonnative, warm-water fish species that prey on CRLF in Reach 8 of AGC. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 49). That study documented an observation of a bullfrog tadpole and bullfrog in August of 2021 downstream of Lopez Dam. *Id.* at 48 (Figure 37). Bullfrogs have also been documented in AG Lagoon. Dkt. 141-1 (2025 Draft HCP at 62 of 250). Sampling for eDNA and qPCR assays conducted by Stillwater Sciences in August of 2025 detected bullfrog DNA in all samples taken from AGC locations upstream of South Mason Street (sampling locations in reaches 4 through 8 of AGC), as well as in one sample taken from a location in Meadow Creek Lagoon. Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 2, 4, 7) (showing map of sampling sites in AGC and Table 2, Amphibian detections by sample location).

33.    **AGC is a Core Area for CRLF Recovery.** AGC is listed as one of the core areas for focused recovery efforts of CRLF by FWS. Second Sproul Decl., Ex. 19 (CRLF Recovery Plan at 55, 144). I agree with FWS that as a core area, the CRLF population in AGC represents what can be a viable population and the location will contribute to connectivity between habitats and populations. *Id.*

**IV.    Tidewater Goby.**

34.    **ESA Listing of TWG.** FWS listed the TWG endangered under the ESA in 1994. 59 Fed. Reg. 5494 (March 7, 1994). TWG is a small fish that inhabits coastal brackish water habitats entirely within California. Second Sproul Decl., ¶ 30, Ex. 27 (U.S. Fish & Wildlife Service, 2005 Recovery Plan for the Tidewater Goby ("2005 TWG Recovery Plan") at iii). TWG are uniquely adapted to coastal lagoons and rarely persist in marine or freshwater habitats. *Id.* TWG are typically found in salinities of less than 12 parts per thousand. *Id.* In 1994 at the time of its listing, TWG has disappeared from nearly 50 percent of the coastal lagoons within its historic range since 1900. 59 Fed. Reg.

at 5494. In 2005, FWS's TWG Recovery Plan stated that 17 percent of the 134 documented localities were considered extirpated and 41 to 52 percent of the localities were naturally so small or have been degraded over time that long-term persistence was uncertain. *Id.*

35. **TWG Designated Critical Habitat.** FWS designated critical habitat for TWG in 2000, and revised the designation in 2008. 65 Fed. Reg. 69693 (Nov. 20, 2000); 73 Fed. Reg. 5920 (Jan. 31, 2008). FWS again revised the designated critical habitat for TWG in 2013. 78 Fed. Reg. 8746 (Feb. 6, 2013). This included designations in San Luis Obispo County, such as Pismo Creek (designated as SLO-11) and Oso Flaco Lake (designated as SLO-12), but the critical habitat designations do not include Arroyo Grande Creek. *Id.* at 8772, 8811 (map including location of units SLO-11 and SLO-12).

36. **TWG Habitat Needs.** Individual TWG populations occupy coastal lagoons and estuaries that are separated from each other by land, and, in most cases, are separated from the open ocean by sandbars or other barriers. 78 Fed. Reg. at 8748-49. TWG also occur in freshwater streams up-gradient and tributary to brackish water habitat. *Id.* at 8753. FWS has determined that TWG require persistent, shallow (0.3 to 6.6 feet), still-to-slow-moving lagoons, estuaries, and coastal streams with salinity up to 12 parts per thousand ("ppt"), which provide adequate space for individual and population growth and normal behavior. *Id.* at 8754-55. I agree with FWS that this habitat should contain one or more of the following: (a) substrates (sand, silt, mud) suitable for the construction of burros for reproduction; (b) submerged and emergent aquatic vegetation to provide protection from predators and high flow events; or (c) the presence of a sandbar across the mouth of a lagoon or estuary during the late spring, summer, and fall that closes or partially closes the lagoon or estuary, thereby providing relatively stable water levels and salinity. *Id.* at 8755. TWG is most commonly found in waters with relatively low salinity, typically in salinities of less than 12 ppt. 78 Fed. Reg. at 8753; Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). However, TWG have been documented in waters with salinity levels from 0 to 42 parts per thousand. Second Sproul Decl., Ex. 27 (2005

TWG Recovery Plan at 1). TWG occur in loose aggregations of a few to several hundred individuals on the substrate in shallow water, generally less than 6 feet deep. 78 Fed. Reg. 8753; *see also* Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). TWG have been documented in water depths of 15 feet. 78 Fed. Reg. 8753. FWS has noted that backwater marshes may provide important refuges that reduce the likelihood that a substantial number of TWG will be flushed out of the lagoons or estuaries and into the marine environment during heavy winter floods. 78 Fed. Reg. at 8753. TWG may range 1.6 to 7.3 miles upstream into freshwater. *Id.* I concur with FWS that this suggests that freshwater tributaries can provide important temporary refuge habitat for individual and population growth of TWG. *Id.* As for water temperature, TWG have been documented in water that 8 to 25 degrees Celsius (46 to 77 degrees Fahrenheit). Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii).

37.    **TWG Breeding and Reproduction.** TWG prefer a sandy substrate for breeding but can be found on rocky, mud, and silt substrates as well. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at 1). TWG can breed multiple times within their one-year life span. Second Sproul Decl., ¶ 31, Ex. 28 (U.S. Fish and Wildlife Service, FWS Focus: Tidewater Goby, *available at* https://www.fws.gov/species/tidewater-goby-eucyclogobius-newberryi (last accessed February 28, 2026) ("TWG Focus") at 2). TWG reproduction occurs at all times of the year, with peak spawning activity occurring during the spring, when lagoons close to the ocean, and again in the late summer. *Id.*; Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at 1, 14). FWS notes that spawning year-round is probably unlikely because of seasonal low temperatures and disruptions of lagoons during winter storms. 59 Fed. Reg. at 5494. Instead, TWG life cycles are keyed to the annual cycle of the lagoons and estuaries in which they live. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). The first peak spawning that occurs in the spring is when the lagoons close to the ocean. *Id.* at 2. The second peak spawning activity occurs again in the late summer. *Id.* When these kinds of ideal conditions exist (including still water with no to low-salinity

and mild temperatures), TWG can reproduce quickly and become plentiful. *Id.*

38.    Male TWG dig a vertical nesting burrow deep in clean, coarse sand. 59 Fed. Reg. at 5494. Male TWG then remain in the burrows to guard eggs that are hung from the ceiling and walls of the burrow until hatching. *Id.* Eggs hatch after about nine to 11 days. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). Larval TWG take about 18 to 31 days to develop into the juvenile and adult life stages. *Id.* Larval TWG are found midwater around vegetation until they become benthic. 59 Fed. Reg. at 5494. A population study by Swift et al. in 1989 observed TWG digging breeding burrows in April or May in Aliso Creek in Orange County, California. However, in my opinion, the lagoon in Orange County California that was the subject of the 1989 study will have different geomorphologic phenology than that of AGC and the AG Lagoon. This is because the two creeks experience slightly different climates, differ in total precipitation, and experience different sediment movement through the floodplain. For example, Aliso Creek likely experiences different timing for berm building in the spring and summer as compared to AGC and AG Lagoon. As Swift opines, TWG breeding is dependent on lagoon berm conditions, which are shaped by the relative creek's hydrology and sediment transport. Information from FWS also supports that TWG breeding is dependent on lagoon berm conditions. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 2-3). TWG may experience peak reproduction during April and May in Aliso Creek, but would likely experience different breeding conditions at the same time of year in AGC and AG Lagoon.

39.    **TWG Adaptations to Natural Hydrology of Region.** As FWS has observed, TWG as a species "is incredibly resilient to environmental changes." Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 1). As FWS notes, the coastal lagoons and estuaries where TWG live are naturally dynamic such that habitat conditions including water temperature and salinity levels can vary daily, seasonally, or annually. *Id.* at 1, 3. As noted above, TWG life cycles are keyed to the annual cycle of the particular lagoons and estuaries in which they live. *Id.* at 2. Lagoon systems change throughout the

SCHMITT DECL. ISO PLS. SEC. PI MOT.    28    CASE NO. 2:24-cv-06854-SPG-AS

season and historically in California, coastal lagoon processes followed a cyclical, seasonal pattern. *Id.* In late spring a sandbar would normally form where the lagoon meets the ocean as the amount of stream flow declines. *Id.* at 3. This sandbar creates a barrier behind which fresh water accumulates and forms a lagoon. *Id.* Waves and high tides can overtop the sandbar and add seawater to the lagoon system. *Id.* In late spring, summer, and early autumn when it is typically dry months in California, freshwater flows are typically insufficient to breach the sandbar. *Id.* Low inputs of freshwater into the lagoon combined with evaporation can cause a lagoon to become smaller and saltier. *Id.* In late autumn, winter, and early spring, wet season rains increase stream flows and typically fill the lagoon and may overtop and erode the sandbar resulting in a breach, at which point the lagoon drains into the ocean. *Id.*

40. TWG is well adapted to the conditions resulting from the natural cycle of lagoon formation described above. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). TWG spend all life stages in lagoons, estuaries, and river mouths but may enter marine environments when flushed out of lagoons, estuaries and river mouths by normal breaching of the sandbars following storm events. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at 1). TWG's tolerance of high salinities enables it to withstand some exposure to the marine environment, which has a salinity of about 35 ppt. 78 Fed. Reg. at 8753. When flood events flush individual TWG from their lagoon or estuary into the marine environment, those that survive may return to the original lagoon or they may enter a nearby lagoon if it is open to the ocean. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 5). I agree with FWS that while adult TWG can tolerate extreme conditions, TWG eggs and larvae need more stable conditions to survive and develop. *Id.* at 1. However, TWG are also able to reproduce quickly when conditions are favorable. *Id.* at 1. When TWG habitat experiences an influx of salt water, TWG juveniles and adults often congregate where freshwater enters the lagoon or estuary. *Id.* at 3. FWS notes that TWG are likely able to detect storm events due to the increased flow of fresh water that may cause a natural breaching event and swim upstream or take refuge in side

channels. 78 Fed. Reg. at 8754. Because few other fish species survive the extreme conditions of lagoons, TWG have few native predators or competitors. *Id.*; Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). Native predators include steelhead, staghorn sculpin, and Sacramento perch, as well as birds such as egrets, herons, mergansers, grebes, and loons. 78 Fed. Reg. at 8754. TWG escape predators by fleeing into deeper water or aquatic vegetation. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 4). Aquatic vegetation may also provide some degree of shelter or refuge during flash flood events by creating lower water velocities as compared to unvegetated areas, which is especially important for fish species that are not strong swimmers like TWG. Second Sproul Decl., ¶ 32, Ex. 29 (U.S. Fish and Wildlife Service, May 21, 2015, Biological Opinion on the Arroyo Grande Creek Channel Waterway Management Program, San Luis Obispo County, California (8-8-15-F-4) ("2015 FWS Waterway Management BiOp") at 18); 78 Fed. Reg. at 8753 (noting backwater marshes may provide important refuge that reduce the likelihood that TWG will be flushed out of lagoons into marine environment during heavy winter floods).

41.    **Metapopulation Dynamics of TWG.** As FWS notes, studies of TWG suggest some populations persist on a consistent basis, while others appear to experience intermittent extirpations ("local extinctions"). 78 Fed. Reg. at 8748. I agree with FWS that "[t]he pattern of extirpation and recolonization observed in the [TWG] suggests that some [TWG] populations exhibit a metapopulation dynamic where some populations survive or remain viable by continually exchanging individuals and recolonizing after occasional exitrpations[.]" *Id.* FWS concludes that "best available information suggests that the lagoons and estuaries with persistent [TWG] populations likely serve as source populations that provide individuals that colonize adjacent locations with intermittent populations." 78 Fed. Reg. at 8749. TWG migration to new lagoons is weather dependent. *Id.* at 8753 (FWS, noting that TWG "appear to enter the ocean only when flushed out of lagoons, estuaries, and river mouths by storm events or human-caused breaches of sand bars."). Once dispersed from the original location, TWG may return to

the same lagoon or they may enter a different lagoon, provided that lagoon is also open. In this way, dispersing TWG individuals may add to existing TWG populations or may recolonize a location that do not have TWG. 78 Fed. Reg. at 8753 (noting TWG's tolerance for high salinity levels allows it to recolonize nearby lagoons and estuaries following flood events). I note that the County also recognizes that TWG "are thought to occur as metapopulations along the California coast, and some local populations experience intermittent extirpations that become recolonized by nearby extant populations[.]" Dkt. 141-2 (Appendix A – Covered Species Screening at A-1).

42.    **Threats to TWG.** The primary threats to TWG include loss of habitat, introduced predators, and drought due to climate change. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 1). Threats to TWG also include modification of habitat due to coastal development projects that result in the loss of coastal lagoon habitat, channelization of habitat, upstream water diversions that alter downstream flows and thereby diminish the extent of marsh habitats that occurred historically at the mouths of most rivers and creeks in California, and alteration of water flows. 59 Fed. Reg. at 5495; *see also* 71 Fed. Reg. 3524, 3525 (Jan. 23, 2006) (Notice of Recovery Plan for the Tidewater Goby); Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). Principal threats to TWG also include degraded water quality. *Id*.

43.    **Threats to TWG from Non-native Species.** Predatory and competitive non-native fish species such as bass and sunfish pose a threat to TWG when these non-native predators are introduced into lagoons and estuaries. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 2); *id.*, Ex. 27 (2005 TWG Recovery Plan at 15, 18-19, C-20, H-1). TWG are also preyed upon by other non-native aquatic species like bullfrogs and crayfish. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii); 78 Fed. Reg. at 8781.

44.    **Threats to TWG from Artificial Breaching.** The artificial breaching of lagoons, when humans remove the sandbar that acts as a barrier between the lagoon and ocean, is a threat to TWG because it causes the lagoons to be converted to open marine

SCHMITT DECL. ISO PLS. SEC. PI MOT.     31         CASE NO. 2:24-cv-06854-SPG-AS

systems and allows an influx of salt water into the lagoon. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 1). Although TWG are naturally exposed to tidal conditions when high tides periodically breach sandbars, frequent or untimely artificial breaching is problematic because it degrades the lagoon's water quality and can kill TWG. *Id.* Artificial breaching of a sandbar results in a rapid decrease in water levels and increases the likelihood that TWG adults and their nests and fry become stranded and die or become concentrated and subject to greater levels of predation. 78 Fed. Reg. at 8753. By contrast, natural breaching events tend to occur in late winter and early spring when TWG breeding is at a low point in the reproduction cycle. *Id.* at 8754. Plus, as noted above, TWG are likely able to detect storm events due to the increased flow of fresh water that may cause a natural breaching event and swim upstream or take refuge in side channels. *Id.* one potential significant threat to TWG survival that can thwart this adaptation strategy is channelization of a stream through construction of levees and drainage channels eliminating the side channels necessary for TWG refuge during rain events. *Id.* at 8753, 8754.

45.    **TWG Exist in AGC and AG Lagoon.** AGC and AG Lagoon provide habitat for TWG. TWG were documented in AGC during sampling in March 2005. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at C-21). Most recently, surveys conducted by California State Parks in November of 2025 documented TWG in AG Lagoon. *See, e.g.*, Second Sproul Decl., ¶ 33, Ex. 30 (California State Parks, Nov. 18-19, 2025, Aquatic Survey Report: Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoon ("2025 Nov. Aquatic Survey Report") at 4) (Table 1, showing TWG and other species collected in AG Lagoon). However, in December of 2022, the California State Parks' surveys documented no TWG collections in AG Lagoon. *Id.*, ¶ 34, Ex. 31 (California State Parks, Dec. 14, 2022, Aquatic Survey Report: Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoon ("2022 Dec. Aquatic Survey Report") at 1, 5). Sampling for eDNA and qPCR assays conducted by Stillwater Sciences in August of 2025 detected TWG within AG Lagoon (sampling sites in reaches 1 and 2 of AGC).

Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 4-5), evidence that TWG repopulated the lagoon between 2022 and 2025, likely from ocean migration from surrounding watersheds.

46. **TWG Recovery Objectives.** The recovery objective for TWG is to downlist to threatened status under the ESA, and then delist the species. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). TWG has a recovery priority number of 7C (on a scale of 1 to 18), which indicates that TWG face moderate threats and a high potential for recovery. *Id.* I note that as of 2005, FWS observed that the current state of research does not allow for the development of metapopulation-based recovery objectives of TWG. *Id.* at 39. I concur with FWS that this is in part because of the complex genetics of TWG, the genetic metapopulation structure of TWG populations, the 1-year lifespan of most TWG individuals, the limited amount of scientific research on the species, and difficulties in determining population size. *Id.* I note that instead, FWS developed interim objectives that emphasize consistent occupancy of habitat capable of sustaining viable TWG populations. *Id.* I concur with FWS's conclusion that TWG may be considered for downlisting from endangered to threatened status under the ESA when (a) specific threats to each metapopulation such as habitat destruction and alteration (e.g., coastal development, upstream diversion, channelization of rivers and streams, discharge of agriculture and sewage effluents), introduced predators, and competition with introduced species have been addressed through development and implementation of individual management plans; and (b) a metapopulation viability analysis based on scientifically credible monitoring over a 10-year period indicates each Recovery Unit is viable. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at 40-41). Each of the six TWG recovery units must meet these criteria for the species to be downlisted. *Id.* The goal of the TWG Recovery Plan is to preserve the diversity of habitats that occur within the range of the species, the metapopulation structure of the species, and genetic diversity. 78 Fed. Reg. at 8753. FWS has subdivided the geographic distribution of TWG into six recovery units, encompassing a total of 26 Sub-Units defined according to genetic

SCHMITT DECL. ISO PLS. SEC. PI MOT.    33    CASE NO. 2:24-cv-06854-SPG-AS

differentiation and geomorphology. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). The AGC and AG Lagoon population of TWG is within the Conception ("CO") Recovery Unit. *Id.* at B-13, C-21. I agree with FWS's identification of the primary tasks for recovery for this sub-unit, including to monitor and substantiate the sub-unit with genetic study. *Id.* at G-14.

**V.     The County's Lopez Project Is Harming Steelhead, CRLF and TWG.**

47.     In my opinion, and as set forth in detail in the following, the County's Lopez Project is harming Steelhead, CRLF, and TWG. The NGOs seek to address the jeopardy to the survival and recovery of several ESA-listed species posed by the County's operation and maintenance of the Lopez Project. *See* First Amended Complaint ("FAC") (Dkt. 65) at ¶ 1-6. The County acknowledges that Lopez Dam is an impassable barrier for Steelhead precluding access to the upper watershed, and that the resulting changes in flows in AGC downstream from Lopez Dam have contributed to instream habitat alteration including changes to the natural sediment disposition and regulation of instream flows, affecting habitat for Steelhead and CRLF. Dkt. 141-1 (2025 Draft HCP at 18 of 250).

**A.     The County's Lopez Project.**

48.     **The Lopez Project.** I provided a description of the County's infrastructure, operations, and maintenance in my opening declaration. *See* Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 46-48). The County's Lopez Project includes Lopez Dam, Lopez Lake, a three-mile buried steel transmission line that conveys water to Lopez Terminal Reservoir from Lopez Lake, the Lopez Water Treatment Plant, and various additional in-stream infrastructure downstream from Lopez Dam (referred to collectively herein as the "Lopez Project"). *See* Plaintiffs' First Amended Complaint ("FAC"), Dkt. 65, ¶ 3. The County started construction of Lopez Dam on AGC in 1967, and completed construction in 1968. Second Sproul Decl., ¶ 9, Ex. 6 (Declaration of David Spiegel In Support of Opposition to Motion for Preliminary Injunction ("Spiegel Decl."), ¶ 5); Dkt. 141-1 (2025 Draft HCP at 15 of 250). Lopez Dam is located approximately 13 miles from the

Pacific Ocean and AG Lagoon. Dkt. 141-1 (2025 Draft HCP at 17 of 250). As an earthen berm dam that is over 160 feet high, Lopez Dam is a complete barrier to Steelhead migration to the upper reaches of AG Creek and its headwater tributaries. Second Sproul Decl., Ex. 6 (Spiegel Decl., ¶ 5); Dkt. 141-1 (2025 Draft HCP at 18 of 250) ("impassable barrier" to Steelhead); 70 Fed. Reg. at 52,507 (Lopez Dam is "the only dam which is a full barrier to Steelhead in Arroyo Grande Creek"). Lopez Dam has no fish ladder. Approximately 67 square miles of the AGC watershed is located above Lopez Dam, with 86 square miles located below. Dkt. 141-1 (2025 Draft HCP at 17 of 250). Lopez Lake (or "Lopez Reservoir") that formed behind Lopez Dam has a capacity of 49,400 acre-feet ("AF") of water. Second Sproul Decl., Ex. 6 (Spiegel Decl., ¶ 5). The County operates and maintains Lopez Dam. Second Sproul Decl., Ex. 6 (Spiegel Decl., ¶¶ 4-7); Dkt. 54 at 3; Dkt. 141-1 (2025 Draft HCP at 15 of 250).

49.    **Pre-dam Hydrology in AGC Watershed.** In my opinion, the natural hydrology in AGC watershed and in AGC, in the reaches now below Lopez Dam, was very different prior to the construction of Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62-64, 68). Large winter and spring storms naturally breached the sandbar berm that typically builds up at the mouth of AG Creek over summer and provided sufficient flows to attract Steelhead to enter the Creek and migrate upstream. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 62). The County's expert on water resources, Mr. Emery, agrees with my conclusions in numerous important ways. *Compare* Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 59-66) *with* Second Sproul Decl., ¶ 35, Ex. 32 (Declaration of Jared Emery In Support of Opposition to Motion for Preliminary Injunction ("First Emery Decl.")). One, Mr. Emery and I agree that the pre-dam natural hydrology in AGC was characterized by flashy, high flows during and shortly after rainfall events in winter and spring, and lower flows in the summer months when rainfall was absent. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 62); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 61); *id.*, Ex. 32 (First Emery Decl., ¶ 6). Two, Mr. Emery and I both agree that Lopez Dam altered the hydrology of AGC by cutting off the high peaks of

historic flows and replacing them with a "steady flow" pattern, except in the case of spill events, transforming it from one characterized by peaky high flows in the wet season to one involving a substantially flattened discharge pattern. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 68); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 62); *id.*, Ex. 32 (First Emery Decl., ¶ 8). Three, Mr. Emery and I agree that there are less frequent high flow events (above 100 cubic feet per second ("cfs") compared to the frequency of high flow events pre-dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 77); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 63); *id.*, Ex. 32 (First Emery Decl., ¶ 8). In my opinion, there has been a substantial reduction in the frequency of high flow events (*id.*, Ex. 1 (First Schmitt Decl., ¶ 77); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 63)), and Mr. Emery has not disputed this opinion. The pre-Lopez Dam high stream flows also contributed to natural geomorphic processes in the Creek, creating stream channel complexity that Steelhead need and the recruitment of cobble/gravel substrates for Steelhead spawning, while also flushing out fine sediments that prevent successful Steelhead egg incubation. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 63). When the County completed Lopez Dam in 1968, it altered AG Creek from a naturally-flowing creek to one governed by the County's dam operations, with highly adverse consequences for Steelhead. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 65).

50. **The County's Water Right Application and Pending Protests.** In 1998, the County filed an application for a water right permit for diversion from AGC tributary to the Pacific Ocean in San Luis Obispo County, Application Number 30826. The California State Water Resources Control Board ("Board") noted that the application seeks a diversion in addition to the County's existing Permit 12814 for Lopez Dam, which authorizes 50,000 acre-feet of storage per year. The Board explained that the additional application is necessary to accurately reflect reservoir operations involving direct diversion and to update water use estimates. On November 4, 1999, NMFS filed a protest to the County's Application Number 30826 with the Board. Sproul Decl., ¶ 36, Ex. 33 (National Marine Fisheries Service, Nov. 4, 1999 Protest to Water Right Permit

Application 30826 ("NMFS Protest")). NMFS stated that an assessment of the effects of the proposed water diversion on Steelhead and its habitat was required before processing the water rights application, as was compensation of the potential negative effects. *Id.* NMFS explained it would withdraw the protest if either: (1) the water right permit contained NMFS's approved terms and conditions for the purpose of avoiding take of Steelhead; or (2) the County fully executed a NMFS-approved HCP for operation and maintenance of Lopez Reservoir. *Id.* CDFW also filed a protest to the County's water right application. Sproul Decl., ¶ 37, Ex. 34 (California Department of Fish and Game, Oct. 18, 1999 Protest of Water Right Application ("CDFW Protest")). The County responded to these two protests, as well as a protest by the California Sportfishing Protection Alliance, in a March 13, 2000 filing with the Board. Sproul Decl., ¶ 38, Ex. 35 (March 13, 2000, Response to Protests Before the State Water Resources Control Board ("2000 County Response to Protests")). In its response, the County committed to various actions, including completion of an HCP and a commitment to maintain continuous flows in AGC of 7 cfs with no further reductions of flow without consultation with NMFS and CDFW until an HCP is in place. *Id.* at 3. Based on information available to me, the three protests to Application No. 30826 are still pending, as is the County's Application Number 30826.

51.    **2001 Seismic Remediation Project at Lopez Dam.** In 2001 and 2002, the County completed a seismic remediation project at Lopez Dam. NMFS issued a Biological Opinion ("BiOp") for the remediation project on March 28, 2001, that concluded the U.S. Army Corps of Engineers' action to permit the remediation project under Section 404 of the Clean Water Act and the County's implementation of the remediation project was not likely to jeopardize the continued existence of Steelhead and was not likely to destroy or adversely modify critical habitat. *See* Sproul Decl., ¶ 39, Ex. 36 (National Marine Fisheries Service, March 28, 2001 Biological Opinion for the Army Corps of Engineers' (Corps) permitting of the Lopez Dam Seismic Remediation Project ("2001 NMFS Seismic Remediation BiOp")). The action covered by the 2001 Seismic

Remediation BiOp included widening the crest of the dam and a buttress on the downstream face of the dam, creating temporary space for construction facilities and staging, temporarily lowering the water surface elevation of the reservoir, removing existing culverts, temporarily lowering groundwater downstream of the dam, temporarily pumping reservoir or groundwater to maintain surface flow in AGC, excavating and exposing soil upland of the creek, modifying existing access routes, and installing temporary bridges for access routes. *Id.* (2001 NMFS Seismic Remediation BiOp at 1-2). While NMFS analyzed the impacts resulting from reducing the risk of dam failure and thereby extending the life of Lopez Dam, the Army Corps and the County did not include the construction, existence, operation or maintenance of Lopez Dam as a covered action and NMFS did not analyze these actions. *Compare id.* (2001 NMFS Seismic Remediation BiOp at 5-6) *with id.* (2001 NMFS Seismic Remediation BiOp at 1-2). The anticipated construction schedule of the proposed action was limited to April 2001 to July 2002. *Id.* (2001 NMFS Seismic Remediation BiOp at 2). NMFS concluded the effects of the construction would be "minor and temporary," yet issued an Incidental Take Statement ("ITS") authorizing the take of no more than 100 juvenile Steelhead and no more than 1 adult Steelhead. *Id.* (2001 NMFS Seismic Remediation BiOp at 15, 17). The non-discretionary terms and conditions of the ITS limited the Corps' and County's construction actions to April 1, 2001 through October 15, 2002, and required the Corps and the County to maintain a continuous discharge of 7 cfs in AGC during the entire duration of the proposed action. *Id.* (2001 NMFS Seismic Remediation BiOp at 18).

52. **County's Current Downstream Flow Releases from Lopez Dam.** The County has operated and, it is my understanding from communications between the NGOs and the County as reflected in a January 8, 2026 email message that I have been shown, currently is operating Lopez Dam and releasing flows from Lopez Dam downstream to AGC pursuant to the County's 2007 Interim Downstream Release Schedule ("IDRS"). Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 7); Sproul Decl., ¶ 54 (describing January 23, 2026 email from County's counsel Paul Weiland confirming

that the County intends to continue to operate under the IDRS and that the IDRS does not contemplate pulse flows). Despite the County's commitments in its March 2000 response to protests to its water right Application Number 30826, it does not appear that the County consulted with NMFS or CDFW before revising its flow release schedule to allow for reduced flows pursuant to the 2007 IDRS. The County labelled its IDRS as "interim" because the County meant to soon replace it with a final hydrological program developed as part of its HCP. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 66). After implementing the program for 19 years, the County still follows this "interim" program. *Id*. The IDRS requires the County to release a minimum daily flow of 6 cubic feet per second ("cfs") from Lopez Dam to AGC in summer and fall months (April through December), and requires a minimum daily release of 3 cfs in winter months (January through March) (what the County refers to as the "wet season" or "winter period"). Second Sproul Decl., ¶ 41, Ex. 38 (San Luis Obispo County Flood Control and Water Conservation District Zone 3 Lopez Project, 2007 Interim Downstream Release Schedule ("2007 IDRS") at 7). While the County may release more than these minimum daily flow volumes, any adjustments appear to be solely at the discretion of the County based on undefined parameters. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 7) (noting County may increase releases "when it is determined based on visual monitoring of the Creek that flows are not reaching monitoring points identified within the IDRS"). Neither the County nor its expert or fact witnesses dispute that actual releases under the 2007 IDRS have averaged in the range of 3-6 cfs over the past 10 water years. The County's own data does not show any major departure from the minimums. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 67); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 115-116). The IDRS mentions an ability to reduce releases to AGC based on closer monitoring, but does not provide any detail of an adaptive management approach such as ecological objectives or prescriptions for how it is implemented. Second Sproul Decl., ¶ 41, Ex. 38 (2007 IDRS at 4, 9-12). The actual rate and volume of water released from Lopez Dam through the County's outlet structure and into AGC has varied. Second

Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 13). Based on the County's data from Water Year 2014-2015 through Water Year 2023-2024, downstream releases pursuant to the IDRS have ranged from an average monthly low of 2.9 cfs in March to an average monthly high of 5.6 cfs in August and September. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 67); *id.*, ¶ 42, Ex. 39 (April 8, 2024 email from David Spiegel re "Downstream Releases"). Flows during the primary Steelhead migration winter and spring months average 3.69 cfs, while flows in the rest of the year average 5.42 cfs. From January 2025 through December 2025, the County operated Lopez Dam flow releases pursuant to the Final Lopez Dam Flow Release Plan required by the Preliminary Injunction Order. Dkt. 72-2. Under the IDRS, the County releases significantly less water from Lopez than required by the Final Lopez Dam Flow Release Plan, with higher flows released during dry months (July through November) and lower flows released in the months when most adult Steelhead migration occurs (December through June). The IDRS also does not include any type of "pulse flow" release. As such, the IDRS has eliminated the historic large pulse flows in at least the upper half of lower AG Creek, *i.e.*, the Creek reach between the dam and the Creek's first significant downstream tributaries. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 68). Besides eliminating peak pulse flows in the Creek, Lopez operations have substantially cut AG Creek's downstream flow, on average about 41% of this flow. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 69). The County's biggest cut in downstream Creek flow occurs in the peak winter Steelhead migration season. In January-March, the County's operations have cut natural flows in the Creek nearly in half. *Id.*, Ex. 1 (First Schmitt Decl., ¶¶ 70-72).

53.    **County's Uncontrolled Spills from Lopez Dam.** In addition to the daily releases, the County's operation and maintenance of Lopez Dam results in uncontrolled spills when water from Lopez Lake overtops the dam and spills down the spillway. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 14). The County notes that these spills have ranged from 10 cfs to 1,500 cfs, with the most recent spills around 600 cfs. *Id.* In 2017, NMFS noted that between 1968 to 1998, Lopez Dam only spilled 14 times. Second

Sproul Decl., Ex. 4 (2017 NMFS BiOp at 45 of 128). As of 2025, the County stated that spills have occurred only 19 times since Lopez Dam was built in 1968. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 14). Most recently, Lopez Dam spilled in 2023 and 2024. Sproul Decl., ¶ 43, Ex. 40 (San Luis Obispo County website screenshots of Lopez Dam spillway discharge in 2023 and 2024). NMFS concluded that construction of Lopez Dam resulted in either muted or attenuated peak flow events and that lower discharge events such as those occurring in dry periods or channel maintenance storm events are muted completely by Lopez Dam. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 45 of 128).

54.    **Infrastructure in AGC Watershed Downstream from Lopez Dam.** The County also maintains structures downstream of Lopez Dam within the AGC channel and AG Lagoon. *See* Dkt. 65 ("FAC"), ¶ 43; Dkt. 58 at 17 (Attachment 1); Dkt. 133-1 (County of San Luis Obispo – Arroyo Grande Creek Final Steelhead Passage Barriers Plan dated June 30, 2025). The County of San Luis Obispo owns the Biddle Park double arch culvert in AGC and the Grade Control Structure in Los Berros Creek upstream of the confluence with AGC and downstream of Valley Road crossing. Dkt. 133-1 at 2. The County states that based on a 1998 Biological Opinion ("BiOp") from NMFS regarding issuance of a U.S. Army Corps of Engineers permit for the County to complete a stream diversion and road crossing repair project at Biddle Park, the County has obtained take authorization for that facility. Dkt. 133-1 at 2. NMFS's 1998 BiOp was for issuance of a permit for stream diversion and road crossing repair activities to be implemented and completed in the fall or early winter of 1998. Dkt. 133-1 at 17. The 1998 BiOp does not authorize County actions to not ongoing operation or maintenance of the Biddle Park culverts. *Id.* The 1998 Incidental Take Statement ("ITS") included nondiscretionary terms and conditions that required the County to, *inter alia*, "maintain a corridor for unimpeded passage of steelhead through the project area at all times during the proposed project action," required the action to be completed by December 31, 1998, and specified installation of five 6-ft span arch culverts. Dkt. 133-1 at 28. The terms and conditions

also required implementation of erosion control and sediment detention devices during and after, if necessary. *Id.* at 30. In 2000, NMFS provided notice that the County did not complete stream diversion and road crossing repair activities in compliance with the terms and conditions of the 1998 BiOp. Second Sproul Decl., ¶ 44, Ex. 41 (National Marine Fisheries Service, May 15, 2000 Letter to U.S. Army Corps of Engineers) ("Because the County did not install the culverts according to NMFS specified criteria, any take, including harm from impairing behavioral patterns of adult or juveniles, associated with the failure of the culverts to comply with the original Biological Opinion Terms and Conditions constitutes a prohibited take under the Endangered Species Act."). In its letter, NMFS modified the 1998 ITS to include additional terms and conditions requiring the County to monitor and report details about the culvert annually for the life of the existing road crossing. *Id.* at 5. NMFS also recommended that for the life of the existing road crossing, to avoid unlawful take and ensure unimpeded passage of juvenile Steelhead, the County should ensure a minimum water depth of no less 0.5 feet throughout the thalweg culvert from March 15 until July 1 every year, and to prepare and submit a plan to NMFS on how it would ensure the minimum water depth. *Id.* at 1. In addition, from the confluence of AGC with Los Berros Creek downstream to the Pacific Ocean (i.e., the lower approximately 3 miles of AGC), AGC is channelized by the County's levee system. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 17).

55.    **2017 Waterway Management Program Biological Opinion ("2017 BiOp").** The County's Waterway Management Program includes construction and maintenance of levees on the lower 3.5 miles of AG Creek that constrict AG Creek to a narrow, straightened channel that lacks the shape complexity and natural vegetation that provide good Steelhead habitat. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp); Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 99). It includes sediment removal and removing riparian vegetation as part of flood control efforts. *Id.*, Ex. 4 (2017 NMFS BiOp). In my opinion, the County's Lopez Project impacts AGC including the lower three miles of AGC, as well as AG Lagoon. NMFS's 2017 BiOp that authorizes

incidental take coverage for certain activities impacting the lower three miles of AGC and AG Lagoon does not exempt or cover all activities within the geographical scope of the 2017 BiOp. By its terms, the 2017 BiOp covers the proposed action, "to manage the lower Arroyo Grande Creek and a portion of Los Berros Creek . . . for the next 16 years through a comprehensive set of actions designed to achieve higher flood-control capacity of the leveed, lower three miles of Arroyo Grande Creek channel and the Los Berros Creek Channel." Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 10) ("1.4 Proposed Action"). The 2017 BiOp does not provide incidental take coverage for harms resulting from other activities impacting the lower three miles of AGC and AG Lagoon, such as the operation and maintenance of Lopez Dam. As set forth herein, in my opinion, Lopez Dam flow releases harm Steelhead, CRLF, and TWG in the lower three miles of AGC and AG Lagoon. In my opinion, the County's construction and maintenance of road crossing culverts and flood control levees, and removal of riparian vegetation as part of flood control efforts, has aggravated the adverse impacts to Steelhead from the County's Lopez Project (described below). Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 99, 109).

**B. The County's Lopez Project Harms Steelhead.**

56.     As set forth in my Opening Declaration and Reply Declaration, and summarized below, in my opinion the County's construction, operation, and maintenance of the Lopez Project harms Steelhead by significantly impairing essential life cycle needs of Steelhead such as migration, spawning, rearing, feeding, and sheltering behavior. *See* Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 49-115); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 43-45, 88-101). In my opinion, the County's actions are causing harm to Steelhead notwithstanding the existence of other factors that may influence Steelhead in AGC. Ex. 2 (First Reply Schmitt Decl., ¶¶ 2, 85-101). As explained more fully in my Reply Declaration, the County's hydrology evidence fails to rebut my opinion that the County's downstream releases from Lopez Dam cause significant harm to Steelhead. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 102-123). Many of my opinions and conclusions

about harm resulting from the County's Lopez Project echo the County's own conclusions from its 2004 draft HCP. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 50). My opinions and conclusions are also informed by NMFS's and FWS's comments to the County regarding the 2004 draft HCP. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter); *id.*, Ex. 52 (2005 FWS Comment Letter).

57.   **Lopez Dam Completely Blocks Steelhead Migration to High Quality Habitat Above the Dam.** In my opinion, the County's construction, operation, and maintenance of Lopez Dam blocks Steelhead from migrating upstream in the AGC watershed, preventing Steelhead access to the majority of high-quality Steelhead spawning, rearing, and climate refugia habitat in the watershed, and thereby impairs the essential behavioral pattern of Steelhead migration. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 51-61); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 43, 89-92). This is consistent with NMFS's conclusion that Lopez Dam "has had the most widespread and significant effect on fish migration within the Arroyo Grande Creek watershed." Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 45). I agree with the federal and state expert agencies that since it was built and so long as it remains in place, Lopez Dam is a complete barrier to upstream and downstream migration of adult and juvenile Steelhead in the AGC watershed. *See* 70 Fed. Reg. at 52,507-08; Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 42); *id.*, Ex. 15 (2009 Watershed Management Plan Update at 26); *id.*, Ex. 1 (First Schmitt Decl., ¶¶ 50, 51). The County and its expert, Dr. Hanson, do not dispute that Lopez Dam is a complete barrier to Steelhead migration. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 27, 46); Dkt. 141-1 (2025 Draft HCP at 18 of 250). As noted in my Reply Declaration, none of the other potential influences on Steelhead habitat negate the total blockage of Steelhead migration caused by Lopez Dam and thus in my opinion the County's operation and maintenance of the Dam significantly impairs the essential life cycle behavior of migration. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 89).

58.   **Lopez Dam Limits the Quantity of Steelhead Habitat in AGC.** Because

SCHMITT DECL. ISO PLS. SEC. PI MOT.   44   CASE NO. 2:24-cv-06854-SPG-AS

Lopez Dam is a complete barrier, in my opinion it eliminates Steelhead access to a significant quantity of high-quality Steelhead habitat located above the dam that historically supported Steelhead spawning and rearing, resulting in harm and disruption of Steelhead essential behavioral patterns of migrating, spawning, rearing, and sheltering. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 51-53, 54-61); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 44, 90). Dr. Hanson and County HCP consultant Sharon Kramer agree that Lopez Dam caused the loss of access to historical Steelhead spawning and rearing habitat in the upper reaches of AGC watershed. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 27, 46), Ex. 59 at 90-99 (Sharon Kramer May 20, 2025 Deposition Transcript). My and Dr. Hanson's opinions are consistent with NMFS and CDFW determinations that Lopez Dam blocks access to what would otherwise be high-quality Steelhead habitat for spawning and rearing. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 11, 12, 32, 42) (noting that 42 miles out of 66 miles (or 64%) of the habitat with "high" intrinsic potential for Steelhead spawning and rearing is located above Lopez Dam and thus inaccessible to Steelhead); *id.*, Ex. 15 (2009 Watershed Management Plan Update at 26, 60) (CDFW noting that Lopez Dam cut off 23 miles of historic spawning habitat in AGC watershed). In particular, the habitat above Lopez Dam contains a greater prevalence of cold, oxygenated water, suitable streambed substrate, and stream channel complexity. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 52); Ex. 59 at 90-99 (Sharon Kramer May 20, 2025 Deposition Transcript). I disagree with the County's present draft assessment that AGC upstream of Lopez Dam provides low quality habitat. Dkt. 141-1 (2025 Draft HCP at 42 of 250). Notably, this assertion is contradicted by the deposition testimony of one of the consultants that worked on this draft HCP, Sharon Kramer. Second Sproul Decl., Ex. 59 at 90-99 (Sharon Kramer May 20, 2025 Deposition Transcript). I also disagree with the County's statements in its 2025 draft HCP that the existence of Lopez Dam should be omitted from the scope of the County's activities that are causing harm to Steelhead. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 14, 123-124 of 250). My opinion that the County's actions impacting Steelhead include not just

operation and maintenance of Lopez Dam, but also the presence of Lopez Dam itself, is consistent with NMFS's opinion on this issue. *See, e.g.*, Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 38) ("The *presence* of Lopez Dam creates the most significant impact to streamflow in the lower mainstem . . . and is the largest system-wide stressor that alters sediment dynamics . . . by specifically reducing winter peak flows that have the magnitude to breach the lagoon berm and allow connectivity between the river and ocean.") (emphasis added); 70 Fed. Reg. at 52,507-08 (Lopez Dam "*presence* and operation have certainly contributed to declines in the quality and quantity of habitat for steelhead") (emphasis added). In my opinion, Lopez Dam has had the greatest negative impact on the AG Creek Steelhead population of all factors. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 11, 54, 61).

59. **By Reducing the Quantity of Steelhead Habitat, Lopez Dam Reduces Steelhead Abundance.** I concur with NMFS that a critical factor in the decline of Steelhead throughout its range and in AGC has been the significant loss of habitat. 62 Fed. Reg. 43,937, 43,942 (Aug. 18, 1997); 70 Fed. Reg. at 52,507-08; Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 27-28, 42-43) (NMFS concluding that reduced availability of spawning and rearing habitat is expected to translate into declines in population abundance and spatial structure, increasing the risk of species extinction and delaying recovery). CDFW has noted negative impacts to the size of Steelhead runs in AGC due to Lopez Dam. Second Sproul Decl., Ex. 15 (2009 Watershed Management Plan Update at 26). Dr. Hanson also opined that the loss of Steelhead access to suitable spawning and rearing habitat upstream of Lopez Dam due to the dam blocking migration is a factor that contributes to the relatively low but variable Steelhead population size in AGC. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 6, 46, 56). In my opinion, by limiting Steelhead to the 13 miles of AGC below Lopez Dam, the Dam is causing a decline in Steelhead abundance and spatial structure, increasing the risk of species extinction and delaying recovery. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 56); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 45). This is consistent with NMFS's determination

that artificial barriers that effectively impede the migration of anadromous *O. mykiss*, or reduce the amount of spawning and rearing habitat available to the species, increases the likelihood of extirpation of a population. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 62). Even though Steelhead habitat exists downstream of Lopez Dam, this does not negate the loss of access to habitat above the Dam. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 91). I agree with NMFS that because it limits Steelhead to fewer miles of habitat for spawning, rearing, and refuge, Lopez Dam results in fewer Steelhead in AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 56); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 45, 91); Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 42-43).

60.    **The Limited Remaining Steelhead Habitat in AGC Downstream of Lopez Dam is of Poor Quality.** In my opinion, the remaining Steelhead habitat located below Lopez Dam is of poor quality in many respects. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 46, 92). I note that the County's HCP consultant Sharon Kramer has concurred with this assessment. Second Sproul Decl., Ex. 59 at 48-50, 73, 98-99, 108-11, 140-41, 148, 176-80 (Sharon Kramer May 20, 2025 Deposition Transcript). NMFS noted that before Lopez Dam was built, in 1960, CDFW surveyed AGC and observed long sections of the stream contained permanent water throughout the year and concluded that "[t]his stream ranks with the better streams in the San Luis Obispo area which enter the Pacific Ocean." Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 15). In my opinion, the County's construction of Lopez Dam and operation and maintenance of the Dam in releasing reduced flows have altered the hydrology in the limited remaining Steelhead habitat in AGC (Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62-79)), and degraded spawning and rearing habitat from excessive sediment and siltation in AGC, lack of suitable spawning gravel, and lack of channel complexity (*id.*, Ex. 1 (First Schmitt Decl., ¶¶ 95-99)). I note that County HCP consultant Sharon Kramer has concurred with these conclusions. Second Sproul Decl., Ex. 59 at 49-50, 73, 98-99, 108-11, 140-41, 148, 176-80 (Sharon Kramer May 20, 2025 Deposition

Transcript). I concur with NMFS that Steelhead spawning habitat in AGC is scarce due to lack of cobble-strewn riffles, Steelhead pool rearing habitat is scarce, and that spawning gravel quality has probably been adversely affected by disruption of gravel recruitment by Lopez Dam. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 37, 38). I also concur with CDFW's findings that a Steelhead habitat below Lopez Dam is limited by a lack of riffles for feeding habitat, a high level of embeddedness of existing cobble and gravel that limits spawning habitat, and a lack of habitat complexity. Second Sproul Decl., Ex. 15 (2009 Watershed Management Plan Update at 40). The County's 2025 draft HCP indicates that few substantive riffles were observed in AGC at the 3 cfs release. Dkt. 141-1 (2025 Draft HCP at 140). Macroinvertebrate production (food for juvenile Steelhead) is typically highest in riffle-habitat types. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 5). Yet as noted, under the 2007 IDRS during a ten-year period from Water Year 2014-2015 through Water Year 2023-2024, the County released on average 3.69 cfs in December through June, with an average monthly low of 2.9 cfs in March. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 67). In my opinion, the lack of many extensive riffles at a release of 3 cfs is not likely to support the level of growth and survival of juvenile Steelhead in AGC needed for Steelhead to recover or avoid risk of extirpation. In my opinion, I do not expect much of AGC between Lopez Dam and the confluence with Tar Spring Creek in its present degraded condition to support multi-year freshwater Steelhead residence. Dr. Hanson noted that AGC habitat surveys identified a lack of suitable sized gravel for Steelhead spawning and rearing, and increased load of fine silts and clay that negatively impact suitable gravel deposits for Steelhead spawning and successful egg incubation and hatching, reduced riparian vegetation, lack of riffle habitat, lack of boulders and large woody debris, and reduced habitat complexity. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 4, 28, 32, 34, 39, 50, 56). The County notes that much of AGC between Lopez Dam and the confluence with Tar Spring Creek is considered "deep glide" habitat for Steelhead. Dkt. 141-1 (2025 Draft HCP at 140) ("between Lopez Dam and Tar Spring Creek confluence, productive riffles appear limited

by suitable sediment, and much of the reach is relatively deep glide habitat."). Glide habitat is generally shallow, lacks cover, is not a principal producer of food for juvenile Steelhead, and typically represents the transition between other habitats, for example between an upstream pool and downstream riffle. Glide types alone do not support multi-year freshwater Steelhead residence. In my opinion, this "deep glide" habitat in AGC does not support all Steelhead life cycles by limiting foraging, rearing, and cover habitat, and thereby limits Steelhead abundance in AGC. In my opinion, because Lopez Dam confines Steelhead to less habitat that is of lower quality, the Dam disrupts Steelhead essential behavioral patterns of spawning, rearing, feeding, and sheltering.

61.    **Lopez Dam Reduces the Quality of Steelhead Habitat in AGC by Altering the Natural Hydrology in AGC.** In my opinion, the County's operation and maintenance of Lopez Dam alters the natural hydrology of AGC (Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62-79)), and this in turn degrades Steelhead habitat in AGC (*id.*, Ex. 1 (First Schmitt Decl., ¶¶ 81-115)). I again note that County HCP consultant Sharon Kramer has concurred with this conclusion. Second Sproul Decl., Ex. 59 at 49-50, 110-11 (Sharon Kramer May 20, 2025 Deposition Transcript). In my opinion, the County's altered flow releases from Lopez Dam to AGC harm Steelhead migration behavior, including by altering the timing and nature of berm formation and breaching, creating less attraction flows, and preventing successful upstream and downstream migration of Steelhead. *Id.*, Ex. 1 (First Schmitt Decl., ¶¶ 80-94). The County's operations pursuant to the IDRS alter the stream hydrograph to truncate the magnitude and duration of high flow conditions needed for effective Steelhead migration. *Id.*, Ex. 1 (First Schmitt Decl., ¶¶ 68-79). I concur with NMFS CDFW, and County HCP consultant Sharon Kramer that the County's operation and maintenance of Lopez Dam has significantly altered the hydrology in AGC in a manner that has degraded lower AGC's Steelhead habitat. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 48); *id.*, Ex. 4 (2017 NMFS BiOp at 36, 42-44 ) (NMFS concluding that Lopez Dam affects the natural pattern and magnitude of AGC discharge and the County's flow release schedule lacks

variability that is beneficial for the physiochemical and biological integrity of streams); Second Sproul Decl., Ex. 5 (2023 NMFS 5-Year Review at 69) (NMFS identifying as an ongoing habitat concern for AGC Steelhead the modified flow regimes that reduce the amount and extent of surface flow and the quality and availability of living space); Second Sproul Decl., Ex. 15 (2009 Watershed Management Plan Update at 52) (CDFW); (Second Sproul Decl., Ex. 59 at 49-50, 110-11 (Sharon Kramer May 20, 2025 Deposition Transcript)). The County's expert, Mr. Emery, and I both agree that fewer high flow releases from Lopez Dam will have various adverse effects on Steelhead habitat in AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 80-99); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 65); *id.*, Ex. 32 (First Emery Decl., ¶ 23) (opining that a loss of uncontrolled spill events will have various "adverse effects" on AGC including (1) fewer sand berm breaching events, (2) potential fewer events that can mobilize gravel, (3) fewer events to "flush fine sediments downstream," and (4) "other adverse effects"). Dr. Hanson agrees that Lopez Dam altered the seasonal hydrograph for AGC resulting in reduced instream flows, including flushing flows, during the winter and increased summer base flows, and reduced inter-annual variability in instream flows and increased flood control. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶ 47). I concur with Dr. Hanson's opinion that altered instream flows from Lopez Dam releases is a factor that contributes to the relatively variable population size of Steelhead that inhabit AGC. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 6, 56). In my opinion, the County's flow releases also eliminate and/or degrade Steelhead spawning and rearing habitat in AGC (Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 95-99)), and degrade water characteristics important to Steelhead (*id.*, Ex. 1 (First Schmitt Decl., ¶¶ 100-105)). In my opinion, the County's flow releases from Lopez Dam cause warming water temperatures directly downstream at levels that are unsuitable for Steelhead. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 139-143). I note that County HCP consultant Sharon Kramer has concurred with this conclusion. (Second Sproul Decl., Ex. 59 at 67, 108 (Sharon Kramer May 20, 2025 Deposition Transcript)). This is also consistent with comments from CDFW.

Second Sproul Decl., ¶ 45, Ex. 42 (County of San Luis Obispo's responses to pre-application comments on draft HCP, noting CDFW comment that "observation that water temperatures were warmest in Reach 8 speaks to the need to investigate installing a low level outlet on Lopez Dam"). It is also consistent with the findings of the County's own contractor, Stillwater Sciences. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 47) (noting "[t]he warmest water temperatures were recorded in Reach 8 just downstream of Lopez Dam and temperatures showed a cooling trend in the downstream direction.").

62.   **Lopez Dam's Reduced Flow Releases Alter the Natural Hydrology in AGC Leading to Stranding and Mortality of Steelhead.** I agree with Dr. Hanson's that the County's operations have caused Steelhead stranding and mortality in the past, on at least some occasions due to flow fluctuations and dewatering portions of AGC channel, and that these stranding and mortality events constituted harm to Steelhead. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 54); *id.*, Ex. 9 (First Hanson Decl., ¶¶ 10, 41, 74, 75) (identifying stranding and dewatering events in AGC that killed Steelhead in 1999, 2004, and 2007). The County also acknowledges that reduced flows in AGC may be lethal to Steelhead. Dkt. 141-1 (2025 Draft HCP at 40) (noting that "[w]ith reduced or no flows, steelhead may be at greater risk for mortality"). However, I disagree with Dr. Hanson's conclusion that the County's operations pursuant to the IDRS will prevent future stranding or mortality of Steelhead. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 136-138). In my opinion, Lopez Dam flow releases are a significant cause of harm to Steelhead and I do not agree with the County's assertions that other influences—besides flow releases from the Dam—have a significant impact on streamflow loss in AGC. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 93-98). I also disagree with the County's statements that lower flow releases from Lopez Dam in summer may be justified, at least in part, because AGC drying conditions in the summer reflect the natural pre-dam conditions in AGC. Dkt. 141-1 (2025 Draft HCP at 143). In my opinion this logic is deeply flawed. It ignores the fact that Lopez Dam is a

permanent barrier to the climate refugia habitat located upstream of Lopez Dam that, prior to construction of Lopez Dam, Steelhead would have accessed to avoid standing in the lower reaches of AGC during summer months (an analysis that HCP consultant Sharon Kramer has concurred with (Second Sproul Decl., Ex. 59 at 90-99 (Sharon Kramer May 20, 2025 Deposition Transcript)). It also ignores how operation and maintenance of Lopez Dam has significantly diminished the quality of habitat downstream of Lopez Dam (not just the flows in AGC) such that simply mimicking the historic flows today would not be enough to support all life cycle stages of Steelhead in AGC and ensure Steelhead survival and recovery. The County acknowledges that refuge habitat is important for rearing Steelhead, noting that "[i]n watersheds where lagoons form (such as AG Creek), young-of-the-year and older juveniles may also migrate downstream to rear in lagoons or estuaries for weeks to months, may travel between lagoons/estuaries and freshwater multiple times over the course of the summer, or may retreat upstream in fall when estuarine water quality declines and then migrate back downstream during the subsequent spring (Boughton et al. 2006, Hayes et al. 2011)." Dkt. 141-1 (2025 Draft HCP at 38). Yet low flow releases from Lopez Dam that allow lower AGC to go dry in the summer do not support the travel of young-of-the-year and older juvenile Steelhead between AG Lagoon and AGC. In my opinion, by limiting hydrologic connectivity, the County's low flow releases limit the various life history pathways of juvenile Steelhead in AGC. This in turn decreases the prospects for juvenile Steelhead growth and survival. Also, because Lopez Dam is a complete barrier to the upper watershed climate refugia, the result is a lack of habitat for young-of-the-year and older juvenile Steelhead rearing in AGC and/or AG Lagoon.

63.    **The County's Lopez Dam Flow Releases Alter Berm Dynamics at AG Lagoon and Reduce Water Quality in AG Lagoon.** In my opinion, by reducing the magnitude of high winter flows, the County has inhibited the natural breaching of the berm at AG Lagoon and the generation of attraction flows to signal to adult Steelhead to begin their upstream migration into AGC. Second Sproul Decl., Ex. 1 (First Schmitt

Decl., ¶ 82); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 64). In my opinion, by flattening the hydrological pattern, with lower peaks in discharge, and shortening the duration of high discharge events, the County has caused AG Lagoon to not breach as often, and to not remain open as long as it would have without Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 82); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 64). The County's expert, Mr. Emery, and I both agree that magnitude of high flows and duration of high flows are major factors that influence the frequency of the berm at AG Lagoon breaching. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62, 82); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 64); *id.*, Ex. 32 (First Emery Decl., ¶ 20). In its response to agency comments on draft HCP materials, the County stated that its 2025 draft HCP would discuss the influence of Lopez Dam releases on AG Lagoon, on AG Lagoon sandbar opening, and the implications for Steelhead adult and smolt migration opportunities. Sproul Decl., Second Sproul Decl., Ex. 42 (County of San Luis Obispo's responses to pre-application comments on draft HCP, at 3). Yet the County excluded the lower 3.5 miles of AGC from the permit area covered by its 2025 draft HCP. Dkt. 141-1 (2025 Draft HCP at 14). I disagree with the County's assertions that flow releases from Lopez Dam do not impact the lower 3.5 miles of AGC and AG Lagoon. Dkt. 141-1 (2025 Draft HCP at 14) ("The lower 3.5 miles of AG Creek are not included in the permit area because activities associated with Covered Activities are not reasonably certain to result in take of the Covered Species or other ESA-listed species and the majority of this area is already addressed in prior ESA Section 7 consultations, biological opinions, and ITSs regarding AG Creek Channel WMP.").

64.    **Lopez Dam Reduces the Quality of Steelhead Habitat in AGC and AG Lagoon by Altering the Geomorphology and Increasing Sedimentation in AGC and AG Lagoon.** In my opinion, the County's Lopez Dam flow release schedule, including the lack of high pulse flows, alters the geomorphology in AGC resulting in added sediment loading, reduced sediment scouring, and excessive siltation build-up in both AGC and AG Lagoon. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ at 94-97); *id.*,

Ex. 2 (First Reply Schmitt Decl., ¶¶ 47, 49). I do not agree with the County that Lopez Dam is not a significant cause of the sedimentation problem in AGC or that other sources such as residential, commercial, industrial, or agricultural development are the main cause of sedimentation in AGC. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 99-101). I concur with NMFS that Lopez Dam continues to have negative consequences for the quality and availability of designated critical habitat in AGC by triggering geomorphic changes including winnowing undersized cobble, gravel, and sand from the channel bed; halting the development mid-channel bars and islands; eliminating spawning areas due to excessive fines; simplifying instream habitat; filling pools with sediments; and creating "habitat bottlenecks" that limit Steelhead abundance. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 42-44). I agree with NMFS that this has resulted in a narrow, simplified channel with excessive siltation. *Id.*, Ex. 4 (2017 NMFS BiOp at 43). I note that County HCP consultant Sharon Kramer has concurred with this conclusion. (Second Sproul Decl., Ex. 59 at 140-41 (Sharon Kramer May 20, 2025 Deposition Transcript). CDFW also recognized that riffle habitat is adversely impacted by the influence of Lopez Dam. Second Sproul Decl., Ex. 15 (2009 Watershed Management Plan Update at 41). Dr. Hanson agrees that the County's operation and maintenance of Lopez Dam is the cause of reduced Steelhead suitability of habitat downstream in AGC, including the lack of channel flushing high flows due to capture in Lopez Reservoir has resulted in a narrow channel that lacks complexity and the presence of silt in the substrate, as well as Lopez Dam blocking gravel and large wood material originating from the upper AGC watershed. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 40, 47, 50). Mr. Emery concludes that the reduction in high flows from Lopez Dam will result in, *inter alia*, potentially fewer events that can mobilize gravel and fewer events to "flush fine sediments downstream." Second Sproul Decl., Ex. 32 (First Emery Decl., ¶ 23). I agree. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 101). In my opinion, the Lopez Project also starves AGC of large woody material and gravel substrate (an opinion corroborated by County HCP consultant Sharon Kramer (Second Sproul Decl., Ex. 59 at

49-50, 178-79 (Sharon Kramer May 20, 2025 Deposition Transcript). Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 113-115). I also agree with Dr. Hanson's opinion that the lack of flows to AG Lagoon are degrading water quality there. *Id.*, Ex. 9 (First Hanson Decl., ¶ 39). Accumulation of fine sediment in the Creek is further filling in the lagoon, depriving the lagoon of deep-water habitat for Steelhead smolts (older juveniles that can need extended lagoon residency to transition to the ocean environment) and increasing the risk that Steelhead residing in the lagoon are succumbing to predation. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 94).

65.    **Lower Quality Habitat Limits Steelhead Abundance in AGC.** In my opinion, the lower quality of the habitat remaining available to Steelhead in AGC watershed has limited the abundance of Steelhead in AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 81-115); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 50). I agree with NMFS's conclusions that the reduced amount and extent of stream flow in AGC are major factors causing range-wide declines in Steelhead abundance, and that the scarcity of pool rearing habitat in AGC contributed to low juvenile Steelhead numbers. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 28, 37). CDFW similarly concluded that Lopez Dam and deteriorating conditions in AGC reduced the Steelhead run size in AGC. Second Sproul Decl., Ex. 15 (2009 Watershed Management Plan Update at 37). Dr. Hanson agrees that lower quality habitat in AGC is a factor that contributes to the relatively variable population size of Steelhead in AGC, with lack of suitable spawning gravel in AGC as the key factor limiting Steelhead abundance and reproductive success in AGC. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 4, 6, 38, 39).

66.    **Instream Infrastructure as Migration and Passage Impediments.** In my opinion, the County's flow releases transform the infrastructure downstream from Lopez Dam into fish passage barriers. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 106-109); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 51). I note that County HCP consultant Sharon Kramer has concurred with this conclusion. (Second Sproul Decl., Ex. 59 at 176-77 (Sharon Kramer May 20, 2025 Deposition Transcript). I agree with NMFS and CDFW

that certain impediments to fish passage, including road crossings, are an ongoing habitat concern for Steelhead in AGC. Second Sproul Decl., Ex. 5 (2023 NMFS 5-Year Review at ¶¶ 69, 70); *id.*, Ex. 3 (2024 NMFS Memorandum at 38-39); *id.*, Ex. 15 (2009 Watershed Management Plan Update at 57) (identifying the Biddle Park double arch culvert as a barrier to fish migration). The County acknowledges that it owns the double arch culvert at Biddle Park and the grade control structure in Los Berros Creek. Second Sproul Decl., Ex. 18 (County Oppo. Brief at 17-18). Dr. Hanson agrees that there are several structures within lower AGC downstream of Lopez Dam that under low instream flow conditions delay or block upstream and downstream adult and juvenile Steelhead migration rates and passage opportunities. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 25, 48, 56). As noted in my Reply Declaration (*id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 51, 124-127)), Dr. Hanson's opinion (*id.*, Ex. 9 (First Hanson Decl., ¶ 24) and the County's consultant experts, Stillwater Sciences (*id.*, ¶ 46, Ex. 43 (Stillwater Sciences, Oct. 2023, Arroyo Grande Creek Steelhead Restoration Opportunities ("2023 Restoration Opportunities") at 15) directly contradict the County's own assertions that the Biddle Park double arch culvert does not create a barrier to Steelhead migration. Dr. Hanson also quotes a 2004 watershed management plan for Arroyo Grande that states: "unmaintained ditch and culvert systems present a significant erosion hazard during peak storm events." Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶ 40). I agree with Dr. Hanson that passage impediments downstream of Lopez Dam that delay or impair Steelhead migration are factors that contribute to the relatively variable population size of Steelhead that inhabit AGC. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 4, 6, 56). In my opinion, the Biddle Park double arch culvert is a barrier to Steelhead migration. In my opinion, the grade control structure in Los Berros Creek that NMFS identified as an impediment to Steelhead movement in the AGC watershed, and other impediments in AGC that the County asserts it has no control or ownership of, also pose a barrier to Steelhead migration. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 128, 129).

67. **Proliferation of Non-native Predators and Competitors of Steelhead in**

**AGC.** In my opinion, the County's operation and maintenance of Lopez Dam allows for proliferation of non-native predator and competitor species of Steelhead in AGC downstream of the dam, and these non-native predators are likely harming Steelhead by competing with adults and preying upon juveniles. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 110-112); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 130). I note that County HCP consultant Sharon Kramer has concurred with this assessment. (Second Sproul Decl., Ex. 59 at 67, 108-09, 176, 178 (Sharon Kramer May 20, 2025 Deposition Transcript). In my opinion, increasing the predator population in AGC increases the level of predation experiences by Steelhead, resulting in reduced reproductive success, mortality, and harm. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 112). Dr. Hanson agrees that there are non-native fish inhabiting AGC that are likely preying up on juvenile Steelhead and that this is a factor contributing to the diminished AGC Steelhead population. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 53, 56). Dr. Hanson also agrees that competition and predation by other native and non-native fish is a factor that contributes to the relatively variable population size of Steelhead that inhabits AGC. *Id.*, Ex. 9 (First Hanson Decl., ¶ 6).

68. **Lopez Dam and Lopez Reservoir are Sources of Non-native Predators in AGC.** In my opinion, Lopez Dam and Lopez Reservoir are sources of non-native predators. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 110-112). I note that County HCP consultant Sharon Kramer has concurred with this assessment. (Second Sproul Decl., Ex. 59 at 67, 108-09, 176, 178 (Sharon Kramer May 20, 2025 Deposition Transcript). The County constructed and maintains Lopez Dam and Lopez Reservoir, which is a source of non-native predators and competitors of Steelhead. Dkt. 118-1 at 1 (explaining that Lopez Reservoir supports warm-water game fish such as rainbow trout, bass, sunfish, and catfish). NMFS stated that non-native predator and competitor species of Steelhead, including bullhead, centrarchids, and mosquitofish, have been observed in reaches of AGC close to Lopez Dam and concluded that this suggests the reservoir is a source of these non-native predator species of Steelhead in the system. Second Sproul

Decl., Ex. 4 (2017 NMFS BiOp at 44). NMFS also noted observations of non-native large-mouth bass, black crappie, green sunfish, and bluegill. *Id.* NMFS determined that the entire AGC system continues to be influenced by non-native species, including non-native species that predate on and/or compete with Steelhead. *Id.* The County's own sampling for eDNA and qPCR assays conducted by its consultant, Stillwater Sciences, confirm NMFS's conclusions. These eDNA samples taken in August of 2025 detected bullhead, bass, and mosquitofish at all sample sites in AGC and AG Lagoon. Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 2, 5-6). The eDNA sampling also detected Sacramento sucker at all sample sites in AGC but not in AG Lagoon. *Id.* Black crappie, golden shiner, and sunfishes were detected at and upstream of the reach 5 sampling site in AGC (Strother Park). *Id.* Inland silverside and threadfin shad were detected only at the reach 8 sample site located farthest upstream in AGC at the base of Lopez Dam. *Id.* Samples detected bullfrog at all AGC sample locations upstream of South Mason Street (sampling locations in reaches 4 through 8 of AGC), and one location in Meadow Creek Lagoon. *Id.*

69.    **No Predator Control or Removal Program.** In my opinion, the County is failing to control non-native predator populations and prevent the spread of non-native predators in AGC downstream from Lopez Dam. Based on information available to the NGOs, the County does not have and does not currently implement a predator removal or predator control program at Lopez Reservoir or downstream in AGC. *See* Dkt. 118-2 at 5 (detailing schedule to describe specific treatments, locations, and timing within three months of eDNA and visual surveys and to submit permit applications within six months of surveys, with implementation within six months of permit issuance) *id.* at 10 n.2 (noting the Final Predator Removal Plan could be obviated on appeal). Instead, the County has deferred implementation of a predator control program until issuance of an incidental take permit. Dkt. 141-1 (2025 Draft HCP at 97) ("A detailed plan will be developed to describe the implementation of the Predator Control Program and will be distributed to the [Technical Advisory Committee ("TAC")] for review and input within

SCHMITT DECL. ISO PLS. SEC. PI MOT.    58    CASE NO. 2:24-cv-06854-SPG-AS

six months of permit issuance."); Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 9) (noting the eDNA analysis will inform further refinement of the predator control program included in the draft HCP as a conservation measure). Dr. Hanson and the County agree that non-native predator and competitor species inhabit AGC. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 53, 56); Dkt. 141-1 (2025 Draft HCP at 94-95); Dkt. 118-2 at 4-5.

70.    **No Fish Screen on Spillway.** Moreover, it is my opinion that the County facilitates the spread of non-native species out of Lopez Reservoir and into downstream AGC by operating and maintaining the Lopez Dam spillway without a fish screen, which allows non-native predator species to escape downstream. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 111); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 131). Lopez Dam recently spilled over in both 2023 and 2024. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 111). My opening declaration included evidence including that non-native predators have in fact escaped from Lopez Lake via the spillway. *Id.*, Ex. 1 (First Schmitt Decl., ¶¶ 111-112). The County acknowledges that when Lopez Reservoir spills during high runoff, it is possible that non-native predatory fish may be carried into AGC. Dkt. 118-1 at 1. CDFW has documented concerns from a California State Parks consultant about this issue, and in 2023 CDFW staff observed the base of the Lopez Dam spillway containing 750-1,000 trout showing signs of disease. Second Sproul Decl., ¶ 47, Ex. 44 (Sept. 15, 2023 email from Gerald Hatler, CDFW, to Julie Vance, CDFW). NMFS has also noted that non-native predator fish species escape downstream from Lopez Dam to AGC when Lopez Dam spills. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 37). In my opinion, the impacts from the County's operations that result in spills over Lopez Dam spillway are likely to increase in the future if the County continues operations under the 2007 IDRS. Based on what it describes as extensive modeling, the County's staff anticipates climate change will result in wetter wet years and drier dry years. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 20). It is my opinion that the evidence described above shows it is reasonably certain that non-native predator fish known to

inhabit AGC will predate on Steelhead in AGC downstream of Lopez Dam. In my opinion, this evidence shows the harm to Steelhead from non-native predator fish is imminent and that the proposed fish screen on the Lopez Dam spillway will help prevent the imminent irreparable harm and the County is wrong that there is no evidence that a spill of flow from Lopez Dam is ongoing or imminent. *Compare* Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 133) *with id.*, Ex. 18 (County Oppo. Brief at 16-17).

71. **No Effective Fish Screen on Outlet Structure.** In addition, there is not an effective fish screen at the Lopez Dam water release outlet location, either. Downstream of the outlet control building at Lopez Dam there is a short series of pools that receive water from the dam release operations. Second Sproul Decl., ¶ 48, Ex. 45 (PHOTOS: Lopez Lake Outlet Works and Fish Screen). There is a fish screen in this manmade waterway that was installed to prevent fish from reaching AGC. Second Sproul Decl., Ex. 6 (First Spiegel Decl., ¶ 13). During my December, 2024 site visit I observed these fish screens have large holes. I took the following photographs on December 19, 2024, of the outlet pond fish screen at the base of Lopez Dam on AGC:



CDFW and the County have been aware of the hole in this fish screen since at least 2023. Second Sproul Decl., ¶ 49, Ex. 46 (2023 email communications discussing "large hole" in fish screen and the need to repair or replace the screen). The County is allowing non-native predators to escape Lopez Lake via the County-owned and operated outlet structure that has a faulty, ineffective fish screen. In my opinion, the holes in the fish screens would allow any of the aquatic invasive species that are present in Lopez Reservoir to pass through and enter AGC downstream. In my opinion, this evidence shows the harm to Steelhead from non-native predator fish is imminent and that fixing the existing screen on the outlet structure to patch any holes will help prevent the imminent irreparable harm.

72. **County's Release of Low Flows Without Pulse Flows Allows Non-native Species to Proliferate.** In my opinion, the County's operations that affect habitat conditions downstream of Lopez Dam further allow for the proliferation of non-native species in AGC that predate on CRLF. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 112); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 132). The County's release of constant low flow flows from Lopez Dam and the lack of any winter or spring pulse flows under the IDRS promotes and allows for the proliferation of non-native predators. The constant low flows result in slow-moving, homogenous aquatic habitat that is ideal habitat for the non-native predators. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 112). As noted above, the County's release of steady, constant flows also results in increased water temperatures near the base of Lopez Dam. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 139-143). The County's consultant, Stillwater Sciences, concluded that the reach of AGC between the confluence with Tar Spring Creek and Lopez Dam consists of incised channel with deep pools and glides with fine silt substrate, and is likely to be suited to bullfrogs and adult or subadult life stages of non-native fish including bass, bullhead, and sunfishes. Second Sproul Decl., Ex. 43 (2023 Restoration Opportunities at 8). The County's HCP consultant Sharon Kramer has concurred that conditions in AGC just downstream of Lopez Dam created by the dam's existence have

created conditions that have promoted the proliferation of bullfrogs that likely prey upon CRLF and that predation has likely had a very significant adverse impact on AGC's CRLF population. (Second Sproul Decl., Ex. 59 at 149-51 (Sharon Kramer May 20, 2025 Deposition Transcript). The County's operation of Lopez Dam thereby helps maintain and proliferate non-native predator species in AGC downstream from Lopez Dam. This is something the County itself recognized in its 2004 draft Habitat Conservation Plan. Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-82) (describing how native species are adapted to natural flow regimes with seasonal fluctuations and scouring events, in contrast to non-native species adapted to perennial habitats not present in natural flow regimes). The County also recognized in 2004 that "[s]ustained year-round minimum streamflow releases" "[m]aintain instream habitat for warm-water fish predation." *Id.* Ex. 7 (2004 Draft HCP at Table 5-1). The County's operation of Lopez Dam pursuant to the IDRS results in a homogenous, unnatural flow regime that sustains suitable habitat for non-native predators of Steelhead that are not well adapted to the flashy nature of southern California rivers. The natural hydrology in AGC has fast, flashy flows in the winter with winter peak runoff four to five orders of magnitude higher than summer baseflow. Dkt. 141-1 (2025 Draft HCP at 62). Yet the County's operations under the IDRS lack any winter pulse flow releases and Lopez Dam itself has a dampening effect on pulse flows in the entire AGC system. For example, NMFS concluded in 2017 that a two-year storm event in AGC is only 25 percent of what it would be if Lopez Dam was not present, while the 100-year event is approximately half of what it would be without Lopez Dam. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 40 of 128). The County's consultant noted in 2010 that "[s]couring flows mimicking natural flow regimes would also decrease non-native fish, crayfish, American bullfrogs and overwintering bullfrog larvae by washing them out of the stream systems." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii-iii, 21). This is consistent with research on this topic. Second Sproul Decl., ¶ 50, Ex. 47 (Doubledee, R.A., et al., 2003 Bullfrogs, Disturbance Regimes, and the Persistence of California Red-Legged Frogs, at 436)

("flood disturbance regimes used to manage bullfrog populations . . . also may apply to reduce introduced fish populations."). In my opinion, the County's failure to provide winter or spring pulse flows that normally would have existed as part of the natural hydrograph and which would otherwise flush out non-native predators of Steelhead allows these non-native predators to remain in AGC and flourish, thereby causing harm to Steelhead.

**C. The County's Lopez Project Harms CRLF.**

73.     In my opinion, the County's operation and maintenance of the Lopez Project harms CRLF by: (1) allowing for the proliferation of non-native predators of CRLF, and in particular bullfrogs; (2) reducing CRLF habitat including breeding and foraging habitat; (3) reducing the quality of CRLF non-breeding habitat; (4) operating and maintaining infrastructure within AGC that harms CRLF; and (5) eliminating CRLF habitat above Lopez Dam and creating a barrier to CRLF dispersal past the dam. The County's operation of Lopez Dam and release of mostly constant, low flows alters the natural hydrology in AGC by limiting and reducing the volume and velocity of water flow in AGC, providing ideal conditions for non-native predators like bullfrogs and resulting in a dewatering and modification of instream flows in AGC and freshwater input to AG Lagoon. As explained in more detail below, in this way the County's operation and maintenance of the Lopez Project harms CRLF.

74.     **The Lopez Project Operations Allow for Proliferation of Non-native Predators of CRLF in AGC.** As noted above, the County's operation and maintenance of Lopez Dam causes a proliferation of non-native predator species by (1) constructing and maintaining Lopez Dam and Lopez Reservoir, sources of non-native predators; (2) failing to control non-native predator populations and/or prevent the spread of non-native predators; (3) creating habitat conditions in AGC downstream of Lopez Dam that allow non-native predator species to proliferate in AGC downstream from the dam; and (4) failing to provide winter pulse flows that normally would have existed as part of the natural hydrograph and which would flush out non-native predators. *See supra* ¶¶ 67-72;

Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 110-112). The County constructed and maintains and operates Lopez Dam and Lopez Reservoir, a source of non-native predators of CRLF such as bass, sunfish, mosquitofish, and bullfrogs. *See supra* ¶ 68; Second Sproul Decl., Ex. 23 (2022 CRLF 5-Year Review at 25). The County has done little to prevent the spread of non-native species out of Lopez Reservoir and past Lopez Dam into AGC. There is no eradication program to prevent the spread of bullfrogs or other non-native predators of CRLF, even though the County recognized bullfrogs were a problem for CRLF in 2004. Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-85, 4-9). These non-native bullfrogs and fish prey on CRLF and disrupt natural community dynamics for the species. *See* 61 Fed. Reg. at 25,825; Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-80 – 3-81) (noting that introduced predators including bullfrogs and predatory fish can be a significant threat to California red-legged frog populations); Dkt. 141-1 (2025 Draft HCP at 61 of 250). As noted above, the County's operation of Lopez Dam flow releases results in a homogenous, unnatural flow regime that sustains suitable habitat for non-native predators of CRLF that are not well adapted to the flashy nature of southern California rivers, and the County's maintenance of relatively warm and stagnant waters in AGC promotes the growth and proliferation of non-native predators thereby causes harm to CRLF.

75.    **Lopez Dam's Lack of Pulse Flow Releases Allow Non-native Predators of CRLF, Like Bullfrogs, to Proliferate.** In my opinion, the County's operation of Lopez Dam flow releases without winter or spring pulse flows that normally would have existed as part of the natural hydrograph and which would otherwise flush out non-native predators of CRLF like bullfrogs allows those non-native predators of CRLF including bullfrogs to flourish. Non-native predatory bullfrogs have been observed and are known to be present at the base of Lopez Dam in areas that otherwise provide habitat for CRLF breeding and tadpole rearing, including the abandoned gravel pits. Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-85); Dkt. 141-1 (2025 Draft HCP at 177 of 250) (noting predation of CRLF by bullfrog may be high in this area). As noted above regarding

Steelhead, the County's operation of Lopez Dam fails to provide winter and spring pulse flows. These pulse flows normally would wash out bullfrogs, which did not evolve in flashy watershed systems like AGC and do not have the adaptations for these systems like CRLF described above. By eliminating those natural pulse flows, the County's operation and maintenance of Lopez Dam create conditions that are conducive to the proliferation of bullfrogs, resulting in predatory bullfrogs that are abundantly present at the base of Lopez Dam. The County acknowledged that even though habitat surveys in 2020 found that CRLF breeding habitat was extensive near Lopez Dam, the presence of bullfrogs and nonnative fish likely limit CRLF abundance due to predation from these species. Dkt. 141-1 (2025 Draft HCP at 62 of 250). As noted above, the County has no plan for invasive species management at Lopez Dam, and based on information available to the NGOs the County has no plan to address the bullfrogs that are known to exist in Reach 8 of AGC. By omitting "pulse flows" that would otherwise mimic naturally flashy river systems in southern California, the IDRS's homogenous, unnatural flow regime sustains suitable habitat for non-native predator species like bullfrog that are not well adapted to the flashy nature of southern California rivers. "Introduced predators in [AGC], such as bullfrogs and predatory fish, reduce red-legged frog habitat value." Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-86). It is my opinion that the evidence described above shows it is reasonably certain that non-native predator fish and bullfrogs known to inhabit AGC will predate on CRLF in AGC downstream of Lopez Dam. In my opinion, this evidence shows that the NGOs' proposed predator control measures will benefit CRLF by helping to prevent harm to CRLF.

76. **The County's Mostly Constant, Low Flow Releases Reduce the Amount of CRLF Habitat.** In my opinion, the County's modification of flows by altering the timing, duration, and volume of water releases from Lopez Dam has rendered and continues to render portions of AGC and AG Lagoon unsuitable for CRLF. As set forth in my Opening Declaration and Reply Declaration, based on the County's data from the past 10 years the County's released on average 3.69 cfs in winter and spring months and

5.42 cfs the rest of the year. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 67); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 115). The County's release of constant, low flows from Lopez Dam results in AGC to drying up in certain reaches, resulting in harms to CRLF. The record shows that constant low flow releases under the IDRS resulted in lower sections of AGC drying out in certain months. *See, e.g.*, Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at iii) ("Insufficient releases that cause low flows during the CRLF breeding season (December – April) may result in the desiccation of CRLF egg masses, and low water levels in the summer could result in pools drying before CRLF tadpoles complete metamorphosis."); *id.* Ex. 21 (2010 Christopher Habitat Assessment at 14 (noting on May 23, 2010, many areas of AGC upstream of Guiton Crossing had dried completely and pools were not deep enough to provide cover for CRLF adults or tadpoles from predators); *id.*, Second Sproul Decl., Ex. 31 (2022 Dec. Aquatic Survey Report at 3 (noting that on December 14, 2022, AGC "was dry at all established access points up to and including the bridge/gage at State Route 1"); Dkt. 141-1 (2025 Draft HCP at 138 of 250) (under "Existing Conditions" with flows released pursuant to the IDRS, "the lower approximately 3 miles of AG Creek (downstream of Highway 1) remains ephemeral and dry out during the summer months"). In my opinion, these dry conditions are likely to harm CRLF. The County acknowledges that because stream flow in the lower reaches of AGC can become intermittent or cease during the summer, this results in a substantial decrease in CRLF habitat in AGC. Dkt. 141-1 (2025 Draft HCP at 62 of 250); Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 49) (finding CRLF habitat was reduced in Reach 1 upstream of AG Lagoon where the channel went dry by early summer, and noting that "flows would likely need to increase substantially to provide summer habitat conditions within Reach 1."). Less available water within AGC and AG Lagoon means there is less suitable habitat for CRLF in AGC. 61 Fed. Reg. at 25,825. Low water levels in the fall and winter may also force juvenile and adult CRLF to move to uncovered areas or pools where predation can be high. Dkt. 141-1 (2025 Draft HCP at 177 of 250). Thus, in my opinion the County's release of

constant, low flows from Lopez Dam pursuant to the IDRS results in less CRLF habitat downstream of Lopez Dam.

77.    **The County's Mostly Constant, Low Flow Releases Reduce the Amount of CRLF Breeding Habitat.** Pursuant to the IDRS, the County releases constant, low flows from Lopez Dam without the variability and flashy winter or spring pulse flows that naturally existed in the watershed. The lack of pulse flows precludes the channel shaping flows necessary to create and maintain important off-channel breeding habitat for CRLF. Second Sproul Decl., Ex. 43 (2023 Restoration Opportunities at 4). The County's even, relatively low flows do not allow for creation of pools in AGC and as a result of the lack of channel shaping flows, AGC downstream of Lopez Dam lacks backwater channels and velocity refugia that is important for CRLF breeding habitat. *See* Second Sproul Decl., Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 11) (noting "limited areas of emergent vegetation or off-channel pools" in AGC and thus "areas in which CRLF can successfully breed are limited and likely control population dynamics."). As noted above, the County's own consultants found that generally in AGC, CRLF breeding habitat was found off of the main channel. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 48). CRLF relies on such off-channel and backwater ponds for breeding habitat that contains slow moving water and that is less subject to peak winter flows that naturally occur in the mainstem of AGC. Dkt. 141-1 (2025 Draft HCP at 177 of 250). As noted, CRLF estivation habitat consists of areas that provide cover and moisture within 300 feet of a riparian area, and without the necessary aquatic habitat, CRLF is unable to reproduce in the area. Dry conditions in spring months when CRLF reproduce are thus likely to result in less CRLF breeding habitat in AGC. Dry conditions in spring months when CRLF reproduce are also likely to result in CRLF eggs or larvae being lost to stranding desiccation, especially since the most recent observations of CRLF have been in these lower sections of AGC near and in AG Lagoon. *See* Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 21 (dewatering AGC could remove CRLF breeding and foraging habitat, which has the potential to cause

injury or death of CRLF if they are forced into adjacent, less suitable habitat). The County has acknowledged that CRLF populations can experience a loss of reproductive effort if stream flows are too low and/or they fluctuate rapidly during incubation. Dkt. 141-1 (2025 Draft HCP at 177 of 250). This is consistent with FWS conclusions that CRLF generally lay egg masses in backwater, slow moving ponds and not in the main thalweg of a stream. 75 Fed. Reg. at 12,834. Yet the County's operation of Lopez Dam that releases constant, low flows without the naturally flashy peak pulses of flow in winter and spring months alters the geomorphology in AGC and precludes the natural creation of pond and backwater habitat. In turn, there is less low-velocity, seasonal side channels and backwaters ponds that are important CRLF breeding habitat and that would otherwise provide velocity refugia where CRLF is less at risk for getting washed away by higher velocity flows. *See* Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 11) (FWS stating that "[a]ccessibility to sheltering habitat is essential for the survival of California red-legged frogs within a watershed, and can be a factor limiting population numbers and distribution."). Instead, CRLF are forced to lay egg masses, if at all, on vegetation in the main channel of AGC. CRLF might naturally lay eggs in the main stem. But here, the only opportunity to lay eggs is along the mainstem of AGC, resulting in conditions that are sub optimal because they lack velocity refuge. In turn, naturally occurring pulse flows in late winter and spring, such as those that occur in Tar Spring Creek and Los Berros Creek, likely limit CRLF breeding activity, inhibit egg mass attachment, and have a negative impact on tadpole survival because larvae are the life stages most affected by high flows. Dkt. 141-1 (2025 Draft HCP at 62). In this way, the County's operations reduce the extent of CRLF breeding habitat. Thus, in my opinion the County's release of steady, low flows into AGC results in less CLRF habitat that is suitable for breeding and reproduction.

78. **The County's Mostly Constant, Low Flow Releases Increase Siltation and Reduce CRLF Foraging Habitat.** In my opinion, the mostly constant, low flows without flashy pulse flows are insufficient to shape the AGC channel, and instead the

County's operations result in a more uniform channel shape with increased siltation. *See, e.g.*, Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 45) (NMFS noting that "lack of high flows in Arroyo Grande Creek downstream of Lopez Dam results in a narrow, simplified channel with excessive siltation"). The homogenous, unnatural flow releases from Lopez Dam alter the natural hydrology of AGC that is necessary for scouring of fine sediments. *See supra* ¶ 64; Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 3, 21). Habitat with primarily fine sediments have lower populations of macroinvertebrates. *See* Second Sproul Decl., Ex. 48 (2012 NMFS Rodriguez Bridge BiOp at 16). Areas of AGC with lots of fine sediment substrate will have limited food source for the CRLF. The constant, low flows from Lopez Dam increase siltation in AGC, which results in less macroinvertebrate production, meaning less food for CRLF. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 44). Increased siltation also results in lower water quality such as lower dissolved oxygen, which is not as good for CRLF metabolic needs. Second Sproul Decl., ¶ 52, Ex. 49 (Pulley, S., 2025, Longitudinal Variability in the Oxygen Demand of Channel Ben Matrix Sediment in a UK Agricultural Catchment: Implications for Managing the Sediment Problem). Hypoxic conditions cause frog larva to swim to the surface to gulp air into their lungs, which has significant metabolic costs and is far less efficient than oxygen uptake through the dermis. Second Sproul Decl., ¶ 53, Ex. 50 (Dodd, C.K, ed., 2009, Amphibian Ecology and Conservation: A Handbook of Techniques, Chapter 7: "Water Quality Criteria for amphibians"). Surfacing also exposes larva to increased risk of predation. By contrast, greater variation in flows would increase the amount of area in AGC downstream of Lopez Dam that gets damp due to high flows, after those flows recede. Wider areas that have been wetted is good for CRLF breeding and feeding. Macroinvertebrate production depends on highly heterogeneous habitat. *See* Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 5). Macroinvertebrates are an indicator of the health of a freshwater ecosystem, and as noted above are a food source for CRLF. However, the County's steady, low flow releases in the winter pursuant to the IDRS results in less wetted areas in and near AGC.

*Id.*, Ex. 24 (April 2022 Habitat Surveys at 49). The County's operations thus reduce the surface areas where you could get macroinvertebrate production. The variation in flows including high flows that provide a wider wet area would be good for CRLF, but in my opinion this element is missing from the County's constant, low flows under the IDRS.

79. **Lack of Pulse Flows Removes an Otherwise Naturally Occurring Cue for CRLF Breeding.** The County's operation of Lopez Dam without any pulse flows removes a cue for CRLF breeding. CRLF are triggered to breed after large rain events. According to FWS, CRLF typically lay their eggs during or shortly after rainfall events in late winter and early spring. Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 10). CRLF typically lay their eggs during or shortly after rainfalls events in late winter and early spring. In my opinion, the lack of pulse flow releases from Lopez Dam removes an otherwise naturally occurring cue for CRLF breeding.

80. **The County's Mostly Constant, Low Flow Releases Diminish the Quality of CRLF Habitat.** The County's modification of in-stream flows in AGC and AG Lagoon reduces the volume of water and thereby reduces the quality of remaining habitat for CRLF in AGC and AG Lagoon. *See* 61 Fed. Reg. at 25,825 (diverting water from the frog's natural habitats to reservoirs disrupts the natural hydrologic regime and "[l]oss of habitat and decreases in habitat quality will occur as a result of on-site degradation of the stream environment and/or riparian corridor, or through modification of instream flow."). Reduced flows from AGC into AG Lagoon reduces the quality of suitable habitat for CRLF in AG Lagoon. *See* Dkt. 141-1 (2025 Draft HCP at 2). Reduced flows from AGC into AG Lagoon, as well as the sedimentation and altered bathymetry of AG Lagoon, increases the salinity in AG Lagoon. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 12, 21); *id.*, Ex. 4 (2017 NMFS BiOp at 38). The County has acknowledged that salinity in AG Lagoon is highly variable and relies in part on the amount of freshwater input from upstream in AGC. Dkt. 141-1 (2025 Draft HCP at 62). As noted above, high salinity renders habitat less suitable for CRLF. Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-81). In particular, CRLF larvae and embryos

have lower salinity tolerances. Dkt. 141-1 (2025 Draft HCP at 62 of 250). Adult CRLF can tolerate salinity levels up to about 9 ppt, while CRLF larvae and embryos have lower salinity tolerances. Dkt. 141-1 (2025 Draft HCP at 62 of 250). The County states that CRLF metamorphs and juveniles probably rarely use the areas of AG Lagoon with high salinity concentrations and instead move upstream to shallower water with denser vegetation cover. Dkt. 141-1 (2025 Draft HCP at 62-63). However, CRLF larvae and embryos that would not be able to disperse upstream to avoid high salinity levels in AG Lagoon when it is due to the lack of inflow from AGC. Because AG Lagoon is one of the only locations along AGC where CRLF have been consistently observed in all life stages, in my opinion increased salinity in AG Lagoon resulting, at least in part, from reduced flow releases from Lopez Dam is very problematic for this core area.

81.    **Operation and Maintenance of Related Infrastructure in AGC Harms CRLF.** The County's operation and maintenance of related infrastructure within AGC (including removal or maintenance of existing barriers identified as part of the Project, cleaning out ditches on Lopez Dam, structure repair, vegetation management, sediment removal, and access road and fence repair) harms CRLF. *See* Dkt. 141-1 (2025 Draft HCP at 176 of 250). The County's maintenance activities include debris removal and maintenance of the AGC channel at road crossings and sediment removal. *See* Second Sproul Decl., Ex. 7 (2004 Draft HCP at 1-1). The County's maintenance activities including vegetation removal, herbicide spraying, shaping of banks to control erosion, and desilting of AGC all degrade CRLF habitat. 61 Fed. Reg. at 25,825. The County's instream infrastructure increases siltation in AGC and its tributaries. Siltation that occurs during the breeding season causes asphyxiation of CRLF eggs and small CRLF larvae. *See* 61 Fed. Reg. at 25826. The County's channelization of AGC below the confluence with Los Berros Creek further exacerbates the impacts of upstream infrastructure by creating sediment accumulation resulting in a low flow channel with little vegetation or upland habitat for CRLF. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 3).

82. **Inundation of Lopez Reservoir Eliminated CRLF Habitat and Lopez Dam is a Dispersal Barrier.** The County's elimination of CRLF habitat immediately above Lopez Dam due to the construction of Lopez Dam reduced the amount of available habitat for CRLF in the AGC watershed. Creation of Lopez Lake inundated portions of Arroyo Grande Canyon Creek, Vasquez Creek, Lopez Creek, and Wittenberg Creek, at least some of which was CRLF habitat. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 29, 31). Some CRLF habitat persists in the upper tributaries that empty into Lopez Reservoir, including the reaches of AGC above Lopez Reservoir. *See, e.g., supra* ¶ 18. However, the County's construction, operation, and maintenance of Lopez Dam has caused significant fragmentation of CRLF habitat and has eliminated opportunities for dispersal, which is necessary for their ability to seek refuge from high flows and find foraging and breeding habitat.

83. **The County's Harms Are Significant.** Harms from the County's operation and maintenance of the Project to CRLF are significant because AGC is listed as one of the core areas for focused recovery efforts by FWS. *See* FWS, Recovery Plan for the California Red-legged Frog (2002), pages 55, 144. As a core area, AGC represents what can be a viable (*i.e.*, self-sustaining) CRLF population and the location will contribute to connectivity between habitats and other CRLF populations. *Id.* This designation further highlights the importance of protecting CRLF within AGC from the harm perpetuated by the County's operations and maintenance of the Project.

### D. The County's Lopez Project Harms TWG.

84. In my opinion, the County's operation and maintenance of the Project, including reduced flows to AGC and reduced inflows to AG Lagoon as well as the lack of pulse flows, harms TWG by eliminating coastal lagoon habitat and adversely modifying the quality of remaining habitat by degrading water quality and adversely changing the physical characteristics of AG Lagoon that TWG depends on for its survival and recovery. NMFS recognized in 2017 that Lopez Dam and the channelization of sections of AGC and Los Berros Creek has altered the seasonality of surface flow in

AGC, reduced the extent of habitat in AG Lagoon, degraded water quality in AG Lagoon during periods when the berm is closed (especially if inflow is low), and caused severe dewatering events. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 39 of 128).

85. **The County's Mostly Constant, Low Flow Releases Under the IDRS Result in a Smaller AG Lagoon with Less Habitat for TWG.** In my opinion, the County's release of mostly constant, low flows from Lopez Dam reduces the extent of TWG habitat in AGC and AG Lagoon in two key ways. First, by releasing low flows from Lopez Dam that sometimes allow AGC to go dry just above AG Lagoon, the County's operations shrink the available TWG habitat, thereby increasing threat to TWG. Due in part to the County's altered and reduced flow regime for AGC caused by the Project, NMFS has estimated that only about 20 percent of historical estuarine habitat remains in AGC. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 27). FWS's 1994 listing determination for TWG specifically identified water diversion projects in San Luis Obispo County as a development activity that threatens TWG habitat. 59 Fed. Reg. at 5496. NMFS determined that Lopez Dam operations likely influence the duration of surface-flow connection from AGC through AG Lagoon to the ocean. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 40). NMFS also identified the presence of Lopez Dam as the most significant impact to streamflow in the lower mainstem. *Id.* The record shows that on numerous occasions, the County's reduced flow releases into AGC have caused the lower reach of AGC to go completely dry, which eliminates those areas as TWG habitat. For example, in the summer of 2004 the lower reach of AGC went completely dry. Sproul Decl., ¶ 56, Ex. 52 (FWS, June 2005 Comments on the February 2004 Draft of the Arroyo Grande Creek Habitat Conservation Plan ("2005 FWS Comment") at 2) ("A major threat to survival of tidewater gobies in lower Arroyo Grande Creek is a lack of water during the summer."). As noted above, the County has acknowledged that areas downstream of State Route 1 usually go dry. In my opinion, consistent with NMFS's conclusions, these dry conditions were caused at least in part by the County failing to release efficient water from Lopez Dam. For similar reasons, I disagree with the County

that the flow releases proposed under the County's 2025 Draft HCP, which would include low flow releases in the summer that allow AGC to go dry, will not impact TWG. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 28, 224-25 of 250). Habitat in AGC just upstream of AG Lagoon is important for TWG as refuge and cover habitat, particularly when there are hyper saline conditions in AG Lagoon. A smaller AG Lagoon is harmful to TWG. FWS states that "[i]n general, the most stable and persistent [TWG] populations tend to occur in lagoons and estuaries that are more than 2.5 ac (1 ha) in seize, and that have remained relatively unaffected by human activities[.]" 78 Fed. Reg. at 8749. FWS previously determined that dewatering the AGC channel results in that portion of the channel not being available for TWG breeding or foraging habitat, which has the potential to cause injury or death of TWG if they are forced into adjacent, less suitable habitat. Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 18). As noted above, TWG reproduce in late spring and early summer. This means there are juvenile TWG in AG Lagoon in late summer, when AGC has been recorded going dry. In my opinion, the drying up of AGC upstream of AG Lagoon reduces the available habitat for juvenile TWG to disperse into in search of better water quality for rearing and growth. Stream flow connectivity permitting, TWG would generally move upstream to more freshwater environments. Because juvenile TWG are more vulnerable to saline conditions, ensuring connectivity to upstream freshwater refugia habitat in AGC is especially important for TWG juveniles. In my opinion, the County's alteration of the hydrology in AGC has led to dewatering of portions of creek just upstream of AG Lagoon, which eliminates TWG including but not limited to salinity refugia for TWG and thereby increases the risk of TWG die off.

86.     Second, the lack of pulse flows under the County's IDRS means there are no scouring events in AG Lagoon to remove the previously-deposited bedload resulting from the County's steady, low flow releases into AGC. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 40). In my opinion, the lack of pulse flows has created a massive reduction in flow velocity that would otherwise be able to scour out and form improved,

more complex bathymetry in AG Lagoon that would benefit TWG. NMFS explained that a two-year storm event is only 25 percent of what it would be if Lopez Dam was not present and the 100-year event is approximately half of what it would be without Lopez Dam. *Id.*, Ex. 4 (2017 NMFS BiOp at 40). NMFS has recognized that AG Lagoon continually degrades due to excessive sedimentation and loss of lagoon volume with much of the lagoon consisting of shallow habitat that lacks complexity. *Id.*, Ex. 4 (2017 NMFS BiOp at 43). Consistent with NMFS, it is my opinion that the County's operations over the past decades have thus decreased the footprint of AG Lagoon. In my opinion, limiting TWG habitat availability in AG Lagoon and refuge habitat in AGC just above AG Lagoon is a significant harm because TWG habitat is already limited. NMFS states that only 20% of the original AGC lagoon estuarine habitat and 15% of the original AGC floodplain remains. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 29, 33). The fact that historically, prior to construction of Lopez Dam, AGC sometimes went dry in the summer ignores the fact that habitat modification including construction of Lopez Dam and the County's channelization of the lower reaches of AGC has reduced the remaining existing extent of TWG habitat. Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 2-3, 15-16); *id.*, Ex. 21 (2010 Christopher Habitat Assessment at 3). Because TWG are now artificially limited to a small fraction of their prior habitat based on the floodplain being reduced to 15% of its original size, ensuring that this remaining habitat has sufficient water to support TWG is crucial.

87.     **A Smaller AG Lagoon Results in a Less Abundant TWG Population.** In my opinion, a smaller and shallower AG Lagoon provides less suitable habitat for TWG and results in a less abundant TWG population. TWG are in dire conditions for multiple reasons. In 2005, FWS noted that 17 percent of the 134 documented localities are considered extirpated and 41 to 52 percent of the localities are naturally so small or have been degraded over time that long-term persistence is uncertain. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). Field surveys of TWG in AG Lagoon since 2003 show a greatly fluctuating TWG population. *See id.*, Ex. 27 (2005 TWG Recovery Plan at

C-21) (noting that potential TWG habitat encompasses approximately 7.5 to 10 acres and TWG were not found during sampling in 2003 or 2004, but were found in sampling in March of 2005); *id.*, Ex. 21 (2010 Christopher Habitat Assessment at 19); *id.*, Ex. 22 (Oceano Dunes HCP at 3-75 to 3-76) (Table 3-14, showing results from surveys for TWG at AGC from 2005 to 2023); *id.*, Ex. 30 (2025 Nov. Aquatic Survey Report at 4). In my opinion, less area in AG Lagoon for TWG to reproduce means there will be less abundance in the TWG population. In my opinion, bank to bank shallow habitat also increases the risk of TWG predation resulting in a less abundant TWG population in AG Lagoon. Shallower water in AG Lagoon means there is less dispersal and cover habitat for TWG to seek refuge from aerial predators. Many birds are known to prey on TWG, such as egrets, herons, mergansers, and grebes. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). FWS also notes that terns may feed on TWG. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at 15). In addition, shallower water habitat reduces dissolved oxygen levels, which increases stress for TWG and causes TWG to go to the surface in search of oxygen. More time spent at the surface of shallow water increases the risk of predation for TWG.

88.    **The County's Mostly Constant, Low Flow Releases Under the IDRS Reduce the Water Quality in the Remaining TWG habitat.** It is my opinion that the County's constant, low flows cause diminished quality of the remaining TWG habitat in AG Lagoon and the lower reaches of AGC. Lagoons can and do become degraded as a result of upstream activities that alter natural flow patterns from the upper watershed to the lower floodplains, which are commonly disconnected from the historical floodplain. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 28-29). The County acknowledged that "water quality in the lower half mile of the [AG] creek is degraded by disrupted surface flows and dewatering from agricultural withdrawals of groundwater." Dkt. 141-1 (2025 Draft HCP at 83 of 250). In my opinion, the County's low flows into the small, shallow AG Lagoon results in high salinity levels, low levels of dissolved oxygen, and higher water temperatures, all of which result in harm to TWG.

SCHMITT DECL. ISO PLS. SEC. PI MOT.    76    CASE NO. 2:24-cv-06854-SPG-AS

89.    **High Salinity Levels in AG Lagoon.** TWG are unable to survive in highly saline environments and are generally found in environments with less than 12 ppt salinity. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). The County and its consultant found that salinity levels in AG Lagoon are highly variable due to the amount of freshwater input from upstream, groundwater extraction, wave wash over during high tides or storms, and breaching of the berm separating the lagoon from the ocean. Dkt. 141-1 (2025 Draft HCP at 62 of 250); Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 18). The County notes in its 2025 draft HCP that it conducted monthly depth-stratified water quality monitoring at several stations in AG Lagoon from April 2023 to February 2024 at approximately 0.5 ft intervals from near surface to the bottom, and found that salinity ranged from 1 to 61 ppt. Dkt. 141-1 (2025 Draft HCP at 82 of 250). The County's altered flows that reduce the amount of water in AGC upstream of AG Lagoon impacts TWG habitat quality by changing the distribution of downstream salinity regimes. 59 Fed. Reg. at 5495. Because juvenile TWG has relatively narrow salinity tolerances, changes in salinity distributions due to the County's upstream water diversions, such as those that occur on AGC due to the County's Project operations, adversely affects both the size and distribution of the TWG population of AGC.

90.    **Low Dissolved Oxygen Levels in AG Lagoon Increase Predation Risks for TWG.** In my opinion, the County's low flows into the small, shallow AG Lagoon also likely result in low levels of dissolved oxygen. The County notes that AG Lagoon frequently experiences summer algal blooms, which is an indicator of eutrophication. Dkt. 141-1 (2025 Draft HCP at 83 of 250). Algal blooms from eutrophication deplete dissolved oxygen. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 8). In addition, freshwater upstream habitat in AGC is not available for TWG refuge at times of the year when AGC goes dry. The County's monthly depth-stratified water quality monitoring in AG Lagoon from April 2023 to February 2024 recorded dissolved oxygen levels from 5 to 22 mg/L. Dkt. 141-1 (2025 Draft HCP at 83 of 250). In my

opinion, the altered bathymetry and habitat conditions in AG Lagoon combined with low dissolved oxygen is harmful to the TWG population in AG Lagoon. Although TWG are well adapted for low dissolved oxygen environments, low dissolved oxygen in AG Lagoon increases the risk of predation and egg predation, which in turn negatively impacting reproductive success. TWG respond to low dissolved oxygen levels by moving to the surface of the water to gulp oxygen and get more oxygen into their bloodstream to survive. This is a unique TWG adaptation, but it increases exposure of adult TWG to predation because TWG are moving to the surface of the water where they are more vulnerable to predators like birds. I personally have observed many seabirds at the mouth of AGC in December of 2024 during my site visit, including many terns and gulls. These seabirds prey on TWG, especially TWG at the surface of the water. Thus, the shallower water with low dissolved oxygen levels in AG Lagoon makes TWG more vulnerable to bird predation. In addition, low dissolved oxygen increases the need for male gobies to continuously fan egg clutches with larger nest openings and prioritize ventilation over defensive behavior. Sproul Decl., ¶ 57, Ex. 53 (Olsson, K.H., et al., 2016 Hypoxia increases the risk of egg predation in a nest-guarding fish). This results in increased risk of nest predation because TWG prioritize ventilation over defensive behavior in hypoxic conditions. This makes their nests more vulnerable to predation. Thus, low dissolved oxygen can negatively impact TWG breeding success. In my opinion, this results in lower TWG abundance. As noted above, the County's steady, low flow releases without scouring pulse flows have altered the bathymetry and created more homogenous, shallow habitat in AG Lagoon that is undesirable for TWG that thrive in more heterogenous conditions. The County noted in its 2025 draft HCP that water quality is likely better in terms of cooler water temperatures and higher dissolved oxygen levels in the upstream reaches of AG Lagoon due to deeper depths and shading from riparian and emergent vegetation. Dkt. 141-1 (2025 Draft HCP at 83 of 250). I agree with FWS that the County's operation and maintenance of the Project including Lopez Dam and limited flow releases to AGC (and in turn reduced inflow into AG Lagoon) has and continues to

diminish the extent and quality of habitat occurring at the mouth of AGC. 59 Fed. Reg. at 5495. This harms TWG because TWG depend on that habitat for survival and recovery. *Id.* (noting that projects that result in the loss of coastal habitat are currently the major factor adversely affecting TWG).

91. **Constant, Low Flows and Lack of Scouring Pulse Flows Have Resulted in a More Homogenous, Shallow AG Lagoon Habitat, Thereby Harming TWG.** In my opinion, conditions in AG Lagoon have been altered by modification of natural geomorphological regime over decades resulting in a less heterogenous habitat that ultimately harms TWG by reducing the quality of TWG habitat and increasing the risk of predation. As explained above, the County's operation and maintenance of Lopez Dam, including the relatively constant, low flows, has altered the sediment transport through AGC. In my opinion, the sedimentation impacts from Lopez Dam combined with the County's levee system are extremely detrimental to TWG habitat in AG Lagoon. NMFS determined in 2017 that the County's levee system (described in more detail below) is likely the major contributor to observed patterns in sedimentation in the system because the levee system has continually prevented sediments from being deposited on the floodplain since 1961. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 40). Instead, instream flow directs sediment deposits between the levees or to AG Lagoon. *Id.* The continuous alteration of natural hydrology has resulted in decades of fine sediment deposition in AG Lagoon that has altered the natural bathymetry of the lagoon. *Id.*, Ex. 4 (2017 NMFS BiOp at 77). In my opinion, increased sedimentation in AG Lagoon from the constant, low flows and the lack of scouring pulse flows has resulted in less heterogenous habitat: less mix of deep and shallow areas or cover habitat for TWG. This is consistent with NMFS's conclusions that the combined effects of Lopez Dam operations and the presence of the downstream levee system disrupt the natural reworking of AGC's channel through periodic flooding, sediment aggradation and deposition, and diminished frequency of peak flows. *Id.*, Ex. 4 (2017 NMFS BiOp at 45). During winter, high flood flows entrained and deposited sufficient bedload to reduce AG

Lagoon's wetted area and make remaining areas noticeable shallower. *Id.* NMFS explained that over time, AG Lagoon continues to degrade due to excessive sedimentation and loss of AG volume. *Id.*, Ex. 4 (2017 NMFS BiOp at 40). This altered bathymetry has resulted in a homogenous, shallow lagoon environment. *Id.* In my opinion, a more homogenous habitat in AG Lagoon is harmful to TWG in at least three ways. First, the resulting shallow habitat in AG Lagoon that lacks complexity such as deep pools or cover in turn increases the risk of aerial predation because TWG are less likely to be able to hide and escape. Less habitat refugia and a more uniform environment of consistent depth means TWG can't move to different, more desirable habitat. In my opinion, the reduced size in TWG habitat with less habitat complexity increases the species' exposure to predation by birds, especially if there is no cover refugia. Second, a more homogenous, shallow AG Lagoon impacts atmospheric mixing and dissolved oxygen concentrations. Third, the more homogenous, shallow AG Lagoon artificially increases the water level equilibrium of AG Lagoon. The long-term geomorphic impacts caused by the operations of Lopez Dam has altered and reduced the overall volume and capacity of AG Lagoon through sediment deposition without scouring forces. This has resulted in an artificially high water level equilibrium caused by a homogenous and shallow lagoon bathymetry.

92. **The County's Constant, Low Flow Releases and Lack of Pulse Flows Alter Berm Dynamics in AG Lagoon.** In my opinion, the County's operations have resulted in changes to the berm dynamics in AG Lagoon. Seasonal estuaries (or freshwater lagoons) form when decreased streamflow allows marine processes to build a sand berm at the mouth of each river system. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 26). AG Lagoon is typically closed by a sandbar during much of most summers. *Id.*, Ex. 4 (2017 NMFS BiOp at 27, 45). Berm breaches in AG Lagoon may be caused by flows in AGC, tidal influence, and sediment transport dynamics. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 34). In my opinion, the County's constant, low flow releases causing increased fine sedimentation, compounded with the diminished

frequency of high-energy pulse flows, has decreased the overall volume and aquatic habitat capacity of AG Lagoon resulting in changes to berm formation and breaching. This is consistent with NMFS's analysis. *Id.*, Ex. 4 (2017 NMFS BiOp at 56). NMFS identified the presence of Lopez Dam as the largest system-wide stressor that alters sediment dynamics by specifically reducing winter peak flows that have the magnitude to breach the AG Lagoon berm and allow connectivity between the river and ocean. *Id.*, Ex. 4 (2017 NMFS BiOp at 40). In my opinion, the County's altered flow releases from Lopez Dam to AGC harm TWG by altering the timing and nature of berm formation and breaching. As noted above, in my opinion the County's flattening of the hydrological pattern in AGC by lowering peaks in discharge and shortening the duration of high discharge events has caused AG Lagoon to not breach as often, and to not remain naturally open for the durations it would have without Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62, 82); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 64). Also as noted above, the County's expert, Mr. Emery, and I both agree that magnitude of high flows and duration of high flows are major factors that influence the frequency of the berm at AG Lagoon breaching. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 62, 82); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 64); Second Sproul Decl., Ex. 32 (First Emery Decl., ¶ 20). The County's alteration of sediment dynamics in AGC described in the prior paragraph have also resulted in an artificially high-water level equilibrium, which increases the risk of unseasonal berm breaches, or even continuous lagoon connectivity with the Pacific Ocean as discussed in paragraph 93 below. *See, e.g.*, Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 45) (noting AG Lagoon is typically closed during summers, but in 2003 the lagoon remained open all summer and was likely influenced by the new elevation rating table for the reservoir that was implemented in April of 2003).

93.     **Altered Berm Dynamics Harm TWG.** In my opinion, the County has so altered the sediment transport and hydrology in AGC that it has created situations where the berm at AG Lagoon remains artificially closed, which can be bad for TWG. *See*

SCHMITT DECL. ISO PLS. SEC. PI MOT.     81     CASE NO. 2:24-cv-06854-SPG-AS

Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 31). At other times, by dramatically reducing AGC's interconnectivity with the historic floodplain and by further causing the AGC Lagoon to be both smaller and much shallower than historically, the County has altered hydrology and altered berm dynamics that formerly allowed the lagoon to absorb higher flows associated with winter flow conditions and still have the sandbar berm at the creek mouth close during portions of the winter and spring seasons and other times of year. The County has thus caused AG Lagoon at times to remain artificially continuously open, which can also be bad for TWG by creating salinity conditions and access for marine predators that is harmful to TWG. Dkt. 141-1 at 78 of 250) ("Once the bar breached in 2022, it appears to stay open through the majority of 2023 and 2024 with flows as low as zero and typically around 5 cfs."). These altered conditions do not allow TWG to naturally respond to changing berm conditions. Under natural conditions, the cyclical precipitation events would result in berm opening and then a buildup of sediment resulting in berm closure. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). The naturally cyclical berm openings allow the TWG population in AG Lagoon to disperse to other lagoon environments that would also likely be open based on the same precipitation events. *Id.*, Ex. 28 (2026 FWS TWG Focus at 4).

94.     **Altered Berm Dynamics Reduce TWG Reproductive Success.** The County's 2007 IDRS flow release regime that in general releases higher constant flows in the summer months (and lower constant flows in winter months), has likely altered the natural timing of berm building and breaching. Under natural conditions, by late spring and early summer the berm at the mouth of AGC would rebuild. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3); Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 60); *id.*, Ex. 4 (2017 NMFS BiOp at 24-25). Yet because the 2007 IDRS results in low flows released in the winter and does not include any pulse flows, there are no scouring events or high flows in AGC that would otherwise blast out and open the berm at the mouth of AGC. *Id.*, Ex. 4 (2017 NMFS BiOp at 37-38).  The timing of berm building and creation in late spring and early summer influences the peak breeding time

for TWG. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 2). TWG breeding relies on natural geomorphic processes that rebuild lagoon berms. It is my opinion that the altered timing of berm breaching in AG Lagoon may push back the timing of peak TWG reproduction into the summer or fall. In this way, the County's operation of Lopez Dam pursuant to the 2007 IDRS is likely to result in unseasonal berm building and breaching, thereby altering the breeding phenology of TWG in AG Lagoon. This can lead to reproductive stress. Late or delayed timing of TWG breeding will result in a higher population of juvenile and sub-adult TWG during fall and winter months—a time when the region naturally experiences flashy hydrological conditions. Hydrological disruptions occurring at the peak of TWG juvenile development when TWG are most vulnerable likely increases mortality of early life development stages of TWG when compared to earlier year breeding cycles that more closely mirror the natural hydrology of the region. The result is increased reproductive failure as a result of TWG breeding outside of the natural peak breeding time. In my opinion, the County's operations and water release regime has altered the timing of berm formation and breaching in AG Lagoon, which in turn delays timing of TWG development and increases the risks to TWG.

95. **Altered Berm Dynamics Resulting in Continuously Open Berm Reduces Breeding Opportunities and Harms Juvenile TWG.** As discussed in paragraph 93 above, the County's operations that alter the sediment transport and berm formation dynamics has at times resulted in a continuously open AG Lagoon, which eliminates or greatly reduces breeding opportunities for TWG and is harmful to juvenile TWG. As discussed earlier, the AG Lagoon berm was open continuously throughout 2023 and 2024, creating continuous open berm conditions. Dkt. 141-2 (2025 Draft HCP Appendix A, Covered Species Screening, at A-3). The berm reformed in the summer of 2025, while the County was operating flow releases pursuant to the Preliminary Injunction Order. Second Sproul Decl., Ex. 30 (2025 Nov. Aquatic Survey Report at 1) (noting AG Lagoon "had seasonally closed to the ocean from early August through early November and had recently reopened" as of November 18-19, 2025). The years 2023-2024 were not the first

time AG Lagoon was continuously open. For example, in 2011, AG Lagoon was closed only for about one month beginning sometime in August. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 27). In 2003, AG Lagoon remained open for all summer. *Id.*, Ex. 4 (2017 NMFS BiOp at 27). Unseasonal berm breaches and continuous ocean connectivity can harm TWG by flushing juvenile TWG into inevitably lethal ocean conditions. Unseasonal berm breaches and continuous ocean connectivity can also increase the salinity of AG Lagoon. When the AG Lagoon berm is continuously open, this means there is continuous connectivity between ocean and lagoon. The more saline AG Lagoon becomes, the more difficult it is for TWG to successfully reproduce. Juvenile TWG do not do well in hyper saline waters, and TWG not able to breed in hyper saline waters. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 1). Salinity impacts are exacerbated by the reduced size and volume of AG Lagoon caused by the alteration of natural hydrology and geomorphology of Arroyo Grande Creek.

96.    **The County's Elimination of the Historic Floodplain and Channelization of Lower AGC Exacerbates the Impacts from Lopez Dam Operations Including Spills that are More Likely to Wash Out TWG.** In my opinion, the lack of floodplain connectivity and the County's efforts to levee and channelize the lower portion of AGC has resulted in greater impacts to TWG in AG Lagoon, especially when the County's Lopez Dam operations result in spills over the Lopez Dam spillway. In 2017, NMFS estimated that AGC has only about 20% of historical estuarine habitat remaining. Second Sproul Decl., Ex. 4 (2017 NMFS BiOp at 29). NMFS also estimates that only about 15% of the original floodplain remains. *Id.*, Ex. 4 (2017 NMFS BiOp at 33). NMFS also noted that severe channel incision along most of the mainstem of AGC and the County's levee construction along lower AGC caused the loss of the historical functional floodplain along AGC. *Id.*, Ex. 4 (2017 NMFS BiOp at 43). FWS has recognized that the lack of a natural floodplain may exacerbate the harms from flood events to TWG, noting that in Santa Cruz County a flood event in the winter of 1972-73 appeared to eliminate TWG from Waddell Creek where the creek had been channelized

and thus no longer afforded protection from high flows during flood events. 78 Fed. Reg. at 8753. As another example, FWS noted that channelization and elimination of habitat lateral to the main stream channel upstream of San Onofre Lagoon in San Diego County probably led to the flushing and extirpation of TWG from that location during a 1993 storm. *Id.* Here, as noted above, only about 20% of historical estuarine habitat remains in AGC and AG Lagoon. The County channelized AGC from Los Berros Creek downstream to the Pacific Ocean and created levees bordering AGC to control flooding. Second Sproul Decl., Ex. 22 (Oceano Dunes HCP at 3-72); *id.*, Ex. 4 (2017 NMFS BiOp at 38) (describing the levee on AGC that eliminates natural channel meandering and the river-floodplain connection, and helps to create unnatural sediment accumulation). Between 2019 and 2021, the County further modified the channelization and levee of AGC. *Id.*, Ex. 4 (2017 NMFS BiOp at 9) (describing the County's Waterway Management Program as including "consigning a large portion of the creeks in the action area to a flood-control channel, and continuing to limit connectivity between the active creek channel and historical floodplain areas"); *see also id.*, Ex. 4 (2017 NMFS BiOp at 31). The result is limited refugia habitat within only about 1/5 of the TWG habitat that once existed. NMFS concluded in 2017 that Lopez Dam and the levee system in AGC contribute to degraded habitat conditions and continue a severe deviation from the historical floodplain. Ex. 4 (2017 NMFS BiOp at 45). Fragmentation and habitat loss in AGC has directly resulted in increased the risk of extirpation of TWG in AG Lagoon. The large storms in 2023 and 2024 likely would have caused sizeable disruption to TWG in natural conditions, but the impacts from these storms were exacerbated by the reduced remaining size of TWG habitat because elimination of the floodplain, which would have otherwise provided additional refugia habitat for TWG. Plus, impacts from the spill events were likely exacerbated by decades-long adverse modification of habitat in AG Lagoon.

97. **The County's Operations Allow for the Proliferation of Non-native Predators of TWG in AGC and AG Lagoon.** In my opinion, the County's operation of

Lopez Dam without a predator control program allows for the proliferation of non-native predators of TWG in AGC and AG Lagoon. As noted above, Lopez Reservoir is a source of many non-native predators that have escaped downstream to AGC via the Lopez Dam spillway that lacks a fish screen. In my opinion, the non-native predators and likely to coalesce in the freshwater habitat just upstream of AG Lagoon. This location is also refugia habitat for TWG seeking to avoid aerial predation and/or less suitable water quality in AG Lagoon. FWS states that non-native predators of TWG include sunfish and bass. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 2); *id.*, Ex. 27 (2005 TWG Recovery Plan at 15). As noted above, TWG are also preyed upon by other non-native aquatic species like bullfrogs and crayfish. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii); 78 Fed. Reg. at 8781. The County notes that bass, sunfish, and bullfrog have been observed in the Lagoon complex. Dkt. 118-2 at 4 (Table 1). In my opinion, the County's proposed approach in its 2025 Draft HCP of reducing flow releases in summer months and allowing the lower section of AGC to go dry is not a viable solution to addressing non-native predators because reduced flows would result in no or very reduced refugia habitat for TWG. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii) ("The recommendation to allow periodic drying of these areas to benefit CRLF may appear to conflict with habitat management for TWG, because desiccation of their habitat would result in [TWG] mortality."). The County's proposed approach is especially problematic given that the only remaining habitat for TWG is the 20% of remaining AG Lagoon. In my opinion, the better solution to addressing non-native predators is two-fold: (1) eradicate non-native predators by implementing a predator control program, and (2) prevent non-native predators from escaping Lopez Reservoir and into AGC by installing a fish screen on the Lopez Dam spillway and fixing the existing fish screen at the outlet structure. Based on the information available to the NGOs, the County does not implement a predator control program to remove or otherwise cull non-native predator species in AGC or AG Lagoon. By contrast, dewatering AGC will kill everything, including Steelhead, CRLF, and TWG.

SCHMITT DECL. ISO PLS. SEC. PI MOT.    86    CASE NO. 2:24-cv-06854-SPG-AS

## VI.    Areas of Agreement Between My Testimony, the County, and the County's Experts.

98.    There are multiple areas of agreement between my testimony, the County, and the County's experts, including Dr. Hansen and County HCP consultant Sharon Kramer. For example, Dr. Hanson agreed with me on the most fundamental issues pertinent to evaluating the effects of the County's actions on Steelhead. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 40-58). I also identified areas of agreement between myself and Mr. Emery. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 59-66). Many of these areas of agreement are noted above, and I have summarized the areas of agreement in the following paragraphs. Many of my opinions and those of Dr. Hanson are also consistent with the conclusions of NMFS, FWS, and CDFW.

99.    **Steelhead Existing in AGC and AG Lagoon are a Core 1 Population.** The parties and experts agree that Steelhead exist in AGC and AG Lagoon (*see supra* ¶ 12), and that the AGC Steelhead population is a "Core 1" population that is essential to the survival and recovery of the Steelhead DPS as a whole (*supra* ¶ 13).

100.    **The County's Lopez Project Harms Steelhead and Adversely Impacts Steelhead Habitat in AGC.** I agree with Dr. Hanson and the federal and state expert agencies that Lopez Dam impacts Steelhead by completely blocking Steelhead migration and limiting the quantity and quality of Steelhead habitat in AGC (*see supra* ¶¶ 57-72).

101.    **CRLF exist in AGC and AG Lagoon.** All experts agree that available information well establishes that CRLF exist in AGC and AG Lagoon (*supra* ¶ 29). There is also agreement that the CRLF population in AGC has not been thoroughly documented and quantified, and while CRLF are known to be present they are rarely observed. *See* Dkt. 141-1 (2025 Draft HCP at 176 of 250); *supra* ¶¶ 29-30.

102.    **TWG exist in AG Lagoon.** The parties agree that TWG exist in AG Lagoon. Dkt. 141-2 at A-2 – A-3; *supra* ¶ 45.

103.    **Lopez Dam Flow Releases Should More Closely Mirror the Natural Hydrograph.** All experts agree that the flow release regime at Lopez Dam should more

closely mirror the natural hydrograph. Second Sproul Decl., ¶ 55, Ex. 51 (National Marine Fisheries Service, Nov. 25, 2004 Comment Letter to San Luis Obispo County ("2004 NMFS Comment Letter") at 1) ("Characteristics of the natural streamflow regime . . . can be useful for developing a streamflow recommendation"); Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii, 22) (recommending "[t]he flow release schedule should mimic the dynamic nature of stream systems as closely as possible for the management of CRLF habitat and to facilitate their reproduction and survival"); Dkt. 141-1 (2025 Draft HCP at 123 of 250) (describing County's proposed migration flows to create a "hydrograph during the adult steelhead migration season [that] is flashy and variable, mimicking a natural central California coast watershed hydrograph in a wet water year"); Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 117-124). In my opinion, a flow release regime that more closely reflects the natural hydrograph would be better for all three species: TWG, CRLF, and Steelhead. This is something the County itself recognized in its 2004 draft Habitat Conservation Plan. Dkt. 14-16 at 3-82 (describing how native species are adapted to natural flow regimes with seasonal fluctuations and scouring events, in contrast to non-native species adapted to perennial habitats not present in natural flow regimes). The County's consultant found that "[m]anaged releases for steelhead could also benefit CRLF and TWG because under the present flow regime some reaches of the creek dry in the late spring or summer." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 1). The County states that its proposed flow regime in the 2025 Draft HCP more closely reflects the natural hydrology of the watershed. Dkt. 141-1 (2025 Draft HCP at 177 of 250). However, while NMFS recommends the natural hydrograph be modified to account for Lopez Dam blocking access to upstream habitat, including cold-water climate refugia, the County's proposed water regime in the draft HCP ignores the reality of how Lopez Dam has modified the landscape. *See, e.g.*, Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 26) ("the construction and operation of Lopez Dam on Arroyo Grande Creek has altered the natural hydrology and sediment transport regime of the middle and

lower reaches of Arroyo Grande Creek, and restricted access to a significant amount of the historically available steelhead spawning, rearing, and over-summering refugia habitat"). NMFS 2004 letter recommends to develop a flow release regime by starting with natural hydrology, then add water in summer because Lopez Dam blocks Steelhead access to summer rearing and climate refugia habitat that otherwise existed above the dam. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 4-5) (explaining that "integration of the characteristics of a natural flow regime and indices of hydrologic alteration may not, by themselves, be sufficient to promote essential habitat functions for steelhead" and recommending additional steps to consider "the influence of anthropogenic activities on the likelihood of attaining essential habitat functions for this species").

104.    **Steelhead evolved in naturally flashy stream systems.** NMFS explains that Steelhead evolved in a Mediterranean climate characterized by long dry summers and short, sometimes intense cyclonic winter storms. Second Sproul Decl., Ex. 10 (Steelhead Recovery Plan at 2-15). NMFS states that "[r]iver flows vary greatly between seasons, and can be highly 'flashy' (rapidly increased flows with high volume but short duration) during the winter season, changing by several orders of magnitude over a few hours in response to winter storms." *Id.*, Ex. 10 (Steelhead Recovery Plan at 2-15). Steelhead have adapted to these "spatially complex and frequently unstable river and stream habitats" through evolutionary processes. *Id.*, Ex. 10 (Steelhead Recovery Plan at 2-16).  I agree with NMFS that Steelhead and their complex life cycles are adapted to "flashy" hydrographs of south-central California streams. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 17-30). The County also acknowledges that the life cycles of Steelhead in California streams reflect the natural variation of California stream systems. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 37 of 250).

105.    **CRLF evolved in naturally flashy stream systems.** FWS states that CRLF "live in a Mediterranean climate, which brings about temporal and spatial changes in habitat quality." 75 Fed. Reg. at 12,816. The County notes AGC "typically has fast,

flashy flows in the winter, and winter peak runoff can be four to five orders of magnitude higher than summer baseflow," which may limit CRLF breeding activity but that CRLF have been observed to persist in. Dkt. 141-1 (2025 Draft HCP at 62 of 250). In 2004, the County's consultant noted that "[n]atural flow regimes and coastal climates may be selectively beneficial to native species, such as red-legged frogs, adapted to the seasonal fluctuations of stream flow, salinity, and weather[.]" Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-82). I agree that CRLF in AGC have naturally evolved in the Mediterranean climate where flashy flows in winter were common prior to construction of Lopez Dam.

106. **TWG evolved in naturally flashy stream systems.** FWS notes that TWG "is incredibly resilient to environmental changes" and the "coastal lagoons and estuaries where they live are naturally dynamic, and habitat conditions, such as temperature and salinity levels, can vary daily, seasonally, or annually." Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 1). FWS explains that the lagoon habitat TWG occupy "are dynamic environments subject to considerable fluctuations on a seasonal and annual basis." 78 Fed. Reg. at 8749. I agree that TWG naturally evolved in AG Lagoon that was a naturally dynamic system subject to flashy high flows prior to construction of Lopez Dam. The County states that TWG population sizes can have large variations throughout the year, plummeting directly after flood and breaching events and then quickly recovering in the summer. Dkt. 141-2 at A-1. I agree with the County that TWG population sizes can vary throughout the year. I also agree with FWS that the coastal lagoon processes in California followed a cyclical, seasonal pattern, and the TWG are well adapted to these conditions because TWG are able to tolerate and survive extreme conditions while also being able to reproduce quickly when conditions are favorable. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3).

107. **Non-native predators exist in AGC and AG Lagoon.** NMFS has documented non-native fish in AGC, including sunfish, bass, bullhead, and mosquitofish. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 45 n.13). FWS has

documented non-native bullfrogs in AGC downstream of Lopez Dam. Second Sproul Decl., Ex. 20 (2012 FWS Rodriguez Bridge BiOp at 14). The County acknowledges that non-native predator species like bass, sunfish, and bullfrogs flourish in low-velocity warm-water habitats and have been identified in several ponds in the mainstem of AGC downstream of Lopez Dam. Dkt. 141-1 (2025 Draft HCP at 178 of 250). I agree that non-native predator species exist in AGC and AG Lagoon. *Supra* ¶¶ 9, 27, 28, 32, 43; Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 110-112); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 53).

108. **Steelhead as predators.** As noted in my Reply Declaration, Dr. Hanson and I agree that based on available scientific information, Steelhead is a meso-predator. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 134). However, I pointed out that Dr. Hanson provided no data demonstrating that Steelhead predation of TWG currently occurs in AGC or Arroyo Grande Lagoon, and that Dr. Hanson offered no opinion on what relevance this information has regarding an assessment of impacts from the County's operations of the Project to Steelhead in AGC. *Id.* I also noted that the primary predators of amphibian eggs are non-native fish species such as sunfish, bluegill, and mosquitofish, and, in my opinion, the amount of Steelhead predation of amphibian eggs is dwarfed by nonnative species' predation of amphibian eggs in AGC. *Id.* I explained that Steelhead predation of amphibian eggs reflects the natural ecosystem processes, and that removing nonnative predators and at least reducing the risk of nonnative predators via a Lopez Dam fish screen will be beneficial to Steelhead, CRLF, and TWG. *Id.* at ¶ 135. Likewise, Steelhead are not significant predators or competitors of TWG, and there is no reasonable risk that increasing the AG Creek Steelhead population would risk any meaningful reduction in the TWG population due to predation by Steelhead.

109. **There Are Gaps in Existing Data.** I agree with NMFS, FWS, and the County that there are gaps in existing data. For example, there is limited data showing the number of Steelhead that return to AGC, the number of juvenile Steelhead that rear in

AGC, or the number of Steelhead in AGC prior to construction of Lopez Dam. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 57). There is limited data regarding the number of CRLF in AGC and the location and timing of CRLF breeding in AGC downstream of Lopez Dam. Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 32) (explaining FWS is unable to estimate the number of CRLF that would be taken in part because "population size fluctuates throughout the year between breeding and non-breeding seasons"); Dkt. 141-1 (2025 Draft HCP at 62 of 250) (noting recent observations of CRLF below Lopez Dam have only been in the lowermost sections near AG Lagoon and within Tar Spring Creek); Second Sproul Decl., Ex. 26 (2025 Cleveland CRLF Surveys) (only conducted in the lower sections of AGC). There is also limited data on the number of TWG in AGC and AG Lagoon. Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 26) ("We are unable to determine the precise number of tidewater gobies that could occur in the action area and may be affected by implementation of the waterway management plan because the number of individuals in the action area vary between breeding and non-breeding season, and from year to year."); Dkt. 141-2 (2025 Draft HCP, Appendix A Covered Species Screening at A-2) (AG Lagoon "contains a small, intermittent population of tidewater goby that is likely recolonized periodically by larger, more stable populations found in Pismo Creek and Santa Maria River"). This data limitation strongly warrants additional monitoring of the abundance of the Listed Species in AG Creek to guide adaptive management strategies for potential future modifications to how the County operates the Lopez Project and other County infrastructure in AGC.

110. **Uncertainties Exist Regarding the Impacts of Modified Flow Releases, Including Pulse Flows, From Lopez Dam to AGC and the Species it Supports.** In my opinion, uncertainty exists regarding the flow releases necessary from Lopez Dam into AGC to support Steelhead survival and recovery at all life stages in AGC. The County has also acknowledged these uncertainties about the impacts of any flow release regime including the County's proposed Lopez Dam Release Schedule set forth in the County's

2025 draft HCP. Dkt. 141-1 (2025 Draft HCP at 14 of 250). In light of this uncertainty, in my opinion it is reasonable and rational to favor implementing measures that are more plainly qualitatively protective of Steelhead than the County's present operations during the interim period. A cautionary approach to protecting Steelhead is also consistent with the goal under the ESA of avoiding irreparable harm to Steelhead in AGC in the interim. It is also my opinion that these uncertainties demonstrate the need for a detailed monitoring and prescriptive adaptive management approach that is designed to potentially modify how the County implements the Lopez Project to achieve specific ecological outcomes.

**VII.    NGOs' Proposed Interim Remedies Will Counter and Abate the Harms from the Lopez Project to Steelhead, CRLF, and TWG.**

111.    In my Opening Declaration and Reply Declaration, I explained my opinion that the remedies proposed in the NGOs' original preliminary injunction motion were reasonable measures to counter and/or abate the harm to Steelhead caused by the County's construction, operation, and maintenance of the Lopez Project. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 116-145); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 144-160). These measures are of the type commonly approved or required by NMFS or pursued by natural resource stewards seeking to restore anadromous fish habitat. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 116). Following the County's implementation of the Preliminary Injunction Order in 2025, I continue to believe that the same or similar remedies are reasonable measures to counter the harms from the County's Lopez Project to Steelhead, and for the reasons set forth below I also think these measures will also counter and/or abate the harm to CRLF and TWG from the County's Lopez Project. In my opinion, it is unlikely the County will finalize its HCP and receive ITP authorization from NMFS and FWS for many years to come (a decade passing before a NMFS and FWS decision on the County's ITP request is easily foreseeable based on my experience with ITP applications generally and review of the County's HCP development history), and therefore the NGOs' proposed interim measures discussed below are necessary to counter and abate

the imminent harm to Steelhead, CRLF, and TWG from the County's Lopez Project while the County's October 2025 draft HCP is pending and until this Court reaches a final judgment on the merits.

112.    The remedial measures proposed by the NGOs in this Renewed Motion for Preliminary Injunction have been modified in light of information learned in the past year of the County's actions regarding the original Preliminary Injunction Order. They have also been tailored to address the harms from the County's Lopez Project to CRLF and TWG, consistent with the Ninth Circuit's decision vacating and remanding the Preliminary Injunction Order. The NGOs proposed flow regime is interrelated and meant to be implemented in combination with the other proposed measures described below. In my opinion, the NGOs' proposed flow regime makes sense in combination with implementation of the other measures.

### A.    Flow Release Regime

113.    NMFS, CDFW, and the County's own consultants have for years advocated that the County needs to develop and implement a plan for releasing greater flows of water from Lopez Dam to support all life stages of Steelhead in AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 116-17, 118-25). Indeed, the County's HCP consultant Sharon Kramer has indicated she agrees that an improved flow regime from Lopez compared to the County's historic practices is one of the most urgently needed measures for Steelhead survival and recovery. Second Sproul Decl., Ex. 59 at 36, 110-13 (Sharon Kramer May 20, 2025 Deposition Transcript). NMFS has also repeatedly emphasized the County needs to provide effective Steelhead passage to historical spawning and rearing habitat above Lopez Dam. *Id.*, Ex. 1 (First Schmitt Decl., ¶¶ 117, 136-39). I recommend a modified interim flow release schedule, revised based on information gleaned from the County's actions in 2025 regarding the Preliminary Injunction Order and also to expressly balance the needs of not only Steelhead but also CRLF and TWG, as required by the Ninth Circuit Court of Appeals' December 2025 Order. Throughout 2025, the County implemented the Final Lopez Dam Flow Release

Plan (Dkt. 72-2). While I continue to disagree with the County's statement that the Preliminary Injunction Order flow release schedule harms CRLF and TWG (*see* Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 144)), out of abundance of caution I am recommending a revised flow release regime that will benefit all three species in AGC and AG Lagoon: Steelhead, CRLF, and TWG.

114. It is my opinion that the County must implement a revised interim flow release schedule to avoid and abate harm to Steelhead by supporting adult Steelhead natural rates of migration to upstream spawning and rearing habitats; passage of smolts and kelts downstream to AG Lagoon and the Pacific Ocean; the formation and maintenance of geomorphological features such as pools, riffles, and recruitment of spawning gravels; and flushing of accumulated fine sediments. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 117-126); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 144-149). My opinion is consistent with NMFS's recommendation that development of a flow release regime should focus on the regime needed to secure the survival and recovery of Steelhead as the first priority. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 1). By contrast, the 2007 IDRS flow release schedule states its goals and objectives are to reduce downstream releases to ensure the County can meet its municipal contract obligations; ensuring Steelhead survival and recovery was not the priority or purpose of the 2007 IDRS. Second Sproul Decl., Ex. 38 (2007 IDRS at 3-4). NMFS has made plain, and I agree, that the County's flow regime as set forth in its 2007 IDRS is inadequate to ensure flows that support survival and recovery of Steelhead.

### 1. Minimum Daily Base Flow Releases.

115. **Proposed Minimum Daily Base Flow Release.** I recommend minimum daily base flow releases of 8 cfs from Lopez Dam year-round for all water year types to better ensure take of Steelhead is avoided and to ensure that Steelhead are able to survive at all life stages in AGC during the interim preliminary injunction period. Consistent with NMFS's recommendations, in my opinion the starting point for developing an ecologically meaningful flow regime should be the natural hydrograph in AGC prior to

construction of Lopez Dam. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 1). All things equal, a flow regime that more closely mirrors the pre-dam natural hydrograph in AGC and that creates hydrologic synchrony within the watershed is likely to be more consistent with the life history and habitat requirements of threatened Steelhead in AGC. As shown in Table 1 from NMFS's 2004 letter, the median daily flow in AGC prior to construction of Lopez Dam exceeded 7.9 cfs in January through March (the minimum daily base flow in wet and normal years, as set by the Preliminary Injunction Order). *Id.*, Ex. 51 (2004 NMFS Comment Letter) (Table 1, with column identified in red). The median value means that 50% of the flows in AGC were below these levels, and 50% of the flows were above these levels. As set forth in my Opening Declaration and Reply Declaration, minimum daily base flow releases of at least 7.9 cfs are necessary based on the County's own prior proposals and studies—to support all Steelhead life cycles in AGC downstream of Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 117-121); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 144-149). This includes ensuring additional flows reach the area of AGC where the highest density of juvenile Steelhead rearing is occurring and thus provide the maximum benefit to the juvenile Steelhead life stage. *Id.*, Ex. 1 (First Schmitt Decl., ¶ 121). This Court agreed in its November/December 2024 preliminary injunction decision that minimum daily base flow releases of 7.9 cfs were necessary to avoid irreparable harm to Steelhead during the interim, unless the County's monitoring results warranted amendments to better avoid take of Steelhead or other ESA listed species, or the expert agencies recommended amendments. Dkt. 54 at 26-28; Dkt. 58, ¶ 1. The Ninth Circuit's December 3, 2025 Order did not address the Court's determination that minimum base flows of at least 7.9 cfs are necessary to avoid imminent harm to Steelhead. Turning back to Table 1 from NMFS's 2004 recommendations, however, the average of the median daily flow in AGC for all months is 8.09 cfs. Thus, the NGOs' proposed minimum daily base flow of 8 cfs more closely mirrors the natural hydrology. However, I agree with NMFS's recommendations that the pulse flow regime should not simply mirror the natural historic hydrology of the

watershed, which is the first step in developing an ecologically meaningful flow release regime, but also be further refined given the reality that Lopez Dam exists as a complete barrier limiting Steelhead to the lower 13 miles of AGC. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 4-5). Applying the historic median daily flow in AGC year-round accounts for the second step in NMFS's recommended approach for refining the flows to ensure the remaining portion of AGC accessible to Steelhead supports all life stages of Steelhead, since the species can no longer access the spawning, rearing, and climate refugia habitat above Lopez Dam.

116. **Requiring Minimum Daily Base Flow Releases of 8 cfs Is Consistent with Prior County Commitments.** In my opinion, the NGOs' proposed minimum daily base flow release of 8 cfs is consistent with and only slightly more than the base flow releases that the County has previously committed to. For example, the County committed to releasing a minimum discharge of 7 cfs in its March 13, 2000 response to NMFS's protest to the County's water right application Number 30826, that the County filed with the California State Water Resources and Control Board. Second Sproul Decl., Ex. 35 (2000 County Response to Protests at 3). Based on the information available to me, the County never consulted with NMFS or CDFW to revise this flow release schedule to allow for reduced minimum base flows, even though the 2007 IDRS does not require a minimum discharge of 7 cfs. NMFS's and CDFW's protests to the California State Water Resources Control Board of the County's water rights are still pending. Second Sproul Decl., Ex. 33 (NMFS Protest); *id.*, Ex. 34 (CDFW Protest). As another example, NMFS required minimum discharges of 7 cfs in the non-discretionary term and condition 2(A) of the ITS issued under NMFS's 2001 BiOp for the Lopez Dam seismic remediation project. Second Sproul Decl., Ex. 36 (2001 NMFS Seismic Remediation BiOp at 18) (listing as nondiscretionary term and condition 2(A), to implement Reasonable and Prudent Measure No. 2, "[a] discharge of no less than 7 cfs shall be continuously maintained, with no interruption, in Arroyo Grande Creek during the entire duration of the proposed action" and noting that the County "shall monitor discharge in

the creek using standard methods at the following two locations to ensure that discharge is being maintained at 7 cfs: immediately downstream of the existing outlet works canal, and immediately upstream of the entrance road to Biddle Park."). The 2007 IDRS does not appear to be consistent with term and condition 2(A) of the 2001 BiOp for the seismic remediation project, because it allows the County to release less than 7 cfs from Lopez Dam. Regardless, these examples demonstrate that the County has previously committed to discharging 7 cfs—a volume that is very close to the 8 cfs minimum daily base flow release proposed by the NGOs. In my opinion, these minimum daily base flow releases will not, contrary to Mr. Emery's assertions, make a large difference in storage drawdown. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶¶ 145-148).

117. **Minimum Daily Base Flow Releases of 8 cfs Will Benefit Steelhead.** In my opinion, a daily release of 8 cfs is more likely to provide the flow necessary for juvenile Steelhead to survive and rear during summer and fall months in AGC as compared to the 2007 IDRS flow releases, which is important because Lopez Dam poses an impassable barrier that prevents Steelhead from accessing historical spawning and rearing habitat and climate change refugia above the Dam. The County's 2025 draft HCP indicates that a daily release of 8 cfs will maintain hydrologic continuity throughout AGC from Lopez Dam to AG Lagoon and "abundant" habitat for rearing Steelhead. Dkt. 141-1 (2025 Draft HCP at 141 (Figure 6-16), 142 (Figure 6-17)). It also shows that a release of 8 cfs from Lopez Dam will be more favorable for ensuring AGC below Lopez Dam supports juvenile Steelhead rearing year-round. Dkt. 141-1 (2025 Draft HCP at 143). A year-round minimum daily release of 8 cfs would therefore help minimize and mitigate the effects of Lopez Dam fragmenting and excluding Steelhead from previously accessible spawning and rearing and climate refugia habitat and the related increased risk of extinction as a result. Higher minimum base flows in the summer months are needed for Steelhead because higher flows will ensure year-round juvenile Steelhead rearing habitat in recognition of the fact that Lopez Dam cut off the historical Steelhead spawning and rearing habitat in the upper AGC watershed. The County's proposal in its

2025 draft HCP to release 3 cfs in summer months, which the County asserts more closely mimics the natural hydrograph, ignores the fact that Lopez Dam cuts off historic habitat that used to be available to Steelhead to support spawning and rearing in summer months when the lower reaches sometimes ran dry. Because, as explained below, the NGOs' proposed flow regime includes winter pulse flows designed in part to remove predators that favor warm, slow-moving water (like bullfrogs), this is expected to offset any proliferation facilitation that higher summer flows would create.

118.    **Minimum Daily Base Flow Releases of 8 cfs Will Benefit CRLF by Increasing CRLF Habitat, Including CRLF Breeding, Foraging, and Refugia Habitat.** In my opinion, increased minimum daily base flow releases from Lopez Dam will benefit CRLF by increasing the amount of available habitat for CRLF, including habitat for CRLF estivation and reproduction. The County's own consultant assessed the extent and surface area of CRLF breeding habitat in AGC, downstream of Lopez Dam, under varying flow releases from Lopez Dam. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys). The consultant found that Lopez Dam releases over 7 cfs resulted in the most increase in wetted channel and wetted breeding habitat for CRLF (except for Reach 8 directly below Lopez Dam, which is not likely suitable CRLF habitat due to the presence of bullfrogs). *Id.*, Ex. 24 (April 2022 Habitat Surveys at 49). Similarly, California State Parks' consultant, Cleveland Biological, observed that on May 29, 2025, AGC channel was wider and deeper than it had been in the past—which was when the County was releasing 7.9 cfs minimum base flows as required by the Preliminary Injunction Order. Second Sproul Decl., Ex. 26 (2025 Cleveland CRLF Surveys at 17). Water inundation is usually necessary into the summer months (through July or August) for successful metamorphosis. *Id.*, Ex. 24 (April 2022 Habitat Surveys at 6). By creating more water inundation, in my opinion base flow releases of 8 cfs will maintain or improve CRLF breeding habitat downstream from Reach 8. Even if higher minimum base flow releases in the summer months will potentially help support non-native predators like CRLF, in my opinion this approach is better, on balance, compared to the

alternative of dewatering AGC to prevent predator proliferation in a manner that will also kill or harm Steelhead, CRLF, and TWG, and eliminate suitable habitat for all three species. The County's own consultant recommended that "[s]ufficient water levels in [the lower reaches of AGC] should be maintained from the winter through July/August, or until CRLF tadpoles reach metamorphosis." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii). This is why I and the NGOs propose implementation of a predator removal program and pulse flows in combination with the minimum base flow releases, in addition to installing a fish screen on the Lopez Dam spillway and fixing the fish screen that exists on the Lopez Dam outlet structure to address holes and thereby prevent the spread of non-native predators from a key source, Lopez Reservoir.

119. **Minimum Daily Base Flow Releases of 8 cfs Will Benefit TWG by Increasing the Quantity of TWG Habitat in AGC and AG Lagoon.** In my opinion, minimum daily base flow releases of 8 cfs will benefit TWG by increasing the quantity of TWG habitat in AGC and AG Lagoon. I do not agree that Lopez Dam releases of 8 cfs are a problem for TWG. California State Parks' aquatic surveys demonstrate evidence of TWG recruiting upstream into the lower reaches of AGC. Yet TWG are only able to utilize that refugia habitat in AGC if that reach of the creek remains wetted, including during summer months, which has not occurred based on flow releases under the IDRS. Second Sproul Decl., Ex. 31 (2022 Dec. Aquatic Survey Report at 3) (December 14, 2022 aquatic survey noting AGC "was dry at all established access points up to an including the bridge/gage at State Route 1"). The County's consultant noted that "[m]anaged releases for steelhead could also benefit CRLF and TWG because under the present flow regime some reaches of the creek dry in the late spring or summer." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 1). Aquatic surveys conducted November 18-19, 2025, while the County was implementing the Preliminary Injunction Order's minimum base flow releases of 7.9 cfs, observed that AG Lagoon was receiving substantial freshwater inflow from AGC. Second Sproul Decl., Ex. 30 (2025

Nov. Aquatic Survey Report at 1). I anticipate my proposed minimum daily base flow releases of 8 cfs will likewise ensure wetted continuity between AG Lagoon and AGC, increasing the amount of TWG habitat. Higher year-round flows also result in more aquatic habitat and salinity refugia habitat for TWG. Additional TWG habitat in AGC and AG Lagoon would be significant for TWG because the species' existing habitat has been reduced to only 20% of what was available historically. Loss of habitat is a key threat to TWG survival and recovery. Second Sproul Decl., Ex. 27 (2005 TWG Recovery Plan at iii). As explained previously, the County's decades of releasing constant, low flows without any pulse flows has in part altered the bathymetry of AG Lagoon, and the County's channelization of the lower sections of AGC have further led to loss of floodplain connectivity and exacerbated impacts to AG Lagoon. Because of these changes, in my opinion releasing summer flows that mimic pre-dam conditions (as the County proposes in its 2025 draft HCP) improperly ignores how the County's Lopez Dam and channelization of AGC have altered TWG habitat in AGC and AG Lagoon. Instead, minimum summer base flows that are greater than historic pre-dam conditions are necessary to ensure the limited remaining TWG habitat is sufficient to support TWG survival and recovery in AG Lagoon and AGC—and this requires wetted continuity even during summer months. Increasing minimum base flows as compared to the 2007 IDRS flow releases will benefit TWG by ensuring connection between AGC and AG Lagoon, increasing the extent of TWG habitat and reducing the threat of fish kills. Ensuring flows in the lower sections of AGC sufficient to support TWG is also important because this area provides important refugia habitat for TWG in the case of a berm breach, unseasonal or otherwise, high precipitation event including pulse flow, and/or spill from the Lopez Dam spillway.

120. **Minimum Daily Base Flow Releases of 8 cfs Will Benefit TWG by Improving the Quality of TWG Habitat in AGC and AG Lagoon.** In my opinion, my proposed minimum daily base flow releases of 8 cfs will also benefit TWG by improving the quality of TWG habitat in AGC and AG Lagoon. As explained above, current

conditions in AG Lagoon are not ideal for TWG. The water equilibrium has been completely altered by the County's decades of operations under the IDRS resulting in a much shallower bathymetry throughout AG Lagoon, with homogenous habitat conditions. Due to the County's decades of operations under the IDRS resulting in increased sedimentation without any pulse flows to scour out that sedimentation, water quality conditions in AG Lagoon are not ideal for TWG. Increasing minimum base flows as compared to the 2007 IDRS flow releases will benefit TWG by ensuring freshwater inflow. In my opinion, this in turn will improve the quality of water in AG Lagoon in terms of dissolved oxygen and salinity.

121. **Minimum Daily Base Flows of 8 cfs Will Not Harm TWG.** I disagree with the County's statements that increasing baseline flows to AG Lagoon in its current state could harm TWG by causing an unseasonal berm breach. I also disagree with Dr. Jennings' opinion that increased minimum base flows will result in AG Lagoon conditions with less cover and breeding habitat for TWG, and that large rainstorms during the late part of TWG breeding season on top of increased downstream flows and pulsed water flows will harm TWG by sweeping nests, juveniles, and adults out to sea. Second Sproul Decl., Ex. 54 (Declaration of Dr. Mark R. Jennings In Support of Opposition to Motion for Preliminary Injunction ("Jennings Declaration"), ¶ 19). As discussed above, in my opinion increased minimum base flows will provide more overall habitat for TWG and will improve the quality of TWG habitat by creating more refugia habitat compared to the existing shallow, homogenous habitat conditions in AG Lagoon where there is little cover for TWG to escape predators. My opinion is consistent with FWS's conclusions that TWS is well adapted to the changing conditions in lagoon systems throughout the season, "being able to tolerate and survive extreme conditions while also being able to reproduce quickly when conditions are favorable." Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). The County itself notes that the AG Lagoon TWG population is a "small, intermittent population . . . that is likely recolonized periodically by larger, more stable populations found in Pismo Creek and Santa Maria

SCHMITT DECL. ISO PLS. SEC. PI MOT.     102     CASE NO. 2:24-cv-06854-SPG-AS

River," and notes the fluctuating population numbers between 2003 to 2024. Dkt. 141-2 at A-2 – A-3 ("Tidewater goby appear to have a resilient population in AG Creek lagoon surveys and the dynamic nature of the lagoon system."). In its 2025 draft HCP, the County proposes to release *even more water* for winter base flows than specified in either the IDRS or the Preliminary Injunction Order. *Compare* Exhibit A, Dkt. 141-1 at 96-97 (Table 5-1) (requiring winter base flow releases of 8 cubic feet per second ("cfs")) *with* 1-ER-5–6 (requiring dry water year releases of 5.9 cfs and normal or wet water year releases of 7.9 cfs). In my opinion, my proposed minimum daily base flows are not likely to be problematic for TWG and in fact are likely to benefit TWG for the following reasons.

122.    First, as discussed below my proposed minimum base flows are combined with a revised proposed pulse flow and revised trigger for that pulse flow that is more likely to result in pulse flow releases that provide the scouring of sediment necessary to start address and reverse the altered bathymetry in AG Lagoon that the County's decades of Lopez Project operations has caused. I do not agree with the County that increased base flows will result in unseasonal berm breaches because even with the Preliminary Injunction Order's minimum base flow releases of 7.9 cfs throughout 2025, AG Lagoon seasonally closed from early August through early November. Second Sproul Decl., Ex. 30 (2025 Nov. Aquatic Survey Report at 1). The berm closed in 2025 even though no pulse flows occurred in January through July of 2025 under the Preliminary Injunction Order due to a flawed pulse flow trigger (discussed below). This represents improved conditions for TWG compared to 2023 and 2024, when the County was operating Lopez Dam pursuant to the 2007 IDRS and the AG Lagoon berm remained continuously open. In my opinion, implementing my proposed minimum base flows of 8 cfs with the revised pulse flows described below (that makes it more likely for a pulse flow to occur during the wet season months) will ensure scouring events that will create more capacity in AG Lagoon for increased minimum base flows without a risk of unseasonable berm breach.

123.    Second, in my opinion the chance of an unseasonal berm breach reoccurring

under my revised proposed flow regime is low. The fall berm breach in 2025 occurred after a large precipitation event. Reoccurrence of a fall berm breach also assumes no scouring pulse flows will occur in the spring, which would create more water capacity in AG Lagoon and further reduce the likelihood of the berm breaching in the fall even if a low probability rain event occurred. But as stated, my proposed minimum base flows of 8 cfs are proposed in combination with a revised pulse flow and revised trigger designed discussed below that is to ensure pulse flows do occur synchronously with precipitation events in the winter and/or spring. In my opinion, it is not a fair balance to not implement a flow regime that will benefit Steelhead based on the very low risk of potential harm to TWG (especially when a fair, holistic appraisal of the my proposed regime would support that my flow regime that would benefit Steelhead would also, on balance, benefit TWG).

124.   Third, even if the AG Lagoon berm has an unseasonal breach, the record shows that this is not automatically fatal to the TWG population in AG Lagoon. The metapopulation dynamics of the TWG species requires that TWG disperse into the ocean to populate new locations or repopulate prior locations. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 4) (noting that "[f]rom time to time, flood events can flush individual gobies from their lagoon or estuary into the marine environment" and those that survive might return to the lagoon or estuary or disperse to a new location); *supra* ¶ 41 (discussing metapopulation dynamics of TWG). As noted, the berm was breached continuously in 2023 and 2024, and TWG survived. Dkt. 141-2 at A-3. The TWG AG Lagoon population thus adapted to and survived the continuous breach condition. Also, after the AG Lagoon berm breached in the fall of 2025, California State Parks aquatic surveys observed TWG in AG Lagoon in November of 2025. Second Sproul Decl., Ex. 30 (2025 Nov. Aquatic Survey Report at 4). The record thus shows that TWG survived previously in AG Lagoon despite unseasonal berm remaining continuously open, and unseasonal breaching in the fall due to precipitation events. In addition, with the proposed minimum base flow releases, TWG will have more upstream refugia habitat and more heterogeneous habitat in AG Lagoon that provides better refugia compared to

the current homogenous, shallow habitat. The increased base flows create more habitat for TWG to move away from and avoid impacts from an unseasonal breach.

125.   Finally, as detailed below, the NGOs propose monitoring of berm conditions and prescriptive adaptive management that would allow for adjustments to the minimum daily base flow releases if it becomes evident that the base flows are unnaturally preventing berm closure. The monitoring and prescriptive adaptive management will allow the County to track the impacts of the flow releases, and adjust if the monitoring results show the berm is not closing as needed for TWG breeding while ensuring sufficient water in AGC to sustain Steelhead year-round.

126.   **Minimum Daily Baseflows of 8 cfs Benefit Steelhead, CRLF, and TWG, and Monitoring and Proscriptive Adaptive Management will Avoid and Mitigate the Risks and Uncertainty of Impacts.** As noted above, one uncertainty is how minimum base flow releases will impact flows in AGC downstream, especially near AG Lagoon. In my opinion, there is no clear indication that my proposed minimum daily base flow releases of 8 cfs will be harmful to CRLF or TWG. In my opinion, there is no conflict for CRLF or TWG with releasing a minimum base flow of 8 cfs. Evidence in the record shows that daily flow releases of 7.9 cfs from Lopez Dam appeared to improve CRLF and TWG by increasing available habitat for both species in AGC and AG Lagoon. For example, California State Parks' consultant, Cleveland Biological, observed that on May 29, 2025, AGC channel was wider and deeper than it had been in the past, noting "[t]here was an abundance of water, which may have been due to recently required releases from the Lopez dam for steelhead." Second Sproul Decl., Ex. 26 (2025 Cleveland CRLF Surveys at 4,17-19). Again, on August 21, 2025, Cleveland Biological observed an abundance of water, but also noted that AGC mouth was not breached. *Id.*, Ex. 26 (2025 Cleveland CRLF Surveys at 4, 22). Even though it is my opinion that there is no conflict, because uncertainties about the impacts exist, to the extent uncertainty exists about a conflict, in my opinion the monitoring and adaptive management proposed by the NGOs will be sufficient and specifically designed to address and account for those uncertainties.

### 2.    Proposed Pulse Flow Schedule and Trigger.

127.    In my opinion, the interim flow regime must include pulse flows to support Steelhead immigration and emigration, attraction to AGC upstream of Tar Spring Creek, and Steelhead spawning behavior in AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 122-125); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 144-148). In 2022, the County's consultant, Stillwater Sciences, also recommended the Lopez Dam flow regime include pulse flows. Stillwater Sciences recommended that based on habitat surveys 2020-2021, the County should implement adult Steelhead migration flow releases during the spawning migration season and post spawning seasons to support adult Steelhead passage in locations in AGC upstream of Tar Spring Creek. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). The NGOs propose the following pulse flow schedule:

| Water-release goal | Timing | Pulse-initiation trigger | Magnitude of water release from Lopez Dam | Pulse-cessation trigger |
|---|---|---|---|---|
| Immigration and emigration of adult (including kelts) and juvenile Steelhead, and spawning. | Begins November 1, ends June 30 | ≥100.00 cfs (instantaneous flow @ Lopez C NR Arroyo Grande CA - USGS-11141280) | When instantaneous flow @ Lopez C NR Arroyo Grande CA (USGS-11141280) is ≥ 100.00 cfs, release 35% of the instantaneous flow; and, When instantaneous flow @ Lopez C NR Arroyo Grande CA (USGS-11141280) is <100.00 cfs, release 70% of the instantaneous flow. | ≤ 8.00 cfs (instantaneous flow @ Lopez C NR Arroyo Grande CA - USGS-11141280) |

The pulse flow releases that are 35% or 70% of actual flows in Lopez Creek presumes the minimum baseflow of 8 cfs would also continue. Thus, any pulse flow release would be on top of, and in addition to, the baseflow of 8 cfs. This revised pulse flow schedule does not require release of a pulse flow if uncontrolled spills are occurring at Lopez Dam

spillway at the rate of the triggered pulse flow. A spillway release that matches or exceeds the pulse flow requirement would have an analogous positive impact on AGC hydrology.

128. **Revised Conditions for Triggering Pulse Flows.** In my opinion, my proposal to revise the conditions for triggering pulse flows is necessary and feasible. I recommend the County monitor for the trigger of pulse flows based on real-time flow monitoring that currently exists at the Lopez Creek NR Arroyo Grande CA (USGS-11141280). A pulse flow would be triggered when instantaneous flow at the Lopez Creek NR Arroyo Grande CA (USGS-11141280) is equal to or greater than 100.00 cfs. This trigger is based on a review of the historic data of actual flows measured at Lopez Creek NR Arroyo Grande CA (USGS-11141280) and represents a percentage of the actual peak pulse flows that have historically occurred in Lopez Creek following major precipitation events. The condition in the previous Preliminary Injunction Order trigger for pulse flows was flawed because it required flows of 100 cfs at the Arroyo Grande AG gage, but there is no real-time flow monitoring that currently exists at that gage. *See* Dkt. 141-1 (2025 Draft HCP) (proposing to "develop accurate flow rating curves for each gage," including AG Gage at AG, because there is no real-time flow monitoring). It appears the County planned to, but did not, install a flow measurement gage. Second Sproul Decl., Ex. 42 (County of San Luis Obispo Response to Pre-application Comments at 3) (CDFW comment noting that the County's Steelhead Monitoring Plan stated a flow measurement gage would be installed). In addition, the pulse flow trigger of 102 feet, based on the County's rating curve calculations, appeared to be miscalculated. *Id.*, Ex. 42 (County of San Luis Obispo Response to Pre-application Comments at 3) (CDFW comment that under the current rating curve, the stage at Arroyo Grande gage corresponding to 100 cfs is 98.64 feet, not 102 feet). My proposal to revise the pulse flow and trigger accounts for and resolves these discrepancies by identifying an existing stream gage with real-time flow monitoring that is located above Lopez Dam. This approach also promotes the ability of the County to store water when more water is available in the watershed. The

proposed flow schedule would only require releases that are 35% of the actual peak pulse flow going into Lopez Reservoir from Lopez Creek, thus allowing the County to store 65% of that actual pulse flow. This approach would also allow the County to store 100% of the actual peak flows from the other tributaries (i.e., Vazquez Creek, Wittenberg Creek, Phoenix Creek) that provide inflow into Lopez Reservoir. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 12) (map of upper watershed tributaries flowing into Lopez Reservoir). Thus, my proposed pulse flow schedule strikes a balance between the needs of the County's water project to store water when it is most available (during precipitation events), against the need to preserve low or moderate pulse flows sufficient to support Steelhead migration, attraction, and spawning.

129. **My Revised Pulse Flow Trigger Improves Upon Preliminary Injunction Order Pulse Flow Triggers.** In my opinion, my revised pulse flow trigger is a better refinement of the Preliminary Injunction Order triggers for pulse flows, which were: (1) the sandbar berm at the mouth of Arroyo Grande Creek has been naturally breached such that the Creek is connected to the ocean; and (2) stream flows at Arroyo Grande gage (USGS 11141500) equal or exceed 100 cfs. Dkt. 72-2 at 9 (County's Final Lopez Dam Flow Release Plan); Dkt. 142-1 at 3. The first condition requiring the sandbar berm at the mouth of AG Lagoon to be naturally breached such that AG Lagoon is connected to the ocean is flawed because if ignores the reality of berm dynamics. The berm, under natural circumstances, may be breached due in part to pulse flows into AG Lagoon. Second Sproul Decl., Ex. 28 (2026 FWS TWG Focus at 3). By conditioning the release of any pulse flow from Lopez Dam on the berm already being open eliminates this important function of the pulse flows. Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 31) (noting that Lopez Dam has reduced access to lower AGC by reducing the breaching pattern, etc.). This creates a cyclical dynamic where pulse flows will be unlikely to be triggered because the berm is closed, even though the berm may be closed because there are no pulse flows. The second condition is flawed both in terms of the number threshold for flows and the method for evaluating whether flows in AGC have reached the 100 cfs

threshold. It appears the triggering threshold of 100 cfs at Arroyo Grande gage was too high. The County's monitoring record shows that these triggers fully precluded pulse flow releases during the January to June 2025 period despite three significant storm events in that same time frame. Dkt. 142-1 (County's Steelhead Monitoring Report at 3). As noted above, the County's method for calculating whether that triggering threshold was met was flawed because there is no real-time monitoring of flow at the Arroyo Grande AG gage. Instead, the County estimated the flow in AGC at Arroyo Grande gage based on the stage elevation and a rating curve calculation and conducted actual flow monitoring when AGC appeared close to the triggering threshold based on the stage elevation data and rating curve calculations. Second Sproul Decl., Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP at 3-5). However, the rating curve is simply an estimate; it is not precise. This approach is also subject to human error and availability to conduct hand-held flow measurements. As noted above, the County's rating curve for estimating flow based on stage elevation in AGC appears to have been miscalculated. *Id.*, Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP at 3-5). In my opinion, to accurately determine whether pulse flows are triggered, the County needs to implement a mechanism for real-time flow measurements. By contrast, my revised triggering threshold of instantaneous flow that is equal to or greater than 100.00 cfs is based on historic data and triggered by actual, continuous flow measurements at the Lopez C NR USGS gage in Lopez Creek. Moreover, in my opinion, monitoring the flows in AGC downstream from Lopez Dam creates a bias away from the natural hydrology of the watershed because Lopez Dam controls a large portion of the flow measured at Arroyo Grande gage.  In my opinion, my proposed revised pulse flow trigger that monitors the natural hydrology in AGC watershed by relying on real-time flow data from Lopez C NR USGS gage, a location upstream of Lopez Dam, more accurately reflects the natural hydrology. This monitoring location would eliminate the bias and influence of existing Lopez Dam operations on the question of whether pulse flows get triggered in a given water year and more closely

aligns with the recommendations from NMFS.

130. **The County's Asserted Operational Limits are Unreasonable.** The County asserts that structural limitations mean it can only release a maximum discharge of 100 cfs at any time. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 20 of 250). In my opinion, this limitation is unreasonable. Other documents indicate that discharges can be up to 120 cfs. Second Sproul Decl., Ex. 36 (2001 NMFS Seismic Remediation BiOp at 9). I am also aware of situations where pumping over dams has been implemented to achieve greater downstream releases. *See, e.g.*, Second Sproul Decl., ¶ 60, Ex. 56 (Morrison-Maierle, 2012 Guidelines for Use of Pumps and Siphons for Emergency Reservoir Drawdown). I disagree with the County's expert, Mr. Emery, that there is any reasonable likelihood that the short-term change in flow releases that I have recommended be implemented while this lawsuit proceeds is likely to cause a decline in pulse flows with elevated flow volume and velocity. Second Sproul Decl., Ex. 32 (First Emery Decl., ¶ 23). As of the date of this declaration, Lopez Dam is over 80% capacity, with current storage over 43,000 acre-feet ("AF"). *See* County of San Luis Obispo Public Works, Lopez Dam (737), *available at* https://wr.slocountywater.org/site/?site_id=16&site=ad5cdb23-3e46-41f0-98a9-b169a505c0f4 (last accessed March 3, 2026). In my opinion, Lopez Dam is presently sufficiently full such that the pulse flows that I recommend are almost certainly going to be sustainable during the time period that this litigation is proceeding.

131. **Revised Pulse Flow Schedule and Trigger Will Benefit Steelhead by Better Aligning with Natural Hydrograph.** It is my opinion that my revised triggering threshold of instantaneous flow that is equal to or greater than 100.00 cfs based on actual, continuous flow measurements at the Lopez C NR USGS gage in Lopez Creek better aligns with historic data indicating the natural hydrograph in AGC. This threshold is representative of historic rain events that likely caused the breaching of the AG Lagoon berm, resulting in cues for steelhead migration. Following this approach will more accurately mimic and supplement AGC's natural hydrograph below the dam. Because my

proposed pulse flow would be triggered by an actual precipitation event based on actual, real-time data, that is not affected by Lopez Dam holding back flows in AGC, this promotes synchrony with natural hydrologic conditions in the watershed. Given Steelhead life cycles cue to these hydrologic conditions, this will substantially improve the likelihood of supporting all Steelhead life stages in AGC in the near term, including migration, spawning, and rearing opportunities compared to the County's IDRS approach. Instead of using an arbitrarily set number of days for implementing the pulse flow, my proposed pulse flow schedule would maintain the pulse flow (once the pulse initiation trigger is met) until the pulse cessation trigger is met: when instantaneous flows as measured at Lopez Creek NR Arroyo Grande CA (USGS 11141280) are equal to or less than 8 cfs. Once the flows in Lopez Creek are measured at 8 cfs or less, the pulse flow discharges of 35% or 70% of the flows in Lopez Creek would cease and only the minimum daily baseflows would continue. Using a cessation trigger, as opposed to an arbitrary number of days, supports the necessary out-migration for Steelhead smolts and kelts by providing for a naturally receding limb of the hydrograph. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 16, 62, 76, 84). Adult Steelhead immigration also occurs during the receding limb of the hydrograph, which often is the prime window for Steelhead migration. The proposed pulse flow regime extends and supplements the receding limb, increasing any given storm event's window of opportunity and timing for adult Steelhead migration. It also more closely mirrors the actual hydrology occurring in the watershed in a given moment. For example, if precipitation is of short duration such that flows in Lopez Creek recede to 8 cfs within three days of the pulse-initiation trigger, then the pulse flow release from Lopez Dam into Arroyo Grande Creek would likewise only last three days. By contrast, if there is a larger storm in the region that causes flows in Lopez Creek to exceed 8 cfs for ten days, then the pulse flow release from Lopez Dam into Arroyo Grande Creek would last for ten days (at either 35% or 70% of the peak instantaneous flow in Lopez Creek, depending on whether the flow is more or less than 100 cfs), until the flows in Lopez Creek are equal to or less than 8 cfs. In my opinion, this

approach promotes hydrologic synchrony in the watershed.

132. **Revised Pulse Flow Schedule and Trigger Will Benefit Steelhead by Aligning with Available Science for Avoiding Irreparable Harm to Steelhead.** In my opinion, my revised pulse flow trigger reflects the best available science for what is necessary to avoid irreparable harm to Steelhead in AGC during the interim for several reasons. One, it allows for pulse flows starting November 1 and ending June 30, which consistent with best available science showing the Steelhead migration season in AGC is likely November 1 through June 30. *See, supra* ¶ 10; Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 17 (citing Shapovalov and Taft 1954 at 168-171); *id.*, Ex. 10 (Steelhead Recovery Plan at 2-15 to 2-16). In my opinion, more closely aligning the window for a potential pulse with the true Steelhead migration season will better support survival and recovery of the species. Because the probability of Steelhead migration depends on creek conditions resulting from precipitation events, providing a large window for potential pulse flow releases is important, especially when considering potential changes to the weather patterns due to climate change. Dkt. 141-1 (2025 Draft HCP at 52). Two, the pulse flow release that is 35% of the Lopez Creek flows when Lopez Creek is discharging at 100 cfs or greater ensures that a portion of the actual pulse inflow from Lopez Creek that is flowing into Lopez Reservoir is transferred downstream to AGC so that Steelhead in AGC are able to realize the benefits of that actual pulse flow. Three, the pulse flow release that is 70% of the Lopez Creek flows when Lopez Creek is discharging less than 100 cfs preserves the low to moderate portion of the discharge pulse (generally 50 cfs and lower). These low to moderate post-peak pulse flows are essential to give Steelhead time not just to migrate upstream, but also to spawn and then migrate downstream after spawning.

133. **My Revised Pulse Flow Schedule and Trigger Is Consistent with NMFS's Comments.** My proposed pulse flows that reflect a percentage of the actual, instantaneous flow measured at Lopez Creek NR Arroyo Grande CA (USGS 11141280) reflect the approach NMFS recommended of starting with the natural hydrograph, and

then adjusting the flows to a percentage of what the actual pulse flow would be in recognition of anthropomorphic changes and demands on the watershed. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 2-5). I note that my proposal would require that pulse flows released from Lopez Dam into AGC reflect only a percentage of the actual pulse flows that would have existed, but for Lopez Dam. The NGOs proposed pulse flow magnitude would be a percentage (35% or 70%) of the instantaneous peak flow in Lopez Creek, measured at the Lopez Creek NR Arroyo Grande gage (USGS 11141280), thus leaving significant inflow into Lopez Reservoir that the County will be able to use to meet water supply needs. The 35% value allows attainment of a discharge pulse, defined as a discharge that exceeds the 75% quartile of all daily values. Sproul Decl., ¶ 59, Ex. 55 (B.D. Richter et al., 1996, A Method for Assessing Hydrologic Alteration within Ecosystems). This is consistent with comments and recommendations from NMFS. *Id.*, Ex. 51 (2004 NMFS Comment Letter at 2-5). Table 2 in the 2004 NMFS Letter indicates that the median one-day maximum expected value of discharges in AGC, based on historical data, is 152.5 cfs. A review of the historic data for flows at Lopez Creek NR Arroyo Grande CA (USGS 11141280) shows that a pulse flow discharge that represents 35% of the actual peak pulse flow occurring in Lopez Creek does a good job of promoting pulse discharge close to the median value of 152.5 cfs in most situations. When the instantaneous flow measured at the Lopez Creek NR Arroyo Grande CA (USGS 11141280) falls below 100 cfs, the County would release pulse flows from Lopez Dam that are 70% of the peak instantaneous flow measured at Lopez Creek NR Arroyo Grande CA (USGS 11141280). Table 1 of the 2004 NMFS Letter shows the highest daily value for the upper median flows (75% quartile) is 51.5 cfs. The majority of migration days for Steelhead occur during flows of 50 cfs and less. These flows should be preserved as much as possible to give Steelhead the best chance of having sufficient flows and time to migrate upstream, spawn, and migrate downstream after spawning. In my opinion, by providing releases that are 70% of the post-peak flows actually occurring in Lopez Creek as measured at Lopez Creek NR Arroyo Grande CA (USGS 11141280),

SCHMITT DECL. ISO PLS. SEC. PI MOT.    113    CASE NO. 2:24-cv-06854-SPG-AS

my proposed pulse flow schedule will preserve the low to moderate discharge within each discharge pulse flow, consistent with NMFS's recommendations.

134. **My Proposed Pulse Flows Will Benefit CRLF and TWG by Flushing Out Invasive Predators.** In my opinion, my proposed pulse flows will flush out non-native species and will also mimic that natural hydrology, rendering AGC less conducive to the proliferation of non-native species and thereby benefitting CRLF and TWG. The problematic non-native predator species include sunfish, crappie, bluegill, bass, and bullfrog, all of which require homogenous habitat and do not move or disperse very well between habitats. These non-native species do not well with dynamic habitat, in contrast to Steelhead, CRLF, and TWG that co-evolved in the flashy stream systems of South-Central California. It is easier for these non-native species to make it over a spillway and then remain in the immediate ponded habitat downstream of Lopez Dam. As noted above, pulse flows may flush out predators of CRLF and TWG, such as bullfrogs. Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-87). The County's consultant noted that "[s]couring flows mimicking natural flow regimes would . . . decrease non-native fish, crayfish, American bullfrogs, and overwintering bullfrog larvae by washing them out of the stream system." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 21). Winter flows that are typical of California streams can hinder the invasion success of non-native fish in those systems. *Id.*, Ex. 47 (Doubledee 2003 at 436).

135. In my opinion, my proposed pulse flow schedule will help to reduce the bullfrog population in AGC downstream of Lopez Dam, thereby benefitting CRLF and TWG. Bullfrogs are native to the homogenous, swampy wetland habitat of South Eastern North America. Bullfrogs prefer slow, freshwater wetland habitat and are not well adapted to flashy, flood prone conditions in Southern California streams. In particular, reach 8 of AGC directly below Lopez Dam has big pools of water (in formerly abandoned gravel pits) with slow, warm water and is therefore very good habitat for non-native predators such as bullfrogs, sunfish, and bass. Other smaller pools located nearby were created by the County as mitigation for impacts from the seismic remediation of

Lopez Dam and are helpful for CRLF, but those smaller pools with connectivity to AGC appear to be impacted by bass and bullfrog predation. Winter floods have been found to facilitate the death of bullfrogs. Second Sproul Decl., Ex. 47 (Doubledee 2003 at 425) ("In southern California, streams periodically endure scouring floods" and "[b]ecause of natural history differences, these floods markedly decrease bullfrog populations but only slightly affect California red-legged frog populations"). My proposed pulse flows will benefit CRLF by removing bullfrogs. *Id.*, Ex. 47 (Doubledee 2003 at 425) ("During peak flow, bullfrog larvae and adults remain in streams . . . while red-legged frogs are rarely seen along streams during this time"). The flashy pulses will flush out bullfrogs and will also mimic natural hydrology. This approach is consistent with recommendations from the County's consultant to implement scouring flows mimicking natural flow regimes. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at ii, 21). It is also consistent with more recent recommendations from the County's consultant, Stillwater Sciences, that in addition to benefitting Steelhead, high flow regimes are likely to favor conditions for CRLF while decreasing bull frog densities. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). In my opinion, without pulse flows and other control measures bullfrogs will continue to limit the CRLF population in AGC because as noted above, bullfrogs are a top predator of CRLF and a significant threat to the species. Without a more natural hydrologic regime in AGC, including pulse flows, the bullfrogs are likely to decimate the CRLF populations. Implementing pulse flow releases from Lopez Dam would, in my opinion, eliminate the non-native species over time and thereby benefit CRLF and TWG.

136.    **Pulse Flows Releases Will Benefit CRLF by Improving the Quantity and Quality of CRLF Habitat and TWG Habitat in AGC and AG Lagoon.** In my opinion, my revised pulse flows will benefit CRLF and TWG by improving the quantity and quality of AGC and AG Lagoon. My proposed pulse flows will help with channel formation. Pulse flows that cause scour and natural geomorphic processes will promote the formation of more complex stream habitats like pools, riffles, backwaters, and stream

braids. Each of these features provides habitat and velocity refugia for CRLF breeding and early life stage development. My opinion is consistent with recommendations from the County's consultant to implement pulse flow releases during the winter to increase channel function and habitat complexity in AGC. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). Pulse flows will also benefit AG Lagoon. As noted above, the County released no pulse flows from Lopez Dam in 2025 until the end of December due to a flawed pulse flow trigger. My revised pulse flow trigger is more likely to result in actual pulse flow releases, which are likely to benefit TWG by providing for scouring in AG Lagoon. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 21). Scouring pulse flows will create more space for water storage in AG Lagoon and reduce alteration of berm dynamics, including reducing the risk of early season breach. *Id.*, Ex. 4 (2017 NMFS BiOp at 56). Scouring flows in AG Lagoon will also create more TWG habitat and habitat complexity that better supports all TWG life stages. My proposed pulse flows are likely to reduce if not eliminate the risk to TWG from an unseasonal early season breach because the larger pulse flows (as compared to the County's 20 cfs pulse flows proposed in its LDRS) are likely to scour the sediment that has accumulated for decades in AG Lagoon, thereby increasing its storage capacity. As noted above, TWG prefer complexity of depth and seek refuge in deeper water. By allowing for a larger AG Lagoon with greater depths, complexity, and more water, my proposed pulse flows will be better for TWG. To address remaining concerns and uncertainties, the NGOs and I further propose that the flow release regime be subject to the detailed monitoring and prescriptive adaptive management described below.

137. **Pulse Flows Are Not Inimical to CRLF Breeding and Reproduction.** In my opinion, pulse flow releases are not inimical to CRLF breeding and reproduction. Because Tar Spring Creek does not have a dam preventing winter and spring peak flows resulting from precipitation events, Tar Spring Creek and AGC downstream of Tar Spring Creek are subject to a more natural hydrograph with winter and spring peak flows. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 45 of 250). The County acknowledges that the

most recent observations of CRLF included observations in Tar Spring Creek and in AG Lagoon downstream from Tar Spring Creek. *See supra* ¶ 29; Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys at 6). By contrast, there are no recent observations of CRLF in the reaches of AGC upstream of its confluence with Tar Spring Creek, including Reaches 6, 7 and 8. *See supra* ¶ 29. Because the County's operation of Lopez Dam flow releases does not include pulse flows, these reaches are not subject to the naturally flashy winter and spring peak flows resulting from precipitation events. Even if CRLF larvae get washed downstream during high flows, this does not automatically result in harm because the CRLF larvae may end up in the lower reaches of AGC where velocities are reduced and where they may find refugia habitat in vegetation. Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 14). In my opinion, there is likely a combination of factors for why CRLF have been observed in and downstream of Tar Spring Creek but not in the reaches of AGC just below Lopez Dam, including that there is better CRLF off-channel habitat downstream of the confluence with Tar Spring Creek due to the natural hydrology that produces more channel-shaping flows, these peak flows likely better wash away non-native predators (compared to the slow-moving ponds in abandoned gravel pits at the base of Lopez Dam that are not subject to any pulse flows), and AGC downstream of Tar Spring Creek is subject to more variability in flows that more closely reflects that natural hydrologic cycle. *Id.*, Ex. 21 (2010 Christopher Habitat Assessment at 14). The fact that the most recent observations of CRLF in AGC occur in areas subject to naturally-occurring pulse flows, and the fact that CRLF evolved to persist in the naturally flashy stream systems of California, indicates that pulse flows are not inimical to CRLF breeding and reproduction.

138. In my opinion, my revised trigger for pulse flows will avoid peak breeding time for CRLF in AGC, thus minimizing any risk of interfering in any meaningful fashion with CRLF reproduction. The trigger for my proposed pulse flows is a peak in actual flow as measured in real time in Lopez Creek, in the upper AGC watershed above Lopez Dam. Thus, any pulse flow is designed to be synchronized with natural flow

events in the AGC watershed. The County's 2004 draft HCP noted that winter flushing flows "typically occur outside the critical egg laying to metamorphoses stages of red-legged frog reproduction; therefore overwinter bullfrog tadpoles are typically most affected." Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-87). The County's expert witness Dr. Jennings states that most CRLF egg laying in San Luis Obispo County occurs in March and April. Dkt. 141-1 (2025 Draft HCP at 60 of 250). According to the County's own reasoning, this is likely to result in less overlap between the pulse flows and CRLF breeding months of March and April, since according to the County most of the precipitation in the AGC watershed occurs between November and March with February typically being the wettest month. Dkt. 141-1 (2025 Draft HCP at 178 of 250).

139.  **NGOs' Proposed Pulse Flows are Not Inimical to CRLF and TWG Survival and Recovery.** In my opinion, my proposed pulse flow schedule and trigger is not inimical to CRLF and TWG survival and recovery. As discussed above, like Steelhead, the CRLF and TWG are adapted to the natural hydrology of the AGC watershed, including the flashy storms that historically produced pulse flows. *See supra* ¶¶ 104-106. Even the County's 2025 draft HCP proposes migration pulse flows that would be for even longer duration with a more lenient trigger than specified in the Preliminary Injunction Order. The County proposes up to two pulse flow releases (referred to as "migration flows" in the HCP) between December 1 and May 1 of the same magnitude as the Preliminary Injunction Order requires in normal and dry years. *Compare* Dkt. 141-1 (2025 Draft HCP at 97-98) (Table 5-2, requiring up to two pulse flows in all years of 20 cfs) *with* Dkt. 58 (requiring one or two pulse flows of 20 cfs). The County's HCP proposes pulse flows for a much longer duration of 10 days in all years, compared to a maximum of six days of duration under the Preliminary Injunction Order's flow regime. *Compare* Dkt. 141-1 (2025 Draft HCP at 98) (Table 5-2) *with* Dkt. 58.The County's consultant acknowledged that "[m]anaged releases for steelhead could also benefit CRLF and TWG because under the present flow regime some reaches of the creek dry in the late spring or summer." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat

Assessment at 1). The County's 2004 draft HCP stated that "[n]atural flow regimes and coastal climates may be selectively beneficial to native species, such as red-legged frogs, adapted to the seasonal fluctuations of stream flow, salinity, and weather[.]" Second Sproul Decl., Ex. 7 (2004 Draft HCP at 3-82). TWG is also resilient and adapted to the natural hydrology of the region. FWS states that TWG "is an annual species and thus has the capacity to produce many offspring, enough to replace entire populations each year" and that this strategy evolved to compensate for, *inter alia*, changing environmental conditions. Second Sproul Decl., Ex. 29 (2015 FWS Waterway Management BiOp at 27). The County's consultant notes that "TWG are highly variable and they are occasionally extirpated by dry conditions or extreme floods" but "[t]hey are thought to be able to recolonize particular lagoons/estuaries from nearby streams after being flushed out to the ocean by floods[.]" Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at 8). Even the County describes the AG Lagoon TWG as "a small intermittent population of tidewater goby that is likely recolonized periodically by larger, more stable populations found in Pismo Creek and Santa Maria River" and "appear to have a resilient population in AG Creek lagoon surveys and the dynamic nature of the lagoon system." Dkt. 141-2 (Appendix A – Covered Species Screening at A-2 – A-3). In my opinion, my proposed pulse flow schedule is not problematic for CRLF or TWG because they naturally evolved in a flashy stream system with periodic winter pulse flows and have survived in AGC with these natural flood conditions prior to construction of Lopez Dam. Plus, if Lopez Dam is spilling then by its terms my pulse flow schedule does not require additional flow releases.

### 3.    Monitoring and Adaptive Management.

140.   In my opinion, my proposed flow regime described above better aligns with historic, pre-dam conditions that are more likely to avoid take of Steelhead, CRLF, and TWG as compared to the County's flow releases pursuant to the 2007 IDRS. However, as highlighted throughout this declaration, there is not enough information to say with absolute certainty precisely how a revised Lopez Dam flow release regime will impact

flows in AGC, AG Lagoon, and the ESA-listed species that depend on those habitats. Recognizing this uncertainty, in my opinion meaningful monitoring and proscriptive adaptive management is necessary to ensure the intended ecological outcomes of any interim flow regime are achieved. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 126). My opinion is consistent with NMFS's recommendation in 2004 that given the uncertainty about whether the flow releases would be sufficient to support all Steelhead life cycles in AGC, any flow regime should include an adaptive management plan with ecologically meaningful indicators and endpoints. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter at 4-5). My opinion to include meaningful monitoring is also consistent with recommendations from CDFW to the County in 2025. Second Sproul Decl., Ex. 42 (San Luis Obispo's Responses to pre-application comments on draft HCP at 1-5, 10) (including CDFW comments recommending monitoring, and the County's responses confirming that it agrees with monitoring and proposes monitoring in the 2025 draft HCP). And my opinion is consistent with the County's consultant, who recommended in 2010 that the "water release regime must be dynamic in nature to take into account drought conditions or periods of peak natural flows," and that "[t]his would require monitoring of downstream conditions and adjusting releases accordingly." Second Sproul Decl., Ex. 21 (2010 Christopher Habitat Assessment at iii).

141.    In my opinion, the monitoring and adaptive management must include sufficient detail to ensure the ecological objectives of the flow plan are achieved: avoiding irreparable harm to Steelhead, CRLF and TWG. In my opinion, the flow plan should include monitoring and adaptive management with clear and specific objectives and indicators, as well as detailed responsive actions that are triggered based on those objectives and indicators. In the absence of detailed and targeted monitoring, it will be difficult or impossible to assess whether: (1) progress in attaining the biological goals and objectives of the flow plan is being made; (2) the flow plan is effectively minimizing and avoiding take of Steelhead, CRLF, and/or TWG; and (3) adjustments are warranted that might be necessary to achieve the goals of (1) and (2).

142.    In my opinion, the NGOs' proposed monitoring and adaptive management will also help to address the ongoing concern with the lack of ecological data. *See supra* ¶ 109. The County completed a Final Steelhead Monitoring Plan in February of 2025 (Dkt. 88-1). The NGOs identified numerous concerns with the monitoring plan and suggested improvements to ensure adequate data collection. Dkt. 89 (Plaintiffs' Objections to County of San Luis Obispo's Final Steelhead Monitoring Plan). However, the County largely dismissed the NGOs' concerns. The intended purpose of the 2025 monitoring was to help at least partially resolve some of the data gaps, but the County's Steelhead Monitoring Report demonstrates that the monitoring conducted in 2025 was insufficient to provide information about the impacts of flow releases from Lopez Dam on actual flows in AGC or Steelhead (including its various life cycles), CRLF, or TWG. Dkt. 142-1 (Steelhead Monitoring Report: Arroyo Grande Creek). The County's Steelhead Monitoring Report demonstrates that the County failed to implement certain monitoring of Steelhead in AGC such as snorkel surveys of Steelhead redds, lacks any information about monitoring for or observations of CRLF or TWG, and omits the data collected and analyzed in the report. The County states that it did not conduct the snorkel surveys because water sampling prior to the snorkel surveys identified "levels in exceedance of drinking water standards for some key constituents," but does not disclose which constituents were at issue, when and where samples were taken, or the sampling results. Dkt. 142-1 at 8. In my opinion, the County should disclose what key constituents were detected in AGC, where in AGC those detections were made, when, and what the results were that purportedly exceeded drinking water standards. The fact that this information is not included in Steelhead Monitoring Report itself is puzzling. In my opinion, a more detailed monitoring plan is a crucial component of my proposed flow release plan designed to avoid irreparable harm to Steelhead while also benefitting CRLF and TWG. A requirement for detailed, prescriptive adaptive management is also necessary in my opinion. The Final Lopez Dam Flow Release Plan references adaptive management in a general sense and states that the County will deviate from the flow schedule "as needed

to avoid or minimize take of listed species" such as Steelhead, CRLF, and TWG. Dkt. 72-2 at 2 (Exhibit B, page 7). However, it lacks any details such as indicators, endpoints, or responses that would be included in the adaptive management. It also appears that the County did not employ adaptive management during 2025. If the County did use adaptive management, it did not disclose this in the Steelhead Monitoring Report or state any need or basis for using adaptive management. In my opinion, more detail about what specifically the County will monitor, how it will monitor, and specific responses to ensure adequate monitoring is critically needed to inform a meaningful and effective adaptive management plan.

143. In my opinion, detail is necessary for monitoring and adaptive management but perfection is not necessary and should not serve as a basis for delay in implementing the measures. The context here is complex.

144. **Monitoring Flow in AGC and Adapting Flow Releases If Necessary to Avoid Harm to Steelhead.** In my opinion, monitoring and adaptive management parameters should include measurements of creek-flow metrics designed to explain abundance, distribution, growth, and survival of juvenile Steelhead in AGC downstream of Lopez Dam over time. In my opinion, the County should monitor for and ensure sufficient flows in AGC to support Steelhead, including: (1) sufficient base flow at critical riffles to allow for fish passage; (2) sufficient pulse flows at certain times of the year to trigger migration and create attraction flows; (3) flows that provide sufficient wetted substrate to support Steelhead spawning; and (4) year-round flow to support water quality and water quantity conditions conducive to Steelhead rearing. This should include monitoring to avoid stranding of Steelhead, and also to monitor the wetted continuity of AGC. CDFW also recommended the County monitor wetted channel continuity and sufficient flows at all critical riffles to ensure habitat and food production (such as macroinvertebrates) and availability for Steelhead rearing. Second Sproul Decl., Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP). Flow observations alone are insufficient to account for other critical ecological drivers such as

water quality, habitat quality, and food resources. Dr. Hanson suggests additional measures to protect Steelhead such as requiring releases from Lopez Dam sufficient to ensure a minimum depth of 0.7 feet over 25% of all critical riffle cross-sections for at least 24 hours and such longer duration as necessary. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶¶ 67-69). In my opinion, Dr. Hanson's proposed flow release approach is complex and there may be some difficulty in implementation. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 149). However, I agree that monitoring of flows in AGC is necessary, and if necessary, adapting the minimum base flow volume to ensure a minimum depth of 0.7 feet over 25% of all critical riffle cross-sections for at least 24 hours, is a good parameter for the environmental objective of ensuring Steelhead passage and migration, and avoiding stranding.

145. **Monitoring Water Quality in AGC and Adapting Flow Releases If Necessary to Avoid Harm to Steelhead.** In my opinion, the environmental objectives and indicators should also include parameters that are crucial to ensuring habitat conditions for Steelhead survival, such as water temperature, dissolved oxygen, suspended sediment, and turbidity. This is consistent with prior NMFS recommendations on monitoring to ensure adequate water quality for Steelhead. Second Sproul Decl., Ex. 36 (2001 NMFS Seismic Remediation BiOp at 4) (explaining that "[e]ssential features of steelhead critical habitat include adequate substrate, water quality, water quantity, water temperature, water velocity, cover/shelter, food, riparian vegetation, space, and safe passage conditions"). The record shows that these parameters are of concern for Steelhead in AGC. For example, the County states in its Steelhead Monitoring Report that it was unable to determine whether redds existed in the middle reaches of AGC because turbidity interfered with observations. Dkt. 142-1 at 8. Also, as noted above, the County states that it did not conduct snorkel surveys because water samples taken before the scheduled snorkel surveys identified "levels in exceedance of drinking water standards for some key constituents." *Id.* In my opinion, based on these observations noted in the County's own Steelhead Monitoring Report, monitoring of water quality in

AGC is warranted to ensure turbidity and other water quality parameters are sufficient to support all Steelhead life stages in AGC. Similarly, CDFW recommended the County conduct temperature monitoring at various locations throughout the watershed to get a better understanding of long-term habitat conditions for Steelhead. Second Sproul Decl., Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP). The County agreed that it should include water temperature monitoring in the HCP. *Id.* at 2. Consistent with NMFS's and CDFW's recommendations, in my opinion the monitoring and adaptive management should include specific objectives and indicators for the following parameters and if they are not being attained, require changes to the flow release plan that are more protective of Steelhead and designed to ensure the objectives are met: (1) temperature; (2) dissolved oxygen; (3) suspended sediment or turbidity; (4) wetted channel continuity; (5) estimated volume of suitable gravel within the wetted channel; and (6) sufficient flows at all critical riffles and potential barriers to allow fish passage. The County also proposed similar objectives in its 2025 draft HCP for many of these parameters to ensure minimum base flows maintain suitable water quality for Steelhead during summer base flow period, including maintaining water temperature below $23^0$C and dissolved oxygen below 6.0 mg/l. Dkt. 141-1 (2025 Draft HCP at 195 of 250). These are specific objectives which, if Arroyo Grande Creek is not meeting, would require increases to the minimum base flows and continued monitoring to ensure they are being met.

146.    **Monitoring Steelhead Abundance to Avoid Harm to Steelhead.** In my opinion, the County should monitor Steelhead abundance to ensure its actions are avoiding harm to Steelhead. This is consistent with CDFW's recommendation that "status and trends of juvenile steelhead abundance and growth and adult steelhead spawning [should] be quantified" as well as "macroinvertebrate production / availability to steelhead for feeding be quantified." Second Sproul Decl., ¶ 61, Ex. 57 (August 26, 2026, Comments from CDFW to County of San Luis Obispo ("2025 CDFW Comment Table") at 1). CDFW recommended "implementing both (1) Effectiveness Monitoring and (2)

Fish Bulletin 182 Coastal Monitoring Plan (CMP) monitoring for population status and trends" of Steelhead in AGC. *Id.* CDFW explained that effectiveness monitoring needs to be tailored with specific and measurable objectives to determine whether the new habitat and flow regime is working for Steelhead or if it needs to be modified. *Id.* CDFW noted that an assessment of trends in abundance of rearing juvenile Steelhead over time is important to determine whether the Steelhead population in AGC is increasing, decreasing, or staying the same. *Id.* CDFW provided additional comments about how to select the number, size, and spatial distribution of population monitoring reaches for effectiveness monitoring, and recommending further refining the monitoring plan based on: Fish Bulletin 182, Integration of Steelhead Viability Monitoring, Recovery Plans and Fisheries Management in the Southern Coastal Area. *Id.* at 3. Specific to the redd surveys, CDFW recommended that any monitoring include "triggers that take into account the abundance of redds observed by both resident and anadromous *O. mykiss*, rather than simply the binary occurrence (i[.]e. presence/absence) of redds from both life histories." *Id.* at 3. CDFW recommended that redd surveys be conducted "in a standardized manner that allows for monitoring trends in adult abundance (spawners) over time." *Id.* CDFW also recommended that the County consider monitoring and analysis of the anadromous haplotype of chromosome Omy5. *Id.*

147. **Monitoring Water Quality and Water Quantity in AG Lagoon to Avoid Harms to Steelhead, CRLF, and TWG.** As explained above, AG Lagoon provides important habitat for Steelhead, CRLF, and TWG, and thus in my opinion the County should monitoring the impact of its flow releases on water quality and quantity in AG Lagoon. This is consistent with CDFW's comments identifying lagoons as well-known to be important habitat for Steelhead rearing, growth, and physiological transitions, as well as important habitat for TWG spawning, rearing, and foraging. Second Sproul Decl., Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP). My opinion is also consistent with CDFW's recommendation to monitor the effects of the County's Lopez Dam flow releases on water quality and water quantity in AG Lagoon. *Id.*, Ex. 42

(San Luis Obispo's responses to pre-application comments on draft HCP at 3). I agree with CDFW's recommendations noting the importance of monitoring the depth of the halocline in the AG Lagoon water column and the associated influence of dissolved oxygen concentrations and temperature. *Id.*

148. **Monitoring Berm Dynamics to Avoid Harm to Steelhead, CRLF, and TWG.** In my opinion, the monitoring should include monitoring of AGC mouth berm formation and berm opening to avoid harm to Steelhead, CRLF, and TWG. As noted, there are multiple variables for berm breaching and my proposed pulse flow schedule may or may not cause the berm to open. There should be sufficient flows to breach the berm in the winter and/or spring to allow for Steelhead migration and emigration, and TWG dispersal. However, because of the multiple variables causing the berm to breach, one cannot conclude that pulse flows will be the sole cause of the berm opening or the sole cause preventing the berm from closing unnaturally. In my opinion, the key is to monitor how the system responds to the flow releases, and based on those monitoring results decide whether revisions to the flow releases or pulse flows are necessary. If the berm is remaining artificially open in ways that are not good, as part of the prescriptive adaptive management, the County should adjust the base flows or pulse flows. Likewise, if the berm is remaining artificially closed in ways that are not good, as part of the prescriptive adaptive management, the County should adjust the base flows or pulse flows. My opinion is consistent with CDFW's recommendation to monitor the effects of the County's Lopez Dam flow releases on berm breaching and formation. Second Sproul Decl., ¶ Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP at 3). Additional uncertainties include but are not limited to how long it has been since the berm was last breached, current tide conditions, current wave conditions, and the contributions of flow from other, non-dammed tributaries. Because of these uncertainties, in my opinion the flow schedule should include adaptive management to monitor, and if the pulse flows identified in Table 1 are not sufficient to open the berm, then allow increased pulse flow to ensure the berm opens. In my opinion, the County should install a

camera for monitoring berm conditions.

149.    **Monitoring CRLF Breeding Timing and Location, and Adaptive Management to Avoid Harm to CRLF.** In my opinion, peak flows in winter and spring are generally not problematic for CRLF because, *inter alia*, the timing of flows does not always overlap with CRLF egg laying, CRLF tend to deposit egg masses on emergent vegetation in off-channel, slow moving water, and CRLF egg masses can survive the naturally flashy pulse flows. As the County's own consultants confirm, in AGC outside of the ponded areas within abandoned gravel pits in Reach 8 (which is a known hot spot for bullfrogs) and the slow-moving water created by beaver dams in Reach 4, CRLF breeding habitat was generally found in small pockets of slow water within backwater areas associated with pools or debris jams within smaller pool units. Second Sproul Decl., Ex. 24 (April 2022 Habitat Surveys). In addition, evidence in the record shows that CRLF egg masses do not always get washed out and thus CRLF egg masses are able to survive rain events resulting in high flows in AGC. Instead, the more vulnerable life stage for CRLF is directly after hatching. When CRLF are in this life stage, they find refuge in side channels and side pools. However, because of the County's decades of operations without pulse flows, the lack of channel-shaping flows has resulted in limited off-channel breeding habitat for CRLF in the AGC watershed below Lopez Dam. CRLF are thus limited to laying egg masses in the main channel of AGC, and are more at risk in this location of being scoured out of breeding pools or knocked off vegetation by rapid variations in stream flow resulting from pulse flow releases during the CRLF breeding season. Dkt. 141-1 (2025 Draft HCP at 177 of 250). Other key uncertainties include where and when CRLF are breeding in AGC. For this reason, the NGOs and I propose the following additional measures to avoid potential impacts of pulse flows on CRLF egg masses. The NGOs and I propose the County survey for CRLF egg masses in the main stem of AGC during the CRLF breeding season, November through April, and in particular in advance of a forecasted precipitation event. As part of the prescriptive adaptive management, if CRLF egg masses identified, the County should consider

modifying the timing or volume of pulse flow release to avoid washing out the early larval stage of frogs. In this way, thorough monitoring and prescriptive adaptive management will help account for and address some of the key informational gaps, including the extent of the CRLF population within AGC, timing of CRLF breeding in AGC, and the locations of population centers within AGC.

### 4. My Proposed Flow Regime Appropriately Balances the Needs of Steelhead, CRLF, and TWG.

150. In my opinion, for the reasons set forth above, my proposed flow regime will benefit Steelhead, CRLF, and TWG. To the extent increased flow releases from Lopez Dam could cause some collateral harm to CRLF or TWG, in my opinion increased minimum daily releases and pulse flows appropriately balance the relative harms and benefits to all three species. In my opinion, a flow regime that more closely mimics the natural hydrology is better for all three species and will, overall great net benefit even for CRLF and TWG. *See, e.g.*, *supra* ¶ 103. This is consistent with the County's consultant, Stillwater Sciences, recommendation that the County implement a flow regime to "mimic a natural winter hydrograph with short duration pulse flows similar to what would occur during storm events." Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). In my opinion, my proposed flow release schedule including minimum daily base flows of 7.9 cfs and pulse flows with a revised trigger, combined with monitoring and prescriptive adaptive management appropriately balances the needs of Steelhead, TWG, and CRLF. In my opinion, development and implementation of an ecologically meaningful flow release plan that includes pulse flows is feasible, warranted, and appropriately tailored to protect all three Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 117-126); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 144-149).

### B. Implement Predator Control Plan.

151. In my opinion, the County should prepare and implement a predator control plan that includes active management of non-native, invasive species in AGC downstream of Lopez Dam. As set forth in my Opening Declaration and Reply

Declaration, developing a work plan for predator surveys and removal from AGC is necessary given the numerous observations of non-native predators of Steelhead, CRLF, and TWG that have been observed downstream of Lopez Dam, and implementation of such a predator control plan is feasible. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 145); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 53, 160). My opinion is consistent with FWS's 2012 recommendations to the County to implement predator control efforts to benefit CRLF. Second Sproul Decl., Ex. 48 (2012 NMFS Rodriguez Bridge BiOp at 25). It is also consistent with recommendations that the County's consultant, Stillwater Sciences, made to the County in 2022, suggesting development and implementation of an invasive species management program to reduce predation and competition from bull frog and nonnative fish that prey on juvenile Steelhead and CRLF. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 45). California State Parks also recently recommended predator removal from the AGC watershed as part of its Oceano Dunes Biodiversity Management Plan to benefit Steelhead, CRLF, and TWG. Second Sproul Decl., Ex. 22 (Oceano Dunes HCP). Here, the County completed a Final Predator Removal Plan dated April 30, 2025 that includes surveying to characterize the identity and distribution of non-native predators in AGC, identifying potential management strategies that could be implemented, and installing information signs for public awareness. Dkt. 118-2 at 2. However, as noted above, based on information available to the NGOs, the County does not have and does not currently implement a predator control program. Instead, the County deferred implementation of a predator control program until issuance of an ITP-- which, as noted, is almost certain not to occur for many years. Dkt. 141-1 (2025 Draft HCP at 97); Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 9) (noting the eDNA analysis will inform further refinement of the predator control program included in the draft HCP as a conservation measure). In my opinion, the County's statements that it will someday develop an actual predator control plan, to potentially be implemented only after an ITP is issued, is insufficient to address the imminent, irreparable harm to Steelhead during what will

almost be several years before issuance of an ITP. I disagree with the County's approach of delaying implementation of predator control measures until after approval of the HCP and issuance of an ITP. The County has acknowledged that approval of the HCP and authorization of the ITP is likely to be a lengthy process. *See, e.g.*, Dkt. 134-2 (Declaration of Emily Creel), ¶ 36 (outlining timelines for agency review). Plus, there is no assurance that the expert agencies will authorize the County's 2025 draft HCP and issue an ITP--which seems unlikely given how flawed the HCP is. In my opinion, the County should implement predator control efforts during the interim period that has no definitive end date, especially given the existing threat of imminent harm to Steelhead and CRLF posed by non-native predators in AGC. In my opinion, development and implementation of a predator control plan is feasible, warranted, and appropriately tailored to protect all three Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 145); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 160).

152.   In my opinion, predator removal should include both efforts to remove existing non-native predators and also efforts to prevent the spread or introduction of non-native predators in the AGC watershed. The County's contractor, Stillwater Sciences, has suggested that complete mechanical removal of non-native predator species would be highly difficult given their wide distribution throughout AGC, AG Lagoon, and Meadow Creek Lagoon. Second Sproul Decl., Ex. 8 (2025 Stillwater Implementation of Predator Removal at 9). I agree that complete mechanical removal, alone, is unlikely to be effective, which is why the NGOs propose a multi-tier approach to predator control and removal. First, the County should attempt to eradicate non-native predators by culling. This includes culling non-native species such bass and bullfrogs in Reach 8. Stillwater Sciences opines that electrofishing may be effective for removing bullhead and bass during low flows in alluvial reaches. *Id.*, Ex. 8 (2025 Stillwater Implementation of Predator Removal at 9). I disagree with this approach because electrofishing is indiscriminate and is therefore likely to harm all species, including ESA-listed species, present when it is conducted. As explained above, providing only low flow releases to

AGC as a predator control tactic is also ill-advised as this likely will result in dewatering in the lower sections of AGC near AG Lagoon which in turn is likely to result in stranding or mortality of Steelhead and harm to CRLF and TWG. Plus, if Steelhead, CRLF, or TWG remain during electrofishing this is also likely to result in harm or mortality of the three ESA-listed species. Stillwater Sciences also acknowledges that electrofishing is likely to be ineffective in incised reaches due to excessive depth and poor visibility. *Id.*, Ex. 8 (2025 Stillwater Implementation of Predator Removal at 9). Stillwater Sciences observed these conditions in the reaches of AGC located upstream from the confluence with Tar Spring Creek, and noted this type of habitat is likely to be suited to bullfrogs and adult or sub adult life stages of non-native fish including bass, bullhead, and sunfishes. *Id.*, Ex. 8 (2025 Stillwater Implementation of Predator Removal at 8). Instead, the NGOs and I propose more discriminate methods of culling non-native predator species, such as lethal target and removal. Second Sproul Decl., ¶ 62, Ex. 58 (Alvarez, 2024 An effective method for long-term control of American bullfrogs syntopic with special-status native amphibians in California, USA). In my opinion, these measures are likely to be more effective at targeted non-native predator removal in manner that avoids harm to Steelhead, CRLF, and TWG. Second, the County should implement measures to prevent the release and spread of non-native predators. This includes installing a fish screen on the Lopez Dam spillway and fixing the fish screen on the County's outlet structure, as described below. This also includes ongoing monitoring and adaptive management to ensure the desired ecological outcomes are being achieved. On balance, in my opinion a combination of predator control and fish screens (described below) is better than dewatering, which would kill all three ESA-listed species.

C.      **Install Fish Screen on Spillway and Fix Fish Screen on Outlet Structure.**

153.    It is still my opinion, as set forth in my Opening Declaration and Reply Declaration, that the County should install a fish screen on the spillway at Lopez Dam to prevent non-native predator and competitor species from escaping Lopez Lake into downstream AGC. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 128-130); *id.*, Ex.

2 (First Reply Schmitt Decl., ¶¶ 151-153). As noted above, the County is allowing non-native predators of Steelhead and CRLF to escape Lopez Lake via the County-owned and operated spillway at Lopez Dam that lacks a fish screen and via the County-owned and operated outlet works that lacks an effective fish screen. It is my opinion that this evidence shows the harm to Steelhead and CRLF from non-native predator species is reasonably certain. In my opinion, installing a fish screen on the Lopez Dam spillway and fixing the existing fish screen on the outlet structure to patch any holes will help prevent the imminent irreparable harm to Steelhead and CRLF. In my opinion, there is little to no risk of impact much less harm to TWG from these proposed remedies. As explained in my reply declaration and above, in my opinion, removing nonnative predators and at least reducing the risk of nonnative predators via a Lopez Dam fish screen will be beneficial to Steelhead, CRLF, and TWG. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 145); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 135).

154.   The County prepared a Final Plan to Assess and Install a Fish Screen for a Reservoir, dated April 30, 2025. Dkt. 118-1. Pursuant to the schedule set forth in that plan, the County should have completed a Request for Proposal for design or staff augmentation to develop a spillway fish screen and award a contract by October 5, 2025 (within five months of May 5, 2025). Dkt. 118-1 at 3, 5. Based on information available to the NGOs, the County has not awarded a contract for development of a spillway fish screen design. Based on information available to the NGOs, the County has not fixed the holes in the existing fish screen located at the Lopez Dam outlet structure. In my opinion, the County's vague commitments in its Final Plan to Assess and Install a Fish Screen for a Reservoir and the County's failure to fix the outlet structure fish screen are insufficient to address the imminent, irreparable harm to Steelhead posed by the lack of a fish screen on the spillway and lack of an effective fish screen on the outlet structure. In my opinion, implementation of the spillway fish screen and fixing the outlet structure fish screen is feasible, warranted, and narrowly tailored. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 128-130); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 151-153).

**D.      Implement Habitat Restoration Project in AGC.**

155.    In my opinion, the County should implement a habitat restoration project to address the harms from Lopez Dam to downstream AGC. As set forth in my Opening Declaration and Reply Declaration, the County should develop and implement a habitat restoration project to counter and/or abate the harms from the County's Lopez Project including alteration of the natural hydrology and geomorphology, resulting in an AGC stream channel that does not undergo normal geomorphic processes including sediment transport, natural formation of pool-riffle sequences, and topographic variability along bank transition zones and a floodplain that would otherwise typically maintain off-channel habitat features in the channel. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 141-144); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 159). AGC has high potential to provide expanded and improved Steelhead habitat with feasible restoration efforts. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 44). In 2022, the County's consultant, Stillwater Sciences, likewise recommended habitat restoration for AGC. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). In my opinion, the requirement for the County to develop and implement a habitat restoration project is feasible and narrowly tailored. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 159).

156.    In my opinion, it is crucial to require implementation of the habitat restoration project during the interim pending final approval of the HCP and issuance of an ITP, or resolution of this case on the merits. The County prepared a Final Habitat Restoration Plan dated March 31, 2025. Dkt. 112-2. Yet the Final Habitat Restoration Plan did not actually identify a specific habitat restoration project, and the County did not commit to implementing a restoration project during the interim pending a final decision on the merits. The NGOs demonstrated that this Court had found that implementation of a habitat restoration project, as opposed to just developing several possible alternatives, was necessary, feasible, and reasonably tailored to address the harms to Steelhead from the County's operation and maintenance of Lopez Dam. In my opinion, the County should be required to implement this interim measure during the interim many year time

period while its HCP application will likely be pending. As noted above, approval of an HCP and authorization of an ITP is likely to be a lengthy process. In my opinion, the County's statements its 2025 draft HCP that it may someday develop an actual habitat restoration project if its "trap and haul efforts," *i.e.*, its proposal to capture adult and juvenile Steelhead and transport them around Lopez Dam to and from the upper AGC watershed fail, and will make that determination only many years after an ITP is issued, is insufficient to address the imminent, irreparable harm to Steelhead during the interim while issuance of an ITP is pending. I disagree with the County's approach of delaying development and implementation of a habitat restoration project for AGC until after approval of the HCP and issuance of an ITP. In my opinion, development and implementation of a habitat restoration project is feasible, warranted, and appropriately tailored to protect all three Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 141-144); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 159).

157.    In my opinion, the habitat restoration project should include: (1) measures to address the lack of gravel recruitment, lack of native riparian vegetation and cover, and limited supply of large woody material within AGC; (2) measures to address the adverse modification of the estuarine habitat in AG Lagoon including sediment dredging and improving the connection between Meadow Creek Lagoon and AG Lagoon; and (3) obtaining and complying with all necessary regulatory permits and authorizations. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 141-144). This is consistent with the County's consultant's recommendations in 2022 to provide gravel augmentation upstream in AGC of Tar Spring Creek to increase productive riffle habitat for Steelhead food production and increase Steelhead spawning habitat. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). The consultant also recommended the County develop habitat enhancement projects in upper reaches of AGC (Reaches 6, 7, and 8) including installing large wood and boulder features to increase habitat complexity for juvenile Steelhead rearing and increase riffle habitat to provide productive benthic macroinvertebrate habitat, and trap suitable gravel for Steelhead spawning. Second

Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 44). In my opinion, this should include vegetation management to ensure or better allow for pulse flows to have the intended channel-shaping impacts and benefits. Existing, mostly non-native invasive vegetation in AGC will prevent channel shaping flows. This vegetation will reduce velocity and thus prevent pulse flows from having the intended channel-shaping effects. The County's consultant also recommended habitat enhancement such as reconnecting floodplain habitat and increasing the streambed elevation within abandoned gravel pits. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 45). The County's consultant recommended restoring the large pool habitat within abandoned gravel pits in Reach 8 by filling the pits, adding spawning gravel, and reconstructing the stream channel and associated floodplain. Second Sproul Decl., Ex. 25 (Feb. 2022 Habitat Surveys at 45). The County's consultant concluded that restoring these locations will lead to a decrease in suitable habitat for nonnative species that prey on juvenile Steelhead and CRLF. *Id.* As noted above, my proposed pulse flows are likely to help flush out sediment. However, if monitoring shows that the pulse flows are not effectively flushing out built up sediment in AGC and AG Lagoon, in my opinion the habitat restoration project should include sediment dredging from AGC's creek bed. The sediment conditions in AG Lagoon are abysmal, following decades of continued sedimentation impacts that have resulted in altered bathymetry. These conditions will likely require years of large pulse flows to scour out the built-up sediment, or active sediment dredging/management. In my opinion, AG Lagoon will likely require sediment management and excavation even with my proposed pulse flows, given the decades of alteration and sediment deposition in AG Lagoon due to the County's operations. In addition, the disconnect between AG Lagoon and Meadow Creek Lagoon makes the conditions in AG Creek worse. Improving the connection between Meadow Creek Lagoon and AG Lagoon would greatly improve habitat opportunities for TWG and juvenile Steelhead.

### E. Implement Fish Passage Barrier Removal or Modification, and Continue Clearing Debris from Biddle Park Culverts.

158.    It is still my opinion, as set forth in my Opening Declaration and Reply Declaration, that the County should modify or remove Steelhead passage barriers located downstream of Lopez Dam. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 131-132); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 154-155). CDFW has identified multiple fish passage barriers in the AGC watershed. Dkt. 141-1 (2025 Draft HCP at 52-55 of 250). My opinion that the County should address these barriers regardless of ownership is consistent with CDFW's recommendations in 2025 that the County reach out to landowners of the remaining barriers to see if they are interested in having the barriers removed because this would contribute towards improving conditions for Steelhead habitat and the Steelhead population in AGC. Second Sproul Decl., Ex. 42 (San Luis Obispo's responses to pre-application comments on draft HCP at 14). The County's Final Steelhead Passage Barriers Plan failed to commit to implementing any passage barrier removal or modification work as part of an interim remedy, instead deferring to the HCP process. Dkt. 133-1 at 9-10. The County's 2025 draft HCP, however, does not include fish passage barrier modification or removal as part of the conservation measures. Dkt. 141-1 (2025 Draft HCP at 96 of 250) (identifying conservation measures 1 through 9). In my opinion, the County's failure to commit to implementing fish passage barrier modification or removal actions and the omission of this measure from the County's 2025 draft HCP is insufficient to address the imminent, irreparable harm to Steelhead posed by the known fish passage barriers that have been identified in AGC. In my opinion, implementation of modification or removal actions of these fish passage barriers is feasible, warranted, and appropriately tailored to protect all three of the Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 131-132); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 154-155).

159.    Relatedly, it is also still my opinion that the County should be required to regularly monitor and as necessary clear any debris or blockages from the Biddle Park culverts. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 127); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶¶ 52, 150). Dr. Hanson agreed with this measure as proposed in the

SCHMITT DECL. ISO PLS. SEC. PI MOT.    136    CASE NO. 2:24-cv-06854-SPG-AS

original preliminary injunction measure, noting that routine maintenance to remove woody debris and other material from the County-owned Biddle Park double arch culvert and the grade control structure in Los Berros Creek prior to the winter-spring Steelhead migration period would reduce the likelihood that either of these structures would adversely impact Steelhead migration during the winter-spring when dam releases in combination with tributary flows contribute to increased attraction and passage flows. Second Sproul Decl., Ex. 9 (First Hanson Decl., ¶ 48). Dr. Hanson's opinion contradicts the County's previous assertion that removal or modification of these instream barriers would not redress "take" of Steelhead. Dr. Hanson's opinion is consistent with my opinion that instream infrastructure downstream from Lopez Dam including the Biddle Park double arch culvert can delay or block migration and impede the passage of Steelhead, and therefore as a remedy it is my opinion that the County should regularly monitor and as necessary clear debris or blockages from the Biddle Park double arch culvert. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 106-109, 127). In my opinion, requiring the County to monitor and, as necessary, clear the Biddle Park double arch culverts is feasible, warranted, and appropriately tailored to protect all three of the Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 127); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 150).

### F. Implement Best Management Practices to Reduce Sediment Loading.

160. In my opinion, the County should implement Best Management Practices ("BMPs") to reduce sediment loading into tributaries of AGC to reduce sedimentation and siltation in AGC. As set forth in my Opening Declaration, in my opinion, implementation of BMPs designed to reduce or abate sediment loading into AGC is a shorter-term measure that will counter or abate the harms from the County's Lopez Project to Steelhead by reducing sedimentation and siltation in AGC and thereby benefit Steelhead. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 133-135). In my Reply Declaration, I explained why, in my opinion, this measure was feasible and narrowly tailored to protecting Steelhead. *Id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 156). In response

to the Preliminary Injunction Order, the County prepared a Final Plan Implementing Best Management Practices to Reduce Sediment Loading into Tributaries to Arroyo Grande Creek (Dkt. 112-1, "Final BMP Plan"), but expressly delayed implementation of the Final BMP Plan until authorization of its HCP. Dkt. 112-1 at 1 (explaining the Final BMP Plan "provides meaningful and implementable strategies to include as conservation strategies for the HCP that is currently under development and ordered for submission by October 1, 2025."). The County's October 2025 draft HCP continues to expressly defer implementation of BMPs until implementation of the HCP, which necessarily will not occur until it is accepted and an ITP is issued by NMFS and FWS, which is nearly certain not to occur for many years. Dkt. 141-1 (2025 Draft HCP at 112 of 250). The County states that the Final BMP plan is intended to reduce fine sediment inputs to tributaries to AGC through sedimentation reduction measures. Dkt. 112-1 at 2. The County recognized in its Final BMP Plan that NMFS has identified "sedimentation of channel substrate resulting from erosion on surrounding land uses" as an emergent or ongoing habitat concern. Dkt. 112-1 at 1. However, the Final BMP Plan is ineffective unless and until it is implemented. By deferring implementation of BMPs until an ITP issued, the County is failing to implement a shorter-term measure that is feasible and consistent with recommendations from the County's own contractor, Stillwater Sciences, as well as recommendations from NMFS in the Recovery Plan. Second Sproul Decl., Ex. 43 (2023 Restoration Opportunities at 17-20, 22); *id.*, Ex. 10 (Steelhead Recovery Plan at 12-69, AG-SCCC S-11.1). In my opinion, the County's failure to commit to implementing BMPs in its Final BMP plan is insufficient to address the imminent, irreparable harm to Steelhead posed by the sediment loading from tributaries into AGC. In my opinion, implementation of the BMP plan while the County's HCP is pending is feasible, warranted, and appropriately tailored to protecting all three of the Listed Species. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶¶ 133-135); *id.*, Ex. 2 (First Reply Schmitt Decl., ¶ 156).

161.   The County originally objected that (1) sediment loading is not its

responsibility and (2) the BMP Plan would require regulatory approvals. Second Sproul Decl., Ex. 18 (County Oppo. Brief at 24). As noted in my Reply Declaration, the County has a duty to reduce or abate the harm from its operation and maintenance of Lopez Dam including the lack of high flows that would otherwise flush fine sediments from AGC channel and AG Lagoon. Second Sproul Decl., Ex. 2 (First Reply Schmitt Decl., ¶ 156). As for regulatory approvals, the County's Final BMP Plan notes that implementation of many of the BMPs are not anticipated to require permitting, and that actions such as removing culverts or constructing settling basins may require regulatory approvals but may also qualify for expedited permitting processes. Dkt. 112-1 at 9-10. Pursuant to its own Final BMP Plan, the County was required to complete an inventory and field survey with an implementation schedule by September 30, 2025, with a project delivery schedule for any treatments that require agency review and permitting. Dkt. 112-1 at 10. Yet even with the implementation schedule, the Final BMP Plan again states that BMPs and outreach efforts may be incorporated into the conservation strategies in the HCP. Dkt. 112-1 at 10. The County's 2025 draft HCP states it will implement BMPs during HCP implementation, after the ITP is issued. *See, e.g.*, Dkt. 141-1 (2025 Draft HCP at 112 of 250). As noted above, approval of the HCP and authorization of the ITP is nearly certain to be a lengthy process lasting many years and there is no assurance that the expert agencies will authorize the October 2025 draft HCP and issue and ITP. Thus, in my opinion, the NGOs' proposed remedy requiring implementation of the Final BMP Plan during the interim period when the proposed preliminary injunction is in place is necessary to ensure the plan's intended benefits and purpose is realized to abate or reduce harms to Steelhead pending a final decision on the merits.

### G. Prepare and Timely Submit an Adequate HCP.

162.   In my opinion, the NGOs' remedy requiring the County to prepare and timely submit an adequate HCP is feasible and reasonably tailored to protecting Steelhead, and CRLF and TWG, as well, and necessary to address the decades of delay by the County. Second Sproul Decl., Ex. 1 (First Schmitt Decl., ¶ 140); *id.*, Ex. 2 (First

Reply Schmitt Decl., ¶ 158).

163.    In my opinion, the County's October 2025 draft HCP, submitted to NMFS and FWS as required by the Preliminary Injunction Order, is woefully inadequate. The County's 2025 draft HCP repeats analysis and conclusions that are very similar to the County's 2004 draft HCP that NMFS and FWS criticized as inadequate. Second Sproul Decl., Ex. 51 (2004 NMFS Comment Letter); *id.*, Ex. 52 (2005 FWS Comment Letter). The County's 2025 Draft HCP does not appear to meet the statutory criteria in ESA § 10(a)(2), 16 U.S.C. § 1539(a)(2), that must be satisfied before an HCP can be approved and an ITP can be issued. The 2025 draft HCP suffers from several key flaws. One major flaw is that the County's 2025 draft HCP omits the existence of Lopez Dam from the scope of activities for which the County seeks ITP coverage. Dkt. 141-1 (2025 Draft HCP at 14 of 250) (asserting that "the baseline includes Lopez Dam"). By omitting this portion of the action, the 2025 draft HCP ignores major impacts from the County's actions, including preventing Steelhead access to spawning and rearing habitat in the upper AGC watershed. In my opinion, the proposed action should include the presence of Lopez Dam (which is a complete barrier to Steelhead migration to the upper AGC watershed) in addition to operation and maintenance of the Dam. This is consistent with NMFS's conclusions that artificial barriers like Lopez Dam that "effectively impede the migration of anadromous *O. mykiss*, or reduce the amount of spawning and rearing habitat available to the species, increases the likelihood of extirpation of a population." Second Sproul Decl., Ex. 3 (2024 NMFS Memorandum at 62). A second major flaw is that the County's 2025 draft HCP excludes TWG from the species that the County's draft HCP and proposed ITP cover. Dkt. 141-2. As set forth in this declaration, in my opinion the County's Lopez Project including but not limited to the altered flow releases from Lopez Dam harms TWG in AGC and AG Lagoon. *See supra* ¶¶ 84-97. A third major flaw is that the County omits geographic areas that are impacted by the activities it seeks ITP coverage for by excluding the lower 3.5 miles of AGC and AG Lagoon from the area where impacts to Steelhead or any other ESA-listed species are analyzed. Dkt. 141-1

(2025 Draft HCP at 28 of 250). I disagree with this omission, and in my opinion the limited scope results in the 2025 draft HCP excluding impacts that will result from the County's Lopez Project. As set forth throughout this declaration, in my opinion the County's Lopez Project including but not limited to the altered flow releases from Lopez Dam impact flows and ESA-listed species' habitat in the entirety of AGC below Lopez Dam, including AG Lagoon. These are just several examples that, in my opinion, render the County's 2025 draft HCP deeply flawed and unlikely to be authorized by NMFS or FWS.

### H. Appoint an Expert Panel and Special Master.

164.   In my opinion the NGOs' proposed remedy to appoint a third party to develop an adequate HCP, or in the alternative appointment of a special master who can then hire individuals with appropriate expertise with funding from the County to complete the various tasks required, is necessary to address and resolve the flaws in the County's 2025 draft HCP. As noted above, the County does not have an ITP that authorizes incidental take resulting from the Lopez Project, despite being on notice for several decades that an ITP is necessary. In my opinion, appointing an expert panel and special master to oversee and ensure compliance with the preliminary injunction measures identified above, including timely developing an adequate HCP application, is a measure that is appropriately tailored to address and lessen the irreparable harm the County is causing Steelhead.

Executed in Ventura, California on March 4, 2026.

_____
Tevin Schmitt