Christopher Sproul (Cal. Bar No. 126398)
Marla Fox (Cal. Bar No. 349813)
Environmental Advocates
5135 Anza Street
San Francisco, CA 94121
Telephone:  (415) 533-3376
Facsimile:   (415) 358-5695
Email: csproul@enviroadvocates.com
Email: mfox@enviroadvocates.com

Lucas Williams (Cal Bar No. 264518)
Community Environmental Lawyers, PC
30 Otis Street, #2301
Telephone:  (707) 849-5198
Email: lucas@celpc.org

**Attorneys for Plaintiffs**

**Additional Counsel Listed on Next Page**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>        Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO EXCLUDE OR STRIKE PORTIONS OF TEVIN SCHMITT'S DECLARATION**<br><br>Date Action Filed: August 13, 2024 |

STIPULATION RE: BRIEFING SCHEDULE RE: MOTION TO STRIKE/EXCLUDE
70078523

*Additional Counsel for Plaintiffs*

Jesse Colorado Swanhuyser (Cal. Bar No. 282186)
Sycamore Law Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (805) 689-1469
Email: jesse@sycamore.law

Drevet Hunt (Cal. Bar No. 240487)
California Coastkeeper Alliance
1100 11th Street, 3rd Floor
Sacramento, California 95814
Tel: (415) 606-0864
Email: dhunt@cacoastkeeper.org

- 1 -                                     Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION RE: BRIEFING SCHEDULE RE: MOTION TO STRIKE/EXCLUDE

IT IS HEREBY STIPULATED, by and between Plaintiffs San Luis Obispo Coastkeeper, Los Padres ForestWatch, California Coastkeeper Alliance, and the Ecological Rights Foundation ("Plaintiffs"), and Defendant County of San Luis Obispo ("County"), (collectively, the "parties"), through their respective attorneys of record, as follows:

WHEREAS, the County intends to file a motion to strike or exclude portions of the Declaration of Tevin Schmitt (the "Motion") submitted in support of Plaintiffs' second motion for preliminary injunction.

WHEREAS, on March 25, 2026, counsel for the parties met and conferred by videoconference regarding the Motion.

WHEREAS, to conserve party and judicial resources, the parties agree that the Motion should be heard on May 20, 2026 at 1:30 p.m. to coincide with the hearing on Plaintiffs' second motion for preliminary injunction.  The parties further agree to a briefing schedule on the Motion, as set forth below.

NOW THEREFORE, BASED ON THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE THAT:

The Motion shall be heard according to the following briefing schedule:

1.     The County shall file its Motion by April 8, 2026.

2.     Plaintiffs shall file their opposition by April 22, 2026.

3.     The County shall file its reply by May 6, 2026.

4.     The hearing on the Motion shall be set for May 20, 2026 at 1:30 p.m.

- 2 -                    Case No. 2:24-cv-06854 SPG (ASx)
STIPULATION RE: BRIEFING SCHEDULE RE: MOTION TO STRIKE/EXCLUDE

Date:      March 30, 2026                    COMMUNITY ENVIRONMENTAL
                                            LAWYERS, PC


                                            By: */s/ Lucas Williams*
                                                Lucas Williams

                                            Attorneys for Plaintiffs


Date:      March 30, 2026                    NOSSAMAN LLP


                                            By: */s/ Benjamin Z. Rubin*
                                                Benjamin Z. Rubin

                                            Attorneys for Defendant
                                            COUNTY OF SAN LUIS OBISPO

- 3 -                                        Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION RE: BRIEFING SCHEDULE RE: MOTION TO STRIKE/EXCLUDE

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all counsel listed on the signature page, and that I have obtained each counsel's authorization to attach their respective electronic signatures to this document.

Dated:  March 30, 2026

<u>/s/ Lucas Williams</u><br>
Lucas Williams

STIPULATION RE: BRIEFING SCHEDULE RE: MOTION TO STRIKE/EXCLUDE