**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER; LOS PADRES FORESTWATCH; CALIFORNIA COASTKEEPER ALLIANCE; and THE ECOLOGICAL RIGHTS FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN LUIS OBISPO, <br><br> Defendant. | Case No. 2:24-cv-06854 SPG (ASx) <br><br> **ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO EXCLUDE OR STRIKE PORTIONS OF TEVIN SCHMITT'S DECLARATION [ECF NO. 186]** |

Before the Court is the parties' Stipulation Regarding Briefing Schedule for Defendant's Motion to Exclude or Strike Portions of Tevin Schmitt's Declaration. *See* (ECF No. 186 ("Stipulation")).  Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1.    The County shall file its motion to strike or exclude portions of the Declaration of Tevin Schmitt by April 8, 2026.

2.    Plaintiffs shall file their opposition to the motion by April 22, 2026.

3.    The County shall file its reply by May 6, 2026.

4.     The hearing on the motion is set for May 20, 2026, at 1:30 p.m., unless ordered otherwise by the Court.

**IT IS SO ORDERED.**

DATED: March 31, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE