**Lisa Bugrova**

| | |
|---|---|
| **From:** | Brittany Struck - NOAA Federal <Brittany.Struck@noaa.gov> |
| **Sent:** | Tuesday, March 18, 2025 3:10 PM |
| **To:** | Lisa Bugrova |
| **Cc:** | Szijj, Antal J CIV USARMY CESPL (USA) |
| **Subject:** | Re: [EXT][AGC Waterway Management Program] Progress on Implementing the Reasonable and Prudent Alternative |

Hi Lisa,

I may have misunderstood the request, but to be clear, yes, the Corps and County seem to be on track and in compliance with the RPA.

We don't have a way to *amend* anything on our side (i.e., the opinion or the RPA).

We don't have a way to concur on anything outside of a Letter of Concurrence.

We have a way to reinitiate a consultation under certain triggers. At this time, I do not see triggers that would be the basis for a reinitiation of consultation with the Corps.

The proposed Meadow Creek Lagoon project seems in compliance with RPA sub-element 3(a).

NMFS does not have a way to re-open or amend the RPA unless the Corps requests reinitiation of consultation; and to be clear, it is the Corps who would need to request reinitiation of consultation. § 402.16 Reinitiation of consultation.
"Reinitiation of consultation is required and **shall be requested by the Federal agency**, where discretionary Federal involvement or control over the action has been retained or is authorized by law..." [emphasis added]

Does this help? Let me know. Perhaps, if the County needs a second letter on this matter, then the Corps can issue that letter.

Thanks,
Brittany

On Mon, Mar 17, 2025 at 12:05 PM Lisa Bugrova <LBugrova@co.slo.ca.us> wrote:

Hi Brittany,


Thanks for preparing this and sending out to the group. I wanted to confirm my understanding from our call that the County's intent in requesting this letter was for NMFS and ACOE to provide concurrence that the County is on track and in full compliance with the RPA, and that an amendment is not necessary. We had discussed the successful direct implementation of RPA sub elements 1(a), 2(b), and 2(c), and most importantly that the proposed Meadow Creek Lagoon project is also in substantial

1

**BALLANTYNE EXHIBIT G**
**PAGE 297**

conformance with RPA sub-element 3(a).  While the letter outlines the history of implementation and collaboration, we are still unclear if in fact NMFS concurs that RPA sub-element 3(a) is in substantial conformance and there is not a need to re-open and amend the RPA. Can you confirm this understanding is correct?

Thank you,

Lisa



**Lisa Bugrova**
Principal Environmental Specialist
Public Works, County of San Luis Obispo
Tel: (805) 781-1046 | *An APWA Accredited Agency*
SLOCounty.gov/PW



**From:** Brittany Struck - NOAA Federal <Brittany.Struck@noaa.gov>
**Sent:** Monday, March 17, 2025 8:59 AM
**To:** Antal Szijj <antal.j.szijj@usace.army.mil>; Lisa Bugrova <LBugrova@co.slo.ca.us>
**Cc:** Chris Dellith <chris_dellith@fws.gov>; Connolly, Linda@Wildlife <linda.connolly@wildlife.ca.gov>; Glick, Ronnie@Parks <Ronnie.glick@parks.ca.gov>; Gonzalez, Kathleen@Waterboards <Kathleen.Gonzalez@waterboards.ca.gov>; Kate Shea <kbshea@co.slo.ca.us>; Kate Ballantyne <kballantyne@co.slo.ca.us>; Jeremy Ghent <jeremy@sslocsd.us>; Steph Wald <steph@creeklands.org>
**Subject:** [EXT][AGC Waterway Management Program] Progress on Implementing the Reasonable and Prudent Alternative

**ATTENTION:** This email **DID NOT** originate from County Staff. Please proceed with caution when interacting with any embedded links or attachments.

Greetings Antal and Lisa,

Please see attached as requested by the County.

I placed the CC list on this email as well.

2

**BALLANTYNE EXHIBIT G**
**PAGE 298**