NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:    206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>        Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>        Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**DECLARATION OF JARED EMERY IN SUPPORT OF DEFENDANT COUNTY OF SAN LUIS OBISPO'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date Action Filed: August 13, 2024<br>First Amended Complaint Filed:<br>    December 27, 2024 |

DECLARATION OF JARED EMERY

70209247.v8

I, Jared Emery, declare as follows:

1.      Unless otherwise stated on information and belief, I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would competently testify as set forth below.  Any opinion expressed in this declaration is based upon my knowledge, experience, training and education, as set forth below.

2.      I have a California Professional Engineer License in Civil Engineering, License Number C 81467.  See Summary Professional Vitae, attached hereto as **Exhibit A**.

3.      I have a Bachelor of Science in Physics from California State University, Humboldt.

4.      I have 19 years of work experience developing hydrology and hydrology models in California, including for several coastal streams throughout the state.  In 2014 I developed a hydrology model of the Arroyo Grande Creek watershed.  This hydrology model includes reservoir operations at Lopez Lake, municipal diversions from Lopez Lake, State Water Project contract deliveries to Terminal Reservoir, municipal and agricultural groundwater pumping, and the resulting flow in Arroyo Grande Creek at several points below Lopez Lake and in major tributaries to Arroyo Grande Creek below Lopez Lake. This model and associated hydrology was used to support the development of a potential Habitat Conservation Plan (HCP) for Arroyo Grande Creek.  This hydrology model has been reviewed by County staff and other County consultants for accuracy.  In 2021 I developed additional hydrology for water years 2015 through 2020, enhanced the hydrology model with more detailed tracking of municipal deliveries, and performed additional modeling studies to support contract negotiations between the County and municipal purveyors that receive water from Lopez Lake. In 2021 I assisted the team that built a MODSIM groundwater model for the Groundwater Sustainability Plan. In 2023 my company reengaged with the County to develop an

- 1 -                              Case No. 2:24-cv-06854 SPG (ASx)

DECLARATION OF JARED EMERY

70209247.v8

updated HCP proposal.  In 2025 my company developed additional hydrology for the Arroyo Grande watershed for water years 2021 through 2024.

5.      In preparing this declaration I reviewed the hydrology development files for Arroyo Grande Creek, the hydrology development report for Arroyo Grande Creek hydrology, the Arroyo Grande watershed hydrology model, the breach analyses that have been performed, the raw data files that we received from the County of San Luis Obispo, relevant reports that we have received during our work on this watershed, and the Proposed Order filed by Plaintiffs in this matter.

6.      In the Arroyo Grande watershed, precipitation falls in the form of rain. A portion of that rain can immediately become runoff into local creeks and a portion results in soil saturation and deep percolation recharging the groundwater basin. Precipitation generally falls between October and May with highest concentrations in December through February.  Annual precipitation varies from 8.3 inches to 40.3 inches, with an average of 19.8 inches.

7.      Estimated evaporation rates on Lopez Lake range from 27 inches to 56 inches per year.  Resulting lake evaporation is due to a combination of evaporation rates and lake water surface areas.  Larger lake water surface areas result in more water being exposed to the air and being able to evaporate.  Lower lake levels result in smaller lake surface area and as lake levels rise the lake surface area increases.  Our analysis suggests that under the current operations, Lopez Lake evaporation ranges from 1,097 to 3,940 acre-feet per year which is 2.2% to 8.0% of the total Lopez Lake storage capacity per year.

8.      Natural flows in the Arroyo Grande watershed are characterized by flashy high flows in response to rainfall events during the rainy season, followed by very low flows in the summer or during dry periods.  There is no snowmelt runoff in the basin to create a sustained runoff period or sufficient geology to provide significant summer baseflows.  According to United States Geological Survey (USGS) streamgage records, the large undammed tributaries to Arroyo

DECLARATION OF JARED EMERY

70209247.v8

Grande Creek, Tar Springs Creek and Los Berros Creek, have zero or near-zero flow for long periods in most summers.  Similarly, USGS streamgage stations above Lopez Lake at Arroyo Grande Creek and Lopez Creek measure less than 1 cubic feet per second (cfs) throughout the summer in most summers.  See Figure 1 for historical flows in Tar Springs Creek for water years 1969 through 1979, the period for which streamgage records exist.

**Figure 1.  USGS # 11141400, flow at Tar Springs Creek, water years 1969 through 1979**.



9.      Construction of Lopez Dam began in 1967 and was completed in 1968, with the Lake's initial fill occurring in 1968 and 1969.  Most of this initial fill occurred over three months in 1969 including a rain event that produced inflows to Lopez Lake peaking above 3,300 cfs.  Analysis of hydrology suggests that without the dam the flow at the Arroyo Grande streamgage would have exceeded 4,400 cfs.  This flow corresponds to a water surface elevation of approximately 110 feet above mean sea level (msl), NAVD 88 datum, which is 6.5 feet higher than the County's identified flood stage.  (SLOC Public Works Department, https://wr.slocountywater.org/sensor/?site_id=8&site=e5dbefca-15de-49b6-a892-6160b38b84ad&device_id=1&device=b7fa1fcc-4fe1-4a67-982f-00f5391bd903).

DECLARATION OF JARED EMERY

70209247.v8

10.    Post dam construction, rainfall events that produce large runoff events are stored behind Lopez Dam.  Lopez Dam then releases a steady flow to Arroyo Grande Creek punctuated by spill events when the reservoir fills and spills. Historically, Lopez Lake has spilled in 19 of the 56 years that Lopez Dam has been in operation.  The most recent spill occurred in spring of 2024.  On average the dam provides 50% more flow into the Arroyo Grande Creek than in pre-dam conditions in late summer.  Figure 2 shows the flow of Arroyo Grande Creek at the Arroyo Grande streamgage pre and post dam construction.  Figure 2 shows that pre dam the flow at Arroyo Grande Creek was often near zero, while the presence of the dam generally keeps flows higher at the Arroyo Grande streamgage in the summer low period, while still providing periodic high flows.  Figure 2 shows that high flow events (greater than 100 cfs) still occur post dam with a slightly lower frequency, while extremely low flow events (less than 0.25 cfs) occur far less often.

**Figure 2.  USGS 11141500, flow in Arryo Grande Creek at Arroyo Grande streamgage, water years 1947 through 2023.**



DECLARATION OF JARED EMERY
70209247.v8

11.     Spill events of sufficient volume function similarly to pulse flow releases, creating scouring flows in Arroyo Grande Creek that can reach Arroyo Grande Lagoon.  As shown in Figure 2, many spill events in the post dam era resulted in flows much higher than a man-made 100 cfs pulse.  These larger volume flows have a corresponding much larger effect on Arroyo Grande Creek's channel than 100 cfs pulses.

12.     Arroyo Grande Creek is subject to numerous natural and man-made processes that play a material role in Arroyo Grande Creek's hydrology and water quality, including annual rainfall, private pumping activities, private in-stream diversions, private agricultural and industrial runoff, and natural habitat-altering activity by other species in the watershed, such as beavers. These activities also influence temperatures in Arroyo Grande Creek.

13.     The actual instream flow in Arroyo Grande Creek can vary significantly depending upon a range of factors, including, among others, precipitation in the watershed, diversions downstream of the dam, groundwater pumping downstream of the dam, and agricultural return flows downstream of the dam.

14.     The upper end of Arroyo Grande Creek flows from the Santa Lucia Wilderness area into the eastern branch of Lopez Lake.  From Lopez Lake, Arroyo Grande Creek flows through Biddle Regional Park and then through the Arroyo Grande Creek Valley, a flat valley which contains approximately 1,300 acres of agricultural development including vineyards, avocado orchards, and row crops (Cleath-Harris Geologists, 2015 Technical Memorandum, "CHG Memo" at 1, attached hereto as **Exhibit B**) and overlays the Arroyo Grande Creek Valley groundwater subbasin.  It is estimated that applied water for irrigation in the Arroyo Grande Creek Valley and Tar Springs Canyon is approximately 1,500 acre-

DECLARATION OF JARED EMERY

70209247.v8

feet to 1,900 acre-feet per year (CHG Memo, Table 1).  This represents 17%-22% of the approximately 8,730 acre-feet per year released from Lopez Lake.[1]

15.     Flow records from Arroyo Grande Creek streamgage show that before the completion of Lopez Dam, streamflow in the reach of Arroyo Grande Creek where the gage is located would sometimes reach zero (see figure 2).  Minimum streamflow levels from mid-July to mid-November were often near or at zero in the pre-dam period.  With Lopez Dam in place, flow augmentation by release from reservoir storage allows summer flow to be maintained at a higher and more stable rate than if Lopez Dam was not present.  On average, total flow augmentation (that is flow released above and beyond the historical baseline conditions) is over 1,000 acre-feet in half of the years that Lopez Dam has been in place, and over 500 acre-feet in 75% of the years that Lopez Dam has been in place.

16.     Downstream of the Arroyo Grande Creek Valley, Arroyo Grande Creek flows through residential neighborhoods and business and industrial areas in the city of Arroyo Grande and then turns west, flowing towards the estuary with the City of Oceano to the north and the Cienega Valley to the south.  Once the Arroyo Grande Creek flows downstream of the City of Arroyo Grande and past Highway 101, Arroyo Grande Creek flows over the Santa Maria groundwater basin, an adjudicated groundwater basin.  Groundwater pumping in the Cienega Valley and in municipal groundwater pumping stations take water from the Santa Maria groundwater basin that is partly replenished by Arroyo Grande Creek. After flowing past the City of Oceano, Arroyo Grande Creek then flows into Arroyo Grande Lagoon.  From the lagoon, Arroyo Grande Creek will sometimes surface

---

[1] The safe yield of Lopez Lake has been determined to be 8,730 acre-feet per year. The County has divided this safe yield into 4,530 acre-feet per year contracted for municipal deliveries to Lopez Water Treatment Plant and 4,200 acre-feet per year for downstream releases.  Actual release numbers vary in a given year depending on spills, municipal contractors not taking full delivery, and other factors.

flow into the Pacific Ocean.  At other times, Arroyo Grande Creek will either pool in the lagoon or seep into the ocean through the sand.

17.    The largest tributary to Arroyo Grande Creek is Tar Springs Creek. Tar Springs Creek flows westward towards Arroyo Grande Creek and confluences with Arroyo Grande Creek just upstream of the city of Arroyo Grande.  The lower half of Tar Springs Creek flows through agricultural lands, mostly consisting of vineyards. Losses in the Tar Springs Creek Canyon groundwater subbasin due to groundwater pumping are not significantly replenished by flow in Arroyo Grande Creek (CHG Memo). The Tar Springs Creek Canyon groundwater subbasin is replenished only by deep percolation of rainfall through the soil and losses to groundwater from Tar Springs Creek when rainfall is significant enough to produce flows in the creek.  Tar Springs Creek contributes 2,200 acre-feet per year to Arroyo Grande Creek on average, which is 23% of the total flow produced in the Arroyo Grande watershed.

18.    The second largest tributary to Arroyo Grande Creek is Lopez Creek (sometimes referred to as Lopez Canyon Creek) which flows from Lopez Mountain through Lopez Canyon and into the western branch of Lopez Lake. Most of Lopez Creek flows through or adjacent to the Santa Lucia Wilderness Area.

19.    The other large tributary to Arroyo Grande Creek is Los Berros Creek. Los Berros Creek flows westward in the lower section of the Arroyo Grande Creek watershed and confluences with Arroyo Grande Creek near Oceano, just upstream of the Highway 1 overpass.  The lower half of Los Berros Creek flows through a valley with a large agricultural footprint containing mostly vineyards and some orchards.  Losses in the Los Berros Creek Valley groundwater subbasin due to groundwater pumping are not significantly replenished by flow in Arroyo Grande Creek (CHG Memo). The Los Berros Creek Valley groundwater subbasin is replenished only by deep percolation of rainfall and losses to groundwater from

Case No. 2:24-cv-06854 SPG (ASx)

DECLARATION OF JARED EMERY

70209247.v8

Los Berros Creek when rainfall is significant enough to produce flows in the creek. Los Berros Creek contributes 1,250 acre-feet per year to Arroyo Grande Creek on average, which is 13% of the total flow produced in the Arroyo Grande watershed.

20.    Lopez Lake has no impact on the flow in Los Berros Creek or Tar Springs Creek.  The flow in these creeks is completely dependent on rainfall.

21.    Releases from Lopez Dam for municipal use are made into a pipeline that conveys water to Terminal Reservoir, a regulating reservoir that conveys water to the Lopez Water Treatment Plant.  From the Lopez Water Treatment Plant water is conveyed through a network of pipes to the municipalities that receive water from Lopez Lake.

22.    Lopez Lake serves municipal treated water to the Northern Cities Management Area (NCMA), consisting of Pismo Beach, Arroyo Grande, Grover Beach, and the unincorporated Oceano Community Services District.  In addition to the NCMA, Lopez Lake serves Community Service Area 12 which serves the Avila Beach area and the San Luis Coastal Unified School District. The NCMA also has the ability to pump groundwater.  However, the NCMA overlays the Santa Maria Groundwater basin, which is an adjudicated groundwater basin.  The NCMA is limited in its ability to pump groundwater due to the adjudication to prevent seawater intrusion in the groundwater basin.

23.    The County has a contract with the State of California to take delivery of State Water Project (SWP) Deliveries, with some of those deliveries allocated to the Arroyo Grande watershed municipal water users.  However, SWP delivery allocations can be as low as zero in any given year, with lowest allocations in dry years when the deliveries are needed the most.  This makes the SWP an unreliable water source.

24.    Considering the portfolio of water supply sources available to the area (Lopez Lake, groundwater, SWP deliveries) Lopez Lake is the only reliable water source for these communities.

25. We performed an analysis of breach events in 2015 utilizing County records to characterize the conditions for breaching the sand berm. We performed an additional breach analysis in 2023 as more data became available.

26. Arroyo Grande Lagoon and the Pacific Ocean are separated by a sand berm. When the sand berm is breached and water levels in the Lagoon are high enough, Arroyo Grande Creek runs into the Pacific Ocean. However, breaching of the sand berm at the Lagoon is not a straightforward process and is dependent on magnitude of flow in Arroyo Grande Creek above the Lagoon, duration of flow levels in Arroyo Grande Creek, weather events, water levels in the Lagoon, and time that has elapsed since the previous breach. In addition, occasionally a very high tide will cause the ocean to connect to the Lagoon regardless of flow levels in Arroyo Grande Creek.

27. Over the period of water years 2007 through 2023, the sand berm was breached in 8 of 17 years (water years 2007, 2008, 2009, 2010, 2016, 2017, 2018, and 2023). The USGS maintains a streamgage near Oceano at the 22nd street bridge that crosses Arroyo Grande Creek. The 22nd street bridge streamgage is the last streamgage on Arroyo Grande Creek before it flows into Arroyo Grande Lagoon. Breaches generally occur when the flow in Arroyo Grande Creek at the 22nd street bridge streamgage reaches 100 to 200 cfs and the water surface elevation at the Lagoon is above 8 feet. These conditions can occur following rain events when the flow at the Arroyo Grande Creek at Arroyo Grande streamgage is as low as 35 cfs. At the 22nd street bridge, a flow of 100 cfs corresponds to 2.8-year recurrence interval, meaning it is statistically likely for this flow to occur slightly more often than once every three years.

28. Lopez Lake does not actively operate for flood control and the dam contains a passive spillway with no gated operations. The presence of the lake can prevent high flow events that would cause downstream flooding by storing that water in the lake when capacity is available. Historically, severe flood damage

- 9 - Case No. 2:24-cv-06854 SPG (ASx)

DECLARATION OF JARED EMERY

70209247.v8

occurred in the Arroyo Grande Valley in 1893, 1895, 1907, 1909, 1911, 1914, 1936-37, 1943, 1952, and 2001.  After construction of Lopez Dam, its reservoir capacity helped avoid floods that occurred in other parts of the central coast in 1969, 1983, and 1997. (Swanson Hydrology + Geomorphology, 2006, Arroyo Grande Creek Erosion, Sedimentation, and Flooding Alternatives Study, attached hereto as **Exhibit C**).  Therefore, Lopez Dam has incidental flood control benefits in addition to water supply, recreational, and wildlife benefits.

29.    It is standard practice in water resources engineering to perform hydrologic modeling to evaluate the effect of changes in minimum reservoir release requirements or any other changes to operational requirements.  This modeling will show the effects of these requirements on resulting reservoir storage levels and potential effects on other uses of water from the reservoir.  It is extremely uncommon in California to make significant changes in reservoir operational requirements without a hydrologic modeling analysis.

30.    I performed modeling studies using the Arroyo Grande watershed hydrology model to evaluate the Plaintiffs' Proposed Order.  The modeling studies compared the current Interim Downstream Release Schedule (IDRS) and the Plaintiffs' Proposed Order.  The Proposed Order's flow proposal contains minimum flow releases in Arroyo Grande Creek below Lopez Dam, both year-round flow releases and pulse flow releases.  The flow proposal would require an 8 cfs release from Lopez Dam at all times.  This would increase releases above the IDRS by 2,300 acre-feet per year in non-spill years, a 65% increase.  The amount of minimum releases under the Proposed Order of 2,300 additional acre-feet per year is equivalent to approximately 50 percent of the average annual deliveries to the 48,000 County residents that rely on Lopez Reservoir for water.  This increase in year-round minimum flow requirements makes a large difference in storage drawdown especially during drought sequences.  The resulting increase in storage drawdown will cause wetter years to merely refill the reservoir rather than fill and

DECLARATION OF JARED EMERY
70209247.v8

spill, causing a reduction in spill-created high flow events in the Plaintiffs' proposal.  This reduction in spill events is shown in Figure 3.  Figure 3 shows Lopez Lake storage drawn down due to the Proposed Order and the resulting reduction in fill and spill events.  This could cause less sand berm breaching events and potentially less events that move gravels, less events that flush fine sediments downstream, and other adverse effects.  Table 1 shows the frequency of spill events under both flow regimes.  Figure 3 also shows that under the Plaintiffs' proposal the lake would be nearly empty at the end of two recent drought periods, 2011 through 2015 and 2018 through 2024.  These periods are shown in greater detail in Figure 4 and Figure 5. These storage levels result in taste and odor issues in the treated water supply and could additionally result in supply reductions for the municipal water users.

**Figure 3.  Lopez Lake modeled storage under Proposed Order flow regime.**



DECLARATION OF JARED EMERY

70209247.v8

**Table 1.  Years of spill under proposed order flow regime.**

| Scenario | Years of spill, 1969-2024 |
|---|---|
| IDRS | 20 |
| Plaintiff's Proposed Order | 6 |

**Figure 4.  Lopez Lake modeled storage under Proposed Order flow regime.**



**Figure 5.  Lopez Lake modeled storage under Proposed Order flow regime.**



DECLARATION OF JARED EMERY

70209247.v8

31.     This reduction in spills results in less high flow events in Arroyo Grande.  Annual Peak flow in Arroyo Grande Creek below Lopez Dam is shown in Figure 6.

**Figure 6.  Annual peak flow below Lopez Dam under proposed order.**



32.     Mr. Schmitt claims that the proposed flows will almost certainly be sustainable during the time period that this litigation is proceeding (ECF 182 ¶¶ 116, 130).  He provides no analysis to back up this claim other than referencing the current Lopez Lake storage level.  To my knowledge, Mr. Schmitt has done no numerical analysis of the effects of the proposed flows, which is standard practice in water resources management.  My modeling analysis suggests that Lopez Lake storage could be drawn down almost 10,000 acre-feet per year in dry conditions under the proposed flows.  This drawdown is due to the combination of proposed flows, municipal diversions, evaporation, and agricultural diversions.  Given the large degree of uncertainty in future hydrology, the potential duration of drought events in this watershed, and the uncertainty in the duration of time of this litigation, there is no certainty about whether these proposed flows are sustainable at any starting storage level.

DECLARATION OF JARED EMERY

70209247.v8

33.    Based on my expert knowledge of the Arroyo Grande Creek and its surrounding tributaries, and review of the materials described above, I have formed the following expert opinions.

34.    The construction of Lopez Dam has reduced the magnitude and frequency of flooding for communities along Arroyo Grande Creek.

35.    Lopez Lake reduces winter and spring high flow events while increasing summer flow rates that would be near-zero without releases from the lake.

36.    The Plaintiffs' Proposed Order would result in slightly higher summer flow rates while reducing the frequency of spill flows that could potentially breach the sand berm at Pismo Dunes State Preserve.

37.    The Plaintiffs' Proposed Order could result in Lopez Lake storage levels low enough to cause potential hardships for the municipalities that depend on Lopez Lake as a water supply.  This includes water quality issues due to low storage levels as well as reductions in overall supply.  Storage levels could reach a level causing a reduction in lake releases to Arroyo Grande Creek.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4ᵗʰ day of April, 2026.

_____
Jared Emery

DECLARATION OF JARED EMERY

70209247.v7