NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO, ,<br><br>Defendant. | Case No: 2:24-cv-06854 SPG (ASx)<br><br>**DECLARATION OF DR. MARK R. JENNINGS IN SUPPORT OF THE COUNTY OF SAN LUIS OBISPO'S OPPOSITION TO PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:           May 20, 2026<br>Time:           1:30 p.m.<br>Dept:           5c<br><br>Date Action Filed: Aug. 13, 2024<br>First Am. Comp. Filed: Dec. 27, 2024 |

DECLARATION OF DR. MARK R. JENNINGS

70184364

I, Mark R. Jennings, Ph.D., declare as follows:

1.    Unless otherwise stated on information and belief, I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would competently testify as set forth below.  Any opinion expressed in this declaration is based upon my knowledge, experience, training, and education, as set forth below.

2.    I am currently President and Herpetologist/Fisheries Biologist with Rana Resources in Davis, California (an environmental consulting firm specializing in fishes, amphibians, and reptiles).  I have been employed in this role since July 1988.  I have previously worked as a Research Fisheries Biologist with the U.S. Fish and Wildlife Service's ("USFWS") National Fisheries Contaminant Research Center in Dixon, California (June 1986–June 1990), as a Research Fish and Wildlife Biologist with the U.S. Geological Survey's Biological Resources Division in San Simeon, California (May 1992–Mar. 1999), as an Associate Aquatic Biologist and Herpetologist with H. T. Harvey and Associates (June 1990–Dec. 2000), as an Assistant with the Agricultural Experiment Station at the University of California at Davis (where I researched and wrote the amphibian chapter for the Congress-funded Sierra Nevada Ecosystem Project) (Sept. 1995–Aug. 1998), and as an Assistant Adjunct Professor with the University of California at Santa Barbara (Nov. 1993–Sept. 2002).  Additionally, I am currently a Research Associate at the Department of Herpetology, California Academy of Sciences, Golden Gate Park, San Francisco, California (Jan. 1987–Present); an Associate Herpetologist with Mosaic Associates LLC in Pinole, California (Dec. 1999–Present); and a Senior Associate Ecologist and Herpetologist with Live Oak Associates, Inc., in Oakhurst/San Jose, California (Oct. 1999–Present).  *See* Summary Professional Vitae, attached hereto as **Exhibit A**.

3.    I earned a Bachelors degree in Fisheries and a Masters in Natural Resources (with emphasis in Fisheries) from Cal Poly Humboldt, and a

DECLARATION OF DR. MARK R. JENNINGS

70184364

Ph.D. in Wildlife and Fisheries Science from the University of Arizona.  I am a versatile ecologist, with specialties in both herpetology and fisheries biology.  For the past 49 years, I have worked extensively with a wide variety of fishes, amphibians, and reptiles throughout California including the California red-legged frog (CRLF) [*Rana draytonii*], San Francisco garter snake (*Thamnophis sirtalis tetrataenia*), Transverse Range yellow-legged frog (*R. muscosa*), Sierra yellow-legged frog (*R. sierrae*), foothill yellow-legged frog (*R. boylii*), Rio Grande leopard frog (*Lithobates berlanderi*), arroyo toad (*Anaxyrus californicus*), California tiger salamander (*Ambystoma californiense*), Santa Cruz long-toed salamander (*A. macrodactylum croceum*), northwestern pond turtle (NWPT) [*Actinemys marmorata*], southwestern pond turtle (SWPT) [*A. pallida*], giant garter snake (*Thamnophis gigas*), striped racer (*Masticophis lateralis*), tidewater goby (TG) [*Eucyclogobius newberryi*], red shiner (*Notropis lutrensis*), chinook salmon (*Oncorhynchus tshawytscha*), steelhead (*O. mykiss irideus*), and coastal cutthroat trout (*O. clarkii clarkia*).  I am considered an expert on California's herpetofauna; my published check list of amphibians and reptiles in the state is currently in its third edition (Jennings 2004).[1]

4.    I have a long history of working to protect the CRLF, NWPT, and SWPT.  As a Research Associate with the Department of Herpetology, California Academy of Sciences, I was awarded a grant in 1988 to serve as the Co-Principal Investigator (with Dr. Marc P. Hayes, then a graduate student at the University of Miami) in a 6-year study of the status of third category (species of special concern) amphibians and reptiles in the state for the California Department of Fish and Game (now known as the California Department of Fish and

---

[1] Jennings, M.R., Annotated check list of the amphibians and reptiles of California and adjacent waters, California Fish and Game 90(4):161-213 (2004), attached hereto as **Exhibit B**.

Wildlife).[2]  The final report included recommendations for changes in status (the CRLF, NWPT, and SWPT were then known as game species, along with other sport fish) and opportunities for future research, and we also proposed that the CRLF, NWPT, and SWPT be listed as endangered and threatened, as determined by their geographical location.[3]  This final report has subsequently been widely cited in scientific publications, agency reports, environmental impact studies, and pertinent litigation and case law and has undergone a second revision by other researchers.

5.      Since 1987, I have appeared on national television a number of times advocating for the conservation of the CRLF, NWPT, SWPT, and other native amphibians and reptiles of California.  Requests for interviews and news stories about declining amphibians accelerated greatly after the subject became a national media story due to the special workshop on "Declining Amphibians–A Global Phenomenon?" by the Board on Biology of the National Research Council on February 19, 1990, in Irvine, California.  Specifically, I have advocated for the conservation of the CRLF on CNN News (several times), as well as The CBS Evening News with Dan Rather.  Coupled with the above, I have talked with dozens of reporters over the years regarding the CRLF and declining amphibian issues.  My work on the conservation of the CRLF has been covered in many

[2] Jennings, M.R., and M.P. Hayes, Amphibian and reptile species of special concern in California, California Department of Fish and Game (1994), attached hereto as **Exhibit C**.

[3] We recommended that the Southern California populations of CRLF be listed as endangered due to the fact that there was only one known extant population remaining in southern California south of Los Angeles County to the Mexican border and that all other populations north of Southern California be listed as threatened.  For the NWPT and SWPT, we recommended that the former be listed as endangered or threatened depending on geographic location and that the SWPT be listed as endangered.

DECLARATION OF DR. MARK R. JENNINGS

70184364

prominent publications over the years including the Los Angeles Times, The Los Angeles Times Magazine (includes a major biography of my CRLF work), Newsweek, the New York Times, Time Magazine for Kids, and the San Francisco Chronicle.  Besides the above, Kathryn Phillips published a timely book in 1994 entitled "Tracking the Vanishing Frogs" which described the efforts of Dr. Hayes and myself to list the CRLF.  This publication, as well as our joint scientific publications over the years, brought us international recognition as experts on the CRLF, as well as the need for the CRLF's protection and conservation.

6.     On January 15, 1992, Dr. Marc Hayes, Mr. Dan Holland, and I also petitioned the USFWS to list the CRLF, NWPT, and SWPT on the federal Endangered Species Act ("ESA").[4]  I worked extensively with the USFWS biologists in guiding this petition package through each stage of the listing process. This work included collaborating with the individuals identified below (whose names are stated as "primary authors" with published Federal Register notices regarding this petition).  I first answered questions from Peter C. Sorensen regarding the original listing package.  I next answered questions (both by telephone and written correspondence) and provided further data and supporting documents to Karin J. Miller.  Karin was the individual who split the CRLF petition from the NWPT/SWPT petition and moved the former through the listing process at the Sacramento Field Office (the NWPT/SWPT petition was eventually denied due to the lack of sufficient data to justify listing).  She also wrote the proposed rule for the CRLF that was published in the Federal Register on February 2, 1994.  Finally, I worked again with Mr. Sorensen and Ms. Miller, along with other biologists in the Sacramento Field Office who reviewed the public comments

---

[4] Jennings, M.R., M.P. Hayes, and D.C. Holland, Petition to the U. S. Fish and Wildlife Service to place the California Red-legged Frog (*Rana aurora draytonii*) and the Western Pond Turtle (*Clemmys marmorata*) on the list of endangered and threatened wildlife and plants (1992) attached hereto as **Exhibit D**.

to the proposed listing package for the CRLF.  I eventually provided further data to help them answer some comment questions.  Subsequent to that, various court proceedings to prevent the listing ensued, during which time I provided input and guidance to Neal E. LeVine of the Environmental Defense Center in Santa Barbara when needed.  Mr. LeVine handled all legal challenges to the listing package with the assistance of Dr. Samuel S. Sweet of the University of California at Santa Barbara.  Eventually, the final threatened listing for the CRLF became effective on June 24, 1996.

7.    I also participated in the drafting of the USFWS's Recovery Plan for the California Red-legged Frog (*Rana aurora draytonii*) (a copy of which is attached hereto as **Exhibit E**) and am listed as part of the Recovery Team as a "Contributor."  Ex. E at iii.  As requested by the Recovery Team Manager Ina Pisani, I provided expertise on life history data, research publications, and land management examples, and I answered questions on the phone, participated in recovery team meetings at Mare Island, and reviewed drafts of the document.  Subsequent to the publication of the Recovery Plan, I continued to participate in recovery team meetings for the CRLF as requested by the USFWS.

8.    During my employment with the Biological Resources Division of the U.S. Geological Survey (formerly the Research Division of the USFWS) from 1992-1999, I conducted life history research on the TG, CRLF, and SWPT.[5] Part of this work entailed a study of the replacement of four bridges on Hwy 1 in the northwest corner of San Luis Obispo County and their impacts to CRLF,

---

[5] Rathbun, G. B., M. R. Jennings, T. G. Murphey, and N. R. Siepel, Status and ecology of sensitive aquatic vertebrates in lower San Simeon and Pico Creeks, San Luis Obispo County, California.  Final report prepared for the California Department of Parks and Recreation, San Simeon Region, through Cooperative Agreement (14-16-0009-01-1909).  U.S. Fish and Wildlife Service, National Ecology Research Center, Piedras Blancas Research Station, San Simeon, California (1993).

SWPT, two-striped gartersnakes (*Thamnophis hammondii*), and fishes (especially TG and juvenile steelhead) in the creeks spanned by these bridges.  I was one of the Principal Investigators on this project and our group was the first to develop and test a groundbreaking new method for attaching external radio transmitters to CRLF (which was published by Rathbun and Murphey 1996)[6] as well as modifying the types of external radio transmitters used on SWPT.  One major result of our study demonstrated that CRLF breeding in coastal lagoons (such as Pico Creek, Little Pico Creek, San Simeon Creek, and Arroyo Laguna) will move upstream to riparian ecosystems in the summer when the coastal lagoons become too saline for them.  While in the riparian area of dense vegetation, CRLF must return to the remaining pools of freshwater to rehydrate every few days.  Before our study, these largely dry riparian habitats from the summer through the fall months were considered inhabitable for the CRLF, but our radio tracking studies showed otherwise.  Another major result of our study showed that SWPT moved about and nested in several kinds of habitats not previously documented which showed how vulnerable this species was to current land use practices and the removal of vegetation from riparian corridors.[7,8]  Finally, I was also able to document the large

[6] Rathbun, G.B., and T.G. Murphey, Evaluation of a radio-belt for ranid frogs, Herpetological Review, 27(4):187-189 (1996) attached hereto as **Exhibit F**.

[7] Jennings, M. R., Conservation and biodiversity of amphibians and reptiles along the central California coast.  Pages 33-40 *In*: N. Chiariello and R. F. Dasmann (editors).  Proceedings of the Symposium on Biological Diversity of the Central California Coast.  Association for the Golden Gate Biosphere Reserve, University of California, Department of Environmental Science, Policy, and Management: Cooperative Extension Forestry (1998a).

[8] Jennings, M. R., Western pond turtle, *Clemmys marmorata*.  Pages 204-207 *In*: P. R. Olofson (editor).  Baylands Ecosystem Species and Community Profiles: Life Histories and Environmental Requirements of Key Plants, Fish and Wildlife.  San Francisco Bay Area Wetland Goals Project, San Francisco Bay Regional

differences in TG populations from year to year depending on the amount of suitable stream and lagoon habitat present.

9. Over my professional career, I have received authorizations from USFWS, the California Department of Fish and Wildlife, and the California Department of Parks and Recreation to investigate, study, and handle TG and CRLF. These include the following permits: USFWS Federal Permits (Subpermits #NBSPBS-1 and #NBSPBS-2), as well as #TE036501-4, -5, and -6), and PRT-797267) and California Department of Fish and Game (Scientific Collecting Permits #40165, #4042, #0813, #5072, #0489, #5123, #0401, #2284, #2339, #801068-02, #80113-01, and #801006-02). Such permits are noted in the acknowledgement sections of my various professional publications and reports.

10. I have served as an expert witness for the CRLF in the U.S. District Court for the Northern District of California in over a dozen court cases. I have additionally provided detailed testimony to law enforcement officials in the past regarding evidence that dealt with CRLF and potential violations of the Endangered Species Act. Coupled with the above, I have provided design recommendations and supervised the re-construction (as well as salvage of the CRLF and NWPT populations) of an illegally filled CRLF breeding pond near Dublin for the USFWS.[9]

11. Given my decades of experience, I am very familiar with the process regarding how endangered species surveys are conducted, environmental impact reports are written, how required biological information is submitted and justified before the proper agencies (e.g., USFWS, Regional Water Quality Control

Water Quality Control Board, Oakland, California (2000) attached hereto as **Exhibit G**.

[9] Hopkins, R.A., *et al*., Restoration and Monitoring Plan (Phase II) for Excavated Pond, Mission Peak Property, 6847 Tassajara Road, Alameda County, California (Revised), Project No. 259-01 (Feb. 6, 2001).

DECLARATION OF DR. MARK R. JENNINGS
70184364

Boards, California Department of Fish and Wildlife, National Marine Fisheries Service), and how Agency documents such as biological opinions and Streambed Alteration Agreements are actually interpreted under working field conditions. Over my 49 years of professional experience, I've conducted more than 250 protocol visual surveys for CRLF in the Bay Area, Central Coast, North Coast, Sierra Nevada foothills, Southern California, and the San Joaquin Valley.  I've also conducted dozens of visual surveys for NWPT/SWPT in the same locations, as well as dozens of visual surveys for TG at sites along the Central Coast. Additionally, I've acted as an approved biological monitor on over 100 project construction sites over the past 20 years.  In such a capacity, it has been my job to make sure that approved construction activities do not harm listed species, that they follow all the stipulations listed in approved Agency permits, and finally that clients be held accountable to the Agencies if they violate any one of their permit requirements.  Although the latter is rare, I have reported observed permit violations to the California Department of Fish and Wildlife during my career (which resulted in enforcement action being taken by the Department).

12.     Since 1980, I have published over 105 peer-reviewed scientific papers, 80 of which focus on the field of herpetology and 25 of which concentrate on the field of fisheries biology (including those that deal with steelhead).[10] During my career, I have received awards from scientific societies for my publications and work in amphibian conservation.  These awards include: the Nobel Science Award; California Fisheries Restoration Grant; Special Achievement Award for Superior Service, USFWS; Conservation Award, Southwestern Herpetologists Society; Special Achievement Award for Superior

[10] Mills, T. J., D. R. McEwan, and M. R. Jennings, California salmon and steelhead:  beyond the crossroads.  Pages 91-111 *In*:  D. J. Stouder, P. A. Bisson, and R. J. Naiman (editors).  Pacific Salmon and Their Ecosystems:  Status and Future Options.  Chapman & Hall, New York (1996) attached hereto as **Exhibit H**.

Service, National Biological Survey; and listings in Marquis Who's Who and Marquis Who's Who in the West.  Publications of mine, as well as other co-authors, including Dr. Marc P. Hayes and Dr. Vance T. Vredenburg, are cited in the two standard college textbooks for Herpetology (both currently in their 3rd editions), as well other important review works for amphibians and reptiles (e.g., Wells 2007).[11]

13.    I have also been awarded numerous grants which focus specifically on amphibian and reptile species, including:  Amphibian and Reptile Species of Special Concern in California, grant Awarded by the State of California (1988); Status of red-legged frogs in Pescadero Natural Area, grant awarded by the State of California (1989); Study of the San Francisco garter snake (*Thamnophis sirtalis tetrataenia*) at Pescadero Marsh and Theodore J. Hoover Natural Preserves, grant awarded by the State of California (1991); Interagency Agreements between the U.S. Forest Service (Angeles National Forest) and the USFWS for aquatic amphibian surveys (1993, 1994); Independent Consultant Agreement awarded by the University of California at Davis for a report on the status and biology of the amphibians of the Sierra Nevada (1994); Interagency Agreement between the U.S. Forest Service (Angeles National Forest) and the National Biological Service for ranid frog surveys (1995); Interagency Agreement between the USFWS and the National Biological Service for developing a recovery plan for the endangered arroyo toad (1996); Interagency Agreement between the U.S. Forest Service (Angeles and San Bernardino National Forests) and the U.S. Geological Survey for monitoring ranid frog populations (1997); Interagency Agreement between the U.S. Forest Service (Angeles and San Bernardino National Forests) and the U.S. Geological Survey for monitoring ranid frog populations (1998); Conservation of

---

[11] Wells, K.D., The ecology and behavior of amphibians, University of Chicago Press, Chicago and London (2007).

DECLARATION OF DR. MARK R. JENNINGS

70184364

mountain yellow-legged frogs in Kings Canyon National Park; grant awarded by the U.S. Geological Survey (1999); Interagency Agreement between the U.S. Forest Service (Angeles and San Bernardino National Forests) and the U.S. Geological Survey for monitoring ranid frog populations (1999); and Interagency Agreement between the U.S. Forest Service and the U.S. Geological Survey for producing a conservation strategy for the mountain yellow-legged frog in the Sierra Nevada (1999).

14.     I am actively involved as a member in numerous professional scientific organizations, including:  the American Fisheries Society (Parent Society/Cal-Neva Chapter/Sacramento-Davis Chapter/Education Section/Fish Health Section/Introduced Fish Section/Fisheries History Section); American Society of Ichthyologists and Herpetologists (former Society Historian); Society for the Study of Amphibians and Reptiles (former Current Literature Scanner); Herpetologists' League; International Herpetological Symposium, Inc.; Association of Systematics Collections; American Institute of Fishery Research Biologists; Desert Fishes Council; The Gilbert Ichthyological Society (Fellow); The Wildlife Society (Parent Society/Western Section/Sacramento-Davis Chapter); California Academy of Sciences (Research Associate, Department of Herpetology); Society for the History of Natural History; and the International Society for the History and Bibliography of Herpetology.  I maintain an active speaking schedule, having given over 150 official presentations on various ichthyological and herpetological topics to a wide variety of scientific and lay audiences over the past 25 years-everything from keynote presentations at scientific meetings, to discussions at society-sponsored workshops, to talks at local meetings of the Audubon Society.

15.     I have also conducted pro bono work for a number of environmental organizations, agencies, universities, consultants, and private individuals regarding CRLF, NWPT, and SWPT, as well as other native California

- 10 -                                      Case No. 2:24-cv-06854 SPG (ASx)
DECLARATION OF DR. MARK R. JENNINGS

70184364

amphibians and reptiles over the past 3 decades.  Such work has included items such as reviewing photographs to correctly identify the species shown, leading professional workshops on how to survey for various amphibians and reptiles, conducting field trips, working with graduate and undergraduate students, providing specimen (or observation) location data, and reviewing documents.

16.     In preparing this declaration I reviewed the Proposed Order Granting Plaintiffs' Second Motion for Preliminary Injunction (Proposed Order), as well as the supporting 69 exhibits (including the Schmitt Declaration).  I have also reviewed the documents cited in this declaration and the materials identified in **Exhibit I** attached hereto.

17.     Based on my expert knowledge of steelhead, TG, CRLF, and review of the materials described above, I have formed the following opinions.

18.     First, Plaintiffs assert that the increased pulse flows required in the Proposed Order will benefit steelhead and other listed species under the Endangered Species Act, such as TG and CRLF.  Plaintiffs primarily rely on the declaration of Tevin Schmitt (ECF No. 182) to support this assertion.  Based on my review of his declaration, it appears that Mr. Schmitt has no firsthand experience with the TG and has very limited experience with the CRLF (and apparently only in the Santa Clara River system).  Moreover, many of Mr. Schmitt's citations relating to aspects of TG and CRLF are from the published U.S. Fish and Wildlife Service TG and CRLF recovery plans,[12] the latter of which is based in part upon my own published and unpublished research.  This is important because although his declaration is very long, it is clear that he is unaware of the regional differences in TG and CRLF ecology and life-history traits that make them highly vulnerable to harm from the actions in the Proposed Order.  In light of

---

[12] The 2002 CRLF Recovery Plan is attached hereto as Exhibit E. The 2005 TG Recovery Plan is attached hereto as **Exhibit J**.

DECLARATION OF DR. MARK R. JENNINGS
70184364

this, I discuss the short-comings of his declaration to show that the Plaintiffs have not accounted for the potential harm to resident TG and CRLF in Arroyo Grande Creek and Lagoon if the Proposed Order is implemented.

19.    Before I begin, I want to note that I have written two recovery plans for the USFWS (Jennings 1997a, 1997b)[13,14], one of which was finalized and published (Jennings and McLaughlin 1999).[15]  Further, I submitted a detailed proposal to write the draft recovery plan for the TG through the California Academy of Sciences (Jennings 1994, in litt.),[16] and I have peer reviewed a number of draft recovery plans for the USFWS, including the one for CRLF.  Thus, I can attest to how recovery plans are designed, written, and implemented.

20.    Based on my reading of Mr. Schmitt's declaration, Mr. Schmitt is attempting to use both the CRLF and TG Recovery Plans as his knowledge base to support his contentions.  He provides no peer-reviewed publications, unpublished reports, or scientific presentations from his own "experience" with TG

---

[13] Jennings, M. R., Santa Cruz long-toed salamander (*Ambystoma macrodactylum croceum*) revised recovery plan.  Final draft report prepared for the U.S. Fish and Wildlife Service, Ventura, California, through Interagency Agreement (11440-4-5188).  National Biological Service [=U.S. Geological Survey], California Science Center, Piedras Blancas Field Station, San Simeon, California.  vii+59 p., (1997a).

[14] Jennings, M. R., Arroyo toad (*Bufo microscaphus californicus*) recovery plan. Final draft report prepared for the U.S. Fish and Wildlife Service, Ventura, California, through Interagency Agreement (10120-5-7032).  National Biological Service [=U.S. Geological Survey], California Science Center, Piedras Blancas Field Station, San Simeon, California.  viii+77 p., (1997b).

[15] Jennings, M. R., and G. S. McLaughlin, Arroyo southwestern toad (*Bufo microscaphus californicus*) recovery plan.  U.S. Fish and Wildlife Service, Region 1, Portland, Oregon.  vii+119 p., (1999) attached hereto as **Exhibit K**.

[16] December 12, 1994, letter [#4,193] and proposal from Mark R. Jennings to Field Supervisor, U.S. Fish and Wildlife Service, Ventura, California.  4 p.

DECLARATION OF DR. MARK R. JENNINGS

70184364

or CRLF to support his conclusions.  This is significant, because recovery plans are by design compromise documents based on the various opinions of the recovery team, stakeholders, and USFWS staff.  As such, they can often include statements or information that is later shown to be scientifically incorrect or outdated.  Further, recovery plans include biological information from a wide variety of sources that other scientific experts (including members of the official recovery team) may disagree with—sometimes strongly.  This is because there is often great variation in the life history traits of the species within its range that are being covered.

21.    For example, at ECF No 182 at ¶ 18, regarding designated CRLF critical habitat, Mr. Schmitt contends that that the final rule is a "well-supported analysis that I agree with and am relying on."  In the case of the CRLF, approximately 5,373,650 acres was initially identified as critical habitat in the original proposal (U.S. Fish and Wildlife Service 2000).[17]  This was eventually whittled down to 450,288 acres (only 8.38% of the original acreage) after numerous lawsuits in Federal Court (U.S. Fish and Wildlife Service 2006).[18]  Hardly an endorsement of a well-thought criteria for denoting critical habitat for this species.

22.    With regard to the life history and ecology of CRLF, I have written many published detailed summaries of the life history of CRLF over the

---

[17] U.S. Fish and Wildlife Service, Endangered and threatened wildlife and plants; proposed designation of critical habitat for the California red-legged frog (*Rana aurora draytonii*).  Federal Register, 65(176):54892-54932 (2000) Monday, September 11, 2000.

[18] U.S. Fish and Wildlife Service, Endangered and threatened wildlife and plants; designation of critical habitat for the California red-legged frog, and special rule exemption associated with final listing for existing routine ranching activities. Federal Register, 71(71):19244-19346, (2006), Thursday, April 13, 2006.

years (e.g., Jennings and Hayes 1994, Jennings 2000).[19]  In my previous declaration, I was very specific regarding the known breeding season for CRLF in San Luis Obispo County being in "March and April" and "[o]utliers may be noted in late February and early May, but the majority of reproduction occurs on this part of the Central Coast of California during the March and April time period."  ECF No. 18-10 at ¶ 20.  The time frame is based on my personal experience with CRLF, which includes initially studying CRLF populations in 3 streams in northern San Luis Obispo County over a continuous 7-year period.  This is important because the months of February-May are the same time interval that increased pulse flows (on top of natural rainfall events) are asked for in the Proposed Order.  It is a well-documented fact that CRLF breed at different times depending on the geographic location (the overall time frame is November-May with more northern populations usually breeding in December and January and more southern populations in central California breeding February to May).  In fact, the approved survey protocol for CRLF by the U.S. Fish and Wildlife Service requires different time periods depending on the geographic location (U.S. Fish and Wildlife Service 2005).[20]

23.    Actual breeding of CRLF in any given stream may or may not start after a recent rainstorm.  It truly varies.  Mr. Schitt contends in ECF No 182 at ¶ 79 that the lack of pulse flows removes a cue for CRLF breeding.  This is not

---

[19] Jennings, M. R., California red-legged frog, *Rana aurora draytonii*.  Pages 201-204 *In*:  P. R. Olofson (editor), Baylands Ecosystem Species and Community Profiles:  Life Histories and Environmental Requirements of Key Plants, Fish and Wildlife.  San Francisco Bay Area Wetland Goals Project, San Francisco Bay Regional Water Quality Control Board, Oakland, California (2000).

[20] U.S. Fish and Wildlife Service, Revised guidance on site assessments and field surveys for the California red-legged frog.  U.S. Fish and Wildlife Service, Sacramento, California, August (2005) attached hereto as **Exhibit L**.

accurate.  CRLF breed in all sorts of aquatic habitats that don't have pulsed flows (e.g., backyard koi ponds, golf course ponds, wells, marshland bogs, etc.).  The environmental cues for CRLF breeding are likely tied to air temperature and rainfall events (see below).

24.     I have observed CRLF not breeding at San Luis Obispo County locations in February after initial rainstorms when air temperatures are around 40°F or less.  On the other hand, CRLF often start breeding if a warm "Pineapple Express" storm arrives early during the winter rainy season.  The point is that the start of breeding for CRLF on Arroyo Grande Creek occurs during the overall range of February-May when their egg masses and young larvae would be most vulnerable to the negative effects of increased water releases as requested in the Proposed Order.

25.     Breeding of CRLF begins when male frogs vocalize to attract females.  It is important to note that CRLF in this part of their range have paired external vocal sacks (Hayes and Krempels 1986).[21]  This means that their breeding calls are conducted above water.  Females attracted to the calls of breeding males are held by the males (in amplexus) and after a varying period of time (minutes to days), a string of eggs are laid and fertilized, often attached to some kind of stick or other vegetation brace near the water surface.  However, it is important to note that the lack of vegetation around the edges of aquatic breeding habitats (e.g., due to livestock grazing) does not preclude CRLF laying egg masses in other deep water areas (see below in paragraph 30).

26.     The string of eggs is laid back and forth by the female, so it is glued together into a mass of eggs about the size of a human fist.  The resulting

---

[21] Hayes, M. P., and D. M. Kremples, Vocal sack variation among frogs of the genus *Rana* from western North America.  Copeia, 1986(4):927-936 (1986), attached hereto as **Exhibit M**.

DECLARATION OF DR. MARK R. JENNINGS
70184364

egg mass then swells in the water to a much larger size (about the size of a softball) and the developing embryos inside are quite delicate and "can be easily dislodged" (U.S. Fish and Wildlife Service 2005) by physical harm (e.g., stepped on by an animal) or flowing water at increased rates of speed, such as the rates that would result from the pulse flows requested in the Proposed Order.  I am informed and believe, based on conversations with the County's other experts, that the pulse flows under the Proposed Order will significantly exceed flow rates under the County's Interim Downstream Release Schedule.  Additionally, the pulse flows in the Proposed Order are potentially two to five times greater than the pulse flows requested by Plaintiffs in their 2024 filing.  The potential negative impacts from these pulse flows are also heightened, as Plaintiffs' Proposed Order provides for the possibility of up to five pulse flows in a water year.  If the vegetation brace is easily broken or the egg masses are themselves washed off the brace it is highly likely that they would perish rather than just resting on the bottom due to the current pushing them downstream.

27.    Mr. Schmitt states in ECF No 182 at ¶ 149 that CRLF egg masses "do not always" get washed out during rain events and high flows.  He provides no further information regarding the location(s), size of such rain events, and size of the high flows.  As I've stated earlier based on my own field observations, CRLF will lay their eggs in locations subject to being washed away during storm events.

28.    The published numbers of eggs (or developing embryos) for individual CRLF egg masses indicate a range of 300-6,000 (Storer 1925, Jennings and Hayes 1994, Fellers 2005),[22,23] with Fellers (2005) indicating an average of

[22] Storer, T. I., A synopsis of the Amphibia of California.  University of California Publications in Zoology, 27:1-342, (1925).

[23] Fellers, G. M., *Rana draytonii* Baird and Girard, 1852(b), California red-legged

DECLARATION OF DR. MARK R. JENNINGS
70184364

around 2,000 eggs for CRLF studied in Marin County.  Actual egg counts for CRLF individual egg masses are rare.  I note Storer (1925) recorded an actual count of 2,250 eggs from a CRLF egg mass collected in Contra Costa County.  In my own research, I have counted 1,311 and 2,216 individual eggs from CRLF egg masses collected in San Mateo County for laboratory salinity studies (Jennings and Hayes 1990).[24]

29.    As I mentioned in my previous declaration (ECF No. 18-10 at ¶ 20), such deposited egg masses usually take around a week or longer to hatch (=6-14 days depending on the water temperature), and "the newly hatched larvae are delicate and easily injured or killed" (U.S. Fish and Wildlife Service 2005). Egg mass mortality events can occur when they are scoured out, or knocked off, by quick variations in stream flow.  For example, when backed up freshwater lagoons are opened up by flood events, the water levels drop precipitously.  I have observed CRLF egg masses deposited in such situations (e.g., pickleweed flats) become stranded on the surface and dry out.  I have also observed CRLF egg masses along streams on the upper stems of cattails and tules torn off when water levels dropped more than a foot after only 2-3 days due to the stems bending under the weight of the egg masses as the water levels dropped.  This resulted in the water current continuously pushing against the egg mass on the bent stem until it was pulled off.

---

frog.  Pages 552-554 *in*:  M. Lannoo (editor).  Amphibian Declines:  The Conservation Status of United States Species.  University of California Press, Berkeley, Los Angeles, and London (2005).

[24] Jennings, M. R., and M. P. Hayes, Final report of the status of the California red-legged frog (*Rana aurora draytonii*) in the Pescadero Marsh Natural Preserve. Final report prepared for the California Department of Parks and Recreation, Sacramento, California, through Agreement (4-823-9018).  Department of Herpetology, California Academy of Sciences, Golden Gate Park, San Francisco, California.  56 p., May (1990).

- 17 -                    Case No. 2:24-cv-06854 SPG (ASx)
DECLARATION OF DR. MARK R. JENNINGS

30.     Mr. Schmitt's declaration demonstrates a lack of understanding of the variability of the known breeding habitats where CRLF lay their eggs.  Mr. Schmitt states that his review of some literature indicates that slack water habitats at the edge of streams and ponds are the locations of CRLF deposition sites and that they are rarely found in the center of watercourses (ECF No 182 at ¶ 20).  But Mr. Schmitt's recitation of these generalized statements demonstrates his lack of experience with and understanding of CRLF generally, and with the population in the Central Coast of California in particular.  My personal and long-running experience with CRLF along with others (U.S. Fish and Wildlife Service 2005, Wilcox *et al.* 2017),[25] demonstrates that CRLF egg deposition sites are actually more variable than Mr. Schmitt speculates about in his declaration.  For example, Wilcox *et al.* (2017) found CRLF egg masses attached to old California bulrush (*Schoenoplectus californicus*) and common spikerush (*Eleocharis palustris*) on the bottom (to 10.5-feet deep) and in the center (to 40-feet away from shore) of artificial stock ponds.  I have observed CRLF egg masses attached to rocks and broken sticks up to 5-feet deep in the bottom (and near the center) of a reservoir in Monterey County.  The resultant study of this CRLF population showed successful breeding, larval development, and recruitment (Jennings and Zander 2011).[26]  This observation is important because it indicates that CRLF egg masses laid underwater are easily missed due to surveyors not looking in such habitats (they

[25] Wilcox, J. T., M. L. Davies, K. D. Wellstone, and M. F. Keller, Traditional surveys may underestimate *Rana draytonii* egg-mass counts in perennial stock ponds.  California Fish and Game, 103(2):66-71 (2017) attached hereto as **Exhibit N**.

26 J Jennings, M. R., and M. J. Zander, Ocular surveys populations estimates, and habitat assessment, for California red-legged frogs (*Rana draytonii*), at White Rock Lake, Monterey County, California.  Final Report prepared for William G. Dorey, White Rock Club, Monterey, County California.  Zander Associates, San Rafael, California.  17 p., (2011).

DECLARATION OF DR. MARK R. JENNINGS

70184364

aren't mentioned in the USFWS protocol survey instructions; see also Wilcox *et al.* 2017), and also being unable to fully view underwater habitats due to the surface covered with algae, poor water quality, or just the depth of the water column (it's very hard to see over a couple of feet deep in the water column unless the water clarity is excellent and the water surface is still).  This point is important because the presence of CRLF egg masses laid deep underwater make them even more vulnerable to the negative effects of the pulsed flows requested in the Proposed Rule.  Such egg masses would not only be subject to scour from increased pulsed water flows; they would also be subject to being covered with sediment when waterflows recede.

31.    Once CRLF eggs hatch, the resulting larvae are poor swimmers when young and require protected areas of slack water to grow.  Thus, even if egg masses successfully hatch, their young larvae remain susceptible to being swept away by pulsed flows for another several weeks, something alluded to by Mr. Schmitt (ECF No 182 at ¶ 22).

32.    Larval CRLF typically require 3 to 5 months to reach a size suitable for metamorphosis.  Historically, it was presumed that all CRLF larvae typically metamorphose into juvenile frogs by the period of July to September although Storer (1925) postulated that they might overwinter (Jennings and Hayes 1994).  However, Mr. Schmitt fails to recognize in his declaration that it has become known over the past quarter of a century that CRLF larvae overwinter in parts of their native range in California including San Luis Obispo County and other locations in central California (Fellers *et al.* 2001).[27]  This again demonstrates Mr. Schmitt's fundamental lack of knowledge related to CRLF, and the speculative

---

[27] Fellers, G.M., A. Launer, G. Rathbun, S. Bobzien, J. Alvarez, D. Sterner, R.B. Seymour, and M. Westphal, Overwintering tadpoles in the California red-legged frog (*Rana aurora draytonii*), Herpetological Review, 32(3):156-157 (2001) attached as **Exhibit O**.

nature of his opinions.  Additionally, recent observations provided in Alvarez *et al.* (2025) claim that this life history trait is probably common throughout the species range.[28]

33.    Plaintiffs have contended that introduced bullfrogs (*Lithobates catesbeianus*) and other exotic aquatic predators would be susceptible to being swept away during flood events or pulsed flows to the benefit of native aquatic species.  This theory is based on the Plaintiffs' use of the document by Dr. Susan V. Christopher (California Red-Legged Frog and Tidewater Goby Habitat Assessment For Arroyo Grande Creek, San Luis Obispo County, California, 2010) [ECF No 182 at ¶ 134] that indicated since bullfrogs have to overwinter at least 1 year as larvae to mature, they would be vulnerable to being killed during winter flood events due to their pond type larval body shape being appropriate for ponded or slack water habitats rather than swiftly flowing water in which they easily tire and therefore get swept downstream.  Certainly, some bullfrog larvae are killed during winter flood events.  However, the potential presence of overwintering CRLF larvae in streams such as Arroyo Grande Creek means that they too (with their same pond type larval body shape) are susceptible to being killed by the increased water discharges and pulsed flows requested in the Proposed Order.

34.    Mr. Schmitt states in ECF No 182 at ¶ 135 that bullfrogs are a top predator of CRLF, a significant threat to the species, and that without a more natural hydrologic regime bullfrogs are likely to decimate the CRLF population.  I have conducted research on this issue for a very long time since first writing a

---

[28] Alvarez, J.A., I. T. Parr, A. Peralta-García, and J.H. Valdez-Villavicencio, Further evidence of range-wide overwintering in the larvae of the California red-legged frog (*Amerana draytonii*), Herpetology Notes, 18:323-327 (2025) attached hereto as **Exhibit P**.

DECLARATION OF DR. MARK R. JENNINGS

70184364

seminal paper on the subject (Hayes and Jennings 1986)[29] and continuing to document where populations of CRLF and bullfrogs seeming coexist for extended periods of time (Cook and Jennings 2001, 2007).[30,31]  Bullfrogs are known to have coexisted with CRLF populations at number of sites along the central coast region of California such as at Point Reyes National Seashore for decades (Jennings 1998a)[32].  This co-occurrence may be due to cooler temperatures in the coastal fog belt greatly restricting bullfrog reproductive success and the presence of suitable aquatic and terrestrial habitat for CRLF to survive in bullfrog-occupied ponds (Jennings 1998a).  For the lower Arroyo Grande Creek channel, the idea that you can merely modify the flow regime to eliminate the bullfrog issue is untenable as long as breeding bullfrog populations remain in the many stock ponds in the drainage on nearby private lands.  Juvenile and adult bullfrogs will just keep moving into the main creek channel from these source sites during the rainy season.  In my professional experience using typical predator control measures to control bullfrogs in habitats occupied by CRLF (such as my old CRLF study sites

[29] Hayes, M. P., and M. R. Jennings, Decline of ranid frog species in western North America:  are bullfrogs (*Rana catesbeiana*) responsible?  Journal of Herpetology, 20(4):490-509 (1986).

[30] Cook, D., and M. R. Jennings, Natural history notes:  *Rana aurora draytonii* (California red-legged frog).  Predation.  Herpetological Review, 32(3):182-183 (2001).

[31] Cook, D. G., and M. R. Jennings, Microhabitat use of the California red-legged frog and introduced bullfrog in a seasonal marsh.  Herpetologica, 63(4):430-440 (2007) attached hereto as **Exhibit** Q.

[32] Jennings, M. R., Conservation and biodiversity of amphibians and reptiles along the central California coast.  Pages 33-40 *In*: N. Chiariello and R. F. Dasmann (editors).  Proceedings of the Symposium on Biological Diversity of the Central California Coast.  Association for the Golden Gate Biosphere Reserve, University of California, Department of Environmental Science, Policy, and Management: Cooperative Extension Forestry (1998a).

DECLARATION OF DR. MARK R. JENNINGS

70184364

in Calaveras County and Riverside County), you typically end up losing the local CRLF population anyway because you cannot commit to the required continuous effort in removing bullfrogs from the aquatic habitats of concern when they keep immigrating from nearby source site under which you have no control.  Bullfrogs have such high reproductive rates that they can easily recolonize areas from nearby source breeding ponds.

35.     Mr. Schmitt cites in his declaration the information from the CRLF Recovery Plan (U.S. Fish and Wildlife Service 2002) regarding salinity levels which are lethal to CRLF developing embryos and larvae and how that relates to water releases in the Proposed Order (ECF No 182 at ¶ 25).  Notably, this study was conducted by me (Jennings and Hayes 1990).  Through laboratory experiments and field observations, I showed that water should have salinity levels of ≤4.5‰ and ≤7.0‰ to ensure the survival of developing embryos and larval CRLF respectively.  Another very important finding was the fact that frogs were unable to determine if an egg deposition site would be lethal to their eggs or developing embryos.  I found that adult CRLF pairs in amplexus laid their eggs at locations where salinity levels were high enough to result in the complete mortality of the egg masses.  Further, laboratory experiments showed that it only took a short period of time (24-48 hours) for lethal salinity levels (as identified above) to kill any developing embryos.  This point is important because it shows that any efforts to modify the draining of the lagoon through pulsed releases puts CRLF egg masses in potential harm's way, even if exposed to excess salinity levels for only a day or two.  This is due to the fact that saltwater inflows can still reach parts of the lagoon (where CRLF can potentially breed) during tidal actions at high tide, even when the lagoon is open and flowing, or full of water when the sandbar at the mouth is closed.

36.     Mr. Schmitt also fails to fully and accurately describe the information from the CRLF Recovery Plan (U.S. Fish and Wildlife Service 2002)

DECLARATION OF DR. MARK R. JENNINGS
70184364

in his declaration (ECF No 182 at ¶ 25).  Mr. Schmitt states that the Recovery Plan "indicated that CRLF were absent when temperatures exceeded 22 degrees Celsius," but the recovery plan expressly states that CRLF larvae were present in marsh habitats with mean water temperatures between 15.0 and 24.9°C (ECF No. 180-19 at 19).  Water temperature levels in Arroyo Grande Creek are currently not high enough to kill developing CRLF embryos, juveniles, and adults.  The most vulnerable life stage for CRLF are developing embryos and I have conducted laboratory critical thermal maxima studies utilizing CRLF egg masses from San Luis Obispo County.  The experimental set up for this work has been published (Jennings 1998b).[33]  The unpublished results show that the critical thermal maxima for CRLF is 25°F.  Larvae, juvenile, and adult CRLF can probably tolerate higher water temperatures than this based on their former distribution is desert watercourses in southern California (Jennings and Hayes 1994).

37.    Plaintiffs state in the Proposed Order that their goal is to increase the number of steelhead inhabiting Arroyo Grande Creek and that this would be beneficial to all the other native species.  Juvenile steelhead are known predators of CRLF larvae.  In fact, the California Department of Fish and Wildlife currently has a policy of not stocking "catchable trout" into habitats known to contain populations of CRLF (Jennings and Zander 2011).  Thus, an increase in juvenile steelhead in Arroyo Grande Creek has the potential to result in increased predation by steelhead on larval CRLF.

38.    Connected with this same argument, juvenile steelhead are also known predators of TG (U.S. Fish and Wildlife Service 2005), and it has been stated in the literature by Dr. Camm C. Swift (the petitioner for listing the TG) that

---

[33] Jennings, M. R., An economical, portable apparatus for conducting static thermal and chemical toxicity tests on amphibian eggs and larvae.  California Fish and Game, 84(1):40-43 (1998a).

DECLARATION OF DR. MARK R. JENNINGS

70184364

"more northern populations [of TG] are not as dense, suggesting that their numbers are regulated in part by predation from salmonids" (Moyle 2002). [34] Given what we currently know about the biology of juvenile steelhead, CRLF, and TG, an increase in the juvenile steelhead population will likely result in the increased predation of CRLF larvae and TG that inhabit the lagoon and lower reaches of Arroyo Grande Creek.

39.    As mentioned in my previous declaration (ECF No. 18-10 at ¶ 19), I continue to be concerned that the large rainstorms that occur during the late part of the TG breeding season—on top of increased downstream flows and pulsed water flows from Lopez Lake—will ensure that many of the TG nests, juveniles, and adults will subsequently be swept out to sea.  There is an even greater likelihood of TG nests, juveniles, and adults being swept out and dying given that the Proposed Order increases the potential magnitude of the pulse flows (2 to 5 times greater than before) and the number of potential flows of up to 5.  This will be even more lethal to the TG population if the lagoon is subsequently drained on a regular basis during spring and early summer storm events.

40.    For the TG to be listed as "endangered," the applicable federal resource agency must conclude, based on the best scientific and commercial data available, that the species "is in danger of extinction throughout all or a significant portion of its range . . . ."  16 U.S.C. §§ 1532(6) & 1533(b)(2).  In contrast, a species is listed as "threatened" when it is "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range . . . ."  16 U.S.C. § 1532(20).  Definitionally, that means that an endangered species is in a more precarious state – closer to extinction – than a threatened species.  Because TG are listed as "endangered," they are by definition the most vulnerable

[34] Moyle, P.B., Inland fishes of California, University of California Press, Berkeley, Los Angeles, and London (2002).

of all the listed species present in Arroyo Grande Creek.  As Mr. Schmitt himself points out, local extirpation of TG has apparently occurred in the past (ECF No 182 at ¶ 45) whereas there is no evidence of this occurring with respect to steelhead.  Also, TG have much more limited habitat and since they are confined to the lagoon, they are much more susceptible to stochastic events than steelhead, which can survive for multiple years in the ocean and also survive in freshwater circumstances in Arroyo Grande Creek and potentially in tributaries.  These same factors likely demonstrate that TG are more likely to go extinct throughout their native range than steelhead.  Further, even if the local steelhead Distinct Population Segment were to disappear entirely, steelhead are likely to repopulate due to straying from both the north and south and also have source populations in the resident freshwater life history type both up and downstream of Lopez Dam, as well as the tributary streams in the lower part of the drainage.

41.  It is therefore advisable that the Court avoid authorizing actions that could harm the TG.

42.  I also note that the Plaintiffs and Mr. Schmitt have said nothing with regard to perhaps the greatest threat to remaining CRLF populations in California.  That is introduced diseases and parasites, particularly Chytrid fungus. At the time the CRLF recovery plan was published (U.S. Fish and Wildlife Service 2002), relatively little was known about Chytrid fungus infections in CRLF. However, since then, there have been many studies showing that this fungus is especially detrimental to native frogs and has resulted in the extinctions of many former CRLF populations, especially in southern California.  This is a further indication of Mr. Schmitt's lack of knowledge regarding the CRLF.

43.  The potential impacts of Chytrid fungus are particularly important, as Plaintiffs propose extensive construction work in the stream channel along with regular aquatic sampling and introduced predator removal.  Nowhere in Mr. Schmitt's declaration or the Proposed Order are there statements on how to

prevent the accidental introduction of Chytrid fungus into the amphibians of Arroyo Grande Creek, nor are there any proposals on how to deal with it if an amphibian die off is noted.  It is important to note that this fungus is easily transported from one aquatic location to another via infected equipment, even if the equipment has been dry for months.  This lack of consideration reinforces why it is imperative that the resource agencies, not Plaintiffs, devise the appropriate and necessary measures for addressing Lopez Dam operations via the Habitat Conservation Plan process.

44.     I am further concerned about the amount of regular aquatic sampling and predator control proposed for lower Arroyo Grande Creek.  The stream reach covers multiple miles.  In the case of regular aquatic sampling for fishes, snorkel surveys are the most non-invasive method of counting fishes and determining the species present.  However, aquatic conditions can preclude this kind of work so one would resort to using nets to seine for fish.  Each time you use a net, there is the chance of harming species like juvenile steelhead, TG or CRLF larvae, even if you are careful.  Of course, you have to decontaminate the equipment after you use it and the more times you seine throughout the year, the better data you get at the potential cost of harming the very creatures you are trying to protect.  This could become a major issue if you end up sampling several times each year to obtain the best data.

45.     Of course, CRLF surveys for juveniles and adults would have to be conducted at night at least part of the time in order to determine if frogs are present and where they are located.  Based on my extensive survey experience with mark recapture studies of CRLF populations, it takes at least four night surveys in order to make sure that you adequately sampled the population present.  It could be very problematic trying to cover the number of miles of aquatic habitat around Arroyo Grand Creek at least four times at night over the course of a year.

- 26 -                          Case No. 2:24-cv-06854 SPG (ASx)
DECLARATION OF DR. MARK R. JENNINGS

70184364

46.     As for the proposed removal of introduced fishes, crayfishes, and bullfrogs, this is probably the most controversial aspect of the Plaintiffs' Proposed Order.  Any killing of wildlife (even to save endangered species) will be considered controversial by a part of the public.  Just consider plans to poison common raven (*Corvus corax*) in the Mojave Desert to help protect listed populations of juvenile desert tortoises (*Gopherus agassizii*) and all the publicity it generated—not only from the public, but also from many biologists as well.

47.     For predator control of introduced fishes, the best methods are netting and electroshocking.  Both of these methods have a high potential to harm juvenile steelhead, TG, and CRLF larvae and once again require decontamination of the equipment after every use.  Electroshocking can be especially harmful as you often set the voltage of your equipment (as based on the conductivity of the water at that time) to take the larger predatory species and unfortunately end up killing much smaller fish (such as TG) due to spinal fractures or other trauma.  Often, the injured fish don't come to the attention of the operators until hours or days after the electroshocking event.  Even the most careful workers end up accidentally killing non-target species because of the great difference in size between the small fishes and the ones you are electrofishing for, as well as the differences between individual species reactions to electric currents in the water.

48.     The best and most efficient methodology for taking juvenile and adult bullfrogs is to use a pellet rifle with a flashlight held next to it at night.  Bullfrogs can be humanely killed by shooting through the eyes (and braincase).  However, much care has to be taken to make sure that the target is always a bullfrog and not a CRLF.  That means a skilled biologist who can tell the difference between a CRLF and bullfrog at night and long into the early morning hours.  The last thing you want to do is shoot a CRLF by mistake.

49.     The best and most efficient methodology for taking introduced crayfish is by use of a baited crayfish (or minnow) trap that is set overnight and

DECLARATION OF DR. MARK R. JENNINGS

70184364

checked every 24 hours, or so. These can also be used to trap bullfrog larvae, but they can potentially capture CRLF larvae. Potential problems occur if the trap is set at a location where the water turns anoxic overnight, thus killing all the creatures inside due to asphyxiation. Also, any CRLF larvae or TG caught inside the trap could be harmed or eaten by the trapped crayfish. Additionally, any trap left overnight in the field is subject to being stolen or tampered with depending on its proximity to urban areas or locations with public access nearby.

50. Given the above regarding the basics of aquatic predator control for introduced aquatic species in lower Arroyo Grande Creek, it's apparent that whatever the Plaintiffs' propose to do in this regard, they cannot guarantee that any juvenile steelhead, TG, and CRLF will remain unharmed by these operations.

51. Finally, with regards to the proposed adaptive management set forth in the Proposed Order, I considered this a flawed reasoning for protecting endangered species because you will always be attempting to correct a problem (once identified) rather than attempting to prevent it. With regards to TG and CRLF, you may think that you have a great adaptive management plan regarding these species, but you can never predict what the next major crisis might be. For example, how would the Plaintiffs' deal with something drastic like the introduction of a new disease or invasive organism? Or climate change due to warmer temperatures for longer periods each year in the future? Or a toxic spill from a commercial vehicle travelling on the freeway across Arroyo Grande Creek? You might easily lose the organisms you are attempting to protect because there is nothing you can do after the fact.

52. In conclusion, based on my experience with and knowledge regarding the CRLF and TG, and for the reasons explained above, it is my opinion that the likely effects of the Proposed Order will on balance be detrimental to the CRLF and TG, both individually and cumulatively, as compared to the County continuing its operations under the Interim Downstream Release Schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 06 day of April 2026.

_____

Mark R. Jennings, Ph.D.

DECLARATION OF DR. MARK R. JENNINGS

70184364