NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:   949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:   206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>　　　　　Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**DECLARATION OF DR. CHARLES HANSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; AND EXHIBITS A THROUGH P**<br><br>Date:　　　May 20, 2026<br>Time:　　　1:30 p.m.<br>Dept:　　　5C<br><br>Date Action Filed: August 13, 2024<br>First Amended Complaint Filed:<br>　　　December 27, 2024 |

DECLARATION OF DR. CHARLES HANSON

70208992

## DECLARATION OF DR. CHARLES HANSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

I, Charles Hanson, Ph.D., declare as follows:

1.     I am a sole proprietor operating under the name Hanson Environmental, located at 446 Green View Court, Walnut Creek, California. Unless otherwise stated on information and belief, I have personal knowledge of the facts set forth herein, and, if called and sworn as a witness, could and would competently testify as set forth below.

2.     My academic training includes Bachelor of Science and Master of Science degrees in fisheries from the University of Washington, College of Fisheries, graduate studies in environmental engineering at the Johns Hopkins University, and a Ph.D. in fisheries and ecology from the University of California, Davis.

3.     I have been involved in issues related to the status of California fish species since 1976.  These issues include federal and California Endangered Species Act studies regarding fishery populations, including the biological monitoring of listed fish species, preparation of biological assessments, and preparation of habitat conservation plans or HCPs.

4.     At the request of the United States Fish and Wildlife Service (USFWS), I served as a member of the Sacramento-San Joaquin Delta Native Fisheries Recovery Planning Team, which assisted with the preparation of a Recovery Plan for several species native to the Sacramento-San Joaquin Delta including the threatened Delta smelt. *Sacramento-San Joaquin Delta Native Fishes Recovery Plan* (1995). Also, at the request of the National Marine Fisheries Service's (NMFS), I served as a member of the Central Valley Salmonid Technical Recovery Team, which assisted with the preparation of a Recovery Plan for the endangered Sacramento River winter-run Chinook salmon, the threatened Central Valley spring-run Chinook salmon, and threatened California Central Valley

- 1 -
DECLARATION OF DR. CHARLES HANSON

70208992

steelhead. *Recovery Plan for the Evolutionarily Significant Units of Sacramento River Winter-run Chinook Salmon and Central Valley Spring-run Chinook Salmon and the Distinct Population Segment of California Central Valley Steelhead* (2014). As a member of these teams, I contributed to the development of Recovery Plans under section 4(f) of the federal Endangered Species Act. In addition, I served as a member of the National Scientific Peer Review Panel for Stanislaus River Water Temperature Criteria for Salmonid Restoration.

5. I also testified in 1990 as an expert witness on fishery issues on the American River in the case of *Environmental Defense Fund v. East Bay Municipal Utility District*, Alameda County Superior Court, Case No. 425955 and in numerous water right hearings before the State Water Resources Control Board. I have also testified as an expert witness on fishery issues before the U.S. District Court for the Eastern District of California in *NRDC. v. Kempthorne*, E.D. Cal. Case No. 1:05-cv-1207, regarding the 2005 USFWS biological opinion regarding operation of the State Water Project and Central Valley Project, and in *PCFFA v. Gutierrez*, E.D. Cal. Case No. 1:06-cv-245, regarding the 2004 NMFS biological opinion regarding operation of the State Water Project and Central Valley Project. I also served on the Independent Scientific Peer Review Panel for the United States Bureau of Reclamation 2008 biological assessment – prepared consistent with section 7(c) of the federal Endangered Species Act – regarding operation of the State Water Project and Central Valley Project.

6. I served on the consultant team that assisted in developing conservation strategies for water project operations and fishery habitat protection and enhancement within the Sacramento-San Joaquin Delta as part of the Bay Delta Conservation Plan (BDCP), a draft Habitat Conservation Plan prepared consistent with section 10(a)(1)(B) of the federal Endangered Species Act. Further, I managed and conducted fishery and habitat surveys, with an emphasis of

steelhead, on Arroyo Grande Creek and a number of other California watersheds. A statement of my qualifications is attached to this declaration as **Exhibit A**.

## I.      LITERATURE REVIEWED.

7.      In preparing this declaration I reviewed the following documents:

- Stillwater Sciences. 2023. Evaluation of Steelhead Assisted Migration at Lopez Dam. Draft Technical Memorandum. Prepared for County of San Luis Obispo Public Works Department, San Luis Obispo, California.

- Good, T.P., R.S. Waples, and P. Adams (editors). 2005. Updated status of federally listed ESUs of West Coast salmon and steelhead. U.S. Dept. Commer., NOAA Tech. Memo. NMFS-NWFSC-66, 598 p.

- National Marine Fisheries Service. 2013. South-Central California Coast Steelhead Recovery Plan. West Coast Region, California Coastal Area Office, Long Beach, California.

- National Marine Fisheries Service West Coast Region.  2023. 5-year review: Summary & evaluation of South-Central California Coast Steelhead.

- Swanson Hydrology + Geomorphology (SHG).  2004.  Arroyo Grande Creek Watershed Management Plan geomorphic and hydrologic conditions assessment.  Prepared for Central Coast Salmon Enhancement.  December 8, 2004.

- Cleath-Harris Geologists, Inc. 2021.  Arroyo Grande Creek integrated model field data collection and investigation.  Arroyo Grande Groundwater Subbasin, San Luis Obispo County, California.

- Western Hydrologics. 2024. Arroyo Grande Watershed hydrologic development.  July 2024.

DECLARATION OF DR. CHARLES HANSON

70208992

- Central Coast Salmon Enhancement.  2009.  Arroyo Grande Creek Watershed Management Plan Update.  Prepared for The Department of Fish and Game, State of California.  March 2009.

- 2025 draft Habitat Conservation Plan for Arroyo Grande Creek (Harvey et al. 2025

- D.W. Alley. 1997.  Assessment of juvenile steelhead habitat and fish densities in Arroyo Grande Creek San Luis Obispo County, California, 1996.  Prepared for Kronick, Moskovitz, Tiedemann and Girard.  April 1997.

- Swanson Hydrology + Geomorphology (SHG).  2008.  Arroyo Grande Creek steelhead distribution & abundance survey – 2006. Prepared for Central Coast Salmon Enhancement in association with Hagar Environmental Science.  March 20, 2008.

- Stillwater Sciences. 2023.Arroyo Grande Creek Steelhead Restoration Opportunities. Draft Technical Report. Prepared for County of San Luis Obispo, Public Works Department, San Luis Obispo, California.

- Stillwater Sciences. 2022. Arroyo Grande Creek Habitat Surveys. Prepared for County of San Luis Obispo, California.

- Allen, M.A. 2011.  Aquatic habitat suitability for *Oncorhynchus mykiss* in the Upper Arroyo Grande Basin, San Luis Obispo County, California.  February 24, 2011.

- *Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Plaintiffs' motion and notice of motion for summary judgement: Memorandum of points and authorities in support of motion.

- *Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Plaintiffs' notice and motion for injunction: Memorandum of points and authorities.

- 4 -

DECLARATION OF DR. CHARLES HANSON

70208992

- *Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Sharon Kramer in support of Plaintiffs' motion for summary judgement.

- *Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Chris Hammersmark, PhD, PE, in support of Plaintiffs' motion for summary judgement.

- *Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Jason Weiner in support of Plaintiffs' motion for injunction.

- *San Luis Obispo Coastkeeper v. County of San Luis Obispo*. 2024. [Proposed] Order re: plaintiffs' motion for preliminary injunction.

- *San Luis Obispo Coastkeeper v. County of San Luis Obispo*. 2024. Case No. 2:24-cv-06852.  Complaint for declarative and injunctive relief.  August 8, 2024.

- National Marine Fisheries Service.  2017.  Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion Arroyo Grande Creek waterway management program.  NMFS Consultation Number: WCR-2014-1677.

- Girman, D. and J.C. Garza. 2006.  Population structure and ancestry of *O. mykiss* populations in South-Central California based on genetic analysis of microsatellite data.  Prepared for California Department of Fish and Game and Pacific States Marine Fisheries,  November 2006.

- Environmental Advocates. 2024.  Notice of violation and intent to file suit under the Endangered Species Act.  Submitted to County of San Luis Obispo, U.S. Department of Commerce, U.S. Department of Interior. June 6, 2024.

DECLARATION OF DR. CHARLES HANSON

70208992

- ECORP Consulting, Inc. 2017. San Luis Obispo County Flood and Water Conservation District Lopez Water Project Habitat Conservation Plan Hydrogeologic Services. April 2017.

- Becker, G.S. et al. 2008. Steelhead/rainbow trout (Oncorhynchus mykiss) resources south of the Golden Gate, California. Prepared for California State Coastal Conservancy and The Resources Legacy Fund Foundation. October 2008.

- Davis, S.R. 2015. Diet preferences of juvenile steelhead (Oncorhynchus mykiss): a comparison between three hood canal rivers. A Thesis submitted in partial fulfillment of the requirements for the degree Master of Environmental Studies. The Evergreen State College. June 2015.

- Alagona, P.S. et al. 2012. A history of steelhead and rainbow trout (Oncorhynchus mykiss) in the Santa Ynez River watershed, Santa Barbars County, California. Bull. Southern Calif. Acad. Sci. 111(3): 163-222.

- Capelli, M. 2024. Memo to M. R. McGoogan. Role of Arroyo Grande Creek and Tributaries (San Luis Obispo County, California) in Meeting NMFS' South-Central California Coast Steelhead Viability/Recovery Criteria. February 2, 2024.

- San Luis Obispo County Flood Control and Water Conservation District Zone 3. 2007. Interim Downstream Release Schedule. February 2, 2007.

- Hinton 1961. Interrogation of landowners and sportsman regarding steelhead runs in Arroyo Grande Creek. CDFG interoffice correspondence. March 1, 1961.

- Bradford, M.J., Garth C. Taylor , J. Andrew Allan & Paul S. Higgins (1995) An Experimental Study of the Stranding of Juvenile Coho

DECLARATION OF DR. CHARLES HANSON

70208992

Salmon and Rainbow Trout during Rapid Flow Decreases under Winter Conditions, North American Journal of Fisheries Management, 15:2, 473-479.

- PacifiCorp. 2004.  Ramping and flow fluctuation evaluations. Klamath Hydroelectric Project FERC No. 2082.

- Washington Department of Fish and Wildlife and Washington Department of Ecology. 2022.  Instream Flow Study Guidelines Technical and Habitat Suitability Issues Including Fish Preference Curves. Updated, January 25, 2022.

- P. S. Young,  J. J. Cech Jr., and L. C. Thompson. 2011. Hydropower-related pulsed-flow impacts on stream fishes: a brief review, conceptual model, knowledge gaps, and research needs.  Rev Fish Biol Fisheries (2011) 21:713–731.

- D. Rischbieter et al. Aquatic Survey Report (Reference Permit #TE-101154-3) Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons Pismo State Beach & Oceano Dunes State Vehicular Recreation Area

- County of San Luis Obispo. 2025.  Steelhead monitoring report Arroyo Grande Creek.  October 2025

- Stillwater. 2025. Implementation of predator removal plan Section 2.1 and 2.2.  Technical Memorandum. October 2025

- Rincon. 2026.  Arroyo Grande Creek Channel Waterway Management Program. U.S. Fish and Wildlife Service Biological Opinion 8-8-15-F-4 Annual Report.  January 2026

- Stillwater. 2024.  Arroyo Grande Creek stream gage modification fish rescue and relocation summary.  November 2024

DECLARATION OF DR. CHARLES HANSON

70208992

## II.    SUMMARY OF OPINIONS

### A.    Habitat Suitability

8.    Based on the observations and data on habitat conditions suitable for adult and juvenile steelhead, it is my opinion that (1) Arroyo Grande Creek supported a self-sustaining population of anadromous steelhead and resident rainbow trout prior to construction of Lopez Dam and continues to support a self-sustaining population today, (2) evidence of successful reproduction (presence of young-of-the-year), over-summer survival, presence of multiple age classes of steelhead, and observations of adult steelhead provide strong evidence that Arroyo Grande Creek provides habitat conditions suitable for steelhead to successfully complete their entire lifecycle, (3) many factors contribute to the quality and availability of suitable steelhead habitat including, but not limited to, accumulation of excess fine sediments (silts and clay) that impact the quality of cobble and gravel needed for spawning, egg incubation, hatching, juvenile steelhead cover, and macroinvertebrate production, and inter- and intra-annual variation in hydrologic conditions, (4) the area of suitable spawning habitat is influenced by availability of suitable sized clean gravel, the availability and quality of juvenile rearing habitat is influenced by availability of suitable riffles, pools, and riparian vegetation, (5) passage impediments may effect upstream and downstream migration by adult and juvenile steelhead under certain conditions and at certain times of year, and (6) spawning success and juvenile production in Los Berros Creek and Tar Spring Creek are largely unknown.

### B.    Steelhead Abundance.

9.    Based on the limited data available on trends in adult steelhead abundance since the turn of the century, it is my opinion that (1) population abundance estimates for Arroyo Grande Creek and other watersheds in the South-Central recovery area are based primarily on anecdotal accounts, have uncertain accuracy, and are not statistically rigorous (lack confidence intervals and annual

- 8 -

DECLARATION OF DR. CHARLES HANSON

70208992

time-series needed to assess inter-annual variation and the impact of various factors on population dynamics), (2) abundance of adult steelhead inhabiting Arroyo Grande Creek was reported by local anglers and landowners as being high prior to about 1940, (3) the best available scientific information supports a finding that adult steelhead abundance declined substantially between the 1940s and 1960s, (4) adult steelhead abundance was in the dozens to low hundreds prior to construction of Lopez Dam and has remained in a similar state after dam construction, although estimates of steelhead abundance are characterized by a high degree of uncertainty (anecdotal accounts) and are not statistically rigorous (no confidence intervals accompany any of the abundance estimates), (5) steelhead populations in other streams and rivers within the South-Central recovery area show a similar pattern of declining abundance over time as that expected to have occurred in Arroyo Grande Creek, despite the fact that several of the rivers included in these abundance estimates (e.g., Big Sur and Little Sur rivers) do not have dams or reservoirs and are located in areas with little urban or agricultural development, (6) adult steelhead abundance in California watersheds typically varies substantially among years, increasing following wet years and declining following dry years, (7) many factors including, but not limited to, climate change, extended droughts, and poor ocean conditions impact the population dynamics of steelhead inhabiting Arroyo Grande Creek as well as other watersheds in the South-Central recovery area, (8) during the period from the turn of the century until about 1960 anadromous steelhead and resident rainbow trout produced in hatcheries were stocked by the California Department of Fish and Game throughout central and southern California coastal streams in an effort to support an active recreational fishery and promote tourism; the aggressive stocking effort likely contributed to early reports of high adult steelhead abundance rather than just the number of wild adult steelhead produced in Arroyo Grande Creek, (9) no quantitative monitoring data exists to assess long-term trends (e.g., increasing

- 9 -
DECLARATION OF DR. CHARLES HANSON
70208992

abundance over time, decreasing abundance, or just variability among years with no apparent long-term trend) in the abundance of adult steelhead migrating into Arroyo Grande Creek since the 1960s before Lopez Dam was constructed, and (10) while all of the available quantitative estimates of steelhead and rainbow trout abundance are characterized by high levels of uncertainty, and therefore are imprecise, I expect that under current conditions the abundance of anadromous adult steelhead and non-anadromous rainbow trout in Arroyo Grande Creek varies from dozens to low 100s, with an approximate mean of 100 fish.

### C.    Factors Effecting Steelhead.

10.    Based on the best available scientific information, it is my opinion that there are a wide variety of factors that contribute to the relatively low population abundance of steelhead inhabiting Arroyo Grande Creek that include (1) climate change, (2) extended droughts, (3) habitat conditions for steelhead spawning and rearing (e.g., limited suitable gravel, fine sediment embeddedness, reduced riparian vegetation, lack of riffle habitat, lack of boulders and large woody debris, and reduced habitat complexity, (4) lack of access to suitable spawning and rearing habitat located upstream of Lopez Dam, (5) altered instream flows from dam releases, groundwater accretions and depletions, surface and groundwater diversions for agricultural irrigation, and increased urban water demand (note that the County does not own or operate any facilities to divert surface water or extract groundwater from the creek),  (6) channel modification for reclamation, historic mining of gravel pits to provide material used in Lopez Dam construction, and flood control, (7) exposure to adverse seasonal water temperatures, and other water quality conditions (Matthews and Berg 1997), (8) passage impediments downstream of Lopez Dam that delay or impair upstream and downstream migration by adult and juvenile steelhead, (9) competition and predation by other native and non-native fish, (10) reduced lagoon habitat quality and availability, and (11) predation and prey availability during ocean residence.

DECLARATION OF DR. CHARLES HANSON
70208992

**D.**    **Interim Downstream Release Schedule.**

11.    Based on results of field observations of current and historical habitat conditions in Arroyo Grande Creek over the past three decades, it is my opinion that operation under the Interim Downstream Release Schedule ("IDRS") has substantially improved habitat conditions, when compared to the pre-IDRS baseline conditions (e.g., 2004 operations), within the Creek for steelhead and other fish and wildlife.  The steelhead population inhabiting Arroyo Grande Creek appears to be stable.  The lack of reliable adult and juvenile steelhead monitoring data makes it difficult to assess the population status and trends in abundance before and after implementation of the IDRS operations with precision.

**E.**    **Steelhead Predation on Native Species.**

12.    Based on the available scientific information it is my opinion that (1) steelhead prey on a wide variety of aquatic and terrestrial species, (2) it is likely that older juvenile steelhead inhabiting Arroyo Grande Creek prey on native species including red-legged frog tadpoles and small juvenile frogs, (3) steelhead and tidewater goby co-exist in the Arroyo Grande Lagoon, however, juvenile steelhead are known to prey on tidewater goby and other estuarine species.

**F.**    **Plaintiffs Instream Flow Schedule.**

13.    Based on the best available scientific information, it is my opinion that (1) the Plaintiffs proposed instream flow schedule for year-round baseflows of 8 cfs regardless of reservoir storage or hydrologic conditions, in combination with pulse flows with an unknown frequency, magnitude, or duration, does not provide sufficient information or analyses to assess the potential benefits or risks to steelhead and other aquatic species, (2) the proposed instream flow schedule may result in adverse impacts to steelhead and other aquatic species in the event that reservoir storage is depleted to dead pool, (3) no modeling results are presented to support the assumption that operations under the proposed schedule can be achieved consistently under the highly variable inter-annual hydrologic conditions

DECLARATION OF DR. CHARLES HANSON
70208992

and the occurrence of extended droughts within the Arroyo Grande Creek watershed.

### G. Harm to Steelhead.

14. Based on a review of the available information, it is my opinion that (1) steelhead stranding and mortality in Arroyo Grande Creek has occurred on occasions in the past as a result of flow fluctuations and dewatering portions of the channel and from other causes, (2) habitat enhancements, such as instream flows that expected to improve passage and movement over critical riffles and avoid channel dewatering, within the Creek are expected to improve the ability for steelhead and other species to move among habitats, (3) implementation of the IDRS and careful monitoring of instream flows and water levels by the County and others has reduced the risk of stranding and mortality resulting from channel dewatering, (4) approval and implementation of the management actions outlined in the 2025 draft HCP will contribute to improvements to the quality, quantity, and availability of suitable habitat for adult and juvenile migration, spawning, and juvenile rearing by steelhead with Arroyo Grande Creek.

## III. ESA LISTING HISTORY AND STATUS

15. The South-Central California Steelhead Evolutionarily Significant Unit (ESU) was listed as threatened under the ESA on August 18, 1997 (62 FR 43937, 1997) and reaffirmed in 5-year reviews by NMFS in 2006, 2016, and 2023. NMFS listed only anadromous life forms of *O. mykiss* from the Pajaro River (at the border between Santa Cruz and Monterey Counties) south to the Santa Maria River (southern San Luis Obispo County). Steelhead inhabiting waters upstream of the first complete barrier to migration (e.g., Lopez Dam) and non-anadromous life history types inhabiting waters downstream of the first impassable barrier, are not included in the ESA listing.

16. In 2006 the South-Central California Steelhead ESU was updated to a Dependent Population Segment (DPS) to be consistent with the DPS policy (71 FR

DECLARATION OF DR. CHARLES HANSON

70208992

834, 2006). This policy recognizes that, although resident rainbow trout and anadromous steelhead are members of the same species, anadromous steelhead populations are discrete from resident rainbow trout populations based on physical, physiological, ecological, and behavioral differences between the anadromous and resident forms.

17.    In 2013 NMFS finalized the South-Central California Steelhead Recovery Plan (NMFS 2013) with the goals of preventing extinction of wild steelhead and ensuring long-term viability of self-sustaining populations distributed across the DPS and ensuring a sustainable sport fishery to the species. The Recovery Plan divided the South-Central California Steelhead DPS into four Biogeographical Population Groups (BPGs; Interior Coast Range, Carmel River Basin, Big Sur Coast, and San Luis Obispo Terrace) based on biological, hydrological, and physical characteristics and designated each population within the DPS as a core 1, 2, or 3.  For recovery planning purposes, NMFS identified 11 streams as core 1, 7 streams as core 2, and 11 streams as core 3. Arroyo Grande Creek is located in the San Luis Obispo Terrace BPG and has been designated by NMFS as a Core 1 population. Core 1 populations are considered by NMFS to be the highest priority and first focus of an overall recovery effort.  Core 2 populations are also important to recovery, since several are unimpaired by dams or reservoirs and are located in relatively undisturbed areas, while core 3 populations also contribute to the biodiversity of steelhead within the DPS.

**IV.    DESIGNATED CRITICAL HABITAT**

18.    Critical habitat for the South-Central California Steelhead DPS has been designated by NMFS which includes a total of 1,249 stream miles within the DPS, which includes Arroyo Grande and Los Berros creeks (Oceano Hydrologic Sub-area 331031). Critical habitat includes all waters and substrates below natural impassable barriers that have existed for several centuries and below dams that block steelhead from using historical upstream habitat areas. The final critical

DECLARATION OF DR. CHARLES HANSON

70208992

habitat designation for the South-Central California Steelhead DPS was issued on September 2, 2005 (50 CFR Part 226).  Critical habitat for steelhead in Arroyo Grande Creek extends downstream from Lopez Dam to the Pacific Ocean (13.9 miles) and in Los Berros Creek (10.8 miles), a tributary that enters Arroyo Grande Creek approximately 3.5 miles downstream of Highway 101.

## V.     STEELHEAD LIFE HISTORY

### A.     Steelhead Life History Diversity.

19.     Steelhead are anadromous *O. mykiss* that occur in the North Pacific Ocean from the Kamchatka Peninsula in Russia and along the Pacific coast of North America from Alaska to northern Baja California, Mexico.  They spawn and rear in freshwater and then migrate downstream (Booth 2020) where they enter coastal marine waters to continue to mature for several years before migrating back upstream to spawn.  *O. mykiss* is a species that exhibits complex life history strategies including freshwater resident (also known as rainbow trout) and anadromous (referred to as steelhead). Rainbow trout complete their entire life cycle in freshwater, while steelhead migrate to the ocean and return to freshwater to spawn.   Both the resident and anadromous life history forms are classified as the same species (*O. mykiss*) and co-occur in freshwater, and may interbreed.

20.     Steelhead exhibit complex life history patterns including variable freshwater and ocean residence periods, multiple age classes of returning adults, and the potential for multiple life history forms. For example, Bond (2006) discovered a variation on anadromous life history expression (termed "lagoon-anadromous") in which a portion of juvenile steelhead reared in the lagoon for a period of time rather than migrating directly to the ocean. Steelhead that reared in the lagoon grew faster and larger than those that migrated directly to the ocean from freshwater.  The steelhead that reared in the lagoon had increased ocean survival due to their larger size and accounted for the majority of returning adult steelhead.

21. Rainbow trout can produce progeny that become steelhead, and steelhead can produce progeny that complete their lifecycle in freshwater. The factors influencing the expression of different steelhead life histories are not well understood but are thought to be determined by a combination of genetics, individual growth and condition, and environmental factors (Abadía-Cardoso et al. 2013, Liedvogel et al. 2011, Kendall et al. 2015, Phillis et al. 2016). Environmental factors hypothesized to affect steelhead life history expression include seasonal water temperature, hydrology, food quality and availability, population density, stream size, and ocean survival of adult steelhead.

22. The dynamic life history of steelhead allows populations exhibiting both resident and anadromous life history strategies to coexist within the same river system. These two general life history strategies offer population diversity that is important for maintaining steelhead populations under the highly variable environmental conditions of South-Central California streams and rivers, which are characterized by highly variable and unpredictable hydrologic conditions ranging from floods to extended droughts. It has been hypothesized that South-Central steelhead evolved and adapted to the unpredictable climate by being able to remain landlocked for many years or generations before returning to the ocean when flow conditions allow. Steelhead also have relatively high fecundity, low survival of juvenile lifestages and the potential for repeat spawning over several years that contribute to the ability of steelhead to persist over a wide range of environmental conditions. Biologists commonly refer to species with high reproductive rates and low juvenile survival as R select species. Other characteristics of R select species are a low degree of parental care and relatively short life spans.

23. Anadromous adults typically reside in coastal marine waters for variable time periods, typically ranging from 1 to 4 years in the ocean before returning to freshwater rivers and streams to spawn. Although it is thought that the majority of adult steelhead return to their natal stream to spawn, steelhead are

- 15 -

DECLARATION OF DR. CHARLES HANSON

70208992

known to stray among watersheds and that non-anadromous females can produce anadromous offspring that stray, and therefore provide connectivity among basins (NMFS 2023).  For example, NMFS (2023) reported that new research has documented dispersal (straying) of adult steelhead from their natal watersheds to non-natal watersheds.  NMFS (2023) cites a study by Donohoe et al. (2021) on Big Creek that showed 7 out of 7 adult steelhead sampled, three adults originated from other streams on the Big Sur coast (less than 72 km from Big Creek), three originated from more distant watersheds including the Klamath River, and one was the progeny of a non-anadromous female.  This dispersal process contributes to increased genetic diversity among watersheds, as well as opportunities for increased attraction of adults to Arroyo Grande Creek, resulting in increased adult spawner abundance and increased utilization of suitable spawning and rearing habitat within the Creek.

**B.    Anadromous Steelhead Lifecycle**

24.    Anadromous steelhead live part of their life in the ocean, but return to freshwater rivers and streams to spawn and for juvenile rearing.  Adult steelhead enter freshwater rivers and streams in the winter, usually after the substantial rainfall has occurred resulting in stormwater runoff and increased instream flows, and move upstream to suitable spawning areas.  Spawning can occur in winter or spring, generally in riffle areas with clean coarse gravel.  During spawning, the female steelhead clears and cleans a depression in the gravel (redd) where eggs are deposited, fertilized, and incubate until hatching.  Eggs incubate in the gravel for 3 weeks to 2 months prior to hatching, depending primarily on water temperature, and fry emerge 2–6 weeks post-hatch in spring or early summer.  After the eggs hatch, fry emerge from the gravel and disperse through the stream, typically occupying shallow low-velocity areas along stream margins.  Juvenile steelhead often move to deeper pools and higher velocity areas as they grow, and remain in freshwater for one to two years before migrating to the ocean.  Downstream

DECLARATION OF DR. CHARLES HANSON

70208992

movement of juveniles migrating to the ocean, usually occurs from March through May, depending on stream flow conditions. Adult steelhead typically return to spawn at ages 4 to 5 years (Stillwater 2022). Unlike salmon that die after spawning, adult steelhead can spawn more than once (known as kelts) and return to the ocean before returning to spawn again, although most do not spawn more than twice.

25. Suitable habitat for steelhead includes clear, cold water, abundant instream and overhead cover, well-vegetated stream banks, relatively stable water flow, and stream features including pools and riffles. Although suitable water temperatures for steelhead in California are generally considered to range from 10 to 20°C, southern steelhead have been observed in streams with peak daily water temperatures above 25°C during summer and early fall. Sloat and Osterback (2012) conducted a field survey to determine the persistence of southern California steelhead inhabiting streams as a function of peak summer water temperatures. Sloat and Osterback (2012) reported that steelhead persisted the summer in all pools that did not exceed a maximum temperature of 30°C. In response to seasonally elevated water temperature, steelhead have been observed to take advantage of cool water refugia if available (e.g., groundwater accretions, vertical stratification within deeper pools), reduce activity and alter behavior to reduce energetic cost of foraging and competitive interactions by selecting habitats such as boulders and large woody debris as cover and velocity refugia, to reduce and avoid negative effects of exposure to elevated temperature on growth and over-summer survival.

26. The presence of riparian vegetation along the stream channel margin is also an important feature of suitable habitat for steelhead. Riparian vegetation inhibits erosion of stream banks during high flows, provides shade and maintains lower stream temperatures, and provides organic input, including insect drop, to the stream. Suitable spawning gravels typically range in size from 0.4 to 1.8 inch

DECLARATION OF DR. CHARLES HANSON
70208992

diameter (Stillwater 2022), 8 inches in depth or more, not heavily compacted, and have low amounts of fine sand and silt; however, steelhead can successfully spawn in gravels not meeting these characteristics.  Good rearing habitat contains low current velocities (such as behind boulders or other velocity refugia) and good cover (e.g., undercut banks, logs or brush, surface turbulence).  Cobble embeddedness (amount of sediment surrounding rocky substrate) is a measure of shelter availability for aquatic insects (food for fish) and cover for young fish. Embeddedness also effects habitat suitability for incubation of fish eggs, emergency of fry, and for salmonid overwintering. All of these factors contribute to habitat quality for steelhead, but many rivers, streams, and creeks that support steelhead lack one or more of these factors in one or more reaches.

27.     Streamflow within the southern extent of the steelhead range varies seasonally and annually. In California coastal drainages, droughts of one or more years can cause intermittent flow in late summer and fall, with stretches of rivers and streams running dry and reduction in pool depths, reducing the quality and quantity of available habitat.  Although southern steelhead can withstand substantial seasonal and interannual fluctuations in stream flow and other physical conditions, prolonged drought can result in substantial mortality to juvenile fish.

28.     Adult steelhead tend to migrate upstream from the ocean after storms that cause the sand bar at the stream mouth to breach.  The adult migration seldom begins earlier than December and may extend into April if late spring storms develop. (https://www.biologicaldiversity.org/species/fish/southern_California_steelhead_trout/natural_history.html).  Most adult migration and spawning typically occurs during the wettest months, January through March.

29.     Adult steelhead may be blocked in their upstream migration by bedrock falls, beaver dams, shallow riffles and, rarely, major logjams.  Man-made structures such as culverts, streamflow gaging stations, bridge abutments and dams

- 18 -
DECLARATION OF DR. CHARLES HANSON

can often be significant migration impediments and/or complete barriers; (Capelli (2024) and Stillwater (2022) provide descriptions and photographs of a number of potential passage impediments on Arroyo Grande Creek. Beaver dams may also block upstream and downstream passage by adult and juvenile steelhead, as well as increase the rate of local groundwater recharge resulting in reduced instream flows downstream of a beaver dam. Some barriers may completely block upstream migration, but many barriers in coastal streams are passable at higher streamflow's (impediments). If the barrier is not absolute, some adult steelhead are able to pass in most years, since they can time upstream movements to match peak flow conditions. Impediments to passage that steelhead can navigate may actually benefit steelhead by reducing competition with or predation by other fish species.

30. Smolts (young steelhead physiologically transformed in preparation for ocean life) in coastal streams tend to migrate downstream to the Lagoon and ocean in March through June with peak migration typically in April-May. In streams with lagoons, such as Arroyo Grande Creek, young-of-the-year fish may migrate downstream in late spring and early summer to rear in the lagoon habitat and grow rapidly (Fresh et al. 2005, Bond 2006). Early closure of lagoons by sandbars restricts the timing of out-migration of smolts.

## VI. HABITAT SUITABILITY

31. Arroyo Grande Creek supports spawning and rearing by both resident rainbow trout and anadromous steelhead. The Arroyo Grande Creek watershed drains about 155 square miles (Becker et al. 2008). Lopez Dam and Reservoir were constructed in 1968 which forms a complete barrier to upstream migration by anadromous steelhead, limiting access to approximately 13.9 miles of instream habitat in Arroyo Grande Creek mainstem between the Dam and Lagoon (Swanson Hydrology + Geomorphology; SHG 2008) based on habitat typing in 2004 by the California Conservation Corp. Tributaries located downstream of Lopez Dam, such as Los Berros Creek (about 10.8 miles in length) and Tar Spring Creek (about

8.5 miles long), also provide potential habitat for steelhead, although detailed field studies have not been conducted to assess and monitor habitat quality and availability, steelhead spawning and reproduction, or juvenile smolt production in these tributaries.

32.     Alley (1997) conducted a detailed survey in September 1996 of the juvenile steelhead habitat and fish densities in lower Arroyo Grande Creek.  The survey included 9 stream reaches with habitat typing and electrofishing at 14 sites.  Habitat typing showed that suitable spawning areas were limited due to a lack of stable hydraulic controls, absence of cobble-gravel riffles, and substrate dominated by fine sediment resulting in poor spawning habitat quality and availability.  Juvenile rearing was limited by the lack of pool rearing habitat, lack of riparian canopy within the upper 1.4 miles of the Creek, and a dry 555-foot section of the Creek downstream of the Dam (river mile 12.5) where stream flow was sub-surface despite a 6.3 cfs release from the Dam.  Substantial variation in instream flow accretions and depletions were observed at various locations along the channel gradient.  For example, during the September 24-27, 1996 surveys, instream flow release from the Dam was 6.3 cfs while flow at mile 12.9 upstream of the gravel pit pool was 4.9 cfs and flow at Biddle Park (mile 11.3) downstream of the gravel pit was 2.4 cfs.  Further downstream, instream flow was 5.7 cfs above Huasna Road (mile 7.7) and 1.9 cfs adjacent to the airport (mile 0.3).  These flow accretions and depletions affected habitat quality and availability for juvenile steelhead summer rearing, despite dam releases greater than those expected to occur in the absence of the Dam.

33.     A more rigorous study of instream flow accretions and depletions within Arryo Grande Creek was conducted by Cleath-Harris and GSI Water Solutions (2021) that found the reach of creek from the dam to Biddle Park was characterized by surface water depletion (losing reach) averaging -2.3 cfs over four surveys, the reach from Biddle Park to Talley Farms was a gaining reach averaging

- 20 -

DECLARATION OF DR. CHARLES HANSON

70208992

+0.4 cfs, the reach from Talley Farms to Stanley Avenue was a losing reach averaging -1 cfs, the reach from Stanley Avenue to Highway 101 was a gaining reach averaging +1.4 cfs, and the reach from Highway 101 to Creek Road was a losing reach averaging -4.1 cfs.  Over the four surveys, conducted in June, July, August, and September 2021, the release from Lopez Reservoir ranged from approximately 5 to 7 cfs, while the surface flow downstream was 0.00 cfs at Halcyon Road (June), 0.00 at 22nd Street in July, August and September (morning survey), and 0.00 at Creek Road in September (afternoon survey).  These survey results illustrate the dynamic and complex nature of accretions and depletions in instream flows in Arroyo Grande Creek during the low-flow summer months

34.    Consistent with observations by Alley (1997), Swanson Hydrology + Geomorphology (2008) observed fewer steelhead in upstream reaches near the Dam when compared to reaches further downstream.  Results of habitat typing in 2006 were also similar to those from the 1996 and 2004 habitat surveys in showing the channel upstream of the confluence with Tar Spring Creek lacks habitat complexity, a lack of suitable spawning gravels, a high occurrence of silt and fine sediment that reduces spawning habitat quality, reduces macroinvertebrate production, and limits instream cover for juvenile steelhead.  Swanson Hydrologic + Geomorphology (2008) hypothesized that the higher densities of juvenile steelhead observed in the middle reaches of the Creek (Reaches 2, 3, and lower portion of Reach 4) were a result of increased unregulated flow from Los Berros, Tar Spring, and Corbett/Carpenter creeks that introduce gravel and coarse substrate for spawning and invertebrate production and increase flushing of fine sediments.  Swanson Hydrologic + Geomorphology (2004) provide additional information and discussion of the geomorphic and hydrologic conditions effecting Arroyo Grande Creek.

35.    Stillwater (2022) conducted an extensive survey of habitat conditions in Arroyo Grande Creek between June and October 2020.  Based on results of this

DECLARATION OF DR. CHARLES HANSON

70208992

habitat assessment, Stillwater concluded that water temperatures were suitable (below the stressful threshold) at all locations monitored downstream of the dam during the summer and early fall, and exhibited a reverse gradient with warmest water temperatures observed in the upstream reach immediately below Lopez Dam and cooling as the water moved downstream.  Fish passage criteria for adult and juvenile steelhead at critical riffles were achieved at relatively low instream flows. The passage criteria for adult steelhead were a depth of 0.7 feet or greater and for juvenile steelhead a depth or 0.4 feet or greater over 25% of the channel cross-section and at least 10% of the contiguous channel width following the protocol outlined by CDFW (2017).  Based on these passage criteria the instream flow that met the adult criteria upstream of the confluence with Tar Spring Creek was estimated to be 6 cfs or greater. The adult passage criteria were met downstream of Tar Spring Creek at an instream flow of 15 cfs or greater.  Based on results of the critical riffle passage analysis, Stillwater (2022) estimated that juvenile steelhead passage criteria were met at 2.9 cfs upstream of Tar Spring and 5 cfs or greater downstream of Tar Spring.

36.    Storm events in 2023 resulted in high instream flows and geomorphic changes within the Arroyo Grande Creek channel that were thought to potentially alter the flow-passage relationship identified in the Stillwater (2022) critical riffle passage study.  Stillwater (2025) conducted a limited critical riffle passage evaluation to determine whether results of the earlier study (data collected in 2021) remain valid.  Critical riffle locations were identified in the channel upstream and downstream of the confluence with Tar Spring Creek and the County of San Luis Obispo (2025) conducted field measurements and analyses to assess the flow-passage relationship.  Results of the passage analysis in 2025 showed that instream flows providing suitable depths for adult and juvenile steelhead passage were generally consistent between the 2025 and earlier survey in 2021, with the exception of two locations.  Reach 1 downstream of Tar Spring Creek was found to

- 22 -
DECLARATION OF DR. CHARLES HANSON
70208992

be passable by adult steelhead at a flow of 6.5 cfs in the Stillwater (2022) assessment but did not meet the adult passage criteria at 6.5 cfs in 2025.  In contrast, Reach 8 upstream of Tar Spring Creek was not found to meet the adult passage criteria at a flow of 4.5 cfs in the 2021 survey but did meet the criteria in the 2025 survey.  These differences were likely the result of geomorphic changes that occurred within the creek during the 2023 high flow conditions.  The County of San Luis Obispo (2025) concluded that the instream flow release from Lopez Dam of 7.9 cfs in 2025 did not improve passage conditions for adult or juvenile steelhead when compared to the IDRS flows.

37.    Stillwater (2022) also presented results of a spawning gravel survey conducted between February and March 2021. Spawning gravel was present from the dam downstream to Cecchetti Road, with the exception of 3,200 foot reach between the water treatment plant and Tally Farm.  The average density of suitable gravel of 6 ft$^2$/100 feet of creek over a total of 11,808 feet of creek channel (average suitability rating of 2.8 with a range from none available to 3.5 out of 4 with a rating of 1 being poor quality and 4 excellent quality).  Spawning gravel was found to be more abundant in the reaches downstream of the confluence with Tar Spring Creek where suitable gravel density averaged 21.7 ft$^2$/100 feet of channel.  Suitable spawning gravel was observed throughout the 25,988 feet surveyed with an average rating of 2.3 out of 4 (range 1.8 to 2.2).  Gravel quality rating depended on gravel size, embeddedness, and percentage of fine sediment.  It has been hypothesized that the increase in gravel density downstream of Tar Spring Creek is the result of gravel blockage by Lopez Dam in the upper reaches and gravel transport downstream from Tar Spring Creek, in addition to the contribution of tributary inflow that facilitates both gravel transport and scour of fines from spawning gravel.

38.    Stillwater (2023) presents a discussion of habitat restoration opportunities in Arroyo Grande Creek, based in large part on results of the habitat

DECLARATION OF DR. CHARLES HANSON
70208992

surveys presented in Stillwater (2022). Both Stetson et al. (2004) and Stillwater (2022) identify habitat impacts associated with channel characteristics downstream of the dam. When Lopez Dam was being constructed, gravel deposits from Arroyo Grande Creek were mined to provide gravel used in dam construction. As a result, there are remnant gravel pits that are now part of the active creek channel. These gravel pits serve to reduce water velocity, resulting in increased water temperatures during the spring, summer, and early fall, and also eliminate cobble riffle habitat that would provide spawning habitat for adult steelhead and rearing habitat for juveniles and macroinvertebrate production that provides the primary food source for rearing steelhead and other aquatic species, and provide suitable habitat for non-native predatory fish known to prey on juvenile steelhead and other species (e.g., largemouth bass, bluegill, green sunfish, and bull frogs (Stillwater 2023b).

39.    In addition to the gravel pits, beaver inhabit the watershed and alter channel habitat by construction of dams and impoundments that create passage impediments or complete barriers to adult and juvenile migration. Beaver dams can also increase the rate of groundwater recharge, and thereby reduce surface water flow downstream of the dams. Beaver dams also provide suitable habitat for non-native predatory fish.

40.    Based on these factors and observations, Stillwater (2022) characterized habitat conditions for steelhead by various reaches of Arroyo Grande Greek, finding that habitat conditions for juvenile steelhead rearing were more suitable in the reaches downstream of the confluence with Tar Spring Creek, noting higher habitat complexity and higher frequency of riffle habitat which are productive macroinvertebrate habitats in the lower reaches. The reach between downtown San Luis Obispo and Highway 101 (approximately 11,000 feet) was characterized as having the greatest habitat complexity and habitat suitable for juvenile steelhead. The reach upstream to Strother Park (approximately 3,000 feet) had extensive flatwater created by beaver dam impounds which lacked riffle

- 24 -
DECLARATION OF DR. CHARLES HANSON

70208992

habitat important for macroinvertebrate production.  The reach extending upstream to the Water Treatment Plant (approximately 5,000 feet) was characterized by complex pools separated by short riffles downstream of Cecchetti Road, and long run habitat upstream, which is considered to be poor rearing habitat. The reach located upstream of the treatment plant to below the dam (approximately 7,000 feet) was characterized as a broadening, less well defined channel, with heavy vegetation in the lower portion and long pools (remnant mining gravel pits) in the upper portions of the channel, which are considered to be relatively poor habitat for rearing steelhead.

41.     Although no systematic quantitative survey data are available on the abundance and distribution of steelhead, habitat quality, and habitat functions of the major tributaries to Arroyo Grande Creek (Los Berros and Tar Springs creeks) Becker et al. (2008) report:

- "Los Berros Creek consists of about 13 stream miles and is tributary to Arroyo Grande. It flows west, entering Arroyo Grande at about stream mile 3.2 on the eastern side of the city of Oceano."

- "A 1999 DFG survey of Arroyo Grande refers to Los Berros Creek as "perennial" (DFG 2000d). Los Berros Creek was sampled in 2003 as part of a study of *O. mykiss* genetic structure in southern California. Staff from NMFS observed individuals between about 2.4 and 6.7 inches in length and tissue samples were collected from 63 individuals. A resulting 2006 paper states, "…differences between above and below barrier groups were not significantly different from zero for the…Arroyo Grande [drainage]" (Girman and Garza 2006, p. 16). Staff from DFG observed juvenile *O. mykiss* in Arroyo Grande between 2004 and 2006 (Hill pers. comm.)."

- 25 -
DECLARATION OF DR. CHARLES HANSON

70208992

- "Tar Spring Creek consists of about 8.5 stream miles and is tributary to Arroyo Grande Creek. It flows west, entering Arroyo Grande northeast of the city of Arroyo Grande."

- "Staff from DFG surveyed Tar Spring Creek in 1961 and did not observe *O. mykiss*. The field note states, "In general, the drainage is a marginal spawning area; probably providing some spawning area during very wet winters and none during most years (DFG 1961e)."

42.    During a 2000 DFG survey of habitat downstream from the Dam, multiple *O. mykiss* year classes were observed including individuals having "the appearance of smolts (DFG 2000d)." The survey noted lack of riparian vegetation, sedimentation, and passage problems in the reach. The resulting report recommends:

- "Assure adequate stream flows for adult and juvenile passage, summer and fall rearing, sediment flushing during winter and spring and high water quality during the summer and fall (DFG 2000d)."

- "As part of a multi-year evaluation of the Arroyo Grande fishery, the most downstream one half mile reach was sampled several times between 2003 and 2005". A resulting report states, "It appears the most significant potential impact to the fishery, including sensitive species such as steelhead, relates to the seasonality of surface flow. Lagoon water quality usually degrades during closed periods, especially if inflow is low, and poor water quality and lack of access to and from the ocean can impact steelhead. In 2004, severe dewatering was likely due to local agricultural groundwater pumping that exceeded the recharge available from the creek" (Rischbieter 2004). Juvenile O. mykiss were abundant in one location at one sampling event in 2005, leading researchers to conclude, "…high flow

- 26 -
DECLARATION OF DR. CHARLES HANSON

70208992

events appeared to be associated with the outmigration of numerous steelhead smolts" (Rischbieter 2006)."

- "Arroyo Grande was sampled in 2003 as part of a study of O. mykiss genetic structure in southern California. A resulting 2006 paper states, '…differences between above and below barrier groups were not significantly different from zero for the . . . Arroyo Grande [drainage]' (Girman and Garza 2006, p. 16). The population upstream from Lopez Dam is of coastal steelhead ancestry (Garza pers. comm.)." "A stream inventory report for Arroyo Grande was conducted in 2004 and included documenting habitat conditions and recommending enhancement options. The resulting report states, 'Suitable size spawning substrate on Arroyo Grande Creek is limited to relatively few reaches' (CCC 2004, p.13)."

43.     The Arroyo Grande Creek Lagoon provides the transition between the upstream creek and coastal marine waters.  The lagoon is formed by a seasonal sand bar which creates a dynamic estuarine habitat that is highly productive and provides habitat for rearing juvenile steelhead, tidewater goby and other fish such as staghorn sculpin, starry flounder, striped mullet, Sacramento sucker, California roach, threespine stickleback, prickly sculpin, and others.

44.     When the sand bar is breached by a combination of creek inflow, tidal and wave action, etc. the lagoon serves as a migratory corridor for the upstream passage of adult and downstream passage of juvenile (smolt) steelhead.  The lagoon environment has been modified by urban encroachment into wetland areas for residential development, agricultural development, reclamation, flood control, sedimentation, and other factors.  Several habitat restoration and enhancement projects have been undertaken, or are in the planning phase, that are intended to increase the quality and quantity of lagoon habitat.  The lagoon and sand bar are part of the Oceano Dunes State Vehicular Recreation Area (SVRA) and Pismo

DECLARATION OF DR. CHARLES HANSON

70208992

State Beach (SB).  Doug Rischbieter, representing the California State Parks as part of the "Lower Arroyo Grande Creek and Lagoon Fishery and Aquatic Resources Monitoring Program", has led fishery studies in the lagoon since 2003.

45.    Based on the observations and data available on habitat conditions, it is my opinion that (1) Arroyo Grande Creek provides suitable habitat for successful reproduction (presence of redds and young-of-the-year) and juvenile steelhead rearing, over-summer survival, presence of multiple age classes of steelhead, and observations of adult steelhead that provide strong evidence that Arroyo Grande Creek provides habitat conditions suitable for steelhead to successfully complete their entire lifecycle, (2) suitable spawning habitat and rearing is present throughout the creek, but is most abundant in the reaches downstream of Tar Spring Creek, (3) some reaches have less suitable sized clean spawning gravel than others, riffles, habitat complexity, and substrate suitable for macroinvertebrate production, pools, and riparian vegetation are limited, (4) passage impediments may effect upstream and downstream migration by adult and juvenile steelhead under certain conditions and at certain times of year, (5) the remnant gravel mining pit on private land in the upstream reach provides poor habitat for steelhead rearing and good habitat for non-native predatory fish, (6) construction of beaver dams alters the channel flow and habitat characteristics creating passage impediments and temporary barriers to adult and juvenile migration, increased risk of predation mortality, and potential reductions in surface water volume and flow by increasing percolation to groundwater, (7) instream flow rates during the low-flow summer months varies substantially among reaches as a function of accretions and depletions, and (8) spawning success and juvenile production in Los Berros Creek and Tar Spring Creek are largely unknown.

- 28 -
DECLARATION OF DR. CHARLES HANSON

70208992

## VII.  STEELHEAD ABUNDANCE

### A.  Juvenile Abundance

46.  Very little quantitative fishery survey information is available on the densities, geographic distribution, or abundance of juvenile steelhead in Arroyo Grande Creek prior to, or after, construction of Lopez Dam.  California Department of Fish and Game observed juvenile steelhead in the upper basin tributaries in May 1950, hundreds of juveniles in the lagoon in May 1953, a low density of juveniles in the upper stream above the confluence with Lopez Canyon Creek in June 1959, and low densities of juveniles in the creek in May 1960 (Titus et al. 2014).

47.  Alley (1997) conducted a survey in September 1996 of juvenile steelhead habitat and fish densities in Arroyo Grande Creek in a 13 mile reach downstream of the dam.  The survey included 9 stream reaches with habitat typing and electrofishing at 14 sites.  Results of the electrofishing surveys conducted by Alley (1997) documented juvenile steelhead rearing from approximately the Highway 1 Bridge upstream to the dam.  Juvenile steelhead densities were low in the 0.7 miles immediately downstream of the dam.  Juvenile steelhead were not collected in the next 0.7 miles downstream in the reach with virtually no riparian vegetation.  Young-of-the-year (YOY) steelhead densities ranged from 0.6 to 22.5 fish/100 feet in the 11 sites where steelhead were present.  Yearling steelhead densities ranged from 0.6 to 8.3 fish/100 feet at the 11 sites.  Alley (1997) estimated that Arroyo Grande Creek supported approximately 7,000 juvenile steelhead (approximately 3,500 YOY and 3,500 yearlings). The confidence that can be placed in the abundance estimates derived by Alley (1997) is unknown since this was a single survey, limited to 14 sub-sampling sites over a three day period in September 1996.  The population estimate relies on the assumption that 1996 was a representative hydrologic year (juvenile steelhead abundance is known from other watersheds to vary greatly between wet and dry conditions) and that the

- 29 -
DECLARATION OF DR. CHARLES HANSON

70208992

sampling sites selected for the survey are representative of the larger reaches of the creek assumed in the extrapolation of the limited survey results.

48.     Swanson Hydrology + Geomorphology (2008) conducted surveys of the abundance and distribution of juvenile steelhead in Arroyo Grande Creek in 2006.  The surveys included both visual observations (snorkel surveys) and electrofishing. Survey site selection was based on a stratified random design. Surveys were conducted in October 2006.  A total of 30 habitat sites were visually surveyed by snorkeling with electrofishing at 7 sites.  Steelhead were observed at 26 of the 30 snorkel locations (87%) and all 7 of the electrofishing locations. Consistent with observations by Alley (1997), Swanson Hydrology + Geomorphology (2008) observed fewer steelhead in upstream reaches near the dam when compared to reaches further downstream.  Results of habitat typing in 2006 were also similar to those from the 1996 and 2004 habitat surveys in showing a low-flow channel immediately below the dam that lacks habitat complexity and suitable spawning gravels, lack of instream cover, and lack of riparian vegetation which all affect habitat quality for juvenile steelhead rearing.  The gravel that was present was embedded with silt and fine sediment that impacts spawning and egg incubation as well as macroinvertebrate production.  Swanson Hydrologic + Geomorphology (2008) hypothesized that the higher densities of juvenile steelhead observed in the middle reaches of the creek were a result of increased flow from Los Berros, Tar Spring, and Corbett/Carpenter creeks that transport gravel and coarse substrate downstream into Arroyo Grande Creek that support spawning and invertebrate production and increase flushing of fine sediments.

49.     Swanson Hydrology + Geomorphology (2008) did not extrapolate results of the fishery surveys to the entire habitat downstream of the dam. As part of preparing this declaration I used the density of juvenile steelhead ages 1+ and 2+ combined per 100 foot sub-sample within each of the 30 sites surveyed by snorkeling reported by Swanson Hydrology + Geomorphology, and the estimated

DECLARATION OF DR. CHARLES HANSON

70208992

length of each reach, to generate an estimate the combined abundance of resident and anadromous juvenile steelhead. I did not include data from the electrofishing surveys as a result of the small number of sites sampled. Using the juvenile steelhead densities from the snorkel survey alone, I estimated juvenile abundance to be approximately 4,100 fish.  This rough estimate of juvenile abundance in Arroyo Grande Creek is similar to the estimated abundance of juvenile steelhead (7,000 fish) derived from the less intensive survey by Alley (1997).  However, there is a relatively high degree of uncertainty in these estimates.  Both surveys were done in only 1 year, the sub-sampling locations may not be representative of the abundance or distribution of juvenile steelhead throughout each reach, the survey methods have bias that was not quantified, and the distribution of juveniles between resident and anadromous progeny is unknown.

50.    Additional snorkel surveys were planned to occur in the 2025 monitoring plan.  However, as a result of health and safety concerns resulting from constituent levels identified from water samples that exceeded drinking water standards, no snorkel surveys were conducted (County of San Luis Obispo 2025).

51.    Swanson Hydrology + Geomorphology (2008) also presented a compilation by Harvey and Stanley (1984) of information on juvenile steelhead densities from 41 coastal tributaries in central California (the majority of surveys occurred in Santa Cruz County).  Results of these 41 fishery surveys showed juvenile steelhead densities that averaged 10.9 fish/100 feet with a range from 49 fish/100 feet to 1 fish/100 feet. The estimated density of age 1+ and 2+ steelhead from Arroyo Grande Creek (2.9 fish/100 feet) exceeded only two of the 41 streams (Aptos (1 fish/100 feet) and Carbonera (1.7 fish/100 ft) included in this comparison.  This comparison between Arroyo Grande Creek and other watersheds only provides a very general picture of the relative productivity of Arroyo Grande Creek.  Differences in the years when surveys were conducted, differences in survey methods and staff experience in conducting fishery surveys, the selection of

DECLARATION OF DR. CHARLES HANSON
70208992

survey sites that are representative of larger reaches of a stream, and the relative proportion of the stream channel surveyed can all contribute to bias and uncertainty when comparing results across a number of watersheds.

52.    Length-frequency of steelhead collected by electrofishing in the 2006 survey conducted by Swanson Hydrology + Geomorphology (2008) documented the presence of multiple age classes (YOY age 0+, age 1+, and age 2+) providing evidence of successful reproduction and over-summer and over-winter survival. The estimated density of age 1+ and 2+ steelhead from Arroyo Grande Creek were considered to be low when compared to other central California streams.

53.    Habitat quality in the lower reaches of both Arroyo Grande and Los Berros creeks has been degraded by urban and agricultural development, channelization between Arroyo Grande and the lagoon, and altered flow and sediment dynamics (Titus et al. 2014, Becker et al. 2010).   Results of electrofishing and visual surveys by CDFW of the lower creek in August–October 1978 failed to detect juvenile steelhead.

54.    As part of the Arroyo Grande Creek Channel Waterway Management Program (WMP) fish rescue and relocation occurred in October 2025 in the lower reach of the creek where sediment removal and levee repairs (Breach Site) were being made (Rincon 2026).  Seven fish species were collected including steelhead, California roach, threespine stickleback, prickly sculpin, Sacramento sucker, mosquitofish, and starry flounder.  Of the 107 fish captured and relocated, 11 were steelhead ranging in length from 65 to 188 mm representing young-of-the-year and older juvenile age classes.  These observations are consistent with those of Alley (1997) and Swanson Hydrology + Geomorphology (2008), concluding that Arroyo Grande Creek supports multiple age classes demonstrating successful reproduction and over-summer juvenile survival.

55.    The Arroyo Grande streamflow gage was identified as an impediment to steelhead passage.  The Arroyo Grande Creek Stream Gage Modification and

DECLARATION OF DR. CHARLES HANSON

70208992

Fish Rescue and Relocation Project was implemented in 2024. Block nets were set upstream and downstream of the work site to exclude fish from entering the site prior to construction. Electroshockers were then used to capture fish from within the block nets which were transported to a downstream relocation site where the fish were released. Rescue and relocation efforts occurred September 16-18, 2024, immediately prior to dewatering the construction site. A total of 2,044 fish, representing nine species, were captured and relocated. The most abundant species was Sacramento sucker (793 fish), followed by sculpin (408 fish), California roach, threespine stickleback, striped mullet, steelhead, bullhead, hitch, and bass. A total of 14 juvenile steelhead were collected. The species composition and relative abundance of fish collected in the fish rescue and relocation effort were similar to those observed in other fishery surveys from Arroyo Grande Creek.

56. Fish surveys of small areas of lower Arroyo Grande Creek and the lagoon have been conducted since 2003 as part of the "Lower Arroyo Grande Creek and Lagoon Fishery and Aquatic Resources Monitoring Program" for the Oceano Dunes State Vehicular Recreation Area, Pismo Dunes State Preserve (Rischbieter 2004–2020; Rischbieter et al. 2020a–d, 2021a–c, 2022a–c, 2023a–e, 2024a–d, 2025a-e). Results of this time-series of surveys document the continued presence of steelhead in the lagoon and lower reaches of the stream. The limited geographic scope of these surveys, however, preclude their use in making estimates of juvenile steelhead abundance in Arroyo Grande Creek downstream of Lopez Dam. Observations of anadromous adult steelhead from these surveys occurred in 2021, when two adult steelhead carcasses were observed near the lagoon (NMFS 2023). A total of over 90 surveys were conducted from August 2003 to December 2025. Steelhead were observed in all but 4 of the 22 years of surveys. The four years when juvenile steelhead were not observed were characterized by low-flow drought conditions. In addition to steelhead, the lagoon provides habitat for a diverse community of fish such as tidewater goby, staghorn

- 33 -
DECLARATION OF DR. CHARLES HANSON
70208992

sculpin, starry flounder, striped mullet, Sacramento sucker, California roach, threespine stickleback, prickly sculpin, and others.

57.    Stillwater (2025) conducted eDNA analyses from 10 sites in Arroyo Grande Creek: 8 sites in the mainstem and 2 in Meadow Creek Lagoon, in an effort to identify the species of potential predatory fish.   Fish species identified through genetic assays included native freshwater species detected at the mainstem creek sites including *O. mykiss*, Arroyo chub, mullet, threespine stickleback, either California roach or hitch, and sculpin.   Marine/brackish species from the lagoon sites included big skate, curlfin sole, hake, jacksmelt, night smelt, northern anchovy, tidewater goby, Pacific harvestfish, Pacific staghorn sculpin, Pacific sardine, righteye flounder, pipefish, rockfish, and surfperch.

58.    Data regarding steelhead detections described in the preceding paragraphs provide strong evidence that the contemporary steelhead population is Arroyo Grande Creek is self-sustaining.

### B.    Adult Abundance

59.    I was not able to identify any consistent, systematic, or quantifiable monitoring results for the numbers of adult steelhead returning to Arroyo Grande Creek to spawn each year, either before Lopez Dam was constructed or under current conditions.  The estimates of adult abundance that are available have been derived primarily from anecdotal observations, based on interviews with local residents, news reports, and qualitative opportunistic observations.  These adult abundance estimates were based primarily on interviews with local residents and anecdotal observations by fishermen and others, and as a result, the accuracy and reliability of these estimates is unknown.  Typically adult abundance estimates are derived from redd counts, adult passage over weirs and fish ladders, counting stations, and more recently video (Vaki RiverWatcher) or DIDSON monitoring methods.  None of these standard monitoring methods have been used on Arroyo Grande Creek, either before or after construction of Lopez Dam.

DECLARATION OF DR. CHARLES HANSON

60. Adult steelhead primarily migrate upstream and spawn in the winter and early spring when instream flows and turbidity are elevated, and adult steelhead only remain on the redds for a short period during spawning, making visual counts of adult steelhead difficult and unreliable. The estimates that are available, especially before 1968 when Lopez Dam was constructed, are further impacted by the unknown contribution of hatchery stocking on adult returns. Status reviews by NMFS (2016 and 2023) of the population abundance of adult steelhead in the Southern California DPS have not presented reliable quantitative estimates of adult steelhead escapement to Arroyo Grande Creek as a result of the absence of adult monitoring.

**C.     Pre-Dam Steelhead Abundance Estimates (1900-1968)**

61. Titus et al. (2014) and Capelli (2024) note that in 1895, David Starr Jordan reported that Arroyo Grande Creek supported both steelhead and rainbow trout and was known as "the best-known trout stream in San Luis Obispo County". In the 1930s, fishery surveys conducted by the California Department of Fish and Game (CDFG; now known as the California Department of Fish and Wildlife) reported the presence of steelhead and rainbow trout in the watershed that supported a popular recreational fishery (Titus et al. 2014). Based on the outcome of interviews with about 50 local individuals, CDFG hypothesized that adult steelhead abundance returning to Arroyo Grande Creek averaged at least 500-1,000 fish annually, and potentially as high as 5,000 adult steelhead, before declining in the 1940s then declining further to about 100 fish in 1960, before construction of Lopez Dam (Titus et al. 2014, Capelli 2024). Adult abundance is reported to have declined since the early 1940s when the runs decreased to an average of approximately 100–500 fish annually with further declines in the late 1950s to less than 100 retuning adult steelhead (Titus et al. 2014, Capelli 2024). In 1961 two adult steelhead were reportedly caught or seen, in addition to juveniles 5-18 cm in length, and 12 potential redds were detected within a 3 km reach below the

DECLARATION OF DR. CHARLES HANSON
70208992

confluence with Lopez Canyon Creek (Titus et al. 2014). The abundance estimates reported by Titus et al. (2014) and Capelli (2024) appear to all be derived from very limited surveys and anecdotal observations and interviews with local anglers, and therefore the reliability and accuracy of these estimates is unknown.

62. No systematic fishery surveys or monitoring data were found that quantitatively document the annual abundance of adult steelhead escaping to Arroyo Grande Creek. NMFS (2013) provides estimates of adult steelhead abundance within five rivers in the South-Central recovery planning area (Pajaro, Salinas, Carmel, Little Sur and Big Sur rivers, but reported no estimates for Arroyo Grande Creek) totaling 27,000 adult steelhead at the turn of the century, 4,740 adults in 1965 (prior to construction of Lopez Dam), declining to several thousand adults with large variation in annual abundance. No population estimates were available for Arroyo Grande Creek or other South-Central coastal streams south of Big Sur.

63. Capelli (2024) synthesized available information on adult steelhead abundance estimates for Arroyo Grande Creek prior to completion of Lopez Dam in 1968 (Table 1).

**Table 1. Estimated Annual Adult Steelhead Runs in Arroyo Grande Creek 1940 – 1960.**

| Year | Estimated Number of Adult Steelhead |
|---|---|
| 1940 (and earlier) | 500 – 5000 annually |
| 1940 – 1941 | 3000 – 5000 |
| 1942 – 1948 | < 200 annually |
| 1949 – 1950 | 200 – 300 |
| 1950 – 1954 | < 100 annually |
| 1954 – 1955 | 100 – 200 |

DECLARATION OF DR. CHARLES HANSON

70208992

| Year | Estimated Number of Adult Steelhead |
|------|-------------------------------------|
| 1955 – 1956 | 300 – 500 |
| 1956 – 1957 | < 100 |
| 1957 – 1958 | 100 – 300 |
| 1958 – 1959 | < 100 |
| 1959 – 1960 | < 100 |
| 1960 | 0 |

64.    CDFW concluded that the steelhead runs in Arroyo Grande Creek averaged at least 1,000 fish annually prior to the sharp decline beginning in the l940s. Since the late 1940s, the runs decreased to an average of approximately 100 – 200 fish annually, with much of the interannual variation likely the result of variation in annual rainfall, with further declines since the late 1950s (Hinton 1961, Central Coast Salmon Enhancement [now Creek Lands Conservation] 2009). These run-size estimates were not based on standard trapping or census methods, but on long-term informal observations by individuals familiar with the watershed. Based on annual monitoring of the lowermost reaches of Arroyo Grande Creek, current estimates are considerably lower than the estimates for the 1940s through 1960. However, no systematic, quantitative monitoring was conducted during these or subsequent years, and there has not been a thorough examination of the historical record of steelhead abundance or hatchery stocking in the Arroyo Grande Creek watershed comparable to the assessment made of the Santa Ynez River (Alagona et al. 2012). As a result, the actual trends in steelhead abundance and the natural inter-annual fluctuations in adult returns with varying ocean and freshwater conditions, are largely unknown.

65.    Titus et al. (2014) reported that a 1961 fishery survey found juvenile O. mykiss (10-15 cm in length) in Lopez Canyon Creek at densities of 2-5

- 37 -
DECLARATION OF DR. CHARLES HANSON
70208992

fish/pool and 1-3 fish/pool in Vasquez Creek (a tributary to Lopez Canyon Creek). Excellent spawning habitat was observed, although limited by bedrock outcroppings. Stream flow was intermittent in the middle and lower reaches of the creek during the August 1961 survey. Habitat conditions during a 1961 survey in Vasquez Creek identified abundant spawning gravel but few pools and limited cover to support juvenile rearing. The density of juvenile steelhead was low. A passage barrier (flashboard dam) was present about 1.2 km upstream from the creek mouth. No steelhead were captured in Corbett Canyon or Tar Springs creeks.

66. Becker et al. (2008) and others also provide a general description of anecdotal observations and estimates of adult steelhead abundance in Arroyo Grande Creek reporting:

- "Staff from DFG surveyed Arroyo Grande in 1960. The survey report states, this stream ranks with the better streams of the San Luis Obispo area which enter the Pacific Ocean. Long sections of this stream contain permanent water throughout the entire year (DFG 1960j)."

- "A 1961 DFG letter on the proposed Lopez Dam project includes a run size estimate of "about 1,000 adult fish" (DFG 1961c). A memo from that year reported on the run size estimate produced through interviews with local residents and concluded, "1. The steelhead runs in Arroyo Grande Creek averaged at least 1,000 fish annually 20 years ago. 2. Since 1940 the runs have decreased to an average of approximately 100-200 fish annually for the past 10 years" (DFG 1961d)." These observations, however, conflict with the information reported by Capelli (2024) who reported no adult steelhead returned to Arroyo Grande Creek in 1960 (see Table 1).

DECLARATION OF DR. CHARLES HANSON

70208992

- "A 1996 consulting firm study of Arroyo Grande included a population estimate of juvenile steelhead below Lopez Dam of 7,000 individuals (Alley 1997)."

- "Habitat surveys were performed on Arroyo Grande in 1999 and 2000. A report discussing the survey results states: "Spawning gravel quality and availability…is a potential limiting factor affecting steelhead abundance and reproductive success within Arroyo Grande… Although good and excellent habitat was present within various areas of the creek, overall habitat conditions for juvenile steelhead rearing were only fair (SEI 2004, p. 1-49)."

67.    The qualitative information available from anecdotal observations show a regional pattern across a number of southern and central California watersheds of relatively high adult abundance before 1940 followed by a substantial decline in adult abundance between 1942 and 1960.  In my opinion, adult steelhead abundance on Arroyo Grande Creek likely followed a similar pattern as other South-Central steelhead populations between 1940 and 1960 (pre-dam). Coastal Salmon Enhancement (2009), Becker et al. (2008), and Capelli (2024) reported that the abundance of steelhead decreased to about 100 adult in the mid-1950's (Table 1) in Arroyo Grande Creek, prior to construction of Lopez Dam, as well as a number of other California coastal creeks and rivers.

**D.    Post-Dam Steelhead Abundance (1968-2025)**

68.    Titus et al. (2014) reported that a CDFG survey in September 1972 noted that habitat conditions in Arroyo Grande Creek had deteriorated as a viable steelhead stream as a result of the construction of Lopez Dam, the presence of two small diversion dams along with a number of surface water diversions along the lower creek.  In addition, Titus et al. (2014) reported that various sources of pollution were also noted during the 1972 survey.  No juvenile steelhead were observed, although adult steelhead were reportedly caught by local anglers.

DECLARATION OF DR. CHARLES HANSON

70208992

69. Arroyo Grande Creek was surveyed again by CDFG in 1978 from the dam to the lagoon including both visual observations and electrofishing.  Spawning areas were reportedly limited, and their quality was impacted by siltation to a depth of 2.5-15 cm in places, although juvenile rearing habitat was reported to be good.  No juvenile steelhead were captured or seen in 6 randomly selected 100-foot long sites, and Arroyo Grande Creek was characterized as the most degraded stream by channelization, water diversions, and siltation among six streams in San Luis Obispo County (Knable 1978 cited in Titus et al. 2014).  Titus et al. (2014) noted that CDFW file documents from a number of proposed development projects through 1991, showed that a viable steelhead population was present in the creek.

70. Creek Lands Conservation (2023; cited in Harvey et al. 2025) conducted redd surveys from 2015 through 2022 in Arroyo Grande Creek downstream of Lopez Dam from the Bridge Street Bridge to U.S. Geological Survey (USGS) stream gage #11141500, as well as a reach from the USGS stream gage upstream to Strother Park. Creek Lands Conservation regularly observed resident redds in both reaches. In 2021, anadromous steelhead redds were observed in the reach downstream of the USGS gage, and in 2018 steelhead redds were observed upstream of the USGS gage. Creek Lands Conservation (2023) also conducted snorkel surveys in both reaches. Surveyors regularly observed small numbers of juvenile steelhead downstream of the USGS gage and rarely observed juveniles upstream of the gage.

71. County of San Luis Obispo (2025) conducted a steelhead redd survey in 2025, detecting 3 redds.  One redd was detected in Reach 2 (immediately upstream of Highway 101), one in Reach 3 (adjacent to Arroyo Grande), and one in Reach 8 (adjacent to Lopez Drive in Arroyo Grande).  All the redds were present in spawning gravel sites.  The ability to locate redds during the 2025 survey was, however, limited by elevated levels of turbidity, making it difficult to detect redds. Because Arroyo Grande Creek is divided into 8 reaches downstream

- 40 -
DECLARATION OF DR. CHARLES HANSON

of Lopez Dam, these detections demonstrate steelhead are able to reproduce in both the upper and lower reaches of Arroyo Grande Creek.

72.    Current estimates of adult steelhead abundance are comparable to those from the 1950s and early 1960s, although as discussed above, these estimates are not based on scientific monitoring methods.  Rischbieter (2004) speculated that dozens, to a few hundred, steelhead return annually to Arroyo Grande Creek.

73.    One way to estimate the potential relationship between juvenile (smolt) productivity of Arroyo Grande Creek and adult steelhead returns (SAR; smolt to retuning adult survival rate) is to assume various smolt-to-adult survival rates based on information from the scientific literature.  However, no site-specific estimates of the size distribution or SAR rates are available for steelhead smolts produced in Arroyo Grande Creek for use in these analyses.  Trush (2012) developed smolt-to-adult survival curves based on smolt fork length for California steelhead.  I used these curves to estimate SAR rates for steelhead smolts shown below:

| Smolt fork length (mm) | Lower SAR (% survival) | Upper SAR (% survival) |
|---|---|---|
| 170 mm | 1.1 | 2.1 |
| 180 mm | 3.0 | 3.9 |
| 190 mm | 4.5 | 6.0 |

74.    If we assume smolt abundance is within the range of 4,000 (SHG 2008) to 7,000 smolts (Alley 1997), and we assume smolt-to-adult return rates shown above, a conservative range of adult return abundance is shown below:

| Smolt fork length (mm) | Assume 4,000 smolts Lower SAR (% survival) | Assume 7,000 smolts Upper SAR (% survival) |
|---|---|---|
| | Estimated Adult Return Abundance | |
| 170 mm | 44 | 147 |
| 180 mm | 120 | 273 |
| 190 mm | 180 | 420 |

- 41 -
DECLARATION OF DR. CHARLES HANSON

70208992

75. These abundance estimates are conservative (over-estimate), assuming that the smolt abundance estimated from Arroyo Grande juvenile surveys are 100% anadromous steelhead. This is an intentional over-estimate of smolt abundance entering the ocean, since it does not account for the unknown contribution of resident juveniles or include actual data on the length frequency of steelhead smolts emigrating from Arroyo Grande Creek. However, these estimates are generally consistent with the range of adult abundance reported by Capelli (2024) and Creek Lands Conservation (2009). To my knowledge, researchers and agency staff reporting past estimates have not attempted to differentiate anadromous and resident *O. mykiss*. This is notable since the listing extends only to anadromous *O. mykiss* downstream of impassable barriers such as Lopez Dam.

76. Watershed management plans for Arroyo Grande, including geomorphic and hydrologic analyses state:

- "The lack of vegetated buffer strips along roads, poor stream crossings, and unmaintained ditch and culvert systems present a significant erosion hazard during peak storm events. Farm fields, roads, and agricultural ditches also lack buffering vegetation, resulting in direct, unmanaged release of fine sediment to nearby stream channels" (SHG 2004, p. 35). In 2006, a distribution and abundance survey was conducted, incorporating 30 sampling locations in lower Arroyo Grande. *Oncorhynchus mykiss* was observed in 26 locations 'in relatively low numbers' (Swanson 2006). A draft report states, 'The lack of channel flushing high flows [due to capture in Lopez Reservoir] has resulted in a narrow channel that lacks complexity and the presence of silt in the substrate' (Swanson 2006)."

77. "High flow events appeared to be associated with downstream migration of numerous juvenile steelhead…" (DPR 2007a). A survey report from 2007 states, "…it is also apparent that both water quality and habitat area/volume

- 42 -

DECLARATION OF DR. CHARLES HANSON

70208992

are diminishing due to reduced inflow. As in recent past years, this inflow cessation seems to be caused by agricultural irrigation groundwater withdrawals from the alluvial plains near the lower miles of Arroyo Grande Creek."

78.    "In 2007 approximately 30 fish, some of which were identified as small steelhead, were found dead in Arroyo Grande following a chemical spill from the Lopez Lake water treatment plant (Sneed 2007). Staff from DFG observed about 12 steelhead carcasses ranging from about 25 to 28 inches in length in lower Arroyo Grande after a sudden drying of the creek (Highland pers. comm.)."

79.    Central Coast Salmon Enhancement (2009) further report:

- "In 1961, the Department of Fish and Game conducted interviews with local landowners and sportsmen to gain insight into the size of the steelhead fishery prior the construction of Lopez Dam. Findings concluded that in 1940-41 very large runs of thousands of fish occurred, and that in 1949-50, 1955-56 and 1957-58 fair runs of hundreds of fish occurred (Elwell, 1961). It was concluded that steelhead runs in Arroyo Grande Creek averaged at least 1,000 fish annually in the 1940's and that since that time runs have decreased to an average of 100+ fish annually since the 1950's. Other assessments substantiate these findings."

- "Arroyo Grande Creek steelhead population surveys were conducted in 1961, 1972, 1996, 1999 and 2006. In addition, California State Parks conducted a general fisheries survey from late 2003 through the present in the lagoon area. The 1961 survey included interviews with landowners and sportsman and indicated population levels ranging from 1,000-5,000 adult steelhead depending on the amount of rain. All presently available information from 1961 indicates average annual runs of approximately 1,000 adults. More fish were reported

DECLARATION OF DR. CHARLES HANSON

70208992

during years with more rain. From 1941 on, the run was reported to be severely reduced. No steelhead sampling was conducted during the 1972 survey, but reports of steelhead being caught were reported."

- "The 1996 population estimate of juvenile steelhead in Arroyo Grande Creek below Lopez Reservoir was approximately 7,000 fish, about 3,500 young-of-the-year sized and 3,500 yearling-sized fish (Alley, 1996)."

- "During the 1999 survey, sampling was done at one of the four survey locations along the creek. Twenty-seven (27) steelhead were found in the 90-feet long Strother Park section. The fish ranged in size from 62 – 197 millimeters fork length (FL) which is the measurement from the tip of the nose to the middle of the caudal fin, or tail. Three of the four larger steelhead (> 145 mm FL) had the appearance of smolts (CDFG Stream Survey, 1999)."

80.    Alagona et al. (2012) provide a detailed discussion of the extensive hatchery stocking program that occurred in central and southern California for both rainbow trout and anadromous steelhead, and the associated recreational fishery it supported.  Although the discussion primarily focusses on stocking in the Santa Ynez River based on anecdotal accounts and qualitative descriptions of the abundance and variation in adult steelhead returns to the river due the climatic and hydrologic cycles and construction of Bradbury Dam, the extensive stocking program is representative of stocking and fishery management throughout central and southern California coastal streams between about 1900 and the 1960s. No information exists regarding the effect of hatchery stocking on the abundance of the adult steelhead population, but hatchery stocking likely contributed substantially to the number of adults returning to coastal streams in the region, including Arroyo Grande Creek. CDFG no longer stocks diploid trout or steelhead (fish that can reproduce) in anadromous waters.

- 44 -

DECLARATION OF DR. CHARLES HANSON

70208992

81. The steelhead population in Lopez Canyon Creek was supplemented with CDFG hatchery steelhead stocking of 10,000 juveniles in 1930, 25,000 in 1932, 24,000 in 1933, and 15,000 in 1938 (Titus et al. 2014). Catchable rainbow trout were reportedly planted every year when instream flow conditions were suitable through 1961 (Titus et al. 2014). Extensive hatchery rainbow trout and steelhead stocking by CDFG into southern California coastal watersheds to support recreational angling is expected to result in an overestimate of in-river production and subsequent estimates of adult abundance returning to the watersheds to spawn. An unknown number of hatchery produced steelhead planted in other southern California rivers and streams may also stray as adults and migrate into the Arroyo Grande Creek, adding further complexity to assess in-river production and adult abundance prior to construction of Lopez Dam. The magnitude of the effect of hatchery stocking on in-river steelhead abundance cannot be quantified.

### E. Summary of Steelhead Abundance Data

82. No systematic monitoring has been conducted to quantify annual adult steelhead returns to Arroyo Grande Creek, either before or after construction of Lopez Dam. The qualitative information available from anecdotal observations shows a regional pattern of relatively high adult abundance in the early 1900s followed by a substantial decline in adult abundance through about the 1950 – 1960 period with highly variable adult abundance in response to hydrologic conditions (e.g., wet and dry periods) to present. In my opinion, adult steelhead abundance on Arroyo Grande Creek likely followed a similar pattern as other South-Central steelhead populations between about 1950 (pre-dam) and current conditions (post-dam). Coastal Salmon Enhancement (2009), Becker et al. (2008), and Capelli (2024) reported that the abundance of steelhead decreased to about 100 adult steelhead in Arroyo Grande Creek since the 1950s – 1960s (pre-dam) with high variability among years based on hydrologic conditions and other factors. While all of the quantitative estimates provided in these reports are characterized

- 45 -
DECLARATION OF DR. CHARLES HANSON

70208992

by high levels of uncertainty, and therefore are imprecise, I agree with the overall assessment and I expect that under current conditions the abundance of anadromous adult steelhead and non-anadromous rainbow trout in Arroyo Grande Creek varies from dozens to low 100s, with an approximate mean of 100 fish.

83.    Based on the observations and data on habitat conditions, distribution, and abundance of juvenile steelhead, evidence of successful natural reproduction and juvenile survival (presence of multiple age classes) and a self-sustaining population (detected inhabiting Arroyo Grande Creek in virtually every year surveyed) it is my opinion that:

- Arroyo Grande Creek supported a self-sustaining population of anadromous steelhead and resident rainbow trout prior to construction of Lopez Dam and continues to support a self-sustaining population today (e.g., no apparent hatchery augmentation),

- current density and abundance estimates of juvenile rearing steelhead in Arroyo Grande Creek are considered to be low relative to many other Central California streams, although estimates of steelhead abundance are characterized by a high degree of uncertainty (anecdotal accounts) and are not statistically rigorous (no confidence intervals accompany any of the abundance estimates),

- evidence of successful reproduction (presence of redds and young-of-the-year), over-summer and over-winter survival, presence of multiple age classes of steelhead, and observations of adult steelhead provide strong evidence that Arroyo Grande Creek provides habitat conditions suitable for steelhead to successfully complete their entire lifecycle,

- many factors may contribute to the low steelhead production including, but not limited to, accumulation of excess fine sediments (silts and clay) that impact the quality of cobble and gravel needed for spawning, egg incubation, hatching, juvenile steelhead cover, and

DECLARATION OF DR. CHARLES HANSON

70208992

macroinvertebrate production although we do not have a good understanding of the factors that are most likely to be controlling contemporary population dynamics,

- the availability and quality of juvenile rearing habitat is limited by lack of suitable riffles, pools, and riparian vegetation, remnant gravel pits occur downstream of the dam which provide poor rearing habitat for steelhead but good habitat for non-native predatory fish although, again, we do not have a good understanding of the factors that are most likely to be controlling contemporary population dynamics,

- passage impediments exist that may effect upstream and downstream migration by adult and juvenile steelhead under certain conditions and at certain times of year,

- spawning success and juvenile production in Los Berros Creek and Tar Spring Creek are largely unknown,

- the best available scientific information supports a finding that adult steelhead abundance declined substantially between the 1940s and 1960s, adult steelhead abundance was low prior to construction of Lopez Dam, and has remained in a similar state after dam construction,

- adult abundance varies substantially among years, typically increasing following wet years and declining following dry years,

- many factors that are not under County control including, but not limited to, climate change, extended droughts, and poor ocean conditions, impact the population dynamics of steelhead inhabiting Arroyo Grande Creek as well as other watersheds in the South-Central recovery area,

- during the period from the turn of the century until about 1960 anadromous steelhead and resident rainbow trout produced in

- 47 -
DECLARATION OF DR. CHARLES HANSON

70208992

hatcheries were stocked by the California Department of Fish and Game throughout central and southern California coastal streams in an effort to support an active recreational fishery and promote tourism. The aggressive stocking effort likely contributed to early reports of high adult steelhead abundance rather than just the number of wild adult steelhead produced in Arroyo Grande Creek,

- no quantitative monitoring data exists to assess long-term trends (e.g., increasing abundance over time, decreasing abundance, or just variable among years with no apparent long-term trend) in the abundance of adult steelhead in Arroyo Grande Creek before and after Lopez Dam was constructed, and

- while all of the available quantitative estimates of steelhead and rainbow trout abundance are characterized by high levels of uncertainty, and therefore are imprecise, I expect that under current conditions the abundance of adult steelhead in Arroyo Grande Creek varies from dozens to low 100s.

## VIII.  FACTORS EFFECTING STEELHEAD

84.    Climate change, as well as anthropogenic influences (e.g., land use changes, surface and groundwater diversions, flood control, hydrologic alterations due to dam and reservoir operations, etc.), affect aquatic habitat conditions. In addition, seasonal and inter-annual variation in hydrologic conditions, water quality, inter- and intra-specific competition, predation by other fish, birds, and marine mammals, disease, parasites, variation in food supplies, suitability of habitat conditions in the creeks and ocean for juvenile growth and survival, access to suitable freshwater habitat for spawning and migration affect the population dynamics if steelhead.  Ocean conditions such as El Niño, changes in current patterns, ocean upwelling, and decadal oscillation in ocean conditions, can reduce the survival rates of salmonids during their ocean residence. For example, Kendall

DECLARATION OF DR. CHARLES HANSON
70208992

et al.( 2017) examined changes in smolt-to-adult return rates for 48 populations of steelhead during ocean residence in the Pacific Northwest and identified a long-term trend in declining survival in over 80% of the populations since 1980. Declining ocean survival rates were identified as a major factor impacting the abundance of steelhead over a large geographic range that is thought to contribute to the regional trend of declining steelhead abundance across a large number of watersheds in California and the Pacific Northwest. Given the complex life history of steelhead, and the large number of factors affecting their population dynamics, it is hard to ascribe the incremental influence of only factor, such as the construction and/or operation of Lopez Dam and Reservoir, on the trends in steelhead abundance in Arroyo Grande Creek.

85. Within the limits of factors controlled by the County, the draft HCP identifies a number of management actions proposed to enhance habitat quality and availability for steelhead within the Arroyo Grande Creek watershed. One of the factors that likely has contributed to the current steelhead population abundance in Arroyo Grande Creek has been the loss of access to historical spawning and juvenile rearing habitat within the upper reaches of Arroyo Grande Creek as a result of the complete migration barrier to adult upstream migration caused by construction of Lopez Dam. Results of habitat mapping and assessment by Allen (2011) in the tributaries upstream of Lopez Dam identified high quality spawning and rearing habitat primarily in Lopez Canyon and Whittenberg creeks. A number of complete barriers to steelhead passage were identified in the upper watershed that limit access to potentially suitable habitat further upstream. Stillwater (2023a) has prepared an initial plan for assessing the feasibility of providing assisted passage for adult and juvenile steelhead to, and from, habitat upstream of Lopez Dam.

86. Lopez Dam currently limits access by steelhead to a downstream stream length of approximately 13.9 miles. Capelli (2024) reports that

DECLARATION OF DR. CHARLES HANSON

70208992

approximately 46% of the Arroyo Grande watershed occurs upstream of Lopez Dam.  A Biological Assessment (SAIC 2000) was prepared for the Lopez Dam seismic remediation project in support of Section 7 consultation with NMFS as well as environmental documentation for compliance with the California Environmental Quality Act. NMFS evaluated a proposal by the US Army Corps of Engineers (ACOE) to repair and modify Lopez Dam as part of a seismic remediation project that would result in an extension of the life of the dam and reservoir, and issued a Biological Opinion under Section 7 or the ESA.  The Biological Opinion, issued March 28, 2001, concluded that the seismic remediation project was likely to affect steelhead and their habitat within Arroyo Grande Creek, but the level of direct and indirect effects on incidental take would not likely jeopardize the continued existence of steelhead.  Based on that finding, NMFS issued an incidental take statement authorizing the ACOE to repair and replace Lopez Dam.  The NMFS Biological Opinion evaluated the protective measures included in the proposed project and concluded that the level of potential adverse effects on steelhead and their habitat due to dam construction were expected to be minor and temporary.  Based on results of their assessment of potential effects of the action, NMFS issued an incidental take statement for the project.  The NMFS Biological Opinion did not, however, address the potential effect of instream flows associated with ongoing Lopez Dam operations. The National Marine Fisheries Service issued a non-jeopardy Biological Opinion (NMFS 2001) for the Lopez Dam seismic remediation project but did not address long-term dam operations. The 2025 draft HCP provides the basis for NMFS to authorize dam operations as well as other non-flow management actions, monitoring and evaluation, and adaptive management over the 30-year period that the HCP would be in effect. The draft HCP proposes to investigate the potential for providing juvenile and adult steelhead assisted passage around the dam to allow access to spawning and rearing habitat in the upper watershed (Stillwater 2023).

DECLARATION OF DR. CHARLES HANSON
70208992

87. Beaver dams are also expected to impact upstream and downstream steelhead migration (Kemp et al. 2012), but are not in the County's control since they are protected under state law and that the County cannot modify beaver dams without federal and state authorizations.

88. In addition, Lopez Dam altered the seasonal hydrograph for Arroyo Grande Creek, generally resulting in reduced instream flows during the winter, including geomorphic flushing flows, and increased summer baseflows.  The Dam and Reservoir also reduced the inter-annual variability in instream flows, increased flood control, and blocked gravel and large woody material originating from the upper watershed.  Increases in the agricultural lands in production adjacent to Arroyo Grande Creek, and increases in urban development and water supply demands, have also effected reservoir operations and instream flow releases for steelhead and other fish.

89. The 2025 draft HCP includes modified dam operations to improve conditions for adult and juvenile migration, baseflows for spawning and juvenile rearing, spawning gravel augmentation downstream of the dam, and enhancement of large woody debris to provide improved conditions for macroinvertebrate production, cover for juveniles from predation, velocity refugia, and increased habitat diversity and complexity.

90. Passage impediments occur downstream of Lopez Dam that can affect upstream and downstream migration rates and passage opportunities by adult and juvenile steelhead when instream flows are low (Capelli 2024, Stillwater 2022). Smaller passage impediments exist downstream of the Dam that contribute to delays in adult upstream and juvenile downstream migration and increase vulnerability of juvenile steelhead to predation mortality, which are not owned or managed by the County. The County has addressed key passage impediments in the system that the County controls. Passage remediation projects include the Rodriguez Bridge pipeline, Biddle Park culverts, Cechetti Road culverts (still

DECLARATION OF DR. CHARLES HANSON
70208992

pending), and removal of the Arroyo Grande stream gage (Stillwater 2024). These passage impediments, such as the abandoned dam and diversion footing and structures, are not complete barriers to steelhead migration. When instream flows are sufficiently high, steelhead are able to migrate past these impediments without delay.

91. The County developed a proposed design to modify the pipeline crossing Arroyo Grande Creek adjacent to the Rodriquez Bridge. The purpose of the project was to reduce the risk of damage to the pipeline from channel incision. The project involved construction of a roughened channel downstream of the Rodriquez Bridge to eliminate a vertical drop of approximately three feet at the water pipe to reduce the risk of damage during high flows. The exposed pipeline created an impediment to steelhead passage at low instream flows and the project was designed to also remediate the fish passage impediment resulting from channel scour. The project involved construction of a roughened channel approximately 225 feet long to stabilize the pipeline, avoid scour in the future, and provide unobstructed fish passage. The streambed elevation was raised at the water pipeline crossing and created resting pools for enhanced fish passage downstream of the pipeline. ACOE initiated formal Section 7 consultation with NMFS, and in June 2012 NMFS issued a non-jeopardy Biological Opinion and Incidental Take Permit for the construction on the project.

92. San Luis Obispo County maintains double arch culverts at Biddle Park. Routine stream maintenance to remove woody debris and other material from the culvert structure prior to the winter-spring steelhead migration period reduces the likelihood that the structure would adversely impact steelhead migration during the winter-spring when dam releases, in combination with tributary flows, contribute to increased attraction and passage flows. The culverts were destroyed by winter storms and high streamflow in 1998. To construct the new culverts the County required a permit from ACOE. ACOE initiated formal

DECLARATION OF DR. CHARLES HANSON

70208992

Section 7 consultation with NMFS.  NMFS evaluated a proposal to repair and modify the Biddle Park culvert road crossing and issued a Biological Opinion on October 19, 1998 that concluded the culvert repair may effect steelhead and their habitat within Arroyo Grande Creek, but the level of direct and indirect effects on incidental take would not likely jeopardize the continued existence of steelhead. Based on that finding, NMFS issued an incidental take statement authorizing the ACOE to repair and replace the Biddle Park road crossing culvert. The magnitude of incidental take of steelhead, however, could not be estimated by NMFS because no recent information on steelhead population abundance was available and concluded that, based on the project description, replacement culvert design, construction, and operations, the amount is expected to be low and "unquantifiable".

93.    CDFW (Gard 2024) conducted a field investigation May 21-23, 2024 to assess various structures that had been identified as barriers or impediments to fish passage in the CDFW Passage Assessment Database (PAD) which included the Biddle Park culverts (PAD ID 707002).  Gard (2024) applied the following criteria from NMFS (2022) and CDFW (2009) in assessing the severity of passage obstruction for operations at the high and low design flow for adult and juvenile steelhead.  The design flows evaluated for the Biddle Park culverts were 38 cfs and 1.75 cfs for the high flow criteria for adult and juvenile steelhead and 3 cfs and 1 cfs for the low flow criteria for adult and juvenile steelhead.  The evaluation criteria were: 1) adult jump height less than 1 foot; 2) adult depth greater than 1 foot; 3) adult velocity less than 6 ft/s; 4) juvenile jump height less than 0.5 foot; 5) juvenile depth greater than 0.5 foot; and 6) juvenile velocity less than 1 ft/s (Gard 2024). Structures that met all three criteria at both passage flows, and for both life stages, were classified as not a barrier or passage impediment; structures that did not meet at least one of the criteria at one of the passage flows were classified as a temporal impediment; structures  that did not meet at least one of the criteria at

DECLARATION OF DR. CHARLES HANSON

70208992

both passage flows were classified as total barriers.  Based on these evaluation criteria Gard (2024) concluded the Biddle Park culverts were not a passage barrier or impediment to either adult or juvenile steelhead migration. Based on my review of the analysis by CDFW and my personal knowledge of the Biddle Creek culvert as well as other available and relevant information, I concur with CDFW that the culvert is not a barrier to steelhead passage.

94.	The grade control structure on Los Berros Creek has been identified as a passage impediment.  The County helps maintain the grade control structure by periodically removing accumulated debris from the structure.  The County, however, has no ability to control or effect instream flows on Los Berros Creek. The County did not design or construct the grade control structure and has not conducted any formal assessment of the stage-discharge relationship for the grade control structure of the frequency and duration that it may be an impediment to either adult or juvenile passage.

95.	The highly variable climate and hydrologic conditions of floods and droughts within the Arroyo Grande Creek watershed, like all the watersheds in central and southern California, has an effect on habitat quality and availability for steelhead migration, spawning, and juvenile rearing. The only major channel modifications for flood control occurred in the lower reach as part of the County Waterway Management Program.  NMFS evaluated a proposal by the US Army Corps of Engineers (ACOE) to implement the proposed Waterway Management Program.  The proposed management program was intended to "manage the lower Arroyo Grande Creek and a portion of Los Berros Creek (tributary to Arroyo Grande Creek) for the next 16 years through a comprehensive set of actions designed to achieve higher flood-control capacity of the leveed, lower three miles of Arroyo Grande Creek channel and the Los Berros Creek channel". The increased flood-control capacity was expected to provide flood protection up to a 10-year storm event. Major elements of the proposed action included: reducing

DECLARATION OF DR. CHARLES HANSON

70208992

channel roughness to achieve increased flood conveyance, long-term vegetation management, long-term sediment management, an increase in the height of portions of the existing levee system including freeboard and habitat alteration through construction of permanent log structures within only the Arroyo Grande Creek channel. Each element of the project involved construction-related activities and long-term operations (implementation) of the program provisions.  Based on results of the assessment of the proposed ACOE project, NMFS issued a Biological Opinion under Section 7 or the ESA.  The Biological Opinion, issued November 27, 2017 for modifications to the stream channel for flood control, groundwater recharge, and agricultural diversions for irrigation, concluded that the Arroyo Grande Creek management program would likely result in jeopardy to the continued existence of steelhead inhabiting the creek and was likely to adversely modify designated critical habitat (NMFS 2017).  The NMFS Biological Opinion then identified a Reasonable and Prudent Alternative (RPA) that would be feasible to implement and met the ACOE project objectives while minimizing adverse effects and avoids jeopardy to the continued existence of steelhead inhabiting Arroyo Grande Creek.  The RPA was developed by NMFS in collaboration with ACOE and its implementation is non-discretionary.

96.    Arroyo Grande Creek habitat surveys (Stillwater 2022) identified a lack of suitable sized gravel for steelhead spawning and an increased load of fine silts and clay within the reaches immediately downstream of Lopez Dam that adversely impact the quality and availability of suitable gravel deposits for steelhead spawning, egg incubation, and hatching.  The majority of steelhead spawning gravel was located in the lower reaches of the creek, downstream of Tar Spring Creek.  Deposition of fine sediment also reduces interstitial space needed for macroinvertebrate production which are a primary prey for trout and steelhead, and adversely impact the availability of cover for juvenile rearing steelhead. Channel erosion, reduction in the frequency and magnitude of winter flushing

DECLARATION OF DR. CHARLES HANSON
70208992

flows, agricultural non-point runoff, sediment trapping in the Reservoir, and reduction in riparian vegetation in some areas have been identified as factors contributing to increased channel sedimentation.  Changes in land use such as channel maintenance and levee stability for flood control, development of agricultural land, and urban development have reduced the riparian buffer zone and overhead vegetation cover that provide insect drop as prey for juvenile steelhead and shading to reduce summer water temperatures. Increased instream flow releases from Lopez Dam during the summer is expected to increase habitat quality and availability for steelhead and other aquatic species.  The habitat surveys also identified the effects of existing gravel mining pits on private land downstream of the dam as contributing to poor juvenile steelhead rearing conditions. The availability of suitable rearing habitat was greater in the lower reaches of the creek downstream of the confluence with Tar Spring Creek.

97.    Several non-native fish have been identified during snorkel and electrofishing surveys that may prey on juvenile steelhead or complete for habitat space or prey. Non-native fish species inhabiting the creek include largemouth bass, bluegill, green sunfish, black crappie, bullhead, and mosquitofish.  It has been hypothesized that non-native fish inhabiting Lopez Reservoir may be transported downstream of the dam by releases and spills and then inhabit the lower reaches of Arroyo Grande Creek. The potential number of non-native fish passing downstream from the reservoir and their survival entering the lower creek are unknown.  In addition, very little information exists regarding the abundance of non-native fish or their effects on predation mortality, or competition with steelhead inhabiting Arroyo Grande Creek. Stillwater (2025) describes development of an implementation plan for predator removal from Arroyo Grande Creek intended to reduce predation mortality on juvenile steelhead.

98.    Adult steelhead migrate upstream from the ocean, over the sand bar when it is breached, and through the Lagoon to suitable upstream spawning

- 56 -

DECLARATION OF DR. CHARLES HANSON

70208992

habitat.  Juvenile steelhead migrate downstream and some may rear within the Lagoon for a period of time before migrating through the breached sand bar to enter the coastal marine waters.  The Lagoon also provides habitat for other native fish species such as tidewater goby, staghorn sculpin, starry flounder, striped mullet, Sacramento sucker, California roach, threespine stickleback, prickly sculpin, and others.  The Arroyo Grande Creek Lagoon has been modified over the years by wetland reclamation and urban development which, among other factors, has resulted in a reduction in the Lagoon surface area by approximately 80% (Capelli 2024).  The ocean beach where the sand bar occurs is under the control and management of the California State Parks which allows regulated vehicle access to the beach, resulting in passage of motor vehicles through shallow water passing from the Lagoon into the ocean.  The magnitude of effect these factors have on breaching the bar, the quality and availability of lagoon habitat for juvenile rearing steelhead and other fish, and the overall population dynamics of steelhead within the watershed are largely unknown.

99.    Ocean conditions are a significant factor effecting the growth, survival, and abundance of steelhead.  Juvenile steelhead are vulnerable to predation by a large number of predatory fish, marine mammals, and birds in the ocean.  Ocean currents and upwelling of nutrient rich cold water are a significant contributor to ocean productivity including phytoplankton growth, and in turn zooplankton (e.g., copepods and  krill) abundance that are prey for juvenile steelhead, but are also the primary prey of filter feeding fish like anchovies, Pacific herring, and sardines, as well as squid and a variety of other marine organisms. When nutrient upwelling is weak, the marine food web declines and juvenile, subadult, and adult steelhead, as well as other fish and marine birds, experience reduced food supplies, reduced growth, increased mortality, and reduced population abundance (Lindley et al. 2009).  As a result of their ocean diet

DECLARATION OF DR. CHARLES HANSON
70208992

primarily of zooplankton, krill, and larval fish, steelhead are not adversely impacted by commercial and recreational fishing.

100. Based on the best available scientific information, it is my opinion that (1) there is a wide variety of factors that likely contribute to the population abundance of steelhead inhabiting Arroyo Grande Creek, (2) these factors include (a) climate change, (b) extended droughts, (c) habitat conditions for steelhead spawning and rearing (e.g., limited suitable gravel, fine sediment embeddedness, reduced riparian vegetation, lack of riffle habitat, lack of boulders and large woody debris, and reduced habitat complexity), (d) lack of access to suitable spawning and rearing habitat located upstream of Lopez Dam, (e) altered instream flows from dam releases, groundwater accretions and depletions, water diversions for agricultural irrigation, and increased urban water demand, (f) channel modification for reclamation, historic mining, and flood control, (g) exposure to adverse seasonal water temperatures, and other water quality conditions, (h) passage impediments downstream of Lopez Dam that delay or impair upstream and downstream migration by adult and juvenile steelhead, (i) competition and predation by other native and non-native fish, (j) reduced lagoon habitat quality and availability, and (k) predation and prey availability during ocean residence. It is also my opinion that scientists lack the data needed to draw reliable conclusions regarding the relative contribution of each of the factors identified above to the current status of steelhead in Arroyo Grande Creek.

## IX. INTERIM DOWNSTREAM RELEASE SCHEDULE (IDRS)

101. In 2000, San Luis Obispo County began conducting fishery habitat surveys in Arroyo Grande Creek to support development of a Habitat Conservation Plan (HCP) for the Protection of Steelhead and Red-legged Frogs. The initial draft HCP was released in February 2004 which included a proposed instream flow schedule, based on water year hydrology and reservoir storage. The February 2004 draft HCP was not approved by NMFS.

DECLARATION OF DR. CHARLES HANSON
70208992

102. Based in part on the analyses and hydrologic simulation model developed as part of the 2004 draft HCP, the County then developed an Interim Downstream Release Schedule (IDRS) (San Luis Obispo County 2007) to manage instream flow releases from Lopez Dam to support and improve habitat conditions for steelhead and red-legged frogs, while also meeting contractual commitments to downstream water users. The IDRS was to remain in effect until the final HCP was approved. Under the IDRS, Flood Control Zone 3 releases baseflows into Arroyo Grande Creek from Lopez Dam with lower baseflows in the winter months and higher baseflows in the summer months, depending on hydrologic conditions. The IDRS includes provisions for reduced flows under drought conditions when storage in Lopez Reservoir is less than 20,000 acre-feet (AF). The IDRS was developed to balance hydrologic limitations with an instream flow release operation intended to avoid incidental take of steelhead, tidewater goby, and red-legged frogs during the interim period until a revised draft HCP could be completed and approved by the federal agencies in compliance with the ESA.

103. The instream flows released under the IDRS are expected to have benefitted steelhead in several ways. The increased baseflow, especially during the late spring, summer, and early fall, contribute to increased habitat quality and availability supporting juvenile rearing, connectivity among habitats, and upstream and downstream migration. Monitoring results have shown that operations under the IDRS have contributed to increased riparian vegetation, overhead cover, and improved shading.

104. I am not aware of any adverse impacts, such as mortality, injury, or habitat degradation, to steelhead or other fish and wildlife or their habitat, as a result of operation under the IDRS which have contributed to improved conditions for steelhead migration and rearing. One potential mechanism associated with increased instream flows would be an increase in habitat conditions for non-native

fish contributing to increased abundance, competition, and predation, however, no data are available to support or refute this hypothesis.

105. Based on results of field observations of current and historical habitat conditions in Arroyo Grande Creek over the past two decades, it is my opinion that operation under the IDRS has substantially improved habitat conditions within the Creek for steelhead and other fish and wildlife. Nevertheless, the abundance of steelhead inhabiting Arroyo Grande Creek continues to be low. The lack of reliable juvenile and adult steelhead monitoring data makes it difficult to assess the population status and trends in abundance before and after implementation of the IDRS operations with certainty.

## X.    STEELHEAD PREDATION ON OTHER NATIVE SPECIES

106. Immediately after hatching steelhead alevins (also known as sac-fry) remain in the gravel redd (Davis 2015) before gradually migrating up through the gravel substrate. Fry emerge from the gravel after the yolk sac has been absorbed and begin feeding on small drift insects. Recently emerged steelhead fry feed primarily on midges and mayflies. Terrestrial insects typically made up 10-20% of steelhead fry diet.

107. Davis (2015) reported that age 1+ juvenile steelhead primarily forage on insect larvae and pupae, adult insects and amphipods (crustaceans). At age 2+, steelhead prey on insects, amphipods, and begin to prey on fish eggs and small fish. As juvenile steelhead grow larger, they shift their diet preference away from insects and consume more small fish and other aquatic species. In a similar steelhead diet study by Merz (2002) on the Mokelumne River downstream of Comanche Dam yearling and older juvenile (age 1+ and 2+) preyed on a wide variety of aquatic species including stonefly nymphs, terrestrial ants and other insects, zooplankton, fish eggs and small fish, and mice.

108. Steelhead and red-legged frogs coexist in freshwater streams and in-channel pools such as those on Arroyo Grande Creek, and given the size of age 1+

DECLARATION OF DR. CHARLES HANSON
70208992

and 2+ steelhead, as well as their diverse diet, it seems likely that juvenile steelhead would prey on red-legged frog eggs, tadpoles, and juvenile frogs.

109. Since yearling and older juvenile steelhead migrate through and rear in lagoons and estuaries, they prey on a variety of estuarine macroinvertebrates such as amphipods. Juvenile steelhead also prey on other native fish species, including tidewater goby inhabiting the Lagoon (http://parkway.scrwatershed.org/theriver/species/tidewater-goby.html; https://www.epa.gov/sites/default/files/2013-08/documents/tidewater-goby.pdf).

110. Based on the available scientific information, it is my opinion that (1) steelhead prey on a wide variety of aquatic and terrestrial species, (2) it is likely that older juvenile steelhead inhabiting Arroyo Grande Creek prey on native species, including red-legged frog tadpoles and small juvenile frogs, (3) steelhead and tidewater goby co-exist in the Arroyo Grande Lagoon and juvenile steelhead are known to prey on tidewater goby and other estuarine species.

## XI. IMPACT OF PLAINTIFFS' PROPOSED FLOW SCHEDULE ON STEELHEAD

111. The Plaintiffs outlined a two-part instream flow schedule, to be in effect for the duration of the Preliminary Injunction, that includes a year-round baseflow release from Lopez Dam of 8 cfs. The instream flow schedule also includes pulse flows, in addition to the continuous 8 cfs baseflow, between November 1 and June 30 (unless modified at the request of the Special Master). The proposed pulse flow schedule is shown below:

////

////

- 61 -

DECLARATION OF DR. CHARLES HANSON

70208992

**LOPEZ PULSE FLOW RELEASE SUMMARY**

| Water-release goal | Timing | Pulse-initiation trigger | Magnitude of water release from Lopez Dam | Pulse-cessation trigger |
|---|---|---|---|---|
| Immigration and emigration of adult (including kelts) and juvenile Steelhead, and spawning. | Begins November 1, ends June 30 | ≥100 cfs (instantaneous flow @ Lopez C NR Arroyo Grande CA - USGS-11141280) | When instantaneous flow @ Lopez C NR Arroyo Grande CA (USGS-11141280) is ≥ 100 cfs, release 35% of the instantaneous flow up to a release of 100 cfs or the amount of flow that can be released with implementation of pumping recommended as feasible by the Special Master; <br><br> and, <br><br> When instantaneous flow @ Lopez C NR Arroyo Grande CA (USGS-11141280) is <100 cfs, release 70% of the instantaneous flow. | ≤ 8 cfs (instantaneous flow @ Lopez C NR Arroyo Grande CA - USGS-11141280) |

112.   Pulse flow releases are triggered by an increase in flow to 100 cfs or greater at stream gage Lopez C NR Arroyo Grande CA (USGS-11141280), located on Lopez Creek, a tributary to Arroyo Grande Creek upstream of Lopez Reservoir. The pulse flow magnitude will be 35% of the peak instantaneous flow measured in Lopez Creek, up to a maximum release from Lopez Dam of 100 cfs.  The pulse flow release will continue until the instream flow in Lopez Creek recedes to 8 cfs or less.  Based on hydrologic conditions, up to five pulse flow events may occur in a given year.

113.   Unfortunately, the proposed instream flow schedule is ambiguous and provides no scientific or technical basis for the 8 cfs baseflow. Although there has been extensive habitat mapping completed in the Creek, the proposed instream flow schedule provides no flow-habitat analysis to assess how habitat quality and availability would change under the proposed schedule when compared to current conditions under the IDRS and draft HCP, or how steelhead carrying capacity

DECLARATION OF DR. CHARLES HANSON

70208992

would be effected (biological benefit).  Further, no information is presented in the proposed baseflow schedule as to whether or not habitat quality and availability for steelhead spawning and juvenile rearing is currently limiting population dynamics, given the low number of returning adult steelhead.  In addition, no modeling or analyses are presented to assess the feasibility to meet instream flow releases of 8 cfs under extended drought conditions, or if the increased baseflows would deplete reservoir storage to dead pool when instream flow releases to the Creek could no longer be made.

114.   Arroyo Grande Creek has a relatively flashy hydrology in which naturally occurring pulse flows occur in response to precipitation and stormwater runoff from the mainstem Creek and its tributaries (e.g., Los Berros and Tar Spring creeks).  These naturally occurring winter and spring pulse flows may provide sufficient attraction and migration opportunities for adult and juvenile steelhead migration without the need for additional managed releases, but do not appear to be taken into account in the Plaintiffs' pulse flow proposal.

115.   Storage in Lopez Reservoir is dependent on inflow from the upper watershed and the magnitude and duration of releases downstream from the Dam. Sustained releases of 8 cfs over a long period of time, as outlined in Plaintiffs' proposed instream flow schedule, may have adverse impacts on the steelhead population.  Results of hydrologic simulation modeling conducted as part of the 2004 draft HCP indicate that the instream flow schedule for sustained baseflows of 8 cfs and pulse flows outlined in the proposed instream flow schedule, in combination with the highly variable inter-annual hydrologic conditions in the watershed, would likely result in depleted storage in the Reservoir and reduced carryover storage in subsequent years (which may be dry) making it no longer possible to provide any baseflows to support suitable habitat for steelhead and other aquatic species inhabiting the Creek and Lagoon if reservoir storage goes to dead pool. The proposed instream flow schedule provides no hydrologic modeling

- 63 -
DECLARATION OF DR. CHARLES HANSON
70208992

results to assess and evaluate if Arroyo Grande Creek would be able to sustain steelhead over the long-term under the proposed instream flow schedule.

116.    Based on the best available scientific information, it is my opinion that (1) the Plaintiffs proposed instream flow schedule for year round baseflows of 8 cfs regardless of reservoir storage or hydrologic conditions, in combination with pulse flows with an unknown frequency, magnitude, or duration, does not provide sufficient information or analyses to assess the potential benefits or risks to steelhead, (2) the proposed instream flow schedule may result in adverse impacts to steelhead and other aquatic species in the event that reservoir storage is depleted to dead pool, (3) no modeling results are presented to support the assumption that operations under the proposed schedule can be achieved consistently under the highly variable inter-annual hydrologic conditions within the Arroyo Grande Creek watershed.

## XII.    ACTUAL HARM TO INDIVIDUAL STEELHEAD IN ARROYO GRANDE CREEK

117.    Central Coast Salmon Enhancement (2009) presented a summary of known dewatering and fish stranding events and fish kills in Arroyo Grande Creek which include:

- "In January 1999 two adult steelhead were observed to have been stranded when releases from Lopez Dam were reduced and a portion of the creek channel was dewatered. As a result of the stranding event, San Luis Obispo County entered into an agreement with CDFW to maintain a minimum baseflow in the creek until habitat surveys were completed and an HCP was approved by NMFS.  A draft HCP was provided to NMFS in 2004 that was not approved.  Subsequently the County approved the IDRS in 2007 to remain in effect until a revised HCP is approved by NMFS."

DECLARATION OF DR. CHARLES HANSON

70208992

- "During the summer of 2004 instream flow reductions contributed to another channel dewatering event located in the lower reach of the creek downstream of Highway 1." The dewatering event resulted in stranding and mortality of juvenile steelhead.

- "In 2006 the Lopez Water Treatment facility experienced a spill and discharge into the creek resulting in a fish kill".

- "In 2008 a fish kill occurred in June which was attributed to exposure to elevated water temperatures during a heat wave."

118. Based on a review of the best available information, it is my opinion that (1) steelhead stranding and mortality in Arroyo Grande Creek has occurred on occasions in the past as a result of flow fluctuations and dewatering portions of the channel, (2) habitat enhancements within the Creek are expected to improve the ability of steelhead and other species to move among habitats, (3) implementation of the IDRS and HCP, and careful monitoring of instream flows and water levels by the County and others, will reduce the risk of stranding and mortality resulting from channel dewatering.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of April, 2026.

Charles Hanson, Ph.D.

DECLARATION OF DR. CHARLES HANSON

70208992

I.    LITERATURE CITED

Abadía-Cardoso, A., E. C. Anderson, D. E. Pearse, and J. C. Garza. 2013. Large-scale parentage analysis reveals reproductive patterns and heritability of spawn timing in a hatchery population of steelhead (*Oncorhynchus mykiss*). Molecular Ecology 22: 4,733–4,746.

Alagona, P.S., S.D. Cooper, M. Capelli, M. Stocker, and P.H. Beedle. 2012. A history of steelhead and rainbow trout (*Oncorhynchus mykiss*) in the Santa Ynez River watershed, Santa Barbars County, California. Bull. Southern Calif. Acad. Sci. 111(3): 163-222.

Allen, M.A. 2011. Aquatic habitat suitability for *Oncorhynchus mykiss* in the Upper Arroyo Grande Basin, San Luis Obispo County, California. Prepared for Katie Drexhage. County of Sn Luis Obispo Public Works Department. February 24, 2011.

Alley, D.W. 1997. Assessment of juvenile steelhead habitat and fish densities in Arroyo Grande Creek San Luis Obispo County, California, 1996. Prepared for Kronick, Moskovitz, Tiedemann and Girard. April 1997.

Becker, G.S., I.J. Reining, and D.A. Asbury. 2008. Steelhead/rainbow trout (*Oncorhynchus mykiss*) resources south of the Golden Gate, California. Prepared for California State Coastal Conservancy and The Resources Legacy Fund Foundation. October 2008.

Bond, M.H. 2006. Importance of estuarine rearing to central California steelhead (*Oncorhynchus mykiss*) growth and marine survival. Master of arts thesis in Ecology and Evolutionary Biology University of California Santa Cruz. June 2006

Booth, M.T. 2020. Patterns and potential drivers of steelhead smolt migration in Southern California. North American Journal Of Fisheries Management 40 (4): 1032-1050 https://doi.org/10.1002/nafm.10475

DECLARATION OF DR. CHARLES HANSON
70208992

California Department of Fish and Wildlife (CDFW). 2009. California salmonid habitat restoration manual, Part XII Fish passage design and implementation.

California Department of Fish and Wildlife (CDFW). 2017. Standard operating procedures for critical riffle analysis for fish passage in California. CDFW-IFP-001. September 2017

Capelli, M. 2024. Memo to M. R. McGoogan. Role of Arroyo Grande Creek and Tributaries (San Luis Obispo County, California) in Meeting NMFS' South-Central California Coast Steelhead Viability/Recovery Criteria. February 2, 2024.

Cleath-Harris Geologists and GSI Water Solutions. 2021. Arroyo Grande Creek integrated model field data collection and investigation. Arroyo Grande Groundwater Subbasin, San Luis Obispo County, California. Prepared for San Luis Obispo County Flood Control and Water Conservation District. October 2021

Central Coast Salmon Enhancement [now Creek Lands Conservation]. 2009. Arroyo Grande Creek Watershed Management Plan Update. Prepared for The Department of Fish and Game, State of California. March 2009.

County of San Luis Obispo. 2025. Steelhead monitoring report Arroyo Grande Creek San Luis Obispo County, California. October 2025

Davis, S.R. 2015. Diet preferences of juvenile steelhead (*Oncorhynchus mykiss*): a comparison between three hood canal rivers. A Thesis submitted in partial fulfillment of the requirements for the degree Master of Environmental Studies. The Evergreen State College. June 2015.

Donohoe, C. J., D. E. Rundio, D. E. Pearse, and T. H. Williams. 2021. Straying and life history of adult steelhead in a small California coastal stream revealed by otolith natural tags and genetic stock identification. North American Journal of Fisheries Management 41: 711–723.

DECLARATION OF DR. CHARLES HANSON

70208992

Environmental Advocates. 2024.  Notice of violation and intent to file suit under the Endangered Species Act.  Submitted to County of San Luis Obispo, U.S. Department of Commerce, U.S. Department of Interior. June 6, 2024.

ECORP Consulting, Inc.  2017. San Luis Obispo County Flood and Water Conservation District Lopez Water Project Habitat Conservation Plan Hydrogeologic Services.  Modeling Technical Memorandum.  Prepared for San Luis Obispo Flood Control and Water Conservation District. April 2017.

Fresh, K.L., E. Casillas, L.L. Johnson, and D.L. Bottom. 2005. Role of the estuary in the recovery of Columbia River basin salmon and steelhead: an evaluation of the effects of selected factors on salmonid population viability. U.S. Dept. Commer., NOAA Tech. Memo. NMFS-NWFSC-69, 105 p.

Gard, M. 2024. Region 4 Barrier Assessment.  Conservation Engineering Branch, California Department of Fish and Wildlife.

Girman, D. and J.C. Garza. 2006.  Population structure and ancestry of *O. mykiss* populations in South-Central California based on genetic analysis of microsatellite data.  Prepared for California Department of Fish and Game and Pacific States Marine Fisheries, November 2006.

Hinton 1961. Interrogation of landowners and sportsman regarding steelhead runs in Arroyo Grande Creek.  CDFG interoffice correspondence. March 1, 1961.

H. T. Harvey & Associates, Stillwater Sciences, Western Hydrologics. 2025. Lopez Water Project Habitat Conservation Plan.  Draft. Prepared for San Luis Obispo County Flood Control and Water Conservation District, San Luis Obispo, California.

Kemp, P. S., T. A. Worthington, T. E. L. Langford, A. R. J. Tree, and M. J. Gaywood. 2012. Qualitative and quantitative effects of reintroduced beavers on stream fish. Fish and Fisheries, 13: 158-181.

Kendall, N.W., McMillan, J.R., Sloat, M.R., Buehrens, T.W., Quinn, T.P., Pess, G.R., Kuzishchin, K.V., McClure, M.M. and Zabel, R.W., 2015. Anadromy

DECLARATION OF DR. CHARLES HANSON

70208992

and residency in steelhead and rainbow trout (Oncorhynchus mykiss): a review of the processes and patterns. Canadian Journal of Fisheries and Aquatic Sciences, 72(3), pp.319-342.

Kendall, N.W., G. W. Marston, and M.M. Klungle. 2017. Declining patterns of Pacific Northwest steelhead trout (*Oncorhynchus mykiss*) adult abundance and smolt survival in the ocean.  Canadian Journal of Fisheries And Aquatic Sciences 74(8) August 2017 https://doi.org/10.1139/cjfas-2016-0486

Leitwein M., J. C. Garza, and D. E. Pearse. 2017. Ancestry and adaptive evolution of anadromous, resident, and adfluvial rainbow trout (*Oncorhynchus mykiss*) in the San Francisco Bay area: application of adaptive genomic variation to conservation in a highly impacted landscape. Evolutionary Applications 10: 56–67.

Liedvogel, M., S. Åkesson, and S. Bensch. 2011. The genetics of migration on the move. Trends in Ecology and Evolution 26:561–569

Lindley, S.T. et al. 2009. What caused the Sacramento River fall Chinook stock collapse?  Pre-publication report to the Pacific Fishery Management Council March 18, 2009

Matthews, K. R., and N.H. Berg. 1997. Rainbow trout responses to water temperature and dissolved oxygen stress in two southern California stream pools. Journal of Fish Biology, *50*(1), 50-67.

Merz, J.E. 2002. Seasonal feeding habits, growth, and movement of steelhead trout in the Lower Mokelumne River, California.  California Fish and Game 88(3): 95-111

National Marine Fisheries Service (NMFS). 2001.  Biological Opinion: Permit Lopez Dam Seismic Remediation (Corps File No. 00937-TW). March 28, 2001

National Marine Fisheries Service (NMFS). 2013. South-Central California coast steelhead recovery plan. West Coast Region, California Coastal Area Office, Long Beach, California.

DECLARATION OF DR. CHARLES HANSON

70208992

National Marine Fisheries Service (NMFS). 2016. 5-Year review: summary and evaluation of South-Central California coast steelhead distinct population segment. National Marine Fisheries Service. West Coast Region. California Coastal Office. Santa Rosa, California

National Marine Fisheries Service (NMFS).  2017.  Endangered Species Act (ESA) Section 7(a)(2) Biological Opinion Arroyo Grande Creek waterway management program.  NMFS Consultation Number: WCR-2014-1677. November 27, 2017

National Marine Fisheries Service (NMFS).  2022.  NOAA Fisheries WCR anadromous salmonid design manual.  National Marine Fisheries Service, West Coast Region. Environmental Services Branch. Portland, OR

National Marine Fisheries Service (NMFS). 2023. 5-year review: summary and evaluation of South-Central California Coast Steelhead.  West Coast Region.

Orcutt, D. R., B.R. Pulliam, and A. Arp.  1968. Characteristics of steelhead trout redds in Idaho Streams. Transactions of the American Fisheries Society, *97*(1), 42–45. https://doi.org/10.1577/1548-8659(1968)97[42:COSTRI]2.0.CO;2

PacifiCorp. 2004.  Ramping and flow fluctuation evaluations.  Klamath Hydroelectric Project FERC No. 2082. Fish Resources FTR.

Phillis, C..C., J.W. Moore, M. Buoro, S.A Hayes, J.C Garza. and D.E Pearse. 2016. Shifting thresholds: rapid evolution of migratory life histories in steelhead/rainbow trout, *Oncorhynchus* mykiss. Journal of Heredity, 107(1), pp.51-60

Rincon. 2026.  Arroyo Grande Creek Channel Waterway Management Program. U.S. Fish and Wildlife Service Biological Opinion 8-8-15-F-4 Annual Report.  Prepared for County of San Luis Obispo Flood Control and Water Conservation District. January 2026

Rischbieter, D. 2004. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary monitoring report. Oceano Dunes State Vehicular

DECLARATION OF DR. CHARLES HANSON
70208992

Recreation Area Pismo Dunes State Reserve. California Department of Parks and Recreation, Central Valley District, Columbia, California.

Rischbieter, D. 2007. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2006 monitoring report. Oceano Dunes State Vehicular Recreation Area, Pismo Dunes State Reserve.

Rischbieter, D. 2008. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2008 monitoring report. Oceano Dunes State Vehicular Recreation Area, Pismo Dunes State Reserve.

Rischbieter, D. 2009a. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2008 monitoring report. Oceano Dunes State Vehicular Recreation Area, Pismo Dunes Natural Preserve.

Rischbieter, D. 2009b. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2009 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2010. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2010 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2011. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2011 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2012. Lower Arroyo Grande Creek and lagoon fishery and aquatic resources summary 2012 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2014. Arroyo Grande lagoon and adjacent waters fishery and aquatic resources summary 2014 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

DECLARATION OF DR. CHARLES HANSON

70208992

Rischbieter, D. 2016. Arroyo Grande Lagoon and Adjacent Waters Fishery and Aquatic Resources Summary 2015 Monitoring Report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2017. Arroyo Grande Lagoon and adjacent waters fishery and aquatic resources summary 2016 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2018. Arroyo Grande Lagoon and adjacent waters fishery and aquatic resources summary 2017 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. 2019. Arroyo Grande Lagoon and adjacent waters fishery and aquatic resources summary 2018 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. and R. Glick. 2019. Arroyo Grande Creek: Impacts to resources from seasonal groundwater depletion. Presentation to Northern Cities Management Area Technical Group September 19, 2019.

Rischbieter, D. 2020. Arroyo Grande Lagoon and adjacent waters fishery and aquatic resources summary 2019 monitoring report. Oceano Dunes State Vehicular Recreation Area Pismo Dunes Natural Preserve.

Rischbieter, D. and S. Little. 2020a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. May 1, 2020. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, S. Emerson, and G. Lasko. 2020b. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. June 17, 2020. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, G. Lasko, S. Emerson, and M. Winn. 2020c. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. October 9, 2020. Reference Permit #TE-101154-3. California State Parks.

DECLARATION OF DR. CHARLES HANSON

70208992

Rischbieter, D., S. Little, G. Lasko, S. Emerson, M. Winn, and S. Miggins. 2020d. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. December 30, 2020. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, G. Lasko, and A. Clark. 2021a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. February 22, 2021. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., G. Lasko, and S. Little. 2021b. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. July 21, 2021. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., G. Lasko, S. Little, M. Patten, and K. Feldheim. 2021c. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. October 28, 2021. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., G. Lasko, S. Little, S. Emerson, J. Wagner, R. Rathgen-Gonzales, and T. O'Rourke. 2022a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. February 25, 2022. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, and A. Broskoff. 2022b. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. June 30, 2022. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, and G. Lasko. 2022c. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. September 28, 2022. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, R. Slack, D. Johnson, and M. Martinez. 2023a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. January 10, 2023. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, R. Slack, A. Velazquez, K. Gunter, A. Clark, and D. DeBoer Potter. 2023b. Aquatic Survey Report: Arroyo Grande, Pismo, and

DECLARATION OF DR. CHARLES HANSON

70208992

Carpenter Creek Lagoons. March 15, 2023. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, S. Emerson, and M. Mah. 2023c. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. June 9, 2023. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, J. Burr, D. DeBoer Potter, S. Emerson, and G. Lasko. 2023d. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. September 12, 2023.  Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, R. Slack, A. Clark, M. Mah, and D. DeBoer Potter. 2023e. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. December 19, 2023. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, and S. Emerson. 2024a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. February 29, 2024. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, and M. Martinez. 2024b. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. June 11, 2024. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, E. Caballero, R. Glick, and C. Hidalgo. 2024c. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. August 21, 2024. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, D. DeBoer Potter, G. Lasko, R. Bloom, A. Suresh, K. Curiel, and J. Hopkins. 2024d. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. November 13, 2024. Reference Permit #TE-101154-3. California State Parks.

DECLARATION OF DR. CHARLES HANSON

70208992

Rischbieter, D., S. Little, A. Velazquez, M. Mah, S. Lopez, and T. Francis. 2025a. Aquatic Survey Report: Arroyo Grande, Pismo, and Carpenter Creek Lagoons. March 21, 2025. Reference Permit #TE-101154-3. California State Parks.

Rischbieter, D., S. Little, A. Velazquez, J. Passmore, G. Laskl, T. Kimmick, and C. Kimmick. 2025b. Aquatic Survey Report (Reference Permit ES101154-4) Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons May 13-14, 2025**. Pismo State Beach & Oceano Dunes State Vehicular Recreation Area

Rischbieter, D., S. Little, A. Velazquez, J. Passmore, G. Laskl, T. Kimmick, and   C. Kimmick. 2025c. Aquatic Survey Report (Reference Permit ES101154-4) Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons August 27-28, 2025**. Pismo State Beach & Oceano Dunes State Vehicular Recreation Area

Rischbieter, D., *G. Lasko,* S. Little, A. Velazquez, J. Passmore, *Ray Lehrman, P. Cleveland. 2025d.* Aquatic Survey Report (Reference Permit ES101154-4) Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons August 27-28, 2025**. Pismo State Beach & Oceano Dunes State Vehicular Recreation Area

Rischbieter, D., G. Lasko, S. Little, A. Velazquez, J. Passmore, R.  Slack, C. DiMaggio, S. Arguello, and M. McKechnie 2025e.  Aquatic Survey Report (Reference Permit ES101154-4) Arroyo Grande, Pismo, Carpenter, and Oso Flaco Creeks/Lagoons November 18-19, 2025**. Pismo State Beach & Oceano Dunes State Vehicular Recreation Area

*San Luis Obispo Coastkeeper v. County of San Luis Obispo*. 2024.  Case No. 2:24-cv-06852.  Complaint for declarative and injunctive relief.  August 8, 2024.

*San Luis Obispo Coastkeeper v. County of San Luis Obispo*. 2024. [Proposed] Order re: plaintiffs' motion for preliminary injunction.

San Luis Obispo County Flood Control and Water Conservation District Zone 3. 2007.  Interim downstream release schedule.  February 2, 2007.

Science Applications International Corporation (SAIC). 2000.  Biological

DECLARATION OF DR. CHARLES HANSON

70208992

Assessment for the Lopez Dam seismic remediation project effects on steelhead. Prepared for County of San Luis Obispo. November 2000

Sloat, M.S. and A.K. Osterback.  2012.  Maximum stream temperature and occurrence , abundance, and behavior of steelhead trout (*Oncorhynchus mykiss*) in a southern California stream.  NRC Research Press.  Can, J. Fish. Aquat. Sci. 70: 64-73

Stetson Engineering, Inc, Hanson Environmental, Inc., and Ibis Environmental Services. 2004.  Final draft Arroyo Grande Creek habitat conservation plan (HCP) and environmental assessment/initial study (EA/IS) for the protection of steelhead and California red-legged frogs.  Prepared for County of San Luis Obispo Public Works Department.  February 2004.

Stillwater Sciences. 2022. Arroyo Grande Creek habitat surveys.  Prepared for County of San Luis Obispo, California.

Stillwater Sciences. 2023a. Evaluation of steelhead assisted migration at Lopez Dam. Draft Technical Memorandum. Prepared for County of San Luis Obispo Public Works Department, San Luis Obispo, California.

Stillwater Sciences. 2023b. Arroyo Grande Creek steelhead restoration opportunities. Draft Technical Report. Prepared for County of San Luis Obispo, Public Works Department, San Luis Obispo, California

Stillwater Sciences. 2024.  Arroyo Grande Creek stream gage modification fish rescue and relocation summary.  Prepared for Aleks Wydzga, Creek Lands Conservation. November 2024

Stillwater Sciences. 2025. Implementation of predator removal plan Section 2.1 and 2.2.  Technical Memorandum. Prepared for Kate Shea, County of Sn Luis Obispo. October 2025

Swanson Hydrology + Geomorphology (SHG).  2004.  Arroyo Grande Creek Watershed Management Plan geomorphic and hydrologic conditions assessment.  Prepared for Central Coast Salmon Enhancement.  December 8, 2004.

DECLARATION OF DR. CHARLES HANSON

70208992

Swanson Hydrology + Geomorphology (SHG).  2008.  Arroyo Grande Creek steelhead distribution & abundance survey – 2006.  Prepared for Central Coast Salmon Enhancement in association with Hagar Environmental Science. March 20, 2008.

Titus, R.G., D.C. Erman, and W.M. Snider.  2014. History and status of steelhead in California coastal drainages south of San Francisco Bay.  California Department of Fish and Game Fish Bulletin.  Draft.  et al 2014

Trush, W. 2012.  Rebuttal Testimony prepared on behalf of CalTrout for State Water Resources Control Board Cachuma Project Hearing EXHIBIT CT120

Young, P.S.,  J. J. Cech Jr., and L. C. Thompson. 2011. Hydropower-related pulsed-flow impacts on stream fishes: a brief review, conceptual model, knowledge gaps, and research needs.  Rev Fish Biol Fisheries (2011) 21:713–731.

Western Hydrologics. 2024. Arroyo Grande watershed hydrologic development.  July 2024.

*Wishtoyo Foundation v. United Water Conservation District*, Case No. 2:16-cv-03869-GHK-PLA. 2017.  Plaintiffs' motion and notice of motion for summary judgement: Memorandum of points and authorities in support of motion.

*Wishtoyo Foundation v. United Water Conservation District*.  Case No. 2:16-cv-03869-GHK-PLA. 2017.  Plaintiffs' notice and motion for injunction: Memorandum of points and authorities.

*Wishtoyo Foundation v. United Water Conservation District*.  Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Sharon Kramer in support of Plaintiffs' motion for summary judgement.

*Wishtoyo Foundation v. United Water Conservation District*.  Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Chris Hammersmark, PhD, PE, in support of Plaintiffs' motion for summary judgement.

DECLARATION OF DR. CHARLES HANSON
70208992

*Wishtoyo Foundation v. United Water Conservation District.*  Case No. 2:16-cv-03869-GHK-PLA. 2017.  Declaration of Jason Weiner in support of Plaintiffs' motion for injunction.

Washington Department of Fish and Wildlife and Washington Department of Ecology. 2022.  Instream flow study guidelines technical and habitat suitability issues including fish preference curves. Updated, January 25, 2022.

DECLARATION OF DR. CHARLES HANSON

70208992