NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:   949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:  206.395.7630
Facsimile:   206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**EXHIBITS AA THROUGH II TO DECLARATION OF DR. CHARLES HANSON IN SUPPORT OF OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         May 20, 2026<br>Time:        1:30 p.m.<br>Dept:        5C<br><br>Date Action Filed: August 13, 2024<br>First Am. Comp. Filed: Dec. 27, 2024 |

EXHIBITS AA TO II TO DR. CHARLES HANSON DECLARATION
70251672.v1

Attached hereto are Exhibits AA through II to the Declaration of Dr. Charles Hanson in Support of Opposition to Motion for Preliminary Injunction.

Executed within the United States on the 8th day of April 2026.

*/s/ Benjamin Z. Rubin*
Benjamin Z. Rubin

*Attorneys for Defendant*
*COUNTY OF SAN LUIS OBISPO*

1

EXHIBITS AA TO II TO DR. CHARLES HANSON DECLARATION

70251672.v1