NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:    206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY RE PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date Action Filed: August 13, 2024<br>First Amended Complaint Filed:<br>    December 27, 2024 |

STIPULATION REGARDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY RE
PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

70262831

IT IS HEREBY STIPULATED, by and between Plaintiffs San Luis Obispo Coastkeeper, Los Padres ForestWatch, California Coastkeeper Alliance, and the Ecological Rights Foundation ("Plaintiffs"), and Defendant County of San Luis Obispo ("County"), (collectively, the "parties"), through their respective attorneys of record, as follows:

WHEREAS, on January 28, 2026, the Court held a status conference where the County requested 45 pages to brief Plaintiffs' anticipated motion for preliminary relief, and the Court agreed to grant 45 pages to Plaintiffs for their opening brief, 45 pages to the County for its opposition brief, and 20 pages to Plaintiffs for their reply brief;

WHEREAS, on February 20, 2026, the parties filed a stipulation and proposed order (ECF Nos. 171, 171-1) reciting that "the Court indicated that Plaintiffs would get 45 pages for its opening brief in support of its second preliminary injunction motion, the County would get 45 pages for its preliminary injunction opposition brief, and the Plaintiffs would get 20 pages for its reply brief";

WHEREAS, on February 24, 2026, the Court issued an order (ECF No. 173) granting the stipulation, wherein the Court provides that "Plaintiffs may file an opening brief in support of the second preliminary injunction motion that does not exceed 45 pages, inclusive of a table of contents and table of authorities; the County may file a response brief that does not exceed 45 pages, inclusive of a table of contents and table of authorities; and Plaintiffs may file a reply brief in support of the second preliminary injunction motion that does not exceed 20 pages";

WHEREAS, on March 5, Plaintiffs filed a Notice of Motion and Second Motion for Preliminary Injunction (ECF No. 179), which was 45 pages, inclusive of a table of contents and table of authorities;

STIPULATION REGARDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY RE PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

70262831

WHEREAS, on April 8, 2026, the County filed an opposition to Plaintiffs' Second Motion for Preliminary Injunction (ECF No. 179), which was 45 pages, exclusive of a table of contents and table of authorities;

NOW THEREFORE, BASED ON THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE THAT:

1. The County shall file a revised opposition to Plaintiffs' Second Motion for Preliminary Injunction brief that is 45 pages, inclusive of a table of contents and table of authorities, within 24 hours of an order from this Court.

2. Plaintiffs shall have 14 days from the latter of either the date on which the County's revised opposition to Plaintiffs' Second Motion for Preliminary Injunction is filed or the date on which the Court issues an order on Plaintiffs' *ex parte* application to strike or in the alternative for extra briefing pages and leave to file responsive pleading, and to amend the preliminary injunction briefing and hearing schedule.

Date:   April 10, 2026

NOSSAMAN LLP
PAUL S. WEILAND
BENJAMIN Z. RUBIN
ELIZABETH KLEBANER
KATHERINE L. FELTON
BRIAN FERRASCI-O'MALLEY

By: */s/ Paul S. Weiland*
     Paul S. Weiland

*Attorneys for Defendant*
*COUNTY OF SAN LUIS OBISPO*

Date:   April 10, 2026

ENVIRONMENTAL ADVOCATES

By: */s/ Christopher Sproul*
     Christopher Sproul

*Attorneys for Plaintiffs*

- 2 -                Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION REGARDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY RE PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

70262831

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all counsel listed on the signature page, and that I have obtained each counsel's authorization to attach their respective electronic signatures to this document.

Dated:  April 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the United States District Court for the Central District of California on April 10, 2026, via the Court's CM/ECF system, and that parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  April 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

- 3 -                                    Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION REGARDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY RE PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

70262831