NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
TARA M. O'HANLON (SBN 45517)
*Admitted Pro Hac Vice*
tohanlon@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:    206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>              Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>              Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**STIPULATION CONTINUING HEARING DATE ON PLAINTIFFS' MOTION TO ALLOW ANTHONY SPINA TO TESTIFY [ECF NO. 207]**<br><br>Date Action Filed: Aug. 13, 2024<br>First Amd. Cmplt. Filed:  Dec. 27, 2024 |

Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION [ECF 207]
70347687

IT IS HEREBY STIPULATED, by and between Plaintiffs San Luis Obispo Coastkeeper, Los Padres Forestwatch, California Coastkeeper Alliance, and the Ecological Rights Foundation ("Plaintiffs"), and Defendant County of San Luis Obispo ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, on April 29, 2026, Plaintiffs' filed the Motion to Allow Anthony Spina to Testify in this Matter ("Spina Motion");

WHEREAS, Plaintiffs noticed the Spina Motion for May 27, 2026;

WHEREAS, lead counsel for Defendant informed Plaintiffs' counsel that he would be unavailable to attend a hearing on May 27, 2026, or on June 3, 2026;

WHEREAS, counsel for the parties met and conferred regarding a mutually agreeable hearing date;

NOW THEREFORE, BASED ON THE FOREGOING RECITALS THE PARTIES HEREBY STIPULATE THAT:

1.    Defendant's opposition to the Spina Motion shall be filed by May 14, 2026;

2.    Plaintiffs' reply in support of the Spina Motion shall be filed by May 27, 2026;

3.    The hearing date on Plaintiffs' Motion to Allow Anthony Spina to Testify in this Matter, ECF No. 207, shall be continued to June 10, 2026 at 1:30 p.m.

Date:    April 30, 2026

NOSSAMAN LLP

By: */s/ Paul S. Weiland*

Paul S. Weiland

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

- 1 -
STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION [ECF 207]

70347687

Date:      April 30, 2026

ENVIRONMENTAL ADVOCATES

By: */s/ Christopher Sproul*
Christopher Sproul

Attorneys for the Plaintiffs

- 2 -

STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION [ECF 207]

70347687

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all counsel listed on the signature page, and that I have obtained each counsel's authorization to attach their respective electronic signatures to this document.

Dated:  April 30, 2026

/s/ Paul S. Weiland
Paul S. Weiland

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the United States District Court for the Central District of California on April 30, 2026, via the Court's CM/ECF system, and that parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  April 30, 2026

/s/ Paul S. Weiland
Paul S. Weiland

- 3 -

STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION [ECF 207]

70347687