NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:    949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
TARA M. O'HANLON (WA SBN 45517)
*Admitted Pro Hac Vice*
tohanlon@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:    206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN LUIS OBISPO, <br><br> Defendant. | Case No:  2:24-cv-06854 SPG (ASx) <br><br> **STIPULATION DISMISSING PLAINTIFFS' STATE LAW CLAIMS (THE SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF) WITHOUT PREJUDICE** <br><br> Date Action Filed: Aug. 13, 2024 <br> First Amd. Cmplt. Filed:  Dec. 27, 2024 |

70672900

IT IS HEREBY STIPULATED, by and between Plaintiffs San Luis Obispo Coastkeeper, Los Padres Forestwatch, California Coastkeeper Alliance, and the Ecological Rights Foundation ("Plaintiffs"), and Defendant County of San Luis Obispo ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, on December 27, 2024, Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief ("First Amended Complaint"), the operative complaint in this action;

WHEREAS, the Second, Third, Fourth, and Fifth Claims for Relief in the First Amended Complaint, contained in paragraphs 245 through 252, allege claims for relief solely under California state law;

WHEREAS, on January 24, 2025, Defendant filed an Answer to the First Amended Complaint;

WHEREAS, Plaintiffs would like to dismiss their Second, Third, Fourth, and Fifth Claims for Relief in the First Amended Complaint without prejudice;

WHEREAS, Defendant consents to the dismissal of the Second, Third, Fourth, and Fifth Claims for Relief in the First Amended Complaint without prejudice; and

NOW THEREFORE, BASED ON THE FOREGOING RECITALS THE PARTIES HEREBY STIPULATE THAT:

1.    The Second, Third, Fourth, and Fifth Claims for Relief, contained in paragraphs 245 through 252 of the First Amended Complaint, are dismissed without prejudice;

2.    Plaintiffs' First Amended Complaint shall otherwise remain in full force and effect, and Plaintiffs shall not be required to file a further Complaint as a result of the dismissal;

////

////

- 1 -
STIPULATION DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE

70672900

3.     Defendant's current Answer shall remain in full force and effect, and Defendant shall not be required to file a further Answer as a result of the dismissals.

Date:     August 10, 2026                    NOSSAMAN LLP

By: */s/ Paul S. Weiland*

Paul S. Weiland

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

Date:     August 10, 2026                    ENVIRONMENTAL ADVOCATES

By: */s/ Christopher Sproul*
Christopher Sproul

Attorneys for the Plaintiffs

STIPULATION DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE
70672900

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all counsel listed on the signature page, and that I have obtained each counsel's authorization to attach their respective electronic signatures to this document.

Dated:  August 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the United States District Court for the Central District of California on August 10, 2026, via the Court's CM/ECF system, and that parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated:  August 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

STIPULATION DISMISSING STATE LAW CLAIMS WITHOUT PREJUDICE

70672900