NOSSAMAN LLP
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
ELIZABETH KLEBANER (SBN 261735)
lklebaner@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:   949.833.7800
Facsimile:   949.833.7878

KATHERINE L. FELTON (WA SBN 30382)
*Admitted Pro Hac Vice*
kfelton@nossaman.com
BRIAN FERRASCI-O'MALLEY (WA SBN 46721)
*Admitted Pro Hac Vice*
bferrasciomalley@nossaman.com
TARA M. O'HANLON (WA SBN 45517)
*Admitted Pro Hac Vice*
tohanlon@nossaman.com
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone:   206.395.7630
Facsimile:   206.257.0780

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| SAN LUIS OBISPO COASTKEEPER, LOS PADRES FORESTWATCH, CALIFORNIA COASTKEEPER ALLIANCE, and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No:  2:24-cv-06854 SPG (ASx)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY LITIGATION**<br><br>Date Action Filed: Aug. 13, 2024<br>First Amd. Cmplt. Filed:  Dec. 27, 2024 |

Case No. 2:24-cv-06854 SPG (ASx)

STIPULATION RE: BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY
70654083

IT IS HEREBY STIPULATED, by and between Plaintiffs San Luis Obispo Coastkeeper, Los Padres Forestwatch, California Coastkeeper Alliance, and the Ecological Rights Foundation ("Plaintiffs"), and Defendant County of San Luis Obispo ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, on July 14, 2026, the U.S. Fish and Wildlife Service and National Marine Fisheries Service (the "Services") issued a final rule rescinding the regulatory definition of "harm" under the Endangered Species Act, 91 Fed. Reg. 43,300 (July 14, 2026);

WHEREAS, since July 14, 2026, multiple lawsuits were filed challenging the Services' final rule – *See*, *Center for Biological Diversity, et al., v. Burgum, et al.*, W.D. Wash Case No. 26-2474; *Defenders of Wildlife v. U.S. Fish and Wildlife Service, et al.*, N.D. Cal. Case No. 26-07507; *Environmental Protection Information Center, et al. v. National Marine Fisheries Service, et al.*, N.D. Cal. Case No. 26-07176. (collectively, the "Harm Rule Litigation");

WHEREAS, on July 24, 2026, counsel for the County requested Plaintiffs' counsel to meet and confer to discuss either a stipulation to stay this litigation in light of the Harm Rule Litigation (the outcome of which the County believes may impact the Endangered Species Act claim in this litigation), or alternatively, to stipulate to a briefing schedule for a Motion for Stay to be filed by the County;

WHEREAS, on July 31, 2026, shortly before counsel were set to meet and confer, the Court entered a minute order (ECF No. 224) directing the parties to meet, confer, and file a joint status report setting new case deadlines; and

WHEREAS, counsel for the parties met and conferred as scheduled on July 31, 2026, and agreed upon a briefing schedule for the County's Motion for Stay and further discussed the Court's minute order (ECF No. 224);

NOW THEREFORE, BASED ON THE FOREGOING RECITALS THE PARTIES HEREBY STIPULATE THAT:

1. The County's Motion for Stay shall be filed by August 19, 2026;

STIPULATION RE: BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY

70654083

2.      Plaintiffs' Opposition shall be filed by September 2, 2026;

3.      The County's Reply shall be filed by September 16, 2026;

4.      The hearing date for the County's Motion for Stay shall be set for September 30, 2026, at 1:30 p.m.; and

5.      Provided the Court agrees, within 14 days of a ruling from the Court denying the Motion for Stay or the expiration of a stay granted by the Court, the Parties shall meet, confer, and file a joint status report proposing new case deadlines as ordered in the Court's minute order (ECF No. 224) entered July 31, 2026.

Date:      August 10, 2026

NOSSAMAN LLP

By: */s/ Paul S. Weiland*

Paul S. Weiland

Attorneys for Defendant
COUNTY OF SAN LUIS OBISPO

Date:      August 10, 2026

ENVIRONMENTAL ADVOCATES

By: */s/ Christopher Sproul*
Christopher Sproul

Attorneys for the Plaintiffs

- 2 -

STIPULATION RE: BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY

70654083

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4, I hereby certify that the content of this document is acceptable to all counsel listed on the signature page, and that I have obtained each counsel's authorization to attach their respective electronic signatures to this document.

Dated: August 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the United States District Court for the Central District of California on August 10, 2026, via the Court's CM/ECF system, and that parties and their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

Dated: August 10, 2026

/s/ Paul S. Weiland
Paul S. Weiland

STIPULATION RE: BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY

70654083