# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER; LOS PADRES FORESTWATCH; CALIFORNIA COASTKEEPER ALLIANCE; and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No. 2:24-cv-06854 SPG (ASx)<br><br>**ORDER GRANTING STIPULATION DISMISSING PLAINTIFFS' STATE LAW CLAIMS (THE SECOND, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF) WITHOUT PREJUDICE [ECF NO. 225]** |

The Court has considered the parties' Stipulation Dismissing Plaintiffs' State Law Claims (the Second, Third, Fourth, and Fifth Claims for Relief) Without Prejudice. *See* (ECF No. 225 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1.      The Second, Third, Fourth, and Fifth Claims for Relief, contained in paragraphs 245 through 252 of the First Amended Complaint, are dismissed without prejudice.

2.    Plaintiffs' First Amended Complaint shall otherwise remain in full force and effect, and Plaintiffs shall not be required to file a further complaint as a result of the dismissal.

3.    Defendant's current Answer shall remain in full force and effect, and Defendant shall not be required to file a further answer as a result of the dismissal.

**IT IS SO ORDERED.**

DATED: August 12, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

- 2 -