# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS OBISPO COASTKEEPER; LOS PADRES FORESTWATCH; CALIFORNIA COASTKEEPER ALLIANCE; and THE ECOLOGICAL RIGHTS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO,<br><br>Defendant. | Case No. 2:24-cv-06854 SPG (ASx)<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR THE COUNTY'S MOTION TO STAY LITIGATION**<br>**[ECF NO. 226]** |

The Court has considered the parties' Stipulation Regarding Briefing Schedule for the County's Motion to Stay Litigation. *See* (ECF No. 225 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS that:

1. The County's Motion for Stay shall be filed by August 19, 2026.

2. Plaintiffs' Opposition shall be filed by September 2, 2026.

3. The County's Reply shall be filed by September 16, 2026.

4. The hearing date for the County's Motion for Stay shall be set for September 30, 2026, at 1:30 p.m., unless the Court orders otherwise.

5.  Within 14 days of a ruling from the Court denying the Motion for Stay or the expiration of a stay granted by the Court, the parties shall meet, confer, and file a joint status report proposing new case deadlines.

**IT IS SO ORDERED.**

DATED: August 12, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE